**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SARAH EDMONSON, et al. | Case No.: 1:20-cv-00485-EK-SMG |
| Plaintiffs, | |
| v. | **NOTICE OF APPEARANCE** |
| KEITH RANIERE, et al., | |
| Defendants. | |

PLEASE TAKE NOTICE that the undersigned hereby appears on behalf of Plaintiffs in the above-entitled action and requests that all pleadings and other filings in this matter be served upon the undersigned at the office address and e-mail address listed below.

Dated: Washington, D.C.
January 29, 2020

    s/ Aitan D. Goelman
    Aitan D. Goelman
    ZUCKERMAN SPAEDER LLP
    1800 M Street, N.W., Suite 1000
    Washington, D.C. 20036
    Telephone: (202) 778-1999
    Facsimile: (202) 822-8106
    agoelman@zuckerman.com

    *Attorney for Plaintiffs*

7140991.1