UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

Sarah Edmondson, et al
    Plaintiffs
        v.
Keith Raniere, et al
    Defendants

-----------------------------------------------------------X

20-cv-485

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

TO:    Opposing Counsel

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, I __Aarthi Manohar__ will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of __Kohn, Swift & Graf, P.C.__ and a member in good standing of the bar(s) of the State(s) of __Pennsylvania__, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for __Plaintiffs Sarah Edmondson, et al__. There are no pending disciplinary proceedings against me in any state or federal court. (If there are any disciplinary proceedings, describe them.)

Dated: 1/31/2020

Respectfully submitted,

Signature of Movant
Firm Name Kohn, Swift & Graf, P.C.
Address 1600 Market Street Suite 2500
Philadelphia, PA 19103
Email amanohar@kohnswift.com
Phone 215-238-1700