## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

SARAH EDMONDSON, et al.,

                Plaintiffs,

      v.

KEITH RANIERE, et al.

                Defendants.

:
:
:
:
:
: Case No.: 1:20-cv-00485-ERK-SMG
:
:
:
:
:
:
:

-----------------------------------------------------------------x

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Ex Parte Motion for a Protective Order Permitting Certain Plaintiffs to Proceed Psuedonymously and Protecting Their Identities, the undersigned will move this court before the Honorable Eric R. Komitee, United States District Judge, in the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, on such date and at such time as the Court sets, for an order in the above-captioned action protecting plaintiff identities by permitting them to use pseudonyms in the caption of this case, requiring all parties to use such pseudonyms in all public filings, and prohibiting the disclosure of the true identities of such plaintiffs to any third-parties.

Dated: February 5, 2020

                                     */s/ Neil L. Glazer*
                                     Neil L. Glazer
                                     William E. Hoese
                                     Steven M. Steingard
                                     Stephen H. Schwartz
                                     Craig W. Hillwig
                                     Zahra R. Dean
                                     Aarthi Manohar
                                     KOHN, SWIFT & GRAF, P.C.
                                     1600 Market Street, Suite 2500
                                     Philadelphia, PA 19103
                                     (215) 238-1700

Aitan D. Goelman
ZUCKERMAN SPAEDER
1800 M Street NW, Suite 1000
Washington, DC 20036
(202) 778-1800

2

{00207977 }