UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
:
SARAH EDMONDSON, et al., :
:
Plaintiffs, :
: No.: 1:20-cv-00485-ERK-SMG
v. :
:
: [PROPOSED] ORDER
KEITH RANIERE, et. al. :
:
Defendants. :
----------------------------------------------------------------x

AND NOW, this ___ day of February, 2020, upon consideration of the Doe Plaintiffs' *Ex Parte* Motion for a Protective Order Permitting Certain Plaintiffs to Proceed Psuedonymously and Protecting Their Identities, IT IS ORDERED that the Motion is hereby GRANTED. The Court further ORDERS that:

1. The "Doe Plaintiffs" may use pseudonyms in the caption of this case and in all public Court filings. Plaintiffs are directed to submit a sealed filing revealing the true names of the Doe Plaintiffs to the Court within five (5) days of the date of entry of this Order.

2. Defendants and their counsel shall refer to the Doe Plaintiffs' by their chosen pseudonyms in all public Court filings and shall not reveal the identities of the Doe Plaintiffs to any person who is not a court employee or Party to this litigation.

3. Upon the appearance of a Defendant in this litigation through their counsel or otherwise, and unless said Defendant is appearing specially to contest personal jurisdiction, Plaintiffs shall provide said Defendant with the true identities of the Doe Plaintiffs, which shall be subject to the terms of this Order.

{00207870 }

2

4. Any Defendant may file objections to this Order and seek reconsideration *de novo* within fourteen (14) days of their appearance in this litigation. Thereafter, any party may move to modify this Order for good cause shown.

BY THE COURT:

_____
Eric R. Komitee, J.

{00207870 }