Edmondson, et. al., Plaintiff(s)
vs.
Raniere, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 156529-0006

## AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
 --Allison Mack
Court Case No. 1:20-cv-00485-EK-SMG

KOHN, SWIFT & GRAF
Mr. Neil L Glazer
1600 Market St., Ste. 2500
Philadelphia, PA  19103-7225

State of: **California** ) ss.
County of: **Orange** )

Name of Server: **Richard Dewalt**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **3** day of **February**, 20 **20**, at **3:36** o'clock **P**.M

Place of Service: at **3222 Orangewood Avenue**, in **Los Alamitos, CA  90720**

Documents Served: the undersigned served the documents described as:
**Summons and Complaint**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Allison Mack**

Person Served, and Method of Service:
☒ By personally delivering them into the hands of the person to be served.
☐ By delivering them into the hands of _____, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with **Allison Mack** at the place of service, and whose relationship to the person is: _____

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex **F**; Skin Color **Caucasian**; Hair Color **Blonde**; Facial Hair _____
Approx. Age **33**; Approx. Height **5'6"**; Approx. Weight **130 lbs**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this ___ day of _____, 20 ___
Notary Public       (Commission Expires)
See attached

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of ORANGE

Subscribed and sworn to (or affirmed) before me on this 6 day of FEBRUARY, 20 20, by RICHARD DEWALT

_____,
proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.



Tamara Alana Aguirre
COMM #2304658
Notary Public - California
ORANGE COUNTY
My Commission Expires Sept. 12, 2023

(Seal)                    Signature _____