**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
                    :

SARAH EDMONDSON, et al.,        :
                    :
         Plaintiffs,      :
                    :  No.: 1:20-cv-00485-ERK-SMG
    v.                :
                    :
                    :
KEITH RANIERE, et. al.       :
                    :
        Defendants.    :
-----------------------------------------------------------------x

## <u>NOTICE OF APPEARANCE</u>

PLEASE TAKE NOTICE that the undersigned has been duly admitted to practice in this

case *pro hac vice* and enters his appearance for Plaintiffs.

Dated:  February 12, 2020          */s/ William E. Hoese*
                                 William E. Hoese
                                 KOHN, SWIFT & GRAF, P.C.
                                 1600 Market Street, Suite 2500
                                 Philadelphia, PA  19103
                                 whoese@kohnswift.com
                                 215-238-1700

## <u>CERTIFICATE OF SERVICE</u>

I, William E. Hoese hereby certify that on February 12, 2020, the foregoing Notice of

Appearance was filed electronically with the Court's ECF system, which sends electronic notice

to counsel of record for all parties.

/s/ *William E. Hoese*
William E. Hoese