UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

――――――――――――――――――――――x

SARAH EDMONDSON, et al.,   Case No. 1:20-cv-00485 (ERK)(SMG)

        Plaintiffs,

   v.

KEITH RANIERE, et al.,

        Defendants.

――――――――――――――――――――――x

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned counsel for Defendant Sara Bronfman-Igtet hereby appears, without waiving any defenses based on jurisdiction, venue, or any grounds other than defect in the summons or service of process, and requests that all notices, papers and pleadings served or required to be served be served upon the undersigned.

Dated: New York, New York
       February 20, 2020

                                      COZEN O'CONNOR

                                      By:  s/ John J. Sullivan

                                      John J. Sullivan
                                      45 Broadway
                                      16th Floor
                                      New York, New York 10006
                                      Facsimile: (646) 461-2073
                                      Email: jsullivan@cozen.com

                                      *Attorneys for Defendant*
                                      *Sara Bronfman-Igtet*