UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

SARAH EDMONDSON, et al., :
: No. 1:20-cv-00485-ERK-SMG
                Plaintiffs. :
:
vs :
:
KEITH RANIERE, et al., :
:
                Defendants. :

---

### **REQUEST OF CLERK OF COURT TO REFUND FILING FEE**

The filing fee associated with the electronic filing of Nicole H. Sprinzen's Motion to Admit Counsel *Pro Hac Vice* was paid twice during the electronic filing process on February 20, 2020 due to an error within the electronic filing system, as shown by the Pay.gov Confirmation Tracking ID ANYEDC-12422171 and ANYEDC-12422337 attached to this request. This serves as a request for the clerk of court to refund one of the two $150 filing fees.

Dated: February 21, 2020

                                                                   Respectfully submitted,

                                                                   COZEN O'CONNOR

                                                                   */s/ Nicole H. Sprinzen*
                                                                   Nicole H. Sprinzen, Esq.
                                                                   COZEN O'CONNOR
                                                                   1200 19th Street NW, Suite 300
                                                                   Washington, DC 20036
                                                                   Telephone: (202) 471-3451
                                                                   Facsimile: (202) 499-2941
                                                                   nsprinzen@cozen.com
                                                                   *Attorney for Defendant*
                                                                   *Sara Bronfman-Igtet*