**Subject:** RE: Pay.gov Payment Confirmation: NEW YORK EASTERN DISTRICT COURT

From: do_not_reply@psc.uscourts.gov <do_not_reply@psc.uscourts.gov>
Sent: Thursday, February 20, 2020 4:33 PM
To: Sprinzen, Nicole H. <NSprinzen@cozen.com>
Subject: Pay.gov Payment Confirmation: NEW YORK EASTERN DISTRICT COURT

**EXTERNAL SENDER**

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Department at (718)613-2580.

  Account Number: 4846664
  Court: NEW YORK EASTERN DISTRICT COURT
  Amount: $150.00
  Tracking Id: ANYEDC-12422171
  Approval Code: 147473
  Card Number: ************1003
  Date/Time: 02/20/2020 04:32:52 ET

NOTE: This is an automated message. Please do not reply

**Subject:** RE: Pay.gov Payment Confirmation: NEW YORK EASTERN DISTRICT COURT

From: do_not_reply@psc.uscourts.gov <do_not_reply@psc.uscourts.gov>
Sent: Thursday, February 20, 2020 4:54 PM
To: Sprinzen, Nicole H. <NSprinzen@cozen.com>
Subject: Pay.gov Payment Confirmation: NEW YORK EASTERN DISTRICT COURT

**EXTERNAL SENDER**

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Department at (718)613-2580.

  Account Number: 4846664
  Court: NEW YORK EASTERN DISTRICT COURT
  Amount: $150.00
  Tracking Id: ANYEDC-12422337
  Approval Code: 186805
  Card Number: ************1003
  Date/Time: 02/20/2020 04:54:07 ET

NOTE: This is an automated message. Please do not reply