Edmondson, et. al., Plaintiff(s)
vs.
Raniere, et. al., Defendant(s)



Service of Process by
## APS International, Ltd.
### 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 156529-0007

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Executive Success Programs, Inc., c/o Business Filings Incorporated

Court Case No. 1:20-cv-00485-EK-SMG

KOHN, SWIFT & GRAF
Mr. Neil L Glazer
1600 Market St., Ste. 2500
Philadelphia, PA 19103-7225

State of: **DELAWARE** ) ss.
County of: **NEW CASTLE** )

**Name of Server:** **ADAM GOLDEN**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **26** day of **FEB**, 20**20**, at **12:43** o'clock **P** M

**Place of Service:** at 108 West 13th Street, in Wilmington, DE 19801

**Documents Served:** the undersigned served the documents described as:
Summons and Complaint

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Executive Success Programs, Inc., c/o Business Filings Incorporated

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **SEAN O'HARA, DESIGNEE**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **M** ; Skin Color **W** ; Hair Color **BRN** ; Facial Hair ____
Approx. Age **25** ; Approx. Height **5'7"** ; Approx. Weight **165**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this ___ day of March, 2020

Notary Public (Commission Expires)

APS International, Ltd.

[Notary Seal: THOMAS M. MARSHALL, MY COMMISSION EXPIRES OCTOBER 18, 2020, NOTARY PUBLIC, STATE OF DELAWARE]