Edmondson, et. al., Plaintiff(s)
vs.
Raniere, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 156529-0007

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--First Principles, Inc., c/o Business Filings Incorporated
Court Case No. 1:20-cv-00485-EK-SMG

KOHN, SWIFT & GRAF
Mr. Neil L Glazer
1600 Market St., Ste. 2500
Philadelphia, PA 19103-7225

State of: DELAWARE ) ss.
County of: NEW CASTLE )

**Name of Server:** ADAM GOLDEN, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 26 day of FEB, 20 20, at 12:43 o'clock P M

**Place of Service:** at 108 West 13th Street, in Wilmington, DE 19801

**Documents Served:** the undersigned served the documents described as:
Summons and Complaint

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**First Principles, Inc., c/o Business Filings Incorporated**
By delivering them into the hands of an officer or managing agent whose name and title is: SEAN O'HARA, DESIGNEE

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex M ; Skin Color W ; Hair Color BRN ; Facial Hair ___
Approx. Age 25 ; Approx. Height 5'7" ; Approx. Weight 165

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 2nd day of March, 20 20

Notary Public   (Commission Expires)

**APS International, Ltd.**

THOMAS M. MARSHALL
MY COMMISSION EXPIRES OCTOBER 18, 2020
NOTARY PUBLIC
STATE OF DELAWARE