Edmondson, et. al., Plaintiff(s)
vs.
Raniere, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 156529-0007

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--NXIVM Corporation, c/o Business Filings Incorporated
Court Case No. 1:20-cv-00485-EK-SMG

KOHN, SWIFT & GRAF
Mr. Neil L Glazer
1600 Market St., Ste. 2500
Philadelphia, PA 19103-7225

State of: DELAWARE ) ss.
County of: NEW CASTLE )

**Name of Server:** ADAM GOLDEN, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 26 day of FEB, 20 20, at 12:43 o'clock PM

**Place of Service:** at 108 West 13th Street, in Wilmington, DE 19801

**Documents Served:** the undersigned served the documents described as:
Summons and Complaint

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
NXIVM Corporation, c/o Business Filings Incorporated

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: SEAN O'HARA, DESIGNEE

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex M ; Skin Color W ; Hair Color BRN ; Facial Hair ___
Approx. Age 25 ; Approx. Height 5'7" ; Approx. Weight 165

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 3rd day of March, 20 20

Signature of Server

Notary Public (Commission Expires)

**APS International, Ltd.**

(Notary seal: THOMAS M. MARSHALL, MY COMMISSION EXPIRES OCTOBER 18, 2020, NOTARY PUBLIC, STATE OF DELAWARE)