CIVIL CAUSE FOR Status Conference

BEFORE JUDGE: Eric R. Komitee, U.S.D.J.
DATE: 3/03/2020
TIME: 2:30 p.m. (5mins)

DOCKET NUMBER: CV 20-0485
TITLE: Edmondson, et al. v. Raniere, et al

COURT DEPUTY: Alicia Guy
COURT REPORTER: Anthony Frisolone

APPEARANCES:

     FOR PLAINTIFF: William Hoese, Zahra Dean, Neil Glazer

     DEFT BRONFMAN-IGTET: Bruce Maffeo, John Sullivan

TEXT: On consent, the motion to stay was granted.