

# SHERIFF'S CERTIFICATE OF SERVICE

## PERSONAL DELIVERY

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF
NEW YORK**

------------------------------------------------------x

**EDMONDSON, ET AL,**

PLAINTIFF/PETITIONER,

VS

**RANIERE, ET AL,**

DEFENDANT/RESPONDENT.

------------------------------------------------------x

**STATE OF NEW YORK                     }
KINGS COUNTY } SS:**

**Docket #** 1:20CV-00485-EK-SMG

**Part  Hearing Date**

**Sheriff's Case #** 20006532

I, **MIKHAIL BERLIN**, Deputy Sheriff of the City and State of New York, authorized pursuant to my special duties to serve process, hereby certify that: I am not a party to this action or proceeding and over 18 years of age. I further certify that on 2/28/2020, at approximately 12:35 PM at METROPOLITAN DETENTION CENTER at 80 29TH STREET, BROOKLYN, NY 11232  in the borough of BROOKLYN, County of KINGS, I served the annexed: SUMMONS IN A CIVIL ACTION, COMPLAINT, CIVIL COVER SHEET, INSTRUCTIONS FROM JUDGE ERIC KOMITEE AND MAGISTRATE JUDGE STEVEN M. GOLD upon KEITH ALAN RANIERE, in the following manner:

**[X] PERSONAL DELIVERY**

By delivering to and leaving with **KEITH ALAN RANIERE** personally a true copy thereof, said person being known as the mentioned and described herein.

**[X] DESCRIPTION:**

Skin Complexion: **LIGHT,**                   Gender: **Male,**              Approx. Age: **59** years old,

Height: **5'6",**            Weight: **175** lbs,                Hair Color: **BLACK**.

I understand that false statements made herein are punishable as a class A misdemeanor pursuant to Penal Law §210.45.

**SHERIFF OF THE CITY OF NEW YORK
JOSEPH FUCITO**

**Dated: 3/3/2020**

BY: _____
       **MIKHAIL BERLIN
DEPUTY SHERIFF
SHIELD # 416**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | |
|---|---|
| Edmondson, et al. <br> _Plaintiff(s)_ <br><br> v. <br><br> Raniere, et al. <br> _Defendant(s)_ | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:20-cv-00485-EK-SMG |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_
   Keith Alan Raniere
   Inmate # 57005-177
   Metropolitan Detention Center
   80 29th Street
   Brooklyn, NY 11232

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Neil L. Glazer
> KOHN, SWIFT & GRAF, P.C.
> 1600 Market Street, Suite 2500
> Philadelphia, PA 19103

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
_CLERK OF COURT_

Date:  1/29/2020                                   /s/Priscilla Bowens
                                                   _Signature of Clerk or Deputy Clerk_