**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
                                                                           :

SARAH EDMONDSON, et al.,

                                                                           :

        Plaintiffs,
                                                   :        1:20-cv-00485-ERK-SMG

        v.                                                    :        **NOTICE OF MOTION TO**
                                                                             **ADMIT COUNSEL**
KEITH RANIERE, et al.,                       :        *PRO HAC VICE*

                                                     :

        Defendants.

                                                     :
------------------------------------------------------------ x

To:

| | |
|---|---|
| Neil L. Glazer | Aitan D. Goelman |
| William E. Hoese | **ZUCKERMAN SPAEDER** |
| Steven M. Steingard | 1800 M Street NW, Suite 1000 |
| Stephen H. Schwartz | Washington, DC 20036 |
| Craig W. Hillwig | (202) 778-1800 |
| Zahra R. Dean | |
| Aarthi Manohar | |
| **KOHN, SWIFT & GRAF, P.C.** | |
| 1600 Market Street, Suite 2500 | |
| Philadelphia, PA 19103 | |
| (215) 238-1700 | |

        **PLEASE TAKE NOTICE** that upon the annexed affidavit of movant in support of this motion and the Certificate of Good Standing annexed thereto, I, Sara Tonnies Horton, respectfully move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern District and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm Willkie Farr & Gallagher LLP and a member in good standing of the bar of Illinois, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Defendant Clare Bronfman. There are no pending disciplinary proceedings against me in any state or federal court.

Dated: June 29, 2020					Respectfully submitted,


							 /s/ *Sara Tonnies Horton*
							Sara Tonnies Horton
							**WILLKIE FARR & GALLAGHER LLP**
							300 North LaSalle Street
							Chicago, IL 60654
							Tel: (312) 728-9000
							Fax: (312) 728-9199
							shorton@willkie.com

							*Counsel for Defendant Clare Bronfman*