UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SARAH EDMONDSON, et al,<br><br>       Plaintiffs,<br><br>     - against -<br><br>KEITH RANIERE, et al,<br><br>       Defendants. | 1:20-cv-485-ERK-CLP<br><br>**NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

   PLEASE TAKE NOTICE that upon the attached declaration of movant in support of this motion and the Certificates of Good Standing attached thereto, I, James D. Wareham, will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the law firm of Fried, Frank, Harris, Shriver & Jacobson LLP and a member in good standing of the bars of the State of Illinois and the District of Columbia, as attorney *pro hac vice* to appear and advocate as counsel for defendant Sara Bronfman in the above-captioned matter. There are no pending disciplinary proceedings against me in any state or federal court.

Dated: Washington, DC
September 16, 2021

                             FRIED, FRANK, HARRIS, SHRIVER
                                & JACOBSON LLP

                             By:         */s/ James D. Wareham*
                                             James D. Wareham

                             801 17th St., NW
                             Washington, DC 20006-3954
                             (202) 639-7000
                             james.wareham@friedfrank.com

                             Attorneys for Defendant
                               Sara Bronfman