UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SARAH EDMONDSON, et al., | |
| Plaintiffs, | CIVIL ACTION |
| v. | NO. 20-CV-485 |
| KEITH RANIERE, et. al., | |
| Defendant | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned was duly admitted to practice in this case *pro hac vice* on February 11, 2020 and enters his appearance on behalf of the following newly added plaintiffs in *Edmondson, et al. v. Keith Raniere, et al,* as follows:

        Jessica Joan Salazar
        Souki
        Nicole
        Daniela
        Camila
        India Oxenberg
        Bonnie Piesse
        Tabitha Chapman
        Ashley McLean
        Ana Cecelia
        Anthony Ames
        Jane Doe No. 13
        Jane Does Nos. 19-26
        Jane Does Nos. 28-39
        Jane Does Nos. 47-48
        Jane Does Nos. 50-63

Dated: September 21, 2021       */s/ Steven M. Steingard*
                                               Steven M. Steingard
                                               KOHN, SWIFT & GRAF, P.C.
                                               1600 Market Street, Suite 2500
                                               Philadelphia, PA 19103
                                               ssteingard@kohnswift.com
                                               215-238-1700

## CERTIFICATE OF SERVICE

I, Steven M. Steingard hereby certify that on September 21, 2021, the foregoing Notice of Appearance was filed electronically with the Court's ECF system, which sends electronic notice to counsel of record for all parties.

*/s/ Steven M. Steingard*
Steven M. Steingard