UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SARAH EDMONDSON, et al., | : |
| Plaintiffs, | : CIVIL ACTION |
| v. | : NO. 20-CV-485 |
| KEITH RANIERE, et. al., | : |
| Defendant | : |

**NOTICE OF APPEARANCE**

Please enter my appearance on behalf of the following newly added plaintiffs in *Edmondson, et al. v. Keith Raniere, et al,* as follows:

    Jessica Joan Salazar
    Souki
    Nicole
    Daniela
    Camila
    India Oxenberg
    Bonnie Piesse
    Tabitha Chapman
    Ashley McLean
    Ana Cecelia
    Anthony Ames
    Jane Doe No. 13
    Jane Does Nos. 19-26
    Jane Does Nos. 28-39
    Jane Does Nos. 47-48
    Jane Does Nos. 50-63

I am admitted to practice in this Court.

Dated: September 22, 2021        */s/ Neil L. Glazer*
                                                  Neil L. Glazer
                                                  KOHN, SWIFT & GRAF, P.C.
                                                  1600 Market Street, Suite 2500
                                                  Philadelphia, PA 19103
                                                  nglazer@kohnswift.com
                                                  215-238-1700

# CERTIFICATE OF SERVICE

I, Neil L. Glazer hereby certify that on September 22, 2021, the foregoing Notice of Appearance was filed electronically with the Court's ECF system, which sends electronic notice to counsel of record for all parties.

                                                           */s/ Neil L. Glazer*
                                                           Neil L. Glazer