# WILLKIE FARR & GALLAGHER LLP

300 North LaSalle
Chicago, IL 60654-3406
Tel: 312 728 9000
Fax: 312 728 9199

September 22, 2021

**By ECF**
Hon. Eric R. Komitee
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
Courtroom: 6G North

Re: *Edmondson, et al. v. Raniere, et al.*, 1:20-cv-00485-EK-CLP

Dear Judge Komitee,

We represent Defendant Clare Bronfman in the above-referenced matter.

Defendant Bronfman respectfully requests this Court to allow her to attend the status conference scheduled for October 15, 2021, at 2 P.M., via video conference or, alternatively, via teleconference.

The reason for this request is that Defendant Bronfman is currently incarcerated at Philadelphia Federal Detention Center. This Court has previously ordered the Bureau of Prisons to allow incarcerated defendants "video or audio conference procedures that have been utilized during the COVID-19 pandemic," *see, e.g.*, *U.S. v. Corbett*, No. 20-cr-213, 2020 WL 5803243, *8 (E.D.N.Y. Aug. 21, 2020), and has even allowed civil bench trials to be conducted entirely via Zoom, *see, e.g.*, *Flores v. Town of Islip*, No. 18-cv-3549, 2020 WL 5211052 (E.D.N.Y. Sept. 1, 2020). The Eastern District of Pennsylvania, the district in which Ms. Bronfman is housed, has also permitted incarcerated defendants to attend hearings via video conference. *See, e.g.*, *U.S. v. Towel*, No. 17-519-6, 2020 WL 2992528, *2 (E.D. Pa June 4, 2020).

Pursuant to the Eastern District of New York's Administrative Order 2021-04-6 (extending Order 2020-26, as amended by Orders 2020-26-1, 2021-04, and 2021-04-1), related to the Court's operations in light of the COVID-19 pandemic, the Court has ordered that "[a]ll civil proceedings shall be conducted remotely by telephone or video conference." Order 2020-26, ¶ 4. In addition, Administrative Order 2021-05-2 provides that a variety of legal proceedings for incarcerated defendants should be conducted via "videoconferencing, or teleconferencing if videoconferencing is not reasonably available for use."[1]

---

[1] Counsel for Ms. Bronfman understand that Administrative Order 2021-05-2 relates to criminal proceedings. However, because Ms. Bronfman is presently incarcerated, we wanted to note the procedures that exist to allow incarcerated litigants to attend their legal proceedings via video or teleconference.

We respectfully request Your Honor issue the accompanying Order to allow Defendant Bronfman to attend the status conference scheduled for October 15, 2021, at 2 P.M., via video conference or, alternatively, via teleconference.

Thank you for your attention to this matter.

Respectfully,

WILLKIE FARR & GALLAGHER LLP

 /s/ *Craig C. Martin*

Craig C. Martin

Cc: All Counsel by ECF