UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SARAH EDMONDSON, et al.,

                Plaintiffs,

- against -

KEITH RANIERE, et al.,

                Defendants.

1:20-cv-00485-ERK-CLP

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that James D. Wareham of the law firm Fried, Frank, Harris, Shriver & Jacobson LLP, having been admitted to practice *pro hac vice* in the above-captioned matter, hereby enters his appearance in this action as counsel to defendant Sara Bronfman.

Dated: Washington, DC
        September 23, 2021

FRIED, FRANK, HARRIS, SHRIVER
  & JACOBSON LLP

By:     */s/ James D. Wareham*
          James D. Wareham

801 17th St NW
Washington, DC 20006-3954
(202) 639-7000
james.wareham@friedfrank.com

Attorneys for Defendant
  Sara Bronfman

26116866