UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SARAH EDMONDSON, et al.,

                Plaintiffs,

- against -

KEITH RANIERE, et al.,

                Defendants.

1:20-cv-00485-ERK-CLP

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Anne S. Aufhauser of the law firm Fried, Frank, Harris, Shriver & Jacobson LLP, a member of the bar of this Court, hereby enters her appearance in this action as counsel to defendant Sara Bronfman.

Dated:  New York, New York
         September 29, 2021

FRIED, FRANK, HARRIS, SHRIVER
  & JACOBSON LLP

By:    */s/ Anne S. Aufhauser*
        Anne S. Aufhauser

One New York Plaza
New York, New York 10004-1980
(212) 859-8000
anne.aufhauser@friedfrank.com

Attorneys for Defendant
  Sara Bronfman

26116917