UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SARAH EDMONDSON, et al., : <br> : <br> Plaintiffs, : <br> v. : <br> KEITH RANIERE, et. al., : <br> : <br> Defendant : | CIVIL ACTION <br><br> NO. 20-CV-485 |

## NOTICE TO CLERK OF FINAL ADJUDICATION OF THE LAST DEFENDANT IN *U.S. v KEITH RANIERE*, NO. 18-CR-00204

TO THE CLERK OF COURT: Plaintiffs in this action file this Notice pursuant to paragraph 2 of the Court's March 3, 2020 Order, Dkt. 51 (the "Stay Order"). On October 6, 2021, final adjudication in the trial court of the last defendant in *United States v. Raniere*, No. 18-CR-00204 was entered (Dkt. 1131). Pursuant to paragraph 2 of the Stay Order, Plaintiffs request the Clerk of the Court to "enter on the docket a notice advising the parties that th[e] Stay Order has been lifted" and to reset all deadlines.

Dated: October 7, 2021

*/s/ Neil L. Glazer*
Neil L. Glazer
William E. Hoese
Steven M. Steingard
Stephen H. Schwartz
Craig W. Hillwig
Zahra R. Dean
Aarthi Manohar
KOHN, SWIFT & GRAF, P.C.
1600 Market Street, Suite 2500
Philadelphia, PA 19103
(215) 238-1700

Aitan D. Goelman
ZUCKERMAN SPAEDER
1800 M Street NW, Suite 1000
Washington, DC 20036
(202) 778-1800

{00222438 }