CIVIL CAUSE FOR Status Conference

BEFORE JUDGE: Eric Komitee, U.S.D.J.
DATE: 10/15/2021
TIME IN COURT: 30 Mins.


DOCKET NUMBER: CV 20-0485
TITLE: Edmondson et al v. Raniere, et al

COURT REPORTER: ESR Operator
FTR LOG: 9:42 – 10:15

APPEARANCES:

| | | |
|---|---|---|
| | Plaintiffs: | Neil Glazer, William Hoese, Zahra Dean, Elias Cohen, Elisa Mueller |
| | Clare Bronfman: | Ronald Sullivan, Craig Martin, Sara Horton |
| | Sara Bronfman: | Jaime Wareham, Israel David |
| | Other defendants: | no appearance |


SUMMARY: Upon the application of the plaintiffs, made on the record, the stay in this case is lifted. By October 29, 2021, Defendants shall submit letters (not to exceed twelve pages in total) regarding proposed next steps, as discussed on the record. Plaintiffs shall respond by November 12, 2021, in a letter not to exceed seven pages. Plaintiffs may also submit a separate letter, not to exceed three pages, regarding the issuance of a proposed third-party subpoena; Defendants may respond (if they elect) within a week of that filing. A further status conference is set for November 30, 2021 at 2:00 p.m. in-person in Courtroom 6G N.