```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
SARAH EDMONDSON, et al.                          :
                                                 :    Case 1:20-cv-00485-(ERK)(SMG)
                      Plaintiff,                 :
                                                 :
        - against -                              :
                                                 :
KEITH RANIERE, et al.                            :
                                                 :
                      Defendants.                :
-------------------------------------------------------------- X
```

# WITHDRAWAL OF APPEARANCES

Please withdraw the appearances of J. Bruce Maffeo, John J. Sullivan, and Nicole H. Sprinzen, of Cozen O'Connor, as counsel for Defendant Sara Bronfman-Igtet in the above captioned matter.

Israel David, James D. Wareham, and Anne Aufhauser, of the law firm of Fried Frank Harris Shriver & Jacobson LLP have entered their appearances as counsel for Defendant Sara Bronfman-Igtet [Dkt. No. 69, 80, and 81] and will continue to represent Defendant in the above-captioned action.

Dated: October 18, 2021                          COZEN O'CONNOR

By: */s/ John J. Sullivan*                       By: */s/ J. Bruce Maffeo*
John J. Sullivan                                 J. Bruce Maffeo
3 WTC, 175 Greenwich St., 55th Floor             3 WTC, 175 Greenwich St., 55th Floor
New York, NY 10007                               New York, NY 10007
Telephone: 212-453-3729                          Telephone: 212-883-4951
jsullivan@cozen.com                              jbmaffeo@cozen.com


By: */s/ Nicole H. Sprinzen*
Nicole H. Sprinzen
1200 19th Street NW, Suite 300
Washington, DC 20036
Telephone: 202-471-3451
nsprinzen@cozen.com

*Attorneys for Defendant Sara Bronfman-Igtet*