UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
SARAH EDMONDSON, et al., :
:
          Plaintiffs, :
: No.: 1:20-cv-00485-ERK-SMG
  v. :
:
:
KEITH RANIERE, et. al. :
:
          Defendants. :
---------------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned has been duly admitted to practice in this case *pro hac vice* and enters his appearance for All Plaintiffs.

Dated: October 22, 2021          */s/ Elias A. Kohn*
       Elias A. Kohn
       KOHN, SWIFT & GRAF, P.C.
       1600 Market Street, Suite 2500
       Philadelphia, PA  19103
       ekohn@kohnswift.com
       215-238-1700

## **CERTIFICATE OF SERVICE**

I, Elias A. Kohn hereby certify that on October 22, 2021, the foregoing *Notice of Appearance* was filed electronically with the Court's ECF system, which sends electronic notice to counsel of record for all parties.

/s/ *Elias A. Kohn*
Elias A. Kohn