



RECEIVED
OCT 2 1 2021
PRO SE OFFICE

Danielle Roberts, DO, MS
4120 S. Lake Drive
St. Francis, WI, 53235
(516) 480-1700
Drdanielledo@gmail.com

US Eastern District Court:
225 Cadman Plaza E, Brooklyn, NY 11201

Judge Pollak and Komitee
Case #: NO. 20-CV-485
Plaintiff's Sarah Edmondson, et. al & Defendant's Keith Raniere et.al.

To Whom It May Concern:

I am writing to request a 30 day extension for my response to this civil action [NO. 20-CV-485].

There are several reasons for my request. I have been made aware by my peers that this matter is moving forward, but have received no official communications from the court. When I became aware this week I reached out to the clerk at the pro se office immediately. I spoke to Jose D. today 10.21.21 to try to obtain further information regarding this matter.

Jose also made me aware that there has been an amended complaint. I was not served a copy of this or even aware it existed. He also informed me that there was a conference held regarding this matter on Oct. 15th which I had the right to participate in. I was not notified of the conference and therefore denied the opportunity and right to do so.

At this time I am not aware of what is required of me in the response requested by Oct. 29th, nor am I properly prepared to be able to answer appropriately. Would you kindly inform me of what type of response needs to be delivered from me, supply me the amended complaint for my reference and inform me of the outcome of the proceedings from the conference Oct. 15th 2021. Please also allow me the opportunity to participate in the conference, or impact the decisions thereof in some way, should I feel I have worthy contribution to make. Lastly, please grant me a 30 day extension to respond from the time I receive these materials.

As you can imagine this is a complex situation and case. I would like to give it the attention it deserves. Thank you very much for your consideration and your help in supporting me to address and resolve this matter properly.


Sincerely yours,

/s/ [Dr. Danielle Roberts