

RECEIVED
OCT 29 2021
PRO SE OFFICE

Danielle Roberts,  DO, MS
4120 S. Lake Drive
Unit 463
St. Francis, WI, 53235
(516) 480-1700
Danielle@drdanielleroberts.com

US Eastern District Court:
225 Cadman Plaza E, Brooklyn, NY 11201

Judge Pollak and Komitee
Case #: NO. 20-CV-485
Plaintiff's Sarah Edmondson, et. al & Defendant's Keith Raniere et.al.

Dear Mr. Glazer,

Thank you for the items you enclosed.

I am not represented by counsel currently.

To be clear, I was not contacting your client regarding this litigation. My intention to contact her was to attempt to work out whatever personal issues there may be between two people that once cared for each other. Any discussion regarding litigation will be taken up directly with you.

Lastly, please note the change in email for future correspondence:
danielle@drdanielleroberts.com

Sincerely,

Dr. Danielle Roberts