

ORIGINAL

Danielle Roberts, DO, MS
4120 S. Lake Drive
Unit 463
St. Francis, WI, 53235
(516) 480-1700
danielle@drdanielleroberts.com

United States District Court:
Eastern District of NY
225 Cadman Plaza East,
Courtroom: 6G
North Brooklyn, NY 11201



Honorable Eric R. Komitee,
Case #: NO. 20-CV-485
Plaintiff's Sarah Edmondson, et. al & Defendant's Keith Raniere et.al.

Dear Judge Komitee,

I am one of the defendants in case NO. 20-CV-485. Late last week I filed a request for an extension in this matter, but have not yet received a response and in good faith wanted to submit at least a brief response in case my request is not granted. I have requested this extension primarily due to the fact that that it has been difficult to secure counsel without the funds to pay for them, and I have limited legal knowledge. It would be difficult to meaningfully participate in this complex matter without properly trained representation. I have filed a request for pro bono counsel with the federal court and am looking for other options to be able to resolve this issue.

I have read the transcript from the court conference on the 15th and the amended complaint in order to discern what would be most helpful to this process at this juncture. The claims reviewed assert the existence of an enterprise or criminal organization with the intent to harm in order to fit a RICO charge that has no basis. To my knowledge, no such thing existed. All the endeavors I was involved in or had knowledge of were created with the intent to help people and did so in significant and measurable ways. Therefore, the hellacious claims made from this faulty assumption would need to be completely reexamined. Anything I participated in was done with positive intent and between consenting adults for intentional and mindful reasons.

I deny any participation in any of the charges or contribution to any damage the plaintiffs are claiming they experienced.

In addition, I agree with Ms. Clare Bronfman's counsel that was present at the conference in regards to the lack of clarity set forth by these assertions. I would, in tandem, file motions to dismiss based on Rule 8, Rule 9 (b), and Rule 12(b)(6). If any further evaluation of my

participation was appropriate, I would need further clarity as to the specific actions I took, the measurable damages incurred and by whom is claiming those damages including all Jane and John Does claiming involvement.

In light of these exceedingly false allegations, and other conflicts of interest, there are also specific counter claims I would like to file when appropriate counsel is obtained. I humbly request your honors help in this matter in response to my recently submitted application to the pro se's office. It is very important these counter issues be properly brought to light as they will help put this entire matter in perspective.

Also relevant to this proceeding and the use of everyone's time and resources is my financial status. As a result of the actions of the plaintiffs, which I will bring to light in counter claims, I have lost all primary means of income, including my privilege to practice medicine. In addition, I have sold my home and assets to afford legal counsel in the defense of these false claims against my medical license, and currently hold over $600,000 in debt for my medical education and legal fees to defend it. There are no monetary stores left to be recovered from me.

For all of the above reason's I would move to dismiss and/or be dismissed from the above complaint.

Thank you for your time in this matter,


Respectfully yours,

Dr. Danielle Roberts