# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SARAH EDMONSON, et al. <br><br> Plaintiffs, <br><br> v. <br><br> KEITH RANIERE, et al., <br><br> Defendants. | Case No.: 1:20-cv-00485-ERK-CLP <br><br> **NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate of Good Standing annexed hereto, I BRYAN REINES will move this court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of Zuckerman Spaeder LLP and a member in good standing of the bar of the State of California, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for all Plaintiffs. There are no pending disciplinary proceedings against me in any state or federal court.

Dated: November 3, 2021

*/s/ Bryan Reines*
Bryan Reines
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036
Telephone: (202) 778-1846
Facsimile: (202) 822-8106
breines@zuckerman.com

*Attorney for Plaintiffs*

7140991.1