ORIGINAL

November 14, 2021



RECEIVED
NOV 1 4 2021
PRO SE OFFICE

Brandon B. Porter
PO BOX 1102
Waukee, IA 50263

Honorable Eric R. Komitee
United States District Court
Eastern District of New York
225 Cadman Plaza East
Courtroom: 6G
North Brooklyn, New York 11201

  Re: Edmondson, et al. vs. Raniere, et al.
  Case: No. 20-CV-485

Dear Judge Komitee:

I am writing to Withdraw my request on November 12, 2021 to participate in the November 30, 2021 Status Conference remotely. Upon further evaluation, I noticed that the planned Status Conference was a follow up. I am not represented by an attorney and do not think I will be able to contribute to the legal opinions about how to move forward in this case. I will enter my response to the complaint when it is due.

I will only attend the November 30, 2021 Status Conference if my attendance is required. If that is the case, I would like to attend remotely for the reasons described in my letter from November 12, 2021.

I apologize for any inconvenience

Thank you,


/s/ Brandon B. Porter

cc: all council