

November 12, 2021

Brandon B. Porter
PO BOX 1102
Waukee, IA 50263

Honorable Eric R. Komitee
United States District Court
Eastern District of New York
225 Cadman Plaza East
Courtroom: 6G
North Brooklyn, New York 11201

      Re: Edmondson, et al. vs. Raniere, et al.
      Case: No. 20-CV-485

Dear Judge Komitee:

I am writing to ask for two requests.

1) My first request is for clarity. My answer to the revised complaint is due on November 15, 2021 (Docket #89). Based upon the transcript from the October 15, 2021 Status Conference, page 20 lines 8-12, it is my impression that this order is likely held in abeyance. Please affirm or disaffirm my inference.

2) The next Status Conference is scheduled for November 30, 2021. I am asking if I may attend the Status Conference remotely via teleconference or by videoconference. I live in central Iowa and travel to the court will incur substantial expense in time and money for me and my family. I can share with you my current finances if necessary. This suit significantly contributed to the difficulty I experience finding and keeping gainful employment and financially supporting my family. If this request should be done by a formal motion, I would certainly comply. In the meantime, I am sending a copy of this letter to all council at the email addresses provided.

Sincerely,


/s/ Brandon B. Porter

cc: all council