CIVIL CAUSE FOR Status Conference

BEFORE JUDGE: Eric Komitee, U.S.D.J.
DATE: 11/30/2021
TIME IN COURT: 45 Mins.

DOCKET NUMBER: CV 20-0485
TITLE: Edmondson et al v. Raniere, et al

COURT REPORTER: ESR Operator
FTR LOG: 2:13 – 2:59

APPEARANCES:

| | |
|---|---|
| Plaintiffs: | Neil Glazer, William Hoese, Zahra Dean, |
| Clare Bronfman: | Ronald Sullivan, Craig Martin, Sara Horton |
| Sara Bronfman: | Jaime Wareham, Israel David |
| Dr. Roberts: | Dr. Danielle Roberts (appearing *pro se* by telephone) |
| Nicki Clyne: | Nicki Clyne (appearing *pro se* by telephone) |
| Dr. Porter: | Dr. Brandon Porter (appearing *pro se* by telephone) |

SUMMARY: The Court set the following briefing schedule for Defendants' anticipated motions to dismiss: motions by January 14, 2022; response by February 14, 2022; and replies, if any, by February 28, 2022. Each Defendant's brief shall not exceed 35 pages. Plaintiffs shall file one response, not to exceed 50 pages. Defendants' replies shall not exceed 15 pages. Plaintiffs' request for a third-party subpoena [100] to issue on an expedited basis is respectfully referred to Chief Magistrate Judge Pollak. All other discovery is stayed pending resolution of the forthcoming motions to dismiss. No later than December 10, 2021 Plaintiffs shall submit an additional letter in support of their motion for a protective order [22], as discussed on the record. Defendant Danielle Roberts's motion to appoint counsel [103] is denied.