# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Sarah Edmondson, et al, | : | |
| Plaintiffs, | : | CIVIL ACTION |
| v. | : | NO. 20-CV-485 |
| Keith Raniere, et al. | : | |
| Defendants. | : | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Jane Doe 13, Case No. 20-CV-485, voluntarily dismisses her claims against all Defendants without prejudice.

Dated: December 15, 2021

*/s/ Neil L. Glazer*
Neil L. Glazer
William E. Hoese
Steven M. Steingard
Stephen H. Schwartz
Craig W. Hillwig
Zahra R. Dean
Aarthi Manohar
Elias A. Kohn
KOHN, SWIFT & GRAF, P.C.
1600 Market Street, Suite 2500
Philadelphia, PA 19103
(215) 238-1700

Aitan D. Goelman
ZUCKERMAN SPAEDER
1800 M Street NW, Suite 1000
Washington, DC 20036
(202) 778-1800

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2021, I electronically filed the foregoing Notice of Dismissal with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record.

To the best of my knowledge, there are no other attorneys or parties who require service by U.S. Mail.

*/s/ Neil L. Glazer*
Neil L. Glazer