# EXHIBIT A



Home   Articles   Videos

Manifesto   About Us

# Statement from Michele Hatchette

Feb 2

My name is Michele Hatchette.

Please know that you are reading my first and last name. Here is my middle name: Bari. I'm not hiding.

In the criminal case against Keith Raniere, the Honorable Judge Nicholas G. Garaufis made a decision that I believe was a legal error. He decided that some people would be referred to only by their first name, and others by their first and last name. It seemed almost like it was a recognition of who was innocent and deserving of protection, and who was not. It was egregious bias, in my opinion.

I knew the names of these people and some of them had at one time or another told me they wanted to be "badass," that they wanted to be tough, yet now they were hiding behind "Jane Doe."

Frankly, I was offended, but I didn't speak up at the time.

But now I think I have reached my limit because those same individuals, joined by other "Jane Does" and some "John Does" as well (they are a timid species, these "Does"), are in a civil lawsuit that — let's be honest — is, as Nicki Clyne writes in her motion to dismiss, a "greed-grab" for Bronfman money.

The same anonymous women that Judge Garaufis, at Raniere's sentencing hearing, called "brave victims" are in this anonymous lawsuit. When in history have you ever had a government officially labeling people as brave when they are making anonymous accusations? Calling them brave while sheltering them with anonymity is Orwellian.

I know who these "Does" are and I'm not going to play their game. I'm going to name them, starting with Nicole, my DOS sister, who once wrote to me that she thought the practices of DOS could help her become a woman "to be reckoned with."

I'm willing to listen to anybody who has an argument as to why I shouldn't, but I'm leaning toward naming all of them.

## Watch Michele's video call to action

## The Tale of DOS 〉

FAQs | PRESS | CONTACT

*For media inquiries, please email us.*

Copyright © 2021 The Dossier Project. All rights reserved.

Privacy Policy |

Terms of Service

**Join Mailing List**

# EXHIBIT B



thedossierproject 2d
thedossierproject · Original Audio





    

# EXHIBIT C



| **106** | **368** | **97** |
|---------|---------|--------|
| Posts | Followers | Following |

**The Dossier Project**
⚪ DOS sought to empower women through discipline, accountability, and service
⚪ We stand by our experience and promote personal responsibility
www.thedossierproject.com

| Follow | Message | +👤 |
|--------|---------|-----|

  

Challenges!        Narrative        Manifesto

⊞                ▷        

  

# EXHIBIT D

 **thedossierproject**      •••

# STATEMENT

My name is Michele Hatchette.

Please know that you are reading my first and last name. Here is my middle name: Bari.
I am not hiding.

In the criminal case against Keith Raniere, the Honorable Judge Nicholas G. Garaufis made a decision that I believe was a legal error. He decided that some people would be referred to only by their first name, and others by their first and last name.

It seemed almost like it was a recognition of who was innocent and deserving of protection, and who was not. It was egregious bias, in my opinion.



1/3

        • • •       

**29 likes**

**thedossierproject** My name is Michele Hatchette.

Please know that you are reading my first and... more

# EXHIBIT E

💬            ↻            ♡            ⬆️

**Nicki Clyne** ✓ @nickiclyne · 1d          ⋯
Replying to @nickiclyne

We're supposed to be equal under the
law, yet accusers get to be anonymous.
Meanwhile, the accused, who have the
most reputational damage at risk,
whether they are innocent or guilty, are
immediately outed.

💬 2          ↻ 4          ♡ 25          ⬆️

**Nicki Clyne** ✓ @nickiclyne · 1d          ⋯
Anonymous accusers endanger due
process and threaten the rights of all
people. Women in the NXIVM case have
hidden behind their anonymity long
enough. With equal privilege comes
equal responsibility. Time's up!



The Dossier Project
(@thedossierproject) • I…
instagram.com

💬          ↻ 2          ♡ 15          ⬆️

Tweet your reply

📷          🔍          🔔 2          ✉️

# EXHIBIT F

 **Nicki Clyne** ✓
@nickiclyne ···

Women accusers who hide behind anonymity further the paternalistic idea that women need to be babied and are too weak to put their name to things.

