ORIGINAL

February 1, 2022



RECEIVED FEB 01 2022 PRO SE OFFICE
SUBMITTED VIA Box.com

Brandon B. Porter
PO BOX 1102
500 W. Hickman RD
Waukee, IA 40263

Hon. Eric R. Komitee
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
Courtroom: 6G North

**Re:** *Edmondson, et al. v. Raniere, et al.*, 1:20-CV-00485-EK-CLP

Hon. Eric R. Komitte:

Pursuant to Fed. R. Civ. P. 6(b)(1)(B), E.D.N.Y. L. Civ. R. 7.1(d) and this Court's Individual Practices and Rules Section III.C, Defendant Brandon Porter submits this letter motion seeking to submit his motion to dismiss and his brief in support of his motion late.

In support of this motion, I state as follows:
On January 7, 2022, this Court approved Defendant Clare Bronfman's letter motion (Dkt. 135) for an extension to submit her motion to dismiss to January 28, 2022.
I was late in sending my motion to dismiss and the supporting brief to all parties. I e-mailed the motion to dismiss and its supporting brief to all parties at 8:30 AM, EST on January 29, 2022.

The court may "for good cause, extend the time…after the time has expired if the party failed to act because of excusable neglect." Fed. R. Civ. P. 6(b)(1)(B).

I sent my motion and supporting brief to the other participants of this suit late because I misjudged the amount of time it would take to create these documents. My intent was to send these documents in on time. However, I experienced more events where I had to change my approach than expected. I had no prior experience creating a motion and supporting brief. The fact that this was my first time to create these types of documents is not an excuse for being tardy in delivering the documents. I simply mention this in testament to the fact that my errors were made in good faith. I do not expect the Plaintiffs to experience prejudice because they received these documents the morning after it was due and I do not expect my actions to delay the judicial proceedings. Of course, your Honor's opinion on these issues is of singular importance and I defer to your judgment.

Accordingly, I request to submit acceptance of my motion to dismiss and my brief in support of my motion late, on January 29, 2022.

1

This is Defendant Porter's first request for accepting a late motion and brief or ask for an extension. Counsel appearing for Plaintiffs wrote that they did not object to this motion, when queried.

I state that all of the information described above is true.

Respectfully,

*/s/ Brandon B. Porter*

Brandon B. Porter

Cc: All Counsel by ECF