February 4, 2022

**Via Electronic Filing**
Honorable Eric R. Komitee
United States District Court
Eastern District of New York

225 Cadman Plaza East
Courtroom: 6G North
Brooklyn, New York 11201


RECEIVED FEB 0 4 2022 PRO SE OFFICE
SUBMITTED VIA BOX.COM

**Re: Edmondson, et al. v Raniere, et al. No. 1:20-cv-00485**

Dear Judge Komitee:

Mr. Glazer wrote in his letter dated February 4, 2022 (No. 136), "As the Court is aware from Plaintiffs December 17, 2021 *ex parte* submission (No. 133), there are only twelve Plaintiffs remaining who continue to seek the relief requested in Plaintiffs' motion for the Protective Order. Of the other Plaintiffs who sought that relief, ten have terminated their claims and withdrawn from the litigation, and fifty- nine Plaintiffs informed the Court of their willingness to proceed using their full identities."

However, the present FAC only shows nine plaintiffs with full names. I respectfully request that the Court direct Mr. Glazer to reveal the names of the 59 individuals who he claims are prepared to use their full names so we may begin to make heads or tails of this incomprehensible morass.

I am pleased to find out that these 59 individuals have decided to allow their claims to be rigorously examined, although, sadly, there remains a dozen who wish to hide in craven shadows.

Finally, I assure this Court that I will abide by any protective order, or any other order, so directed.

Respectfully,
/s/ Nicole Clyne