# KOHN, SWIFT & GRAF, P.C.

1600 MARKET STREET, SUITE 2500

PHILADELPHIA, PENNSYLVANIA 19103-7225

JOSEPH C. KOHN
ROBERT A. SWIFT
ROBERT J. LAROCCA
DOUGLAS A. ABRAHAMS •
WILLIAM E. HOESE
STEVEN M. STEINGARD •
STEPHEN H. SCHWARTZ †
CRAIG W. HILLWIG
BARBARA L. GIBSON †
NEIL L. GLAZER †
ZAHRA R. DEAN ⁂
AARTHI MANOHAR
ELIAS A. KOHN

(215) 238-1700
TELECOPIER (215) 238-1968
FIRM E-MAIL: info@kohnswift.com
WEB SITE: www.kohnswift.com
Email: nglazer@kohnswift.com

February 7, 2022

HAROLD E. KOHN
1914-1999
BAYARD M. GRAF
1926-2015

OF COUNSEL
GEORGE W. CRONER
LISA PALFY KOHN

† ALSO ADMITTED IN NEW YORK
• ALSO ADMITTED IN NEW JERSEY
⁂ ONLY ADMITTED IN NEW YORK



**Via Federal Express**

Office of the Clerk
United States District Court
  Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:   *Edmondson, et al. v Raniere, et al.*
           No. 1:20-cv-00485
           ECF # 136 – Exhibit B

To the Clerk:

    Enclosed please find a thumb drive that contains the original Exhibit B – Dossier Project Video Statement to Letter regarding threats to publicly disclose identities of Plaintiffs seeking Protective Order by Plaintiffs, ECF # 136 which was filed on Friday, February 7, 2022, regarding the above referenced matter.

                                        Respectfully submitted,

                                        Neil L. Glazer

NLG/yr
Enclosure