# EXHIBIT 1


