# EXHIBIT 2







5/I'm fighting for every person in this country (that includes you) to have the right to defend themselves in a legal proceeding.

3:38 PM · 2/5/22 · Twitter for Android

1 Like





**Michele Hatchette**
@thismixele

10/I'm fighting because being threatened by institutions that proport to serve the public and stand for truth and justice, should never be something a person has to go through, but sadly we see it happening more and more.

3:52 PM · 2/5/22 · Twitter for Android

**2** Likes



Michele Hatchette @thismixele · 4d
Replying to @thismixele @SusanDones and @thedossierproj

Tweet your reply

   

.ıll Xfinity Mobile 🔶       11:21 PM        ⏰ 36% 🔋

**Michele Hatchette**
@thismixele

13/I'm fighting because some of these Jane and John Does are straight up lying and I have more evidence than I can count to prove they are lying. Liars and crooks should not be allowed to use the legal system to get paid. Thats what jobs are for.

4:01 PM · 2/5/22 · Twitter for Android

**1** Like

**Michele Hatchette** @thismixele · 4d
Replying to @thismixele @SusanDones and @thedossierproj

14/I'm fighting because the govt and media are failing all of us. So sometimes

Tweet your reply

