# EXHIBIT 3



**Brandon Porter, MD, PhD**
14.6K Likes

Tweets | Tweets & replies | Media | **Likes**



**Nicki Clyne** ✓ @nickiclyne · 5d

Women accusers who hide behind anonymity further the paternalistic idea that women need to be babied and are too weak to put their name to things.

Michele Hatchette of @thedossierproj calls on the anonymous NXIVM plaintiffs to own their claims:



Statement from Michele Hatchette — The Dossie…
thedossierproject.com

💬 2    🔁 5    ♡ 28    ↑

Show this thread



**Brandon Porter, MD, PhD**
14.6K Likes

Tweets | Tweets & replies | Media | **Likes**



**Nicki Clyne** ✓ @nickiclyne · 5d
Replying to @nickiclyne

We're supposed to be equal under the law, yet accusers get to be anonymous. Meanwhile, the accused, who have the most reputational damage at risk, whether they are innocent or guilty, are immediately outed.

💬 2    ↻ 5    ♡ 26    ⤴

Show this thread



**Nicki Clyne** ✓ @nickiclyne · 5d
Replying to @nickiclyne

Anonymous accusers endanger due process and threaten the rights of all people. Women in the NXIVM case have hidden behind their anonymity long enough. With equal privilege comes equal responsibility. Time's up!



The Dossier Project (@thedossierproject)
instagram.com

