# EXHIBIT 5



### Dr. Danielle Roberts
277 Likes

Tweets | Tweets & replies | Media | **Likes**



**Michele Hatchette** @thismixele · 3d

Let me be very clear: I am a co founder, along side my 7 sisters, of the @thedossierproj. We have a platform and I, as an individual, am using our platform. I am also entitled to exercise my 1st amendment right wherever I want. Mommy Penza can't help you, boo.

> 🌄 **NXIVM Víctimas Mexicanas** · 4d
>
> Replying to @thismixele @RobertGavinTU and 3 others
>
> Dear @moira_penza,
> Michele Hatchette and The Dossier Project are threatening to release the names of witnesses in the federal case vs. Keith Raniere.
>
> How should we report this? It's a crime to intimidate witnesses. Funny. Maybe that's how the loyalists will go to jail.
>
> 

   

