# EXHIBIT 6

📶 Xfinity Mobile    2:51 PM    22% 🔋



Nicki Clyne
28.3K Likes

Tweets | Tweets & replies | Media | **Likes**



**Michele Hatchette** @thismixele · 2d
Replying to @thismixele

@sarahjedmondson, a 50 something yr old adult, had already gone to several law enforcement offices and pulled down her pants to show them her brand. She was turned away by all of them bc they reminded her she is an adult who made adult decisions & that was her problem, not theirs

💬 1    🔁    ♡ 3    ⬆️

Show this thread



**Michele Hatchette** @thismixele · 2d
The courts have failed us. And surprise surprise, the media hate campaign is what brought this case forward, NOT evidence. Cases should be driven by evidence, not because @sarahjedmondson cried on TV and went to @BarryMeier of the @nytimes and did a hit piece.



**Paige K** @PaigeK_07 · 2d

  ² 












## Nicki Clyne
28.3K Likes

Tweets | Tweets & replies | Media | **Likes**



**Michele Hatchette** @thismixele · 2d
Replying to @thismixele

If they'd had a case, @sarahjedmondson wouldn't have been turned away from the several law enforcement agencies. She was the one who chose to pull her pants down in front of America. No one asked to see that. (p.s no one else's brands looked effed up like hers)

💬 2     🔁 1     ♥ 4     ⬆

Show this thread

**Michele Hatchette** @thismixele · 2d
Replying to @thismixele

@sarahjedmondson, @nippyames, Mark Vicente (he's blocked me) and @catoxenberg teamed up and used Catherine Oxenbergs media connections to ramp up a hate campaign because they had to subvert the legal system to get the attention they sought.

💬 2     🔁     ♥ 4     ⬆



Show this thread

   



**Brandon Porter, MD, PhD**
14.6K Likes

Tweets | Tweets & replies | Media | **Likes**



**Michele Hatchette** @thismixele · 2d
Replying to @thismixele

If they'd had a case, @sarahjedmondson wouldn't have been turned away from the several law enforcement agencies. She was the one who chose to pull her pants down in front of America. No one asked to see that. (p.s no one else's brands looked effed up like hers)

💬 2    🔁 1    ♡ 4    ⬆

Show this thread



**Michele Hatchette** @thismixele · 2d
Replying to @thismixele

@sarahjedmondson, @nippyames, Mark Vicente (he's blocked me) and @catoxenberg teamed up and used Catherine Oxenbergs media connections to ramp up a hate campaign because they had to subvert the legal system to get the attention they sought.

💬 2    🔁    ♡ 4    ⬆



Show this thread

   



| Tweets | Tweets & replies | Media | **Likes** |

**Michele Hatchette** @thismixele · 2d
In her interview with @sarahjedmondson and @nippyames on their hate podcast @alittlebitculty where they invite guests to give them praise and affirm their violence, Moira Kim Penza shared it was @BarryMeier article in the @nytimes that told her a crime had been committed 🤔

> **Michele Hatchette** @thism... · 2d
> The courts have failed us. And surprise surprise, the media hate campaign is what brought this case forward, NOT evidence. Cases should be driven by evidence, not b…

💬 5    🔁 1    ♡ 8    ⬆️

Show this thread

**Seerut K. Chawla** @seerutkcha... · 2d
Replying to @BridgetPhetasy
Yes we are 😂

💬 3    🔁    ♡ 35



Tweets   Tweets & replies   Media   Likes



**Michele Hatchette** @thismixele · 2d

The courts have failed us. And surprise surprise, the media hate campaign is what brought this case forward, NOT evidence. Cases should be driven by evidence, not because @sarahjedmondson cried on TV and went to @BarryMeier of the @nytimes and did a hit piece.

> **Paige K** @PaigeK_07 · 2d
> Replying to @thismixele @SusanDones and @thedossierproj
> #13 - Why can't that evidence just be presented in court?

💬 2   🔁 1   ♡ 4