

February 13, 2022

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 14 2022 ★

BROOKLYN OFFICE

RECEIVED IN PRO SE OFFICE

FEB 14 2022

Via Box.com
@ 2:26 A.M.

Brandon B. Porter
PO BOX 1102
500 W. Hickman RD
Waukee, IA 40263

Hon. Eric R. Komitee
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
Courtroom: 6G North

**Re:** *Edmondson, et al. v. Raniere, et al.*, **1:20-CV-00485-EK-CLP**

Hon. Eric R. Komitte:

The next Status Conference is scheduled for February 17, 2021. I am asking if I may attend the Status Conference remotely via teleconference or by videoconference. I live in central Iowa and travel to the court will incur substantial expense in time and money for me and my family (over $1000 for travel, expenses, and accommodations). I can share with you my current finances if necessary. The malicious allegations within this suit significantly contributed to the difficulty I experience finding and keeping gainful employment and financially supporting my family.

Respectfully,

*/s/ Brandon B. Porter*

Brandon B. Porter

Cc: All Counsel by ECF