

rec'vd
2/14/22
SG

February 11, 2022

via Box.com
@ 12:20 pm

Danielle Roberts, DO, MS
4120 S. Lake Dr. Unit #463
St. Francis, WI 53235
516.480.1700
Danielle@drdanielleroberts.com

Honorable Eric R. Komitee
United States District Judge Eastern District of New York 225 Cadman Plaza East Brooklyn, New York 11201 Courtroom: 6G North

Via EFC

**Re: *Edmondson, et al. v. Raniere, et al.*, 1:20-CV-00485-EK-CLP**

Dear Judge Komitee:

I am writing in response to Mr. Glazers letter (Dkt. 136 & 140) requesting for an order of protection for anonymous plaintiffs.

I echo Ms. Clyne's request "to reveal the names of the 59 individuals who, in his letter (Dkt. 136), he claims are prepared to use their full names", in addition to the dozen left unnamed. It is important to know who is suing me, and if I'm interacting with someone who is doing so under guise. In addition, it is important to me that accusations in this country, especially those as serious as this, are made in good faith and full responsibility is taken by those choosing to make them.

I will of course, defer to your authority and respect any order you choose to put in place.

Respectfully,

/s/ Danielle Roberts

#143