February 10, 2022

Brandon B. Porter
PO BOX 1102
500 W. Hickman RD
Waukee, IA 40263

Hon. Eric R. Komitee
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
Courtroom: 6G North



SUBMITTED VIA
BOX.com

**Re:** *Edmondson, et al. v. Raniere, et al.*, 1:20-CV-00485-EK-CLP

Hon. Eric R. Komitte:

I just saw Mr. Glazer's request for an emergency status conference (Dkt. #140). I have no opinion on whether an emergency status conference is necessary.

I am writing to correct an error Mr. Glazer made while representing a social media post that I made. Mr. Glazer said that I posted on Sarah Edmondson's public Facebook page. I didn't post on her page, I posted on a common acquaintance's page (Exhibit A). Maybe this distinction doesn't matter because I linked her name to my comment. I don't know. I will describe what I did and my intent.

A common acquaintance of Ms. Sarah Edmondson's and mine posted links on his Facebook page to a recently released podcast ("A Little Bit Culty") by Plaintiffs Sarah Edmondson and Anthony ("Nippy") Ames. Ms. Edmondson and Mr. Ames are married and have been profiting in the media off of their new expertise on cults. Their guest on the podcast was Plaintiff Mark Vicente. The three Plaintiffs spoke in two episodes for about two hours about their NXIVM stories, some of them fabricated, related to this civil complaint. Mark Vicente was a board member for NXIVM and co-owner of two Executive Success Programs centers. Sarah Edmondson was a co-owner of an Executive Success Programs center. Nippy Ames was a professional coach in Executive Success Programs and a leader in a men's organization that was part of NXIVM. The Plaintiffs have extensively told their partially fabricated stories in multiple media outlets, including an HBO entertainment series starring them (Dkt. 88-2).

Ms. Edmondson wrote on our common acquaintance's Facebook page "Thank you." This was in response to a positive comment from our acquaintance and, I suspect, for sharing her podcast on social media. I responded to her "Thank you," with the following: "Sarah Edmondson, why are you suing me for racketeering, forced labor, forced sexual slavery, sex trafficking, human trafficking, and peonage? It looks like a joke, but this is very serious. When I applied for a

1

medical license, they had a state prosecutor in the room because of these very serious charges."
(Exhibit A, names and photos of non-involved (I think) parties redacted).

I wrote this question to Ms. Edmondson for a few reasons. First, I don't know if she is aware that she is suing me for these charges. I knew Sarah for almost her whole time in Executive Success Programs, close to 12 years. Our children played together. It surprises me that she would make such egregious claims against me. The First Amended Complaint ("FAC") is so long, maybe she didn't read the whole thing. My concern that Ms. Edmondson might not be fully aware of the specifics of her complaints against me also arose because I am aware that Jane Doe 51 asked to be removed from the suit before the FAC was filed on August 13, 2021. For some reason, she wasn't removed from the complaint until November 5, 2021. This misrepresentation may have been a clerical error, but it suggested to me that there may be some confusion between Plaintiffs and Plaintiffs' counsel elsewhere in this (not so) civil action.

Second, I wanted Sarah Edmondson and our common friends to see that the Plaintiffs are making preposterous claims against me and the other defendants. Maybe I made an error in doing so. I was thinking that this was a public forum and that my question to Ms. Edmondson would be supported by the First Amendment. I made this assumption based upon the three above mentioned Plaintiffs' decisions to release a podcast talking about the narrative that brought us to this civil action... while their civil action was in process. I suspected, and support, that they had a First Amendment right to do so... even if their stories included lies... lies that might, unfortunately, stand to enrich the plaintiffs even more than their multiple media deals have already. These Plaintiffs made a significant amount of money (likely millions of dollars, together) in the NXIVM companies they are now calling a cult, they are making money taking down their former friends in the media, and now, they are seeking even more money in this court. I was hoping to speak to Sarah's conscience and the terrible reality that she is accusing me and her former friends of racketeering, forced labor, forced sexual slavery, sex trafficking, human trafficking, and peonage.

In my opinion, if Ms. Edmondson is actually threatened by the question I posed to her on Facebook, it might be a sign that she is feeling threatened by her conscience. Or, perhaps she is scared that her false narratives will tumble down. I don't know. She is well-aware that I am non-violent, and continue to be so, despite sustaining significant abuse from the entertainment "docuseries" and podcasts she and other Plaintiffs participated in and created.

I state that all of the information described above is true.

Respectfully,

/s/ Brandon B. Porter

Brandon B. Porter

Cc: All Counsel by ECF

2

# EXHIBIT A



**G▇▇▇▇▇**
January 24 at 10:22 AM

Loved listening to these two podcast episodes with Sarah Edmondson, Anthony N Ames and Mark Vicente. My favorite episodes in their podcast. It was so lovely to hear three genuinely caring friends so happy to talk to each other and sharing their experiences and wisdom.

https://podcasts.apple.com/.../a-little.../id1553334816...

https://podcasts.apple.com/.../a-little.../id1553334816...

PODCASTS.APPLE.COM
**A Little Bit Culty: Silver Fox: Mark Vicente Part 1 on Apple Podcasts**
Show A Little Bit Culty, Ep Silver Fox: Mark Vicente Part 1 - Jan 16, 2022

👍 1                                                                                                10 Comments

👍 Like          💬 Comment          ➤ Share



A▇▇▇▇▇
You watched the HBO series on the cult?
Like  Reply  2w

T▇▇▇▇▇
Great show can't wait for part 2!! 😸 💟 🙏
❤ 1
Like  Reply  1w

# A Little Bit Culty: Silver Fox: Mark Vicente Part 1 on Apple Podcasts

Show A Little Bit Culty, Ep Silver Fox: Mark Vicente Part 1 - Jan 16, 2022

👍 1  10 Comments

Like    Comment    Share

**A**
You watched the HBO series on the cult?
Like  Reply  2w

**T**
Great show can't wait for part 2!! 🥰💚🙏
Like  Reply  1w   ❤️ 1

**Sarah Edmondson**
T[...] it's already out!
Like  Reply  1w

**T**
Sarah Edmondson awesome …. I see it came out on Sunday!! I'm a bit behind 🙈 I'll give it a listen!! I was left hanging there …..
#cliffhangerpodcast
Like  Reply  1w  Edited

**Sarah Edmondson**
T[...] 🙈🙈
Like  Reply  1w

**T**
Sarah Edmondson lovely episodes !!! I enjoyed both and listened to each one twice today! Great job!! I love what you are doing and please keep going and exposing the inside and outside of cult captivation. 💚💚💚
Like  Reply  1w

**Sarah Edmondson**
T[...] thanks my love !!!!
Like  Reply  1w   👍 1


¢|

**Sarah Edmondson**
Thanks G[...] !! 🙏❤️
Like  Reply  1w   ❤️ 1


**Sarah Edmondson**
Thanks G████ !! 🙏❤️
Like   Reply   1w    ❤️ 1


**Brandon Porter**
**Sarah Edmondson**, why are you suing me for racketeering, forced labor, forced sexual slavery, sex trafficking, human trafficking, and peonage? It looks like a joke, but this is very serious. When I applied for a medical license, they had a state prosecutor in the room because of these very serious charges.
Like   Reply   1d    👍 1


P████
**Brandon Porter** I'd like to hear that answer myself.
Like   Reply   1d

   Write a reply...    

   Write a comment...