**Fried, Frank, Harris, Shriver & Jacobson LLP**

801 17th Street, NW
Washington, DC 20006
Tel: +1.202.639.7000
Fax: +1.202.639.7003
www.friedfrank.com

**FRIED FRANK**

Direct Line: 202.639.7040
Email: james.wareham@friedfrank.com

February 14, 2022

**Via ECF**

The Honorable Eric R. Komitee
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Edmondson, et al. v. Raniere, et al.*, 1:20-cv-00485-EK-CLP

Dear Judge Komitee:

We represent Ms. Sara Bronfman in the above-captioned action. We write in response to the Court's February 11, 2022 minute order insofar as it directs the defendants to appear in person at a conference to be held on February 17, 2022. ECF No. 141. Ms. Sara Bronfman lives outside of the United States and has not been in the United States since January 2019. She is unable to attend the conference in light of COVID-related travel restrictions, including the Health and Safety Protocols of the Eastern District of New York. However, Fried Frank attorneys will appear in person on Ms. Sara Bronfman's behalf at the February 17 conference.

We note that Ms. Sara Bronfman has no knowledge or involvement in the matters outlined in plaintiffs' February 4, 2022 and February 10, 2022 letters. ECF Nos. 136, 140. Those filings do not claim otherwise. In addition, as the Court is aware, Ms. Sara Bronfman has not taken any position regarding the motion of certain plaintiffs to proceed pseudonymously in this action.

Respectfully submitted,

/s/ James D. Wareham

James D. Wareham (*pro hac vice*)

cc: All parties appearing, via ECF

**New York • Washington, DC • London • Frankfurt • Brussels**
Fried, Frank, Harris, Shriver & Jacobson LLP is a Delaware Limited Liability Partnership

28075277