

## Exhibits

**Exhibit 1: Letter from the OPMC in response to Sarah Edmondson's complaint:**

**NEW YORK STATE OF OPPORTUNITY.** | **Department of Health**

ANDREW M. CUOMO
Governor

HOWARD A. ZUCKER, M.D., J.D.
Commissioner

SALLY DRESLIN, M.S., R.N.
Executive Deputy Commissioner

July 11, 2017

OPMC # 17-07-4422

Dear Ms. Edmondson:

In accordance with New York State Public Health Law Section 230, the Office of Professional Medical Conduct (OPMC) has reviewed your July 7, 2017 correspondence regarding Danielle Roberts, DO. This office is responsible for investigating allegations of professional misconduct by physicians, physician assistants and special assistants. We assessed the allegations you raised and the physician's actions in the context of New York State Education Law Section 6530 that defines the parameters of medical misconduct.

The issues you describe did not occur within the doctor-patient relationship and should be reported to law enforcement in the area where the incident occurred. The issues you describe are not medical misconduct as defined in New York State Education Law Section 6530. The information that you have supplied will be retained in our confidential files and no further action will be taken.

If you have further questions regarding the processing of your complaint, or this letter, you may contact this office at 1-800-663-6114. Thank you for bringing this matter to our attention.

Sincerely,

*R. Soulier*

R. Soulier
Central Intake Unit
Office of Professional Medical Conduct

Empire State Plaza, Corning Tower, Albany, NY 12237 | health.ny.gov

**Exhibit 2: Loss of jobs, reputation, references, livelihood (a small sampling)**

## Follow up

Inbox

@ascension.org>                                    Aug 3, 2017 (11 days ago)

to me

Danielle,

I am following on our earlier discussion. Per your request, attached you will find the narrative of the two patient complaints. You should also know there was no medical staff action taken against you. Termination of a locums contract automatically results in termination of medical staff privileges. This was purely contractual. Please let me know if you need further clarification.

Rick

*Chief Medical Officer*

**Ascension | Columbia-St. Mary's**
2301 N Lake Dr.
Milwaukee, WI 63211
ascension.org/wisconsin
**T: 414-585-1374**

@ascension.org

CONFIDENTIALITY NOTICE:

This email message and any accompanying data or files is confidential and may contain privileged information intended only for the named recipient(s). If you are not the intended recipient(s), you are hereby notified that the dissemination, distribution, and or copying of this message is strictly prohibited. If you receive this message in error, or are not the named recipient(s), please notify the sender at the email address above, delete this email from your computer, and destroy any copies in any form immediately. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege.

**Complaint 2 (rec'd 7/18/2017)**
I am shocked that Columbia St. Mary's would have a Doctor that goes around branding women as "Slaves."http://niagarafallsreporter.com/part-10-branded-slaves-master-raniere-collateral-must-sufficient-destroy/

Doctor Roberts brands and torches women's vagina's and she was my doctor while I stayed there. Also, she tried to get me to buy into her firm www.exoeso.com. She invited me to Albany NY, to some 16 day seminar ritual.

Columbia needs to really screen its doctors better



Click here to enable desktop notifications for Gmail. Learn more Hide

More

**P. S. to our conversation today at Columbia St. Mary's**   Inbox x

COMPOSE

Inbox (5,737)
Starred
Important
Sent Mail
Drafts (162)
Spam (362)
Trash

@chghealthcare.com    12:02 PM (20 minutes ago)

to me ▾

Hi Dr. Roberts,

I came across the last QA evaluation we received from Columbia St. Mary's Milwaukee Campus from your assignment there 04/04/17-04/10/17. I think CompHealth automatically sends a QA evaluation to the client after every assignment but during your history of working there, we have only received three back (all positive) and the latest one was from your April assignment. I just wanted to share with you that the evaluator gave you all "excellent" ratings and made the following comments: 1) "Dr. Roberts is a valued member of our team.", 2) "Dr. Roberts is a compassionate, skilled physician." and 3) "Dr. Roberts works well with the team at CSM."

Associate Quality Manager II
Quality Management

**CHG Healthcare**
Work: 801 930-3474

Show details

CHG. Healthcare

FORTUNE
100
BEST
COMPANIES
TO WORK FOR



Click here to enable desktop notifications for Gmail. Learn more Hide

More

**email**   Inbox x

COMPOSE

Inbox (9,355)
Starred
Important
Sent Mail
Drafts (173)
Spam (233)
Trash

elyse@oasismedicine.com

@oasismedicine.com>    Oct 20 (1 day ago)

to me ▾

Show details

Dr. Roberts,

Dr. ▮▮▮▮ has asked me to have you remove his name from your CV effective immediately.

Please confirm receipt of this.

Regards,

Elyse

## Exhibit 3: Social media harassment and defamation



🏷 Tag Photo  📍 Add Location  ✏ Edit

👍 Like   💬 Comment   ↗ Share   ●▾

● 2                                    Chronological ▾

r 9 at 6:41am

**Francisco Javier L** Are you the one that branded women for the NXIVM cult?
Like · Reply · Message · November 11 at 12:26pm

**Cecily Lynn** Is this the Dr that branded women for that group? What was the mark supposed to be? Half triangle half worm? The brand looked like an ugly stabbing scar from a small knife --js
Like · Reply · Message · 🕐 1 · November 13 at 10:54am

**Sara Helena** I read the same article. What a monster! Should have her license revoked immediately. https://nyti.ms/2kWVWo3
Like · Reply · Message · 33 mins · Edited

