FILED
in the Clerk's Office
U.S. District Court, EDNY
February 14, 2022
2:08 PM
Brooklyn Pro Se Office
via Box.com

Recvd 2/15/2022  sg

Nicole Clyne
1072 Bedford Ave. #87
Brooklyn, NY 11216

February 14, 2022

**Via ECF**

United States District Court
Eastern District Court
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Edmondson, et al. v. Raniere, et al.*, 1:20-CV-00485-EK-CLP

Dear Honorable Judge Komitee

I am writing in response to your preliminary order of protection filed on February 11, and your direction to appear in person at a conference on February 17. ECF No. 141.

I, Nicki Clyne, a defendant in this lawsuit, am representing myself pro se because I have no funds to retain an attorney. As I no longer live in New York State, I am requesting to appear by tele-conference or phone so as to preserve what little funds I have and work on defending myself in this case.

Firstly, Your Honor, kindly permit me to advise that I fully intend to abide by your temporary protective order and I will NOT name any plaintiffs who are seeking anonymity. I will neither condone nor recommend that anyone else do so.

I will not, nor have I ever expressed any intention to, name any of the anonymous plaintiffs. At this time, I am still in the dark as to who most of them are.

If Your Honor would so desire, I am willing to provide the Court ex-parte with my financial affidavit to establish my financial inability to afford a lawyer or travel to Brooklyn at this time.

Yours sincerely,


/s/ Nicki Clyne


cc: All parties appearing, via ECF