CIVIL CAUSE FOR Show Cause Hearing & Status Conference
BEFORE JUDGE: Eric Komitee, U.S.D.J.
DATE: 2/17/2022
TIME IN COURT: 45 Mins.

DOCKET NUMBER: CV 20-0485
TITLE: Edmondson et al v. Raniere, et al

COURT REPORTER: ESR Operator
FTR LOG: 1:42 – 2:31

APPEARANCES:

| | |
|---|---|
| Plaintiffs: | Neil Glazer, Zahra Dean, |
| Clare Bronfman: | Ronald Sullivan |
| Sara Bronfman: | Jaime Wareham |
| Dr. Roberts: | Dr. Danielle Roberts (appearing *pro se*) |
| Nicki Clyne: | Nicki Clyne (appearing *pro se*) |
| Dr. Porter: | Dr. Brandon Porter (appearing *pro se*) |

SUMMARY: No later than February 25, 2022, Plaintiffs shall file (publicly) a copy of their December 17 letter, redacted as discussed on the record. By February 25, Plaintiff shall file (i) a second amended complaint as discussed on the record and (ii) a chart (under seal) that includes the full names of the plaintiffs who are proceeding pseudonymously or on a first-name basis. The supplemental materials submitted with Plaintiffs' December 17 letter shall remain under seal for the time being. The parties -- including *pro se* defendants, if they choose -- are ordered to meet and confer, and let the Court know by February 25 if they come to agreement regarding the sealing or redaction of those documents. Defendant Clyne's motion to compel [138] is moot in light of the above.