# KOHN, SWIFT & GRAF, P.C.

1600 MARKET STREET, SUITE 2500

PHILADELPHIA, PENNSYLVANIA 19103-7225

JOSEPH C. KOHN
ROBERT A. SWIFT
ROBERT J. LAROCCA
DOUGLAS A. ABRAHAMS *
WILLIAM E. HOESE
STEVEN M. STEINGARD *
STEPHEN H. SCHWARTZ †
CRAIG W. HILLWIG
BARBARA L. GIBSON †
NEIL L. GLAZER †
ZAHRA R. DEAN ⌘
AARTHI MANOHAR
ELIAS A. KOHN

(215) 238-1700
TELECOPIER (215) 238-1968
FIRM E-MAIL: info@kohnswift.com
WEB SITE: www.kohnswift.com

Email: nglazer@kohnswift.com

HAROLD E. KOHN
1914-1999
BAYARD M. GRAF
1926-2015

OF COUNSEL
GEORGE W. CRONER
LISA PALFY KOHN

† ALSO ADMITTED IN NEW YORK
* ALSO ADMITTED IN NEW JERSEY
⌘ ONLY ADMITTED IN NEW YORK

March 8, 2022

**By ECF**

Hon. Eric R. Komitee
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
Courtroom: 6G North

Re: *Edmondson, et al. v. Raniere, et al.*, **1:20-CV-00485-EK-CLP**

Dear Judge Komitee:

Pursuant to this Court's Individual Practices and Rules Section III.D.2, Plaintiffs submit this letter motion seeking leave to file a memorandum of law in excess of 35 pages in support of their response to the motions to dismiss. In support of Plaintiffs motion, Plaintiffs state as follows:

On November 30, 2021, this Court entered a minute order providing for a 50 page limit for Plaintiffs response to Defendants' motions to dismiss.

Defendants' 5 motions to dismiss total 106 pages. Given these complexities, Plaintiffs request an additional 25 pages (for a total of **75 pages**) to respond to these issues in their memorandum. An additional 25 pages would allow Plaintiffs to provide a more organized framework for their brief and permit a more complete discussion of the legal issues raised in Defendants' motions.

      Counsel appearing for Defendants Clare Bronfman and Sara Bronfman and pro se Defendants Brandon Porter and Danielle Roberts consent to Plaintiffs' request for additional pages. Defendant Nicole Clyne does not oppose Plaintiffs' request.

      Respectfully submitted,

      Neil L. Glazer

NLG/yr

cc:     All counsel and pro se defendants via ECF