# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SARAH EDMONDSON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KEITH RANIERE, et al., <br><br> Defendants. | 1:20-cv-00485-EK-CLP <br><br> **DEFENDANT CLARE BRONFMAN'S NOTICE OF MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT** |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, Defendant Clare Bronfman hereby moves this Court for an order, pursuant to Rules 8(a)(2), 9(b), 12(b)(1), and 12(b)(6) of the Federal Rules of Civil Procedure, dismissing with prejudice Plaintiffs' First Amended Complaint against her.

| | |
|---|---|
| Dated: January 28, 2022 | Respectfully submitted, |
| Jeffrey B. Korn <br> WILLKIE FARR & GALLAGHER LLP <br> 787 Seventh Avenue <br> New York, New York 10019-6099 <br> Tel: (212) 728-8000 <br> Fax: (212) 728-8111 <br><br> Ronald S. Sullivan, Jr. <br> 712 H Street NE, Suite 1354 <br> Washington, DC 20002 <br> Tel: (212) 873-9120 <br> Fax: (202) 863-1459 | */s/ Craig C. Martin* <br> Craig C. Martin <br> Sara T. Horton <br> WILLKIE FARR & GALLAGHER LLP <br> 300 North LaSalle Street, Suite 5000 <br> Chicago, Illinois 60654 <br> Tel: (312) 728-9000 <br> Fax: (312) 728-9199 |

*Attorneys for Defendant Clare Bronfman*