# EXHIBIT A – THE PARTIES

## DEFENDANTS

| 15 Current Defendants | | | | |
|---|---|---|---|---|
| K. Raniere | S. Bronfman | K. Russell | D. Roberts | ESP |
| N. Salzman | L. Salzman | K. Unterreiner | N. Clyne | ESF |
| C. Bronfman | A. Mack | B. Porter | NXIVM Corp. | First Principles |

## PLAINTIFFS

| 76 Current Plaintiffs[*] | | | | |
|---|---|---|---|---|
| S. Edmondson | Kayla | Jane Doe 28 | Jane Doe 47 | John Doe 9 |
| T. Natalie | Amanda | Jane Doe 29 | Jane Doe 48 | John Doe 10 |
| Daniela | Jane Doe 6 | Jane Doe 30 | Jane Doe 50 | John Doe 11 |
| Camila | Jane Doe 7 | Jane Doe 31 | Jane Doe 52 | John Doe 12 |
| Adrian | Jane Doe 8 | Jane Doe 32 | Jane Doe 53 | John Doe 13 |
| J.J. Salazar | Jane Doe 9 | Jane Doe 34 | Jane Doe 54 | John Doe 14 |
| Souki | Jane Doe 10 | Jane Doe 35 | Jane Doe 56 | John Doe 15 |
| Nicole | Jane Doe 11 | Jane Doe 36 | Jane Doe 57 | John Doe 19 |
| Audrey | Jane Doe 15 | Jane Doe 37 | Jane Doe 60 | John Doe 20 |
| I. Oxenberg | Jane Doe 17 | Jane Doe 38 | Jane Doe 62 | John Doe 21 |
| A. Stiles | Jane Doe 19 | Jane Doe 39 | Jane Doe 63 | John Doe 22 |
| B. Piesse | Jane Doe 20 | Jane Doe 40 | John Doe 3 | Jane Doe 59 |
| M. Vicente | Jane Doe 21 | Jane Doe 42 | John Doe 4 | |
| A. Ames | Jane Doe 22 | Jane Doe 43 | John Doe 5 | |
| T. Chapman | Jane Doe 24 | Jane Doe 44 | John Doe 6 | |
| A. McLean | Jane Doe 25 | Jane Doe 45 | John Doe 7 | |

---

[*] List of Plaintiffs relies on Plaintiffs named within the body of the FAC (including being listed as a Plaintiff in a particular Count), rather than the Plaintiffs listed on the docket. Plaintiffs Audrey, Kayla, Amanda, Adrienne Stiles, Adrian, and Jane Doe 40 are not listed on the docket but are mentioned in the FAC.

1

| 10 Plaintiffs Dismissed Since Filing of FAC ||
|---|---|
| A. Cecelia | Jane Doe 51 |
| Jane Doe 13 | Jane Doe 55 |
| Jane Doe 23 | John Doe 2 |
| Jane Doe 26 | John Doe 16 |
| Jane Doe 33 | John Doe 17 |