# EXHIBIT A

# EXHIBIT A – THE PARTIES

## DEFENDANTS

| 15 Current Defendants | | | | |
|---|---|---|---|---|
| K. Raniere | S. Bronfman | K. Russell | D. Roberts | ESP |
| N. Salzman | L. Salzman | K. Unterreiner | N. Clyne | ESF |
| C. Bronfman | A. Mack | B. Porter | NXIVM Corp. | First Principles |

## PLAINTIFFS

| 70 Current Plaintiffs | | | | |
|---|---|---|---|---|
| S. Edmondson | A. McLean | D. Brunelle (Jane Doe 24) | M. Saville (Jane Doe 44) | A. Balassa (John Doe 5) |
| T. Natalie | K. Grosse | K. Diaz Cano (Jane Doe 25) | S. Pratt (Jane Doe 45) | M. Carrier (John Doe 6) |
| Daniela | V. Jaspeado (Jane Doe 6) | P. Cooley (Jane Doe 30) | A. Rood (Jane Doe 47) | R. Christiansen (John Doe 7) |
| Camila | Paloma Pena (Jane Doe 7) | R. Cua (Jane Doe 31) | K. Shaw (Jane Doe 48) | O. Giroux (John Doe 9) |
| Adrian | Jane Doe 8 | B. Ingram (Jane Doe 32) | Kristin (Jane Doe 50) | J. Golfman (John Doe 10) |
| J.J. Salazar | Jane Doe 9 | S. Holmes (Jane Doe 34) | H. Vanderheyden (Jane Doe 52) | A. Harvey (John Doe 11) |
| S. Mehdaoui | Charlotte (Jane Doe 10) | P. Green (Jane Doe 35) | J. Vicente (Jane Doe 53) | R. Haynes (John Doe 12) |
| Nicole | Rachel (Jane Doe 11) | A. Hammond (Jane Doe 36) | S.P. Vieta (Jane Doe 54) | W. Livesey (John Doe 13) |
| I. Oxenberg | Valerie (Jane Doe 15) | Y. Huang (Jane Doe 37) | S. Wysocki (Jane Doe 57) | N. MacQuarrie (John Doe 14) |
| A. Stiles | L. MacInnis (Jane Doe 17) | T. Hubbard (Jane Doe 38) | S. Fair-Layman (Jane Doe 60) | A. Madani (John Doe 15) |
| B. Piesse | J. Kobelt (Jane Doe 19) | S. Lim (Jane Doe 39) | G. Gendron (Jane Doe 62) | C. Williams (John Doe 19) |
| M. Vicente | M. Leviton (Jane Doe 20) | A. Menashy (Jane Doe 40) | S. Wall (Jane Doe 63) | C. Black (John Doe 20) |
| A. Ames | I. Constantino (Jane Doe 21) | E. Menhaji (Jane Doe 42) | S. Starr (John Doe 3) | R. Gray (John Doe 21) |
| T. Chapman | C. Long-Cottrell (Jane Doe 22) | M. Miljkovic (Jane Doe 43) | P. Akka (John Doe 4) | K. Kozak (John Doe 22) |

| **16 Plaintiffs Dismissed Since Filing of FAC** ||
| --- | --- |
| A. Cecelia | John Doe 16 |
| Jane Doe 13 | John Doe 17 |
| Jane Doe 23 | Audrey |
| Jane Doe 26 | Amanda |
| Jane Doe 33 | Jane Doe 28 |
| Jane Doe 51 | Jane Doe 29 |
| Jane Doe 55 | Jane Doe 56 |
| John Doe 2 | Jane Doe 59 |