UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SARAH EDMONDSON, et al., <br><br> Plaintiffs, <br><br> - against - <br><br> KEITH RANIERE, et al., <br><br> Defendants. | Oral Argument Requested <br><br> 20-CV-485-ERK-CLP <br><br> **NOTICE OF MOTION TO DISMISS THE FIRST AMENDED COMPLAINT** |

PLEASE TAKE NOTICE that upon the accompanying memorandum of law, and upon all prior filings and proceedings in the above-captioned action, Sara Bronfman will move this Court, in Courtroom 6G North, in the United States Courthouse, 225 Cadman Plaza East, Brooklyn, NY 11201, at a time and date to be determined by the Court, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing the first amended complaint (Dkt. No. 64) with prejudice as against Sara Bronfman.

Dated:   New York, New York
         January 28, 2022

FRIED, FRANK, HARRIS, SHRIVER
 & JACOBSON LLP

By:      /s/ Israel David
         Israel David

Israel David
Anne S. Aufhauser
Alexis R. Casamassima
One New York Plaza
New York, New York 10004
Telephone:  (212) 859-8000
israel.david@friedfrank.com
anne.aufhauser@friedfrank.com
alexis.casamassima@friedfrank.com

FRIED, FRANK, HARRIS, SHRIVER
 & JACOBSON LLP

James D. Wareham *(admitted pro hac)*
James M. Lockerby (*not admitted in New York or EDNY*)
801 17th Street, NW
Washington, DC 20006
Telephone:  (202) 639-7000
james.wareham@friedfrank.com
james.lockerby@friedfrank.com

*Attorneys for Defendant Sara Bronfman*