FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
APR 14 2022
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SARAH EDMONDSON, *et al.* | ) |
| | ) |
| Plantiffs, | ) |
| | ) Civil Action NO. 20-CV-485 |
| v. | ) |
| | ) |
| Keith Raniere, *et al.* | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT NICKI CLYNE'S NOTICE OF MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, I, Nicki Clyne hereby moves this Court for an order, pursuant to Rules 8(a)(2), 9(b), 12(b)(1), and 12(b)(6) of the Federal Rules of Civil Procedure, dismissing with prejudice Plaintiffs' First Amended Complaint against me.

Date: January 28, 2022

Respectfully submitted,

/s/ Nicki Clyne