April 14, 2022

FILED
in the Clerk's Office
U.S. District Court, EDNY
April 14, 2022
3:01PM
Brooklyn Pro Se Office via Box.com

Brandon B. Porter
PO BOX 1102
500 W. Hickman RD
Waukee, IA 50263

Hon. Eric R. Komitee
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
Courtroom: 6C North

Re: *Edmondson, et al. v. Raniere, et al.*, 1:20-CV-00485-EK-CLP

Hon. Eric R. Komitte and All Parties:

There was a clerical error in two of my submissions this past week.

Dkt. 175 – MEMORANDUM in Support of his Motion to Dismiss Pltffs' First Amended Complaint. – Exhibits A, B, and C for my REPLY, Dkt. 176, were sent as separate documents and mistakenly added onto this document.

Dkt. 176 - REPLY in Support of his Motion to Dismiss Pltffs' First Amended Complaint – this document **didn't** have Exhibits A, B, and C connect to the document.

I spoke with the Pro Se office about this. They will fix the errors and I learned how to avoid this error in the future if I have any more filings.

Respectfully,

*/s/ Brandon B. Porter*

Brandon B. Porter

Cc: All Counsel by ECF

1