# DEBORAH J. BLUM, ESQ.
## 225 Broadway, Suite 715 • New York, NY 10007

Frances Leggiere, *J.D. Associate*
William Simpson, *Paralegal*

T • (646) 535-2586
M • (845) 304-5312
F • (212) 409-8279

---

**VIA ECF**
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:    Edmondson et al. v. Raniere et al.
                Case Number: 1:20-cv-00485
                Request to File Notice of Appearance for Non-Party

To Whom It May Concern,

     My firm represents Suneel Chakravorty, a ***non-party*** to the above case number. In an order dated March 24th, 2022, Magistrate Judge Cheryl L. Pollak permitted plaintiffs' subpoena and directed non-party Mr. Charkravorty to produce photographs in his possession and submit a sworn affidavit for *in camera* review by Monday April 25th, 2022, which we are prepared to do.

     At present, we are attempting to file a Notice of Appearance with the Court so that we may abide the Magistrate Judge's order. If you would kindly direct us how to add Mr. Chakravorty as a "filer" to the e-case, and how to list him as a "non-party" we would greatly appreciate it.

     You are welcome to contact me with any questions you may have; I can be reached by phone, fax, or through email at deborah@deborahjblum.com. You can also contact my paralegal, William Simpson, at (207) 752-4601. Thank you very much.

                                           Best,

                                           */s/ Deborah J. Blum*
                                           Deborah J. Blum, Esq.
                                           225 Broadway, Suite 715
                                           New York, NY 10007
                                           E: deborah@deborahjblum.com