# DEBORAH J. BLUM, ESQ.

225 Broadway, Suite 715 • New York, NY 10007

William Simpson *Paralegal*

T • (646) 535-2586
M• (845) 304-5312
F • (212) 409-8279

May 30th, 2022

**Via PACER**
The Hon. Cheryl L. Pollak, Chief USMJ
Eastern District of New York
Chambers Room 1230
225 Cadman Plaza East
Brooklyn, NY  11201

Re: **EDMONDSON** *et al.* **v. RANIERE** *et al.*
No. 1:20-cv-00485 (EK)(CLP)
Status Report

Dear Your Honor:

My office represents non-party Suneel Chakravorty ("Mr. Chakravorty") to the above docketed matter. Pursuant to Electronic Order re [185], Plaintiffs and third-party Mr. Chakravorty were Ordered to "provide a stipulated protective Order or status report as to the Order by 5/30/2022."

Plaintiffs, through counsel, Neil L. Glazer, Esq. and Aarthi Manohar, Esq. of Kohn, Swift & Graf, P.C. and Mr. Chakravorty, through Deborah J. Blum, Esq. have agreed to terms regarding the protective order and are requesting one (1) week to finalize the stipulation, and related matters, and provide it to The Court. Thank you very much.

Very truly yours,

*Deborah J. Blum*

Deborah J. Blum

cc: *Via Email*
 Suneel Chakravorty

 *Through PACER*
 Counsel for Plaintiffs

1