# KOHN, SWIFT & GRAF, P.C.

1600 MARKET STREET, SUITE 2500
PHILADELPHIA, PENNSYLVANIA 19103-7225

JOSEPH C. KOHN
ROBERT A. SWIFT
ROBERT J. LaROCCA
DOUGLAS A. ABRAHAMS *
WILLIAM E. HOESE
STEVEN M. STEINGARD *
STEPHEN H. SCHWARTZ †
CRAIG W. HILLWIG
BARBARA L. GIBSON †
NEIL L. GLAZER †
ZAHRA R. DEAN ⌘
AARTHI MANOHAR
ELIAS A. KOHN

(215) 238-1700
TELECOPIER (215) 238-1968
FIRM E-MAIL: info@kohnswift.com
WEB SITE: www.kohnswift.com

HAROLD E. KOHN
1914-1999
BAYARD M. GRAF
1926-2015

OF COUNSEL
GEORGE W. CRONER
LISA PALFY KOHN

Senders Email: nglazer@kohnswift.com

† ALSO ADMITTED IN NEW YORK
* ALSO ADMITTED IN NEW JERSEY
⌘ ONLY ADMITTED IN NEW YORK

June 9, 2022

**VIA ELECTRONIC CASE FILING**

Honorable Cheryl L. Pollak
Chief Magistrate Judge
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11202

Re: *Status Report – Edmondson, et al. vs. Keith Raniere, et al., No. 1:20-cv-00485*

Dear Judge Pollak:

Pursuant to the Court's June 2, 2022 electronic Order, Counsel for Plaintiffs and Counsel for Mr. Chakravorty have reached an agreement regarding the protective order concerning the photographs and affidavit in Mr. Chakravorty's possession and jointly submit a stipulated protective order with this letter. Defendants Clyne, Roberts, and Porter consent to entry of the proposed order. Counsel for Defendants Clare Bronfman and Sara Bronfman have indicated that they have no comments about it.

Additionally, Plaintiffs' Counsel and Mr. Chakravorty's Counsel have agreed that Mr. Chakravorty will produce the above-mentioned discovery materials by Tuesday, June 21, 2022, and respectfully request that the Court enter an Order setting that date as the deadline for production.

Respectfully yours,

Neil L. Glazer

cc: Deborah J. Blum, Esquire (via ECF)
All parties (via ECF)

{00229487 }