July 5, 2022

RECEIVED IN THE PRO SE OFFICE
JULY 5, 2022 @ 10:36 PM
VIA BOX.COM

Brandon B. Porter
PO BOX 1102
500 W. Hickman RD
Waukee, IA 50263

Hon. Eric R. Komitee
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
Courtroom: 6G North

Re: *Edmondson, et al. v. Raniere, et al.*, 1:20-CV-00485-EK-CLP

Hon. Eric R. Komitte and All Parties:

There were typographical errors in my REPLY in Support of my Motion to Dismiss, **Dct. 176**. I am writing to correct the errors.

    In **Dct. 176**, page 8 of 11 (PageID#1807), internal page 5, I referenced pages of Exhibit C three separate times. The PACER created page numbers at the top of the pages of Dct. 176 Exhibit C are illegible; therefore, I will reference the page numbers at the bottom right-hand corners of the pages of Exhibit C.
        First reference to Exhibit C (paragraph 1): change page 22 to page 21
        Second reference to Exhibit C (paragraph 1): change pages 20-22 to pages 19-21
        Third reference to Exhibit C (paragraph 2): change page 22 to page 21.

Of note, Exhibit C is a printout of a public blog post that references documents from expert computer scientists. These experts concluded that the "evidence" used to convict Keith Raniere of creating and possessing child pornography was fabricated while in FBI custody. Since entering my motion to dismiss, defendant Keith Raniere entered two Rule 33 motions in the criminal case against him, US vs Raniere, 1:18-cr-00204: Dct 1176 and Dct. 1178. These motions reveal indisputable proof for criminal tampering of evidence while in FBI custody and evidence for perjury by FBI analysts, respectively. These documents reliably demonstrate that the government's criminal case against Raniere and co-defendants was poisoned with malfeasance by government representatives, making both the content and results of the trial unreliable.

Respectfully,

*/s/ Brandon B. Porter*

Brandon B. Porter

Cc: All Counsel by ECF

1