# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Sarah Edmondson, et al, | |
| Plaintiffs, | CIVIL ACTION |
| v. | NO. 20-CV-485 |
| Keith Raniere, et al. | |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs voluntarily dismiss their claims without prejudice against Defendant Nancy Salzman.

Dated: October 11, 2022

*/s/ Neil L. Glazer*
Neil L. Glazer
William E. Hoese
Stephen H. Schwartz
Craig W. Hillwig
Zahra R. Dean
Aarthi Manohar
Elias A. Kohn
KOHN, SWIFT & GRAF, P.C.
1600 Market Street, Suite 2500
Philadelphia, PA 19103
(215) 238-1700

Aitan D. Goelman
ZUCKERMAN SPAEDER
1800 M Street NW, Suite 1000
Washington, DC 20036
(202) 778-1800

*Attorneys for Plaintiffs*

{00232959 }

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a copy of the foregoing Notice of Dismissal to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered parties.

*/s/ Neil L. Glazer*