RECEIVED IN PRO SE
NOV. 30 2022 @ 11:21 AM
VIA BOX.COM

Rec'd
12/6/22


November 30, 2022

Brandon B. Porter
PO BOX 1102
500 W. Hickman RD
Waukee, IA 40263

Hon. Eric R. Komitee
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
Courtroom: 6G North

Re: *Edmondson, et al. v. Raniere, et al.*, 1:20-CV-00485-EK-CLP

Hon. Eric R. Komitte:

I am writing because I am concerned about Keith Raniere's safety and his ability to interact with lawyers so that he can defend himself in this court. It is my understanding that he might be moved to another prison. If transferred, his travel time will hurt his ability to interact with lawyers. But, more importantly, moving will place his life in greater danger because of his conviction for child pornography. This is particularly concerning because the child pornography charges were based upon digital data that was manipulated while in FBI custody and supported by perjured testimony by an FBI analyst (US vs Raniere, 1:18-cr-00204: Dct 1176 and Dct. 1178). I do not know what powers you have to protect Keith Raniere from this abuse, but I am asking you to do what you can to ensure that Raniere stays in USP Tucson and has time to engage with his lawyers.

As you are aware, three digital forensic experts discovered irrefutable evidence that the child pornography evidence presented in Raniere's criminal trial was fabricated while in the hands of the FBI (US vs Raniere, 1:18-cr-00204: Dct 1176 and Dct. 1178). Since this information was submitted to the court, three more forensic experts evaluated the evidence and agreed with these conclusions (https://makejusticeblind.com/tampering/). Three of these six experts are former FBI forensic examiners. It disturbs them, greatly, that individuals in the FBI most-likely performed these acts. It appears that people in the DOJ committed crimes in order to gain a conviction. Presently, the DOJ appears to be using their powers over Keith Raniere to thwart his ability to challenge their illegal acts against him and against the principle of the rule of law.

Keith Raniere's lawyers submitted the Rule 33 motion with the evidence of FBI evidence tampering May 5, 2022. Raniere experienced immediate punishment for his action. First, he was no longer able to make phone calls or receive visits from his friends who were helping him fight his criminal legal battle. Then, on July 26, 2022, he was assaulted and sent to the Special Housing Unit ("SHU"). He has been in this unit, since. Raniere's legal

1

meetings have been limited, even cancelled. Now, he received word that the prison plans to move him to another prison... a prison where his physical safety will be further compromised. It is well known that conviction for a sexual crime against a child places a person at increased risk for being murdered in prison. In addition to this additional risk, previous transits took weeks. These are weeks that he cannot interact with his lawyers and fight the charges that placed Raniere at increased risk of being murdered in prison.

It concerns me, greatly, that nobody in the Federal government appears to have done anything to investigate this crime. Raniere's claims against the DOJ in his Rule 33 motion are languishing in procedural delays. It appears to me that the DOJ is using its power over Raniere to limit his ability to challenge their wrongdoings in criminal court. He has yet to appear in this court, suggesting to me that their efforts are working here, too.

I have not discussed this note with any lawyers. It pains me to bring this to you because the only reason this letter is necessary is because others are abnegating their oath to defend the U.S. Constitution, and some, are actively compromising the power of the Constitution by making its protections from tyranny meaningless.

I ask you to use what powers you have to protect Mr. Raniere's rights to counsel and that he be moved to the general population at his current prison, USP Tucson. Also, please consider this note before making a summary judgement against Mr. Raniere. I understand that there is no motion for a summary judgement now. Nonetheless, it appears that the government agents who performed these crimes against Mr. Raniere's constitutional rights to due process are continuing to compromise Mr. Raniere's constitutional rights. In my opinion, the lack of action by others is effecting the ability for justice to be performed in this court. I find this concerning and hope you take this information for your consideration.

Sincerely,

*/s/ Brandon B. Porter*

Brandon B. Porter

Cc: All Counsel by ECF