UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SARAH EDMONDSON, et al.,

                Plaintiffs,

- against -

KEITH RANIERE, et al.,

                Defendants.

1:20-cv-00485-ERK-CLP

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Robin A. Henry of the law firm Fried, Frank, Harris, Shriver & Jacobson LLP, a member of the bar of this Court, hereby enters her appearance in this action as counsel to defendant Sara Bronfman.

Dated: New York, New York
         January 23, 2023

FRIED, FRANK, HARRIS, SHRIVER
  & JACOBSON LLP

By:      */s/ Robin A. Henry*
          Robin A. Henry

One New York Plaza
New York, New York 10004-1980
(212) 859-8000
robin.henry@friedfrank.com

Attorneys for Defendant
  Sara Bronfman

32139105