CIVIL CAUSE FOR Oral Argument

BEFORE JUDGE: Eric Komitee, U.S.D.J.
DATE: 2/1/2023
TIME IN COURT: 3 Hrs 30 Mins.

DOCKET NUMBER: CV 20-0485
TITLE: Edmondson et al v. Raniere, et al

COURT REPORTER: Christine Rocco
FTR LOG: 2:34 – 5:53

APPEARANCES:

| | |
|---|---|
| Plaintiffs: | Aitan Goelman, Aarthi Manohar, Bryan Reines, Craig Hillwig, William Hoese, Zahra Dean |
| Clare Bronfman: | Ronald Sullivan, Craig Martin |
| Sara Bronfman: | Jaime Wareham, Anne Aufhauser, Robin Henry |
| Dr. Roberts: | Dr. Danielle Roberts (appearing *pro se*) |
| Nicki Clyne: | Nicki Clyne (appearing *pro se*) |
| Dr. Porter: | Dr. Brandon Porter (appearing *pro se*) |

SUMMARY: Plaintiffs dismissed Count 1 of the Amended Complaint against defendants Porter and Roberts. As discussed, Plaintiffs shall file a motion to amend their complaint, in a brief not to exceed fifteen pages, by April 3, 2023. Each defendant shall submit a response, also in a brief not to exceed fifteen pages, by May 3, 2023. Plaintiffs shall submit a reply, if they choose, by May 15, 2023, in a brief not to exceed twenty pages.