May 3rd, 2023

RECEIVED IN PRO SE
MAY 3 2023 @ 9:26 PM
VIA BOX.COM

Danielle Roberts
620 38th Street
Union City, NJ
07087

Honorable Eric R. Komitee
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
Courtroom: 6G North

Re: Sarah Edmondson, *et al. v.* Keith Raniere, *et al.,* 1:20-CV-00485-EK-CLP

Honorable Eric R. Komitee:

Pursuant to Fed.R.Civ.P.6(b)(1)(B),E.D.N.Y.L.Civ.R.7.1(d) and this Court's Individual Practices and Rules Section III.C, Defendant, Danielle Roberts, submits this letter motion seeking to submit her response brief in opposition to the Plaintiff's leave to amend the complaint late.

The Court may "for good cause, extend the time.. after the time has expired if the party failed to act because of an excusable neglect." Fed. R. Civ. P. 6(b)(1)(B).

Your Honor, I respectfully request permission to file my opposition to the Plaintiff's Motion to file for leave to amend by May 10th, 2023. I have diligently researched and composed a response for which I thought I would finish by tonight. I made every effort in good faith to do so. As I continue to learn what it takes to compose and file these motions well by legal standard, I humbly request an extension. In light of the recent extension granted to Ms. Clyne, and so as to respect the timeline for everyone involved I request to have my response filed no later than May 10th, 2023 if your Honor sees fit. With this extra time I believe I can also make my response more concise which I believe everyone will appreciate.

I affirm all information stated above is true.

                                               Respectfully,
                                               /s/ Danielle Roberts

                                               Danielle Roberts, DO, MS

                                               Defendant, Pro Se

                                               Cc: All Counsel by ECF