KOHN, SWIFT & GRAF, P.C.

1600 MARKET STREET, SUITE 2500
PHILADELPHIA, PENNSYLVANIA 19103-7225

(215) 238-1700
TELECOPIER (215) 238-1968
FIRM E-MAIL: info@kohnswift.com
WEB SITE: www.kohnswift.com

E-mail: zdean@kohnswift.com

JOSEPH C. KOHN
ROBERT A. SWIFT
ROBERT J. LAROCCA †
DOUGLAS A. ABRAHAMS ▪
WILLIAM E. HOESE
STEPHEN H. SCHWARTZ †
CRAIG W. HILLWIG
BARBARA L. GIBSON †
NEIL L. GLAZER †
ZAHRA R. DEAN ✛
AARTHI MANOHAR
ELIAS A. KOHN

† ALSO ADMITTED IN NEW YORK
▪ ALSO ADMITTED IN NEW JERSEY
✛ ONLY ADMITTED IN NEW YORK

HAROLD E. KOHN
1914-1999
BAYARD M. GRAF
1926-2015

OF COUNSEL
GEORGE W. CRONER
CARY FLEISHER
LISA PALFY KOHN

May 9, 2023

**Via ECF**

Honorable Eric R. Komitee
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Courtroom: 6G North
Brooklyn, New York 11201

> **RE:    *Edmondson, et al. v Raniere, et al.***
> **Case No.: 1:20-cv-00485-EK-CLP**

Dear Judge Komitee:

Plaintiffs respectfully request an extension of the date for filing their reply to Defendant Sara Bronfman, Brandon Porter, Nicki Clyne, and Danielle Robert's respective responses to Plaintiffs' motion for leave to amend to May 25.  On May 3, 2023, the Court granted Defendant Clyne's request for an extension to May 10 to file her opposition (Dkt. 204), and on May 5, 2023, the Court granted Defendant Roberts' motion for extension of time to May 10 to file her response (Dkt. 207). Because they believe it would be more efficient to file a single reply of 20 pages, Plaintiffs request an extension of time until May 25, 2023, to file their joint reply to Defendants' responses. Plaintiffs requested Defendants' consent to their request via email. Defendants Porter and Clyne consented. Defendants Sara Bronfman and Danielle Roberts have not responded to the request.

Respectfully,

*Zahra R. Dean*

Zahra R. Dean

ZRD/yr