RECEIVED IN THE PRO SE OFFICE
MAY, 11, 2023 @ 9:18 PM
VIA BOX.COM     Rec'd 5/15/23

May 11th, 2023

Danielle Roberts
620 38th Street
Union City, NJ
07087

Honorable Eric R. Komitee
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
Courtroom: 6G North

Re: Sarah Edmondson, *et al.* v. Keith Raniere, *et al.*, 1:20-CV-00485-EK-CLP

Honorable Eric R. Komitee:

Pursuant to Fed.R.Civ.P.6(b)(1)(B), E.D.N.Y.L.Civ.R.7.1(d) and this Court's Individual Practices and Rules Section III.C, Defendant, Danielle Roberts, submits this letter motion seeking to submit her response brief in opposition to the Plaintiff's leave to amend the complaint late.

The Court may "for good cause, extend the time.. after the time has expired if the party failed to act because of an excusable neglect." Fed. R. Civ. P. 6(b)(1)(B).

Your Honor, I respectfully request permission to file my opposition to the Plaintiff's Motion to file for leave to amend by May 11th, 2023. Despite your grace for a 1 week extension, I struggle to complete this endeavor by midnight on the submission date. I was about an hour overdue. I made every effort in good faith to do so. As I continue to learn what it takes to compose and file these motions well by legal standard, I humbly request your acceptance of my most recent submission, today May 11th, in which I have corrected a few typos, added page numbers, and flow edits to make the document easier to read and comprehend. I don't believe this time extension would prejudice the Plaintiffs in any way.

I affirm all information stated above is true.
Thank you for your consideration as I continue to learn this legal process.

                                      Respectfully,
                                      /s/ Danielle Roberts

                                      Danielle Roberts, DO, MS

                                      Defendant, Pro Se

                                      Cc: All Counsel by ECF