# SCHEDULE A

## Plaintiff List

| Plaintiff Name | Citizenship | Residency | Injury Type |
|---|---|---|---|
| Adrian | U.S.A | New York | Financial harm including investment in the t-shirt business, uncompensated labor including facilitating intensives, coaching students, administrative work and recruiting new students for NXIVM without compensation in reliance on the promise that if he met the hours per week and recruiting requirements he would earn the equivalent of a salary from commissions and income from companies under the NXIVM umbrella, and for the video and editing work for Moving Pixels, and lost education and employment opportunities because Raniere directed him to drop out of school and work for NXIVM entities. Emotional injuries resulting from deportation threats. |
| Akka, Philip | U.S.A. | New York | Financial harm including, by paying tuition and membership fees for NXIVM courses, programs and groups, and travel and boarding expenses for courses and programs. |
| Ames, Anthony | U.S.A | Georgia | Financial harm including, by paying tuition and membership fees for NXIVM courses and training; uncompensated labor, including facilitating intensives, coaching students, administrative work and recruiting new students for NXIVM without compensation in reliance on the promise that if he met the hours per week and recruiting requirements, he would earn the equivalent of a salary from commissions and income from companies under the NXIVM umbrella; and lost employment opportunities. |
| Balassa, Alejandro | Chilean | Mexico | Financial harm including, by paying tuition and membership fees for NXIVM courses, programs and groups, EMs, and |

| Plaintiff Name | Citizenship | Residency | Injury Type |
|---|---|---|---|
| | | | travel and boarding expenses for courses and programs, and uncompensated labor including coaching intensives, coaching students and attending meetings, operating cameras and editing film. |
| Black, Christopher | Canadian | Canada | Financial harm including, by paying tuition and membership fees for NXIVM courses, programs and groups and EMs, and uncompensated labor including coaching intensives, coaching students and attending meetings. |
| Brunelle, Deanne | Canadian | Canada | Financial harm including, by paying tuition and membership fees for NXIVM courses, programs and groups. |
| Camila | Mexico | Mexico | Physical harm including injuries caused by sexual activity with Raniere and being branded. Financial harm including, uncompensated labor including providing childcare and sexual labor, and lost education and employment opportunities because Raniere directed her to drop out of school and work for RCG; and lost opportunities because she was falsely promised gainful employment in RCG in Mexico and then forced to go into hiding for fear of being prosecuted in the U.S. Emotional harm including, psychological injuries from being raped when she was a minor and when she was an adult, incidental to the pornographic photos of her taken by Raniere when she was a minor, trauma associated with the possible public dissemination of collateral, being isolated and shunned by her family, being threatened with deportation and criminal prosecution, and being branded. |
| Diaz Cano, Karla | U.S.A. | Maryland | Financial harm including, by paying tuition and membership fees for NXIVM courses, programs and groups, EMs, and travel and boarding expenses for courses and programs, and uncompensated labor |

| Plaintiff Name | Citizenship | Residency | Injury Type |
|---|---|---|---|
| | | | including coaching intensives, coaching students and attending meetings. |
| Carrier, Madeline | Canadian | Canada | Financial harm including, by paying tuition and membership fees for NXIVM courses, programs and groups. |
| Charlotte | Canadian | Canada | Financial harm including, by paying for NXIVM courses, programs and groups and EMs; uncompensated labor including facilitating intensives, coaching students, administrative work and recruiting new students for NXIVM without compensation in reliance on the promise that if she met the hours per week and recruiting requirements she would earn the equivalent of a salary from commissions and income from companies under the NXIVM umbrella, unpaid work for DOS as a slave, termination by her employer as a result of her involvement in DOS and lost employment opportunities. Emotional harm including pain and suffering for trauma associated with the possible public dissemination of collateral. |
| Chapman, Tabitha | U.S.A. | California | Financial harm including, by paying tuition and membership fees for NXIVM courses, programs and groups |
| Christiansen, Rod | Canadian | Canada | Financial harm including, by paying tuition and membership fees for NXIVM courses, programs and groups and EMs, and uncompensated labor including coaching intensives, coaching students and attending meetings. |
| Constantino, Isabella | U.S.A | New York | Financial harm including, by paying for NXIVM curriculum and uncompensated labor, including participating in the fright studies and lost employment opportunities. Emotional harm including pain and suffering incidental to participating in |

