**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SARAH EDMONDSON, et al., | |
| Plaintiffs, | |
| v. | 1:20-cv-00485-EK-CLP |
| KEITH RANIERE, et al., | |
| Defendants. | |

## MOTION FOR WITHDRAWAL AS COUNSEL OF RECORD

PLEASE TAKE NOTICE that, pursuant Local Rule 1.4, attorneys Craig C. Martin and Sara T. Horton of Willkie Farr & Gallagher LLP ("Willkie Farr") respectfully move to withdraw as counsel of record for Defendant Clare Bronfman. Willkie Farr is not asserting a retaining or charging lien in this matter.

Ronald S. Sullivan, whose formal appearance in this case was entered on July 13, 2020, will continue to represent Ms. Clare Bronfman in the above-captioned matter.

Dated: June 13, 2023    Respectfully submitted,

   */s/ Craig C. Martin*

Craig C. Martin (cmartin@willkie.com)
Sara T. Horton (shorton@willkie.com)
WILLKIE FARR & GALLAGHER LLP
300 North LaSalle Street, Suite 5000
Chicago, Illinois 60654
Tel: (312) 728-9000

Ronald S. Sullivan
RONALD SULLIVAN LAW PPC
1300 I Street NW, Suite 400 E
Washington, DC 20005
Tel: (202) 313-8313
*Attorneys for Defendant Clare Bronfman*

**CERTIFICATE OF SERVICE**

Pursuant to Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Rules of the Eastern District of New York, the undersigned, an attorney of record in this case, hereby certifies that on June 13, 2023, a true and correct copy of the foregoing was filed electronically by CM/ECF, which caused notice to be sent to all pro se defendants and counsel and of record.

Dated: June 13, 2023

/s/ *Craig C. Martin*
Craig C. Martin (cmartin@willkie.com)
WILLKIE FARR & GALLAGHER LLP
300 North LaSalle Street, Suite 5000
Chicago, Illinois 60654
Tel: (312) 728-9000

*Attorney for Defendant Clare Bronfman*