UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SARAH EDMONDSON, et al.,

                         Plaintiffs,

- against -

KEITH RANIERE, et al.,

                         Defendants.
-----------------------------------------------------------------X

**NOTICE OF APPEARANCE**

1:20-cv-00485-ERK-SMG

**PLEASE TAKE NOTICE** that **IMRAN H. ANSARI**, of **AIDALA, BERTUNA & KAMINS, P.C.**, hereby appears as counsel for the Defendant, **CLARE BRONFMAN**, in the above-entitled action. Please enter this appearance, and service of all papers in this action should be served upon the undersigned at the office stated below.

Dated: New York, New York
       June 15, 2023

                                              Yours, etc.

                                    **AIDALA, BERTUNA & KAMINS, PC**

By: _____
      **IMRAN H. ANSARI**
      *Attorneys for Defendant Clare Bronfman*
      546 Fifth Avenue, 6th Floor
      New York, New York 10036
      iansari@aidalalaw.com
      Tel.: (212) 486-0011

*CC: All Counsel of Record via ECF*