UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SARAH EDMONDSON, et al.,

                        Plaintiffs,

- against -

KEITH RANIERE, et al.,

                        Defendants.
-----------------------------------------------------------------X

**NOTICE OF APPEARANCE**

1:20-cv-00485-ERK-SMG

      **PLEASE TAKE NOTICE** that **ARTHUR L. AIDALA**, of **AIDALA, BERTUNA & KAMINS, P.C.**, hereby appears as counsel for the Defendant, **CLARE BRONFMAN**, in the above-entitled action. Please enter this appearance, and service of all papers in this action should be served upon the undersigned at the office stated below.

Dated: New York, New York
       June 15, 2023

                                              Yours, etc.

                                        AIDALA, BERTUNA & KAMINS, PC

By:         */s/ Arthur L. Aidala*
                                   **ARTHUR L. AIDALA**
                                   *Attorneys for Defendant Clare Bronfman*
                                   546 Fifth Avenue, 6th Floor
                                   New York, New York 10036
                                   aidalaesq@aidalalaw.com
                                   Tel.: (212) 486-0011

*CC: All Counsel of Record via ECF*