UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

SARAH EDMONDSON, et al.,

                    Plaintiffs,

       - against -

KEITH RANIERE, et al.,

                    Defendants.

-----------------------------------------------------------------------X

**NOTICE OF APPEARANCE**

1:20-cv-00485-ERK-SMG

        **PLEASE TAKE NOTICE** that **DIANA FABI SAMSON**, of **AIDALA, BERTUNA &**

**KAMINS, P.C.**, hereby appears as counsel for the Defendant, **CLARE BRONFMAN**, in the

above-entitled action. Please enter this appearance, and service of all papers in this action should

be served upon the undersigned at the office stated below.

Dated: New York, New York
       June 15, 2023

                                  Yours, etc.

                                **AIDALA, BERTUNA & KAMINS, PC**

By:                                                 
                                  **DIANA FABI SAMSON**
                                  *Attorneys for Defendant Clare Bronfman*
                                  546 Fifth Avenue, 6th Floor
                                  New York, New York 10036
                                  diana@aidalalaw.com
                                  Tel.: (212) 486-0011

*CC: All Counsel of Record via ECF*