Fried, Frank, Harris, Shriver & Jacobson LLP

One New York Plaza
New York, New York 10004
Tel: +1.212.859.8000
Fax: +1.212.859.4000
www.friedfrank.com



Direct Line: 212.859.8816
Email: robin.henry@friedfrank.com

June 23, 2023

**Via ECF**

The Honorable Eric R. Komitee
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

  Re: *Edmondson, et al., v. Raniere, et al.*, No. 20-cv-00485-EK-CLP

Dear Judge Komitee:

  We represent Sara Bronfman in the above-captioned action. We write in response to Clare Bronfman's letter filed with the Court on June 23, 2023 (ECF No. 221). Consistent with Your Honor's order of June 5, 2023, we are prepared to file Sara Bronfman's brief on June 28, 2023. Should the Court prefer synchronized briefing by defendants, we are prepared to adjust to any modified briefing schedule.

           Respectfully submitted,

           FRIED, FRANK, HARRIS, SHRIVER
            & JACOBSON LLP

        By:   */s/ Robin A. Henry*
           Robin A. Henry

           Robin A. Henry
           Anne S. Aufhauser
           Alexis R. Casamassima
           One New York Plaza
           New York, New York 10004
           Telephone: (212) 859-8000
           robin.henry@friedfrank.com
           anne.aufhauser@friedfrank.com
           alexis.casamassima@friedfrank.com

FRIED, FRANK, HARRIS, SHRIVER
 & JACOBSON LLP

James D. Wareham *(admitted pro hac)*
801 17th Street, NW
Washington, DC 20006
Telephone: (202) 639-7000
james.wareham@friedfrank.com

*Attorneys for Defendant Sara Bronfman*

Cc: *All parties via ECF or email*