June 23rd, 2023

Danielle Roberts
620 38th Street
Union City, NJ
07087

FILED
in the Clerk's Office
U.S. District Court,
EDNY, Brooklyn
Jun 23, 2023, 3:49 PM
Pro Se Office via
Box.com

Honorable Eric R. Komitee
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
Courtroom: 6G North

Re: Sarah Edmondson, *et al.v.* Keith Raniere, *et al.*, 1:20-CV-00485-EK-CLP

Honorable Eric R. Komitee:

Pursuant to this this Court's Individual Practices, Defendant, Danielle Roberts, submits this letter motion seeking to submit a Motion to Dismiss that exceeds the 10 page limit ordered June 5th, 2023 when the motion to amend the SAC was granted.

Your Honor, I respectfully request a page increase to 20 pages in order to file my motion to dismiss effectively. Since my 1st motion to dismiss was submitted, the Plaintiffs have dropped Count 1 of the charges against me and submitted an amended TAC, which no longer claims I was part of a RICO enterprise, but rather only a RICO conspiracy. My arguments in my 1st Motion to Dismiss are outdated and less relevant as a result. I will need to refocus my argument, and be sure to consolidate all FRCP 12 arguments into one motion to dismiss (O'Conner's Federal Rules 2022). I can likely do it in 15, but to be safe I would appreciate the wiggle room. I will not abuse it.

I affirm all information stated above is true.

Respectfully,
/s/ Danielle Roberts

Danielle Roberts, DO, MS

Defendant, Pro Se

Cc: All Counsel by ECF