# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Sarah Edmondson, et al., | : |
| Plaintiffs, | : CIVIL ACTION |
| v. | : NO. 20-CV-485 (EK) (CLP) |
| Keith Raniere, et al. | : |
| Defendants. | : |

## **NOTICE OF WITHDRAWAL**

PLEASE TAKE NOTICE that Craig W. Hillwig, of KOHN, SWIFT & GRAF, P.C., with offices located at 1600 Market Street, Suite 2500, Philadelphia, PA 19103, withdraws his appearance on behalf of plaintiffs in the above-captioned action and hereby requests that no further ECF notices be given or required of him in the action, and that no documents or other pleadings in the action be served upon him.

All other counsel from KOHN, SWIFT & GRAF, P.C. who have appeared on behalf of plaintiffs will remain in this action.

Dated:  June 27, 2023

*/s/ Craig W. Hillwig*
Craig W. Hillwig
Kohn, Swift & Graf, P.C.
1600 Market Street, Suite 2500
Philadelphia, PA 19103-7225
(215) 238-1700
(215) 238-1968
chillwig@kohnswift.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Sarah Edmondson, et al., | : |
| Plaintiffs, | : CIVIL ACTION |
| v. | : NO. 20-CV-485 (EK) (CLP) |
| Keith Raniere, et al. | : |
| Defendants. | : |

## DECLARATION OF CRAIG W. HILLWIG

I, Craig W. Hillwig, declare and state as follows:

1. Pursuant to Local Civil Rule 1.4, I respectfully request to leave to withdraw my appearance as counsel for plaintiffs in the above-captioned action and direct the Clerk to terminate my ECF noticing. KOHN, SWIFT & GRAF, P.C. will continue to represent plaintiffs in this case.

2. Because the same law firm will continue to represent the plaintiffs, this withdrawal will not impact the future conduct of the litigation in any way or prejudice any parties.

Dated: June 27, 2023

*/s/ Craig W. Hillwig*
Craig W. Hillwig
Kohn, Swift & Graf, P.C.
1600 Market Street, Suite 2500
Philadelphia, PA 19103-7225
(215) 238-1700
(215) 238-1968
chillwig@kohnswift.com

Attorneys for Plaintiffs