FILED
in the Clerk's Office
U.S. District Court,
EDNY, Brooklyn
Jul 12, 2023, 4:19 PM
Pro Se Office via Box.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SARAH EDMONDSON, et al.,

    Plaintiffs,

v.

KEITH RANIERE, et al.,

    Defendants.

1:20-cv-00485-EK-CLP

**DEFENDANT BRANDON PORTER'S NOTICE OF MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, Defendant Brandon Porter hereby moves this Court for an order, pursuant to Rules 8 and 12(b)(6) of the Federal Rules of Civil Procedure, dismissing with prejudice Plaintiffs' Third Amended Complaint against him.

Dated: July 12, 2023

Respectfully submitted,

*/s/ Brandon B. Porter*

Brandon B. Porter
PO BOX 1102
500 W. HICKMAN RD
WAUKEE, IA 50263
Tel: (515) 978-1242