DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____
SARAH EDMONDSON, *et al.*

       Plantiffs,

  v.

Keith Raniere, *et al.*

       Defendants.
_____

<u>Oral Argument Requested</u>

1:20 - cv - 00485-EK-CLP

**NOTICE OF MOTION TO DISMISS THE THIRD AMMENDED COMPLAINT**

FILED
in the Clerk's Office
U.S. District Court,
EDNY, Brooklyn
Jul 13, 2023, 12:20 AM
Pro Se Office via
Box.com

PLEASE TAKE NOTICE that upon the accompanying memorandum of law, and upon all prior filings and proceedings in the above-captioned action, Danielle Roberts will move this Court, in Courtroom 6G North, in the United States Courthouse, 225 Cadman Plaza East, Brooklyn, NY 11201, at a time and date to be determined by the Court, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing the third amended complaint (Dkt. No. 215) with prejudice as against Danielle Roberts.