UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Sarah Edmondson, et al, <br><br> Plaintiffs, <br><br> v. <br><br> Keith Raniere, et al. <br><br> Defendants. | CIVIL ACTION <br><br> NO. 20-CV-485 |

**NOTICE OF VOLUNTARY DISMISSAL**

Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs voluntarily dismiss their claims without prejudice against Defendant Nicole Clyne.

Dated: August 22, 2023

*/s/ Neil L. Glazer*
Neil L. Glazer
William E. Hoese
Stephen H. Schwartz
Zahra R. Dean
Aarthi Manohar
Elias A. Kohn
KOHN, SWIFT & GRAF, P.C.
1600 Market Street, Suite 2500
Philadelphia, PA 19103
(215) 238-1700

Aitan D. Goelman
ZUCKERMAN SPAEDER
1800 M Street NW, Suite 1000
Washington, DC 20036
(202) 778-1800

*Attorneys for Plaintiffs*

{00232959 }

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a copy of the foregoing Notice of Dismissal to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered parties.

*/s/ Neil L. Glazer*
