UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

SARAH EDMONDSON, et al.,

        Plaintiffs,

v.

KEITH RANIERE, et al.,

        Defendants.

CIVIL ACTION NO. 20-CV-485

---

## NOTICE

Please take notice that Plaintiffs hereby withdraw the following from the Third Amended Complaint:

- Counts III (E)–(F) as to Clare Bronfman and all references to her in Paragraphs 293-95; and

- the words "over eight" from Paragraph 185 of the TAC.

Respectfully submitted:

Dated: November 7, 2023

*/s/ Neil L. Glazer*
Neil L. Glazer
William E. Hoese
Zahra R. Dean
Aarthi Manohar
Elias Kohn
KOHN, SWIFT & GRAF, P.C.
1600 Market Street, Suite 2500
Philadelphia, PA 19103
(215) 238-1700

{00244372 }

Aitan D. Goelman
Bryan M. Reines
ZUCKERMAN SPAEDER
1800 M Street NW, Suite 1000
Washington, DC 20036
(202) 778-1800

Attorneys for Plaintiffs