**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
SARAH EDMONDSON, et al., :
:
              Plaintiffs, :
: No.: 1:20-cv-00485-ERK-SMG
   v. :
:
:
KEITH RANIERE, et. al. :
:
             Defendants. :
---------------------------------------------------------------x

## **WITHDRAWAL OF APPEARANCE**

**TO THE PROTHONOTARY:**

    Kindly withdraw the appearance of Aarthi Manohar, PA Bar No. 318874, of the law firm of Kohn, Swift & Graf, P.C. as counsel in the above matter.

    Plaintiffs will continue to be represented by Neil L. Glazer.

March 20, 2024                                                           Respectfully submitted,

                                                                                     Aarthi Manohar

**CERTIFICATE OF SERVICE**

      I, Aarthi Manohar, hereby certify that on March 20, 2024, the foregoing *Withdrawal of Appearance* was filed electronically with the Court's ECF system, which sends electronic notice to counsel of record for all parties.

                                       /s/ *Aarthi Manohar*
                                       Aarthi Manohar