# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SARAH EDMONDSON, et al., | : |
| Plaintiffs, | : |
| v. | : No.: 1:20-cv-00485-ERK-SMG |
| KEITH RANIERE, et. al., | : |
| Defendant | : |

## WITHDRAWAL OF APPEARANCE

**TO THE PROTHONOTARY:**

Kindly withdraw the appearance of Stephen H. Schwartz, PA Bar No. 202669, of the law firm of Kohn, Swift & Graf, P.C. as counsel in the above matter.

Plaintiffs will continue to be represented by Neil L. Glazer.

March 20, 2024                                          Respectfully submitted,

                                                        Stephen H. Schwartz

## **CERTIFICATE OF SERVICE**

I, Stephen H. Schwartz, hereby certify that on March 20, 2024, the foregoing *Withdrawal of Appearance* was filed electronically with the Court's ECF system, which sends electronic notice to counsel of record for all parties.

                                               /s/ *Stephen H. Schwartz*
                                               Stephen H. Schwartz