



Aitan Goelman
PARTNER
Zuckerman Spaeder LLP
agoelman@zuckerman.com
(202) 778-1999

July 10, 2024

**VIA ECF**

Honorable Eric R. Komitee
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Courtroom: 6G North
Brooklyn, New York 11201

    Re:    *Edmondson, et al. v. Raniere et al.*, Case No. 1:20-cv-00485-EK-CLP

Dear Judge Komitee:

    We write to inform the Court that Plaintiffs no longer intend to file a motion with this Court with regard to Plaintiffs' settlement agreement with Nancy Salzman. Instead, Plaintiffs will seek to vindicate their right to enforcement of the settlement agreement in the appropriate state forum.

    Undersigned counsel has sent a copy of this correspondence to counsel for Ms. Salzman.

    Respectfully submitted,

    Aitan Goelman

cc:  David Stern, dstern@rssslaw.com, Counsel for Nancy Salzman