LAW OFFICES OF

# Aidala, Bertuna & Kamins, P.C.

ARTHUR L. AIDALA*
MARIANNE E. BERTUNA*
HON. BARRY KAMINS (RET.)
HON. JOHN M. LEVENTHAL (RET.)
HON. DAVID L. LEWIS (RET.)
JOHN S. ESPOSITO*
MICHAEL T. JACCARINO
IMRAN H. ANSARI
DIANA FABI SAMSON**
DAVID M. SCHWARTZ+
ANDREA M. ARRIGO*
MICHAEL F. DIBENEDETTO*
LINO J. DE MASI
ROSARIO BONA
GIOVANNI ORLANDO CONTI

*ALSO ADMITTED IN NEW JERSEY
**ALSO ADMITTED IN CONNECTICUT
+ALSO ADMITTED IN D.C.

546 FIFTH AVENUE
NEW YORK, NY 10036
TELEPHONE: (212) 486-0011
FACSIMILE: (917) 261-4832
WWW.AIDALALAW.COM

8118 - 13TH AVENUE
BROOKLYN, NEW YORK
11228 TEL: (718) 238-9898
FAX: (718) 921-3292

OF COUNSEL
JOSEPH A. BARATTA
ANTOINETTE LANTERI
WILLIAM R. SANTO
PETER S. THOMAS
LAWRENCE SPASOJEVICH
SIGURD SORENSON

SENIOR COUNSEL
LOUIS R. AIDALA
JOSEPH P. BARATTA

October 4, 2024

Hon. Eric R. Komitee
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: *Edmondson et al v. Raniere et al* – 1:20-cv-00485-EK-CLP
     Re: Order on Motion to Dismiss

Dear Judge Komitee:

  We respectfully submit this letter on behalf of our client Clare Bronfman ("Ms. Bronfman"). On September 27, 2024, the Court entered its Memorandum & Order, granting in part, and denying in part, Ms. Bronfman's Motion to Dismiss Plaintiffs' Complaint [Doc. No. 240]. We now write to the Court to seek clarification as to when Ms. Bronfman's responsive pleading is due.

  Pursuant to FRCP Rule 12(a)(4)(A) Ms. Bronfman's time to file her responsive pleading to the counts remaining in the Complaint is <u>October 11, 2024</u>. However, in its Order, the Court directed Plaintiffs to file a revised Schedule A within 60 days of the Court's Order: <u>November 26, 2024</u>. The revised Schedule A may be determinative as to whether Plaintiffs can sustain the requirements of a facially sufficient pleading as to their RICO and RICO Conspiracy counts against Ms. Bronfman.

  Ms. Bronfman respectfully seeks clarification from the Court as to whether the time to file her responsive pleading is already tolling upon the entry of the Court's Memorandum & Order on September 27, 2024, or, if it will begin when Plaintiffs file their revised Schedule A. Should the tolling have already started, and the responsive pleading be due on October 11, 2024, then Ms. Bronfman respectfully requests additional time to file her responsive pleading, specifically, 14 days *after* the date that Plaintiffs must file their revised Schedule A: <u>December 10, 2024</u>.

  This is Ms. Bronfman's first request to extend the date to file a responsive pleading in this matter. The undersigned sent correspondence to Plaintiffs' counsel on October 1, 2024, regarding

the request made herein, but has not yet received a response. We thank you for your consideration of this matter.

Sincerely,

/s/Imran H. Ansari
IMRAN H. ANSARI