**RECEIVED IN THE PRO SE OFFICE
OCT 15, 2024, 9:55 PM
VIA BOX.COM**

Oct 15th, 2024

Danielle Roberts 575 Easton Ave, Apt 18S, Somerset, NJ 08873

Honorable Eric R. Komitee United States District Judge Eastern District of New York 225 Cadman Plaza East Brooklyn, New York 11201 Courtroom: 6G North

Re: Sarah Edmondson, *et al.v.* Keith Raniere, *et al.,* 1:20-CV-00485-EK-CLP Honorable Eric R. Komitee:

Pursuant to Fed.R.Civ.P.6(b)(1)(B),E.D.N.Y.L.Civ.R.7.1(d) and this Court's Individual Practices and Rules Section III.C, Defendant, Danielle Roberts, submits this letter motion seeking a 14 day extension to submit her responsive pleading.

The Court may "for good cause, extend the time.. after the time has expired if the party failed to act because of an excusable neglect." Fed. R. Civ. P. 6(b)(1)(B).

Your Honor, I respectfully request permission to file my responsive pleading by November 1st, 2024. I misunderstood how the next steps of this process work and the breadth of the responsive pleading. I don't believe this time extension would prejudice the Plaintiffs in any way.

I affirm all information stated above is true.
Thank you for your consideration as I continue to learn this legal process.

Respectfully,
/s/ Danielle Roberts

Danielle Roberts, DO, MS Defendant, Pro Se
Cc: All Counsel by ECF