**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
SARAH EDMONDSON, et al.,          :
:
        Plaintiffs,          :
:  No.: 1:20-cv-00485-(ERK)(SMG)
  v.                                                  :
:
:
KEITH RANIERE, et. al.            :
:
        Defendants.          :
------------------------------------------------------------x

## WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Neil L. Glazer, of the law firm of Kohn, Swift & Graf, P.C. as counsel for Plaintiffs in the above captioned matter.

Plaintiffs will continue to be represented by William Hoese, Zahra Dean and Elias Kohn of Kohn, Swift & Graf P.C. and Aitan Goelman and Bryan Reines of Zuckerman Spaeder LLP.

Dated:  October 22, 2024                        Respectfully submitted,

                                                            /s/ *Zahra R. Dean*
                                                             Zahra R. Dean
                                                             Kohn, Swift & Graf, P.C.
                                                             1600 Market Street, Suite 2500
                                                             Philadelphia, PA  19103
                                                             Telephone:  215-238-1700

                                                             *Attorney for Plaintiffs*