Oct 15th, 2024

FILED
Nov 1, 2024
in the Clerk's Office
U.S. District Court,
EDNY, Brooklyn
Pro Se Office via
Box.com

Danielle Roberts 575 Easton Ave, Apt 18S, Somerset, NJ 08873

Honorable Eric R. Komitee United States District Judge Eastern District of New York 225 Cadman Plaza East Brooklyn, New York 11201 Courtroom: 6G North

Re: Sarah Edmondson, *et al.v.* Keith Raniere, *et al.,* 1:20-CV-00485-EK-CLP Honorable Eric R. Komitee:

Dear ProSe Clerk,

I would like to request an address change for The Court's reference. Please update my address to:

Danielle Roberts
575 Easton Ave
Apt. 18S, Somerset, NJ 08873

Thank you kindly.

Respectfully,
/s/ Danielle Roberts

Danielle Roberts, DO, MS Defendant, Pro Se
Cc: All Counsel by ECF