Michele Hatchette of @thedossierproj calls on the anonymous NXIVM plaintiffs to own their claims:

 Statement from Michele Hatchette — The Dossier Project
thedossierproject.com

9:45 PM · 2/2/22 · Twitter Web App

Tweet your reply

   ② 

# EXHIBIT G

⟲  **Dr. Danielle Roberts Retweeted**



**Michele Hatchette**
@thismixele   ···

Anonymous accusers endanger due process and threaten the rights of all people. Women in the NXIVM case have hidden behind their anonymity long enough. With equal privilege comes equal responsibility. Time's up, y'all. @RobertGavinTU @timesunion @Noah__Goldberg @joneillmusic

 **The Dossier Project** @thedossierproj · 1d
Michele Hatchete makes a statement about the anonymous NXIVM accusers
thedossierproject.com/articles/state...

Tweet your reply

      

# EXHIBIT H





# Dr. Danielle Roberts' Statement in Response to the Revocation of Her Medical License

The Office of Professional Medical Conduct (OPMC) decided to revoke my license to practice medicine on September 29th, 2021. They released a 58-page "Determination and Order" to validate their decision.

There have been many articles in the media written about the decision. To date, only one journalist has reached out to me for comment and decided to focus on smut rather than the loss of my license. In the interest of a more important conversation I am making the following statement:

### The lies and fear campaign of one woman:

In June of 2017, my friend, Sarah Edmondson called friends, clients and even the families of friends to say, something so terrible is happening [I can't say what], but it's so bad you have to get out.  She gave few facts and provided no real issues, only fear. Eventually, this turned into rumors of "sex assignments" and "human branding" within the organization (Megyn Kelly Today, 5:36). Sarah and others de-certified 140+ clients of NXIVM, causing an estimated $14 million in damages, according to a then-member of the NXIVM executive board. For this, she was facing possible fraud charges.

July 7th, 2017, perhaps to take the heat off of herself, she brought her complaint to the OPMC claiming my consensual receipt of a brand was gross medical misconduct. After her request was denied, the actress turned to her resources in the media.

On October 17, 2017, The New York Times published an article, entitled "Inside a Secretive Group Where Women Are Branded" she claimed her participation [in the initiation] was non-consensual, that she "thought it [the brand] was going to be a small tattoo;" that "for hours muffled screams … filled the room;" that she "wept the whole time." She told ABC News in a 20/20 interview (video, 1:00)  "it was worse than childbirth … imagine a hot laser, dragged across your flesh for 30 minutes without anesthetic."

She claimed "she may have dissociated out of her body" (her book Scarred, pg. 15 and The New York Times Inside a Secretive Group Where Women Are Branded). All of the above are lies, and I have the video to prove it. She knew about the brand before she joined, it was protocol, and testified to in court (Trial Transcript, pg. 1718). I was invited the same way. She didn't scream once. She breathed deeply for what was approximately one minute and thirty seconds of pen-to-skin time. She made fart jokes and bragged about "being warrior bitches" …getting a brand after her Hallmark audition the day before. She cried (what appeared to be) genuine tears of gratitude as she thanked Ms. Lauren Salzman for inviting her both midway through and at the end. She emphasized "this is so important" and she thanked me and said it looked great.

And yet, each media outlet bought her crafted story and supported this grown woman's (39 at the time) sob story without thorough fact-checking or even questioning her.

### Political and Media Involvement:

In 2017 NY Gov. Andrew Cuomo decided to "influence" the medical commissioner to prosecute this matter after the OPMC had rendered a written decision to the contrary. When Sarah Edmondson brought her claims to the OPMC in 2017, they issued a written statement concluding that "[T]he issues you [Ms. Edmondson] describe did not occur within the doctor-patient relationship… The issues you describe are not medical conduct… and no further action will be taken." They also encouraged her to take this matter to the criminal authorities if she felt this act was violent or criminal in nature. When she did, this claim was also denied (see New York Times article "Complaints About Branding Inside Secretive Group Are Under Review").

Instead of stopping this ridiculous allegation there, the Governor and the OPMC buckled under the pressure of the media. As a result, my license has been under investigation for the past 4 years for actions that have nothing to do with the practice of medicine.