Write a comment...   😊 📷 💬 🎁



**f**  Dr. Danielle Roberts                🔍          ● Danielle  Home  👥 ● ❸¹ ❓

Page    **Inbox**    Notifications 2    Insights    Publishing Tools                          Settings

| Inbox ▾ | Filter By ∨ | Mary Brown<br>View Profile | Actions ▾ | About |
|---|---|---|---|---|
| 🔍 Search people and messages | | 4:05PM | | ☞ Studied at Bishop Alemany |
| Go to New Inbox → | | Branding women, you are sick. Karma, she is a coming for you. | | Labels     Add & Mar |
| **Mary Brown** 4:05pm<br>Branding women, you are sick. Karma, ... | | | | Apply a label... |
| **Robert Gehrig** Nov 9<br>Greetings Dr Roberts Are you looking fo... | | | | Add labels to help track and find conversations. Only admins can se labels. |
| **Yvette Brend** Oct 23<br>URGENT: I am looking to connect with ... | | | | **Your Notes**     Add N |
| **Christian Montes Schutte** Oct 17<br>Would you brand me master? | | | | Notes help you keep track of your conversations. Only admins can se notes. |
| ⬤ Away | ⓘ | Write a reply... | | $ 📎 😊 💬 ⊞ |

● Chat (35)                                    ⚙ ✐ ⚖

# Exhibit 4: Emails showing harassment encouraging suicide (small sampling)

 Gmail

Dr. Danielle Roberts <danielle@drdanielleroberts.com>

### Form Submission - Website Contact Form
2 messages

**Squarespace** <form-submission@squarespace.info>               Wed, Nov 10, 2021 at 7:22 PM
Reply-To: [redacted]
To: danielle@drdanielleroberts.com

mailto:danielle@drdanielleroberts.com

Sent via form submission from *Dr. Danielle Roberts*

**Name:** [redacted]

**Email:** [redacted]

**Message:** Haha! You lost your license and you are never getting it back. Your Vanguard will die in prison. You are such an idiot to follow him.

You are a pitiful excuse for a human being. Why don't you do everyone a favor and leave this planet?

Every day when you look in the mirror you see how much older you are than the day before. You don't turn heads like you did when you were 18. All the plastic surgery, dieting and yoga won't change that. End your misery for your own sake and the sake of humanity.

Say "Hi"to the rest of your past-their-prime sorority sisters for me.

Love!

[redacted]

---

 Gmail

Dr. Danielle Roberts <danielle@drdanielleroberts.com>

### Form Submission - Website Contact Form
1 message

**Squarespace** <form-submission@squarespace.info>               Wed, Dec 8, 2021 at 12:49 AM
Reply-To: katymc328@gmail.com
To: danielle@drdanielleroberts.com

Sent via form submission from *Dr. Danielle Roberts*

**Name:** [redacted]

**Email:** katymc328@gmail.com

**Message:** When you look at your menopausal, crooked face in the mirror do you realize that no amount of yoga is going to make you young again? That the only men who are interested in you are losers? Only a pitiful beta boy wants to touch hag branded with the initials of a short troll like Keith, or any man for that matter.

Do the world a favor; do the rigth thing. End it all.

Love,

Kathryn

Does this submission look like spam? Report it here.

 **Gmail**

Dr. Danielle Roberts <danielle@drdanielleroberts.com>

---

### Form Submission - Website Contact Form
1 message

Squarespace <form-submission@squarespace.info>                    Wed, Oct 6, 2021 at 9:52 PM
Reply-To: rbeaty4@gmail.com
To: danielle@drdanielleroberts.com

Sent via form submission from *Dr. Danielle Roberts*

Name: ███████████

Email: rbeaty4@gmail.com

Message: Howdy! I am looking to hire someone to brand about 800 cows at the KA Ranch. Yee Ha!!

I am offering the rate of $1.50 per cow. Some of the cows get a little uppity and have been known to kick people in the head, but it shouldn't be a problem for you since you are already brain dead.

You come highly recommended and I would would like to see if you are available.

---

 **Gmail**

Dr. Danielle Roberts <danielle@drdanielleroberts.com>

---

### Form Submission - Website Contact Form
1 message

Squarespace <form-submission@squarespace.info>                    Tue, Oct 5, 2021 at 10:20 PM
Reply-To: yourestillacultist@notadoctor.org
To: danielle@drdanielleroberts.com

Sent via form submission from *Dr. Danielle Roberts*

Name: Brandy Vadgeburne

Email: yourestillacultist@notadoctor.org

Message: Hi there, I'm looking for someone to mutilate my crotch. Wondering if you could help me out? Feel this needs a doctor's touch.

 Gmail

**Dr. Danielle Roberts <danielle@drdanielleroberts.com>**

## Form Submission - Website Contact Form
1 message

Squarespace <form-submission@squarespace.info>            Sun, Oct 3, 2021 at 8:40 AM
Reply-To: ToDumb2BeADOCTOR@msn.com
To: danielle@drdanielleroberts.com

Sent via form submission from *Dr. Danielle Roberts*

**Name:** Dr Dumbass

**Email:** ToDumb2BeADOCTOR@MSN.com

**Message:** Lost your license. All those years of school WASTED. DUMBASS.

## Exhibit 5: Voice notes, conversations threatening defamation, and prosecution (small sampling)





TODAY

2 UNREAD MESSAGES

I know you we're the one who mark every woman. Ve carefull
4:35 AM

I Will pay my last cent todo have you in jail
4:38 AM



today at 7:40 AM

FBI isafter you    5:50 AM

They whow you maatked    5:51 AM

You Will be un jail    5:51 AM

5:52 AM

▶  ●————————————    0:40    5:59 AM

▶  ●————————————    0:09    5:59 AM

Jail    6:49 AM

▶  ●————————————    0:04    6:52 AM

▶  ●————————————    1:26    7:05 AM

▶  ●————————————    0:18    7:16 AM

☎ Missed voice call at 7:20 AM

▶  ●

☺    Type a message    🎤