| Plaintiff Name | Citizenship | Residency | Injury Type |
| --- | --- | --- | --- |
| | | | NXIVM's human experimentation "studies". |
| Cottrell, Caryssa | U.S.A. | Wisconsin | Financial harm including, by paying for NXIVM curriculum and uncompensated labor, including participating in the fright studies and lost employment opportunities. Emotional harm including pain and suffering incidental to participating in NXIVM's human experimentation "studies". |
| Cooley, Pamela | Canadian | Canada | Financial harm including, by paying tuition and membership fees for NXIVM courses, programs and groups, EMs, and travel and boarding expenses for courses and programs, and uncompensated labor including coaching intensives, coaching students and attending meetings and event planning. |
| Cua, Rosalyn | Canadian | Canada | Financial harm including, by paying tuition and membership fees for NXIVM courses, programs and groups, EMs, and travel and boarding expenses for courses and programs, and uncompensated labor including coaching intensives, coaching students and attending meetings and administrative work. |
| Daniela | Mexico | Mexico | Physical harm including injuries caused by sexual activity with Raniere. Financial harm including, expenses for return travel from Mexico to Albany, uncompensated labor including IT, administrative work, preparing extensive reports for Raniere, conducting research for Raniere, developing key loggers, writing letters to Raniere and sexual labor, and lost education and employment opportunities while she worked for Raniere and when she returned to Mexico and was unable to seek employment due to not having her identification. Emotional harm including from terminating unwanted pregnancies |

| Plaintiff Name | Citizenship | Residency | Injury Type |
|---|---|---|---|
| | | | and being isolated and shunned by her family and threatened with deportation. |
| Edmondson, Sarah | Canadian | Georgia | Financial harm including, by paying for NXIVM curriculum and EMP training; and attorney's fees for representation and PR costs in connection with a complaint filed with the Vancouver police department by Clare Bronfman; uncompensated labor, including facilitating intensives, coaching students, administrative work and recruiting new students for NXIVM without compensation in reliance on the promise that if she met the hours per week and recruiting requirements she would earn the equivalent of a salary from commissions and income from companies under the NXIVM umbrella; unpaid work for DOS as a slave; lost employment opportunities;. Emotional harm including pain and suffering for trauma associated with the public dissemination of collateral, being branded, and being threatened with criminal prosecution. |
| Fair-Layman, Stephanie | USA | New York | Financial harm including, by paying tuition and membership fees for NXIVM courses, programs and groups, EMs, and travel and boarding expenses for courses and programs and uncompensated labor coaching intensives, coaching students and attending meetings |
| Fiander, Brieanna | Canadian | Canada | Financial harm including, by paying tuition and membership fees for NXIVM courses, programs and groups, EMs, and travel and boarding expenses for courses and programs and uncompensated labor coaching intensives, coaching students and attending meetings. |
| Gendron, Gabrielle | Canadian | Canada | Financial harm including, by paying tuition and membership fees for NXIVM courses, programs and groups and travel |