### Not the Practice of Medicine:

The art of branding is done all over the country by non-medical tattoo artists and fraternity members in tattoo parlors and frat houses, respectively. There are no licenses required to practice branding in the state of NY. Therefore, I was not leaning on my medical license for scope. There was no patient-physician relationship. It was unknown to the women who would be helping them with their brands until they arrived. There were no monies exchanged, or insurances billed. In fact, billing codes for branding don't even exist. It is not taught in medical school and there are no courses or fellowships that so much as mention it. I was taught by the nation's leading body modification artist – not a doctor. But, perhaps most importantly, it does not meet the medical-legal definition for the practice of medicine as clearly outlined in Section 6251, NY Education Law entitled "Definition of Practice of Medicine":

> "The practice of the profession of medicine is defined as diagnosing, treating, operating or prescribing for any human disease, pain, injury, deformity or physical condition."

Can someone please tell me what disease, pain, injury, deformity or condition I was treating?

My hard-earned medical license was taken away for actions taken between consenting adults outside the practice of medicine. I have never so much as had one complaint from an actual patient of mine.

### The OPMC:

Three board members were chosen (by a board that hires/fires them, who are hired/fired by the Medical Commissioner, who is now hired/fired by the Governor [Cuomo]) to evaluate the legitimacy of my case about branding. It is not their job to protect consenting adults from the consequences of their decisions as in the case of Sarah Edmonson. It is, however, their job to distinguish medical practice from personal endeavor. Unless, of course, we want government agencies to dictate to us what we can and can not do in our personal lives, just as our parents did when we were 15.

They were way outside their scope.

The board's lack of judgement, discernment and morality are a matter of great concern for me (and should be for all of us). If boards, political offices and news outlets are run by individuals who have not exercised and refined these skills then we run the risk of accepting oppression and coercion under the guise of security and protection.

### The Consequences:

Nowhere was it proven that I hurt a single patient, or was grossly neglectful, or gave a patient bad medical treatment, or even misdiagnosed someone. This is the realm where a doctor should be evaluated. Not their belief system, their religion, or their non-medical life. I was stripped of my hard-earned medical license, not because of my failures as a doctor (as I have never, in my entire career, received one malpractice complaint from a single patient or colleague), but because of my personal beliefs and activities outside the practice of medicine. It took merely one friend (not a patient, not a colleague) complaining, retroactively, about something she not only consented to, but celebrated at the time, to destroy fifteen years of my hard work and ten additional years of dedicated and faithful service.

The ruling in my case ultimately says that physicians must live their lives, both personal and professional, in a way that the OPMC approves of. Frighteningly, it requires a retroactive evaluation by the OPMC to determine that a physician's personal conduct violated their unspecified and undisclosed code. This historic decision grants power to administrative occupational boards to peer into a physician's personal life and revoke their license(s) for consensual actions taken in "privacy." If this is allowed, even once, by any of us… kiss your civil liberties goodbye.

The OPMC released a 58-page justification for their decision. I will address the issues in this justification one by one in coming statements. For now, I'm continuing to evaluate what it means about the rights of all medical practitioners, and all of us as humans, that this was allowed in the United States.

I was stripped of my medical license as a result of a fear campaign incited by one woman willing to lie, the careless and fervent appetite of our culture for gossip, the lack of integrity and rigor of our media to fact check, and the moral weakness of our political leaders and elected court officials.

I will appeal this decision, not just for me, but for all of us.

Please contact me if you'd like to help.

danielle@drdanielleroberts.com
www.drdanielleroberts.com

‹  Dr. Danielle Roberts' Closing Memorandum for the
NY State Department of Health Medical Hearing

COVID-19: Sovereignty in the Age of a Pandemic  ›



Home | Bodhi Mastery | Sovereignty | Speaking and Appearances | Join Mailing List | Contact | The Dossier Project

Copyright © 2021 Danielle Roberts. All rights reserved.

# EXHIBIT I

the DOSsier project



### Nicki Clyne

Brooklyn, NY

Nicki Clyne, 38, began her career as an actor, most notably on the hit television series *Battlestar Galactica*. She has worked as a writer, a news analyst and television host, but it wasn't until she experienced the failings of the criminal justice system first-hand that she decided to dedicate herself to much needed advocacy efforts in the field. She works directly with people inside prison, as well as produces media that brings awareness to important, and sometimes controversial, issues.



### Linda Chung

Sarasota, FL

Linda Chung, 51, is a former lawyer who worked in corporate law and the music industry. She has also worked as a brand marketer for a global consumer goods company and news analyst. She has had several of her own businesses in consulting, coaching and real estate investment. She is currently a business owner in the financial services. She attended Dartmouth College, Cornell Law School and Columbia Business School. She is passionate about helping people through building businesses and relationships.