| Plaintiff Name | Citizenship | Residency | Injury Type |
|---|---|---|---|
| | | | and boarding expenses for courses and programs. |
| Giroux, Owen | Canadian | Canada | Financial harm including, by paying tuition and membership fees for NXIVM courses, programs and groups |
| Golfman, Jeffrey | Canadian | Canada | Financial harm including, by paying tuition and membership fees for NXIVM courses, programs and groups, EMs, and travel and boarding expenses for courses and programs and uncompensated labor including coaching intensives, coaching students and attending meetings. |
| Gray, Robert | Canadian | Canada | Financial harm including, by paying tuition and membership fees for NXIVM courses, programs and groups, EMs, and travel and boarding expenses for courses and programs and uncompensated labor including coaching intensives, coaching students and attending meetings. |
| Green, Polly | Canadian | Canada | Financial harm including, by paying tuition and membership fees for NXIVM courses, programs and groups. |
| Grosse, Kayla | U.S.A. | California | Financial harm including, by paying tuition and membership fees for NXIVM courses, programs and groups and uncompensated labor including coaching intensives, coaching students and attending meetings |
| Hammond, Andrea | U.S.A. | New York | Financial harm including, by paying tuition and membership fees for NXIVM courses, programs and groups EMs, travel and boarding expenses for courses and programs |
| Harvey, Ashley | Canadian | Canada | Financial harm including, by paying tuition and membership fees for NXIVM courses, programs and groups, EMs, travel and boarding expenses for courses and programs and uncompensated labor |

| Plaintiff Name | Citizenship | Residency | Injury Type |
|---|---|---|---|
| | | | including coaching intensives, coaching students, administrative work, cleaning and food preparation. |
| Haynes, Rees Alan | Canadian | Canada | Financial harm including, by paying tuition and membership fees for NXIVM courses, programs and groups |
| Holmes, Shayna | Canadian | Canada | Financial harm including, by paying tuition and membership fees for NXIVM courses, programs and groups, EMs, travel and boarding expenses for courses and programs and uncompensated labor including coaching intensives, coaching students and attending meetings. |
| Huang, Yan | Canadian | Canada | Financial harm including, by paying tuition and membership fees for NXIVM courses, programs and groups, travel and boarding expenses for courses and programs and uncompensated labor including sales. |
| Hubbard, Tanya | Canadian | Canada | Financial harm including, by paying tuition and membership fees for NXIVM courses, programs and groups, travel and boarding expenses for courses and programs. |
| Doe 8, Jane | Canadian | Canada | Financial harm including, by paying for NXIVM curriculum, uncompensated labor including facilitating intensives, coaching students, administrative work and recruiting new students for NXIVM without compensation in reliance on the promise that if she met the hours per week and recruiting requirements she would earn the equivalent of a salary from commissions and income from companies under the NXIVM umbrella, unpaid work for DOS as a slave, and lost employment opportunities. Emotional harm including pain and suffering for trauma associated |

| Plaintiff Name | Citizenship | Residency | Injury Type |
|---|---|---|---|
| | | | with the possible public dissemination of collateral. |
| Doe 9, Jane | Canadian | Canada | Financial harm including, by paying for NXIVM curriculum, uncompensated labor including facilitating intensives, coaching students, administrative work and recruiting new students for NXIVM without compensation in reliance on the promise that if she met the hours per week and recruiting requirements she would earn the equivalent of a salary from commissions and income from companies under the NXIVM umbrella, unpaid work for DOS as a slave, and lost employment opportunities. Emotional harm including pain and suffering for trauma associated with the possible public dissemination of collateral. |
| Jaspeado, Veronica | Mexican | Mexico | Physical harm including injuries caused by sexual activity with Raniere. Financial harm including, by paying for NXIVM curriculum, uncompensated labor including facilitating intensives, coaching students, administrative work and recruiting new students for NXIVM without compensation in reliance on the promise that if she met the hours per week and recruiting requirements she would earn the equivalent of a salary from commissions and income from companies under the NXIVM umbrella; sexual labor, unpaid work for DOS as a slave, and lost employment opportunities. Emotional harm including pain and suffering for trauma associated with the possible public dissemination of collateral, and being branded. |
| Kobelt, Jennifer | Canadian | Canada | Financial harm including, by paying for NXIVM curriculum and uncompensated labor, including participating in the fright studies and lost employment opportunities. Emotional harm including pain and |