### Leah Mottishaw

Vancouver, BC

Leah Mottishaw, 34, has a background in science and business which she has leveraged in a unique career path that includes antibiotic research, hematopoietic stem cell storage, scientific consulting, technical writing/editing and professional development training (such as job readiness, team performance and entrepreneurship). She particularly enjoys working with specialized groups including women, entrepreneurs, Indigenous communities and teens. Leah is blessed to live in Vancouver, Canada with her growing family.



### Danielle Roberts

Long Island, NY

Danielle Roberts, 39, has been a body enthusiast, athlete and health advocate her entire life. She taught aerobics and personal trained her way through school. She studied psychobiology and completed a dual degree in Osteopathic Medicine & Clinical Nutrition. She served our communities as a physician, medical director, hospitalist, and entrepreneur. She has recently focused her efforts on exposing injustice and stands as an example for women to own their decisions so that they can be a more potent force in the world. Website



### Michele Hatchette

Brooklyn, NY

Michele Hatchette, 34, was born and raised in Harlem, New York City and attended one of the first historically integrated schools in the country. Raised by a family of educators, Michele is driven to a life of service to the entire human team. She has been awarded Fulbright and New York Teaching Fellows scholarships, invited to speak at the Harvard School of Education Diversity Conference, and the manager of a fine dining restaurant in NYC and all women's organic vegetable farm. Most recently, she has become the co-leader of several efforts ensuring the rights of all people are upheld under (what is still left) of the law.



### Sahajo Haertel

Berlin, Germany

Sahajo Haertel, 37, has a unique multi-cultural education and background. She speaks five languages and has lived, worked and travelled in 23 countries across four continents. She has a B.Sc.Econ in European Politics, an M.Sc.Econ in Philosophy and is most passionate about, and advocates for personal growth, heightened awareness, humanity and non-violence. She has been an entrepreneur, educator and a life coach. She is currently studying how Consciousness and Self-Awareness relate to inner freedom, empathy and humanity.



### Samantha Le Baron

Sarasota, FL

Samantha Le Baron, 31, grew up in Chihuahua, Mexico in a Mormon community. She has a BA degree in Multidisciplinary Studies, with concentrations in Language Acquisition, Language Development, and Social Sciences. She speaks Spanish, English and French. She has worked in the fields of human potential, women's studies, education development, and economic development. She now has her own ceramic product line, as well as a financial services business. She is passionate about helping other women entrepreneurs reach their goals.



### Angelica Hinojos

Orange County, CA

Angelica Hinojos, 41, was born and raised in Mexico City. She holds a B.A. in Psychology and an MSc in Work and Organizational Psychology from University of Nottingham. Formerly endeavored to Human Resources for global and family owned corporations and currently an entrepreneur helping her community with guidance on parenting and nutrition.

She is passionate about helping others create better lives, hence, creating a better world.

Angelica is fortunate to share her life with her husband and 2 boys.

## Who We Are

We are a group of women dedicated to setting the record straight about DOS, which sought to empower and embolden women, and the NXIVM narrative. We believe in honoring truth and promoting women's agency. Unfortunately, many facets of DOS have been misrepresented and contorted to serve a narrative that presupposes women are not capable of making bold choices. For the women you are about to hear from, as well as many who remain silent, DOS was a profound experience of trust, vulnerability, character-building, and personal transformation. We recognize that the allegations against the organization and its conceptual founder are very serious and deserve rigorous investigation. We do not condone any type of abuse, coercion, or emotional manipulation, and we most certainly denounce illicit activity, sexual or otherwise.

We implore anyone seeking truth and deeper understanding to continue asking questions and consider the double standard: What if this were a group of men? Would we assume they were victimized? Would we care? We will not tip toe around the controversy, however we oppose the presupposition that the media, the public, or the government are entitled to know the content of women's personal lives. We are speaking up so that people can know the truth about our experience, and so that others who have been misrepresented may have a voice in the future. We will be releasing content that covers all the most controversial aspects of DOS (branding, collateral, etc.), as well as all the allegations that have been falsely reported through a salacious media narrative (sex slavery, starvation diet, sleep deprivation, etc.). Do we think some women are lying? We will discuss that too. Thank you for keeping an open mind. We look forward to continuing the conversation.

Join Mailing List

For media inquiries, please email us.
Copyright © 2021 The Dossier Project. All rights reserved.
Privacy Policy | Terms of Service