| Plaintiff Name | Citizenship | Residency | Injury Type |
|---|---|---|---|
| | | | suffering incidental to participating in NXIVM's human experimentation "studies" and being threatened with criminal prosecution. |
| Kozak, Ken | U.S.A. | New York | Financial harm including, by paying tuition and membership fees for NXIVM courses, programs and groups and uncompensated labor including audio/video filming and editing, audio and video technician work, legal research/support, website development, graphic design, computer support, contract service- transportation, administrative work, transcription and demolition work/garbage removal. |
| Kristin | U.S.A | California | Financial harm including, by paying for NXIVM curriculum, uncompensated labor including facilitating intensives, coaching students, administrative work and recruiting new students for NXIVM without compensation in reliance on the promise that if she met the hours per week and recruiting requirements she would earn the equivalent of a salary from commissions and income from companies under the NXIVM umbrella; unpaid work for DOS as a slave, and lost employment opportunities. Emotional harm including pain and suffering for trauma associated with the possible public dissemination of collateral. |
| Leviton, Margot | Canadian | Canada | Financial harm including, by paying for NXIVM curriculum and uncompensated labor, including participating in the fright studies and lost employment opportunities. Emotional harm including pain and suffering incidental to participating in NXIVM's human experimentation "studies". |
| Lim, Sara | U.S.A. | New York | Financial harm including, by paying tuition and membership fees for NXIVM |

| Plaintiff Name | Citizenship | Residency | Injury Type |
|---|---|---|---|
| | | | courses, programs and groups, travel and boarding expenses for courses and programs and uncompensated labor including coaching intensives, coaching students and attending meetings, news reporting and fitness training. |
| Livesy, Warne | Canadian | Canada | Financial harm including, by paying tuition and membership fees for NXIVM courses, programs and groups and uncompensated labor including coaching intensives, coaching students and attending meetings |
| MacInnis, Lindsay | Canadian | Canada | Financial harm including, by paying for NXIVM curriculum and uncompensated labor, including creating the curriculum for exo/eso and facilitating trainings, administrative work and recruiting new students for exo/eso without compensation in reliance on the promise that she would earn a percentage of revenue from exo/eso; and lost employment opportunities including from quitting her job to work for exo/eso full time. Emotional harm including pain and suffering for the medical conditions incidental to her work for exo/eso. |
| MacQuarrie, Nils | U.S.A. | California | Financial harm including, by paying tuition and membership fees for NXIVM courses, programs and groups, travel and boarding expenses for courses and programs and uncompensated labor including coaching intensives, coaching students and attending meetings, and operating video cameras. |
| Madani, Anthony | Canadian | Canada | Financial harm including, by paying tuition and membership fees for NXIVM courses, programs and groups, EMs, travel and boarding expenses for courses and programs and uncompensated labor including coaching intensives, coaching students and attending meetings and |

| Plaintiff Name | Citizenship | Residency | Injury Type |
|---|---|---|---|
| | | | administrative work, cleaning, operating video cameras and editing film. |
| McLean, Ashley | Canadian | Canada | Financial harm including, by paying tuition and membership fees for NXIVM courses, programs and groups, travel and boarding expenses for courses and programs and uncompensated labor including operating cameras, event planning, editing and news reporting. |
| Mehdaoui, Soukiana | U.S.A | New York | Physical harm including injuries caused by sexual activity with Raniere. Financial harm including, by paying for NXIVM curriculum; uncompensated labor including writing, producing, directing and editing video content; sexual labor; unpaid work for DOS as a slave; costs of relocating to Albany; costs of relocating when she went into hiding as a result of the threatening letter she received from Clare Bronfman's attorneys; and lost employment opportunities. Emotional harm including pain and suffering for trauma associated with the possible public dissemination of collateral and being threatened with litigation. |
| Menashy, Ariella | Canadian | Canada | Financial harm including, by paying tuition and membership fees for NXIVM courses, programs and groups, EMs, and travel and boarding expenses for courses and programs and uncompensated labor including coaching intensives, coaching students. |
| Menhaji, Elham | U.S.A. | New York | Financial harm including, by paying tuition and membership fees for NXIVM courses, programs and groups, travel and boarding expenses for courses and programs, and uncompensated labor including coaching intensives, coaching students and administrative work. |

| Plaintiff Name | Citizenship | Residency | Injury Type |
|---|---|---|---|
| Miljkovic, Maja | Canadian | Canada | Financial harm including, by paying tuition and membership fees for NXIVM courses, programs and groups; paying for the cost of her divorce following the sham marriage; and uncompensated labor including coaching intensives, coaching students, operating video cameras and editing video, and news reporting. |
| Natalie, Toni | U.S.A | New York | Financial injury, including attorney's fees and costs for defending herself against vexatious litigation and emotional injuries including pain and suffering from the stress of defending herself in litigation. |
| Neal, Michelle | Canadian | Canada | Financial harm including, by paying tuition and membership fees for NXIVM courses, programs and groups, EMs, travel and boarding expenses for courses and programs and uncompensated labor including coaching intensives, coaching students and attending meetings and administrative work, web development and news reporting. |
| Nicole | U.S.A | New York | Physical harm including injuries caused by sexual activity with Raniere and being branded. Financial harm including, by paying for NXIVM curriculum, uncompensated labor including as instructor for The Source and sexual labor, unpaid work for DOS as a slave, and lost employment opportunities. Emotional harm including pain and suffering for trauma associated with the possible public dissemination of collateral, being branded and being threatened with litigation. |
| Oxenberg, India | U.S.A | California | Physical harm including injuries caused by sexual activity with Raniere and being branded. Financial harm including, by paying for NXIVM curriculum, uncompensated labor including facilitating intensives, coaching students, administrative work and recruiting new |

| Plaintiff Name | Citizenship | Residency | Injury Type |
|---|---|---|---|
| | | | students for NXIVM without compensation in reliance on the promise that if she met the hours per week and recruiting requirements she would earn the equivalent of a salary from commissions and income from companies under the NXIVM umbrella and sexual labor, unpaid work for DOS as a slave, and lost employment opportunities. Emotional harm including pain and suffering for trauma associated with the possible public dissemination of collateral and being branded. |
| Pena, Paloma | Mexican | Mexico | Physical injuries because of being branded. Financial harm including, by paying for NXIVM curriculum, uncompensated labor including facilitating intensives, coaching students, administrative work and recruiting new students for NXIVM without compensation in reliance on the promise that if she met the hours per week and recruiting requirements she would earn the equivalent of a salary from commissions and income from companies under the NXIVM umbrella; unpaid work for DOS as a slave, and lost employment opportunities. Emotional harm including pain and suffering for trauma associated with the possible public dissemination of collateral, and being branded. |
| Piese, Bonnie | U.S.A | California | Financial harm including, by paying for NXIVM curriculum and uncompensated labor, including creating the curriculum for exo/eso and facilitating trainings, administrative work and recruiting new students for exo/eso without compensation in reliance on the promise that she would earn a percentage of revenue from exo/eso; and lost employment opportunities including from quitting her job to work for exo/eso full time. Emotional harm including pain and |

13

| **Plaintiff Name** | **Citizenship** | **Residency** | **Injury Type** |
|---|---|---|---|
| | | | suffering for the medical conditions incidental to her work for exo/eso. |
| Pratt, Susan | Canadian | Canada | Financial harm including, by paying tuition and membership fees for NXIVM courses, programs and groups. |
| Rachel | U.S.A. | California | Financial harm including, by paying for NXIVM curriculum, uncompensated labor including facilitating intensives, coaching students, administrative work and recruiting new students for NXIVM without compensation in reliance on the promise that if she met the hours per week and recruiting requirements she would earn the equivalent of a salary from commissions and income from companies under the NXIVM umbrella, unpaid work for DOS as a slave, and lost employment opportunities. Emotional harm including pain and suffering for trauma associated with the possible public dissemination of collateral. |
| Rood, Alison | U.S.A. | California | Financial harm including, by paying tuition and membership fees for NXIVM courses, programs and groups, travel and boarding expenses for courses and programs and uncompensated labor including coaching intensives, coaching students and attending meetings and administrative work. |
| Salazar, Jessica Joan | U.S.A | California | Financial harm including, by paying for NXIVM curriculum, relocating to Albany, uncompensated labor, including for the t-shirt business, as instructor for The Source costs of relocating when she went into hiding as a result of the threatening letter she received from Clare Bronfman's attorneys; and lost employment opportunities as a result of moving to Albany. Emotional harm including pain and suffering for trauma associated with the possible public dissemination of |

| Plaintiff Name | Citizenship | Residency | Injury Type |
|---|---|---|---|
| | | | collateral, and being threatened with criminal prosecution. |
| Stiles, Adrienne | U.S.A | New York | Financial harm including, by paying for NXIVM curriculum and uncompensated labor, including creating the curriculum for exo/eso and facilitating trainings, administrative work and recruiting new students for exo/eso without compensation in reliance on the promise that she would earn a percentage of revenue from exo/eso; and lost employment opportunities including from quitting her job to work for exo/eso full time. Emotional harm including pain and suffering for the medical conditions incidental to her work for exo/eso. |
| Shaw, Katie | U.S.A. | West Virginia | Financial harm including, by paying tuition and membership fees for NXIVM courses, programs and groups, travel and boarding expenses for courses and programs. |
| Starr, Scott | U.S.A. | North Carolina | Financial harm including, by paying for NXIVM curriculum and training, uncompensated labor, including facilitating intensives, coaching students, administrative work and recruiting new students for NXIVM without compensation in reliance on the promise that if he met the hours per week and recruiting requirements, he would earn the equivalent of a salary from commissions and income from companies under the NXIVM umbrella, lost employment opportunities, and also defrauded by paying for his child to receive an education at RCG. |
| Valerie | U.S.A | California | Financial harm including, by paying for NXIVM curriculum; travel and boarding expenses for courses and programs; uncompensated labor including administrative work and recruiting new |

| Plaintiff Name | Citizenship | Residency | Injury Type |
|---|---|---|---|
| | | | students for NXIVM without compensation including unpaid work for DOS as a slave, and lost employment opportunities. Emotional harm including pain and suffering for trauma associated with the possible public dissemination of collateral. |
| Vanderheyden, Hannah | Canadian | Canada | Financial harm including, by paying tuition and membership fees for NXIVM courses, programs and groups and uncompensated labor including coaching intensives, coaching students and attending meetings. |
| Vicente, Juliana | U.S.A. | California | Financial harm including, by paying tuition and membership fees for NXIVM courses, programs and groups and uncompensated labor including bookkeeping. |
| Vicente, Mark | U.S.A | California | Financial harm including, by paying for NXIVM curriculum and EMP training, uncompensated labor, including facilitating intensives, coaching students, administrative work and recruiting new students for NXIVM without compensation in reliance on the promise that if he met the hours per week and recruiting requirements, he would earn the equivalent of a salary from commissions and income from companies under the NXIVM umbrella and lost employment opportunities. |
| Vieta, Susan Patricia | Canadian | Canada | Financial harm including, by paying tuition and membership fees for NXIVM courses, programs and groups, and travel and boarding expenses for courses and programs. |
| Wall, Sarah | U.S. and Canadian | Canada | Financial harm including, by paying tuition and membership fees for NXIVM courses, programs and groups travel and boarding expenses for courses and |

| **Plaintiff Name** | **Citizenship** | **Residency** | **Injury Type** |
|---|---|---|---|
| | | | programs and uncompensated labor including coaching intensives, coaching students and attending meetings |
| Williams, Chad | Canadian | Canada | Financial harm including, by paying tuition and membership fees for NXIVM courses, programs and groups, travel and boarding expenses for courses and programs and uncompensated labor including coaching intensives, coaching students and attending meetings and administrative work. |
| Wysocki, Susan | U.S.A. | Massachusetts | Financial harm including, by paying tuition and membership fees for NXIVM courses, programs and groups. |