# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

-------------------------------------------------X

EDMONSON, et al,

        Plaintiff,

-against-

KEITH RANIERE, *et al*

        Defendants.

-------------------------------------------------X

Docket No.: **20 CV 485 (EK)(CLP)**

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Enter my appearance as Counsel in this case for:

**Defendant KEITH RANIERE**

I Certify that I am admitted to practice in this Court.

Dated: New York, NY
       November 9, 2024

                                         AARON M. GOLDSMITH, ESQ. (AG4773)
                                         225 Broadway, Suite 715
                                         New York, NY 10007
                                         (914) 588-2679
                                         (914) 462-3912 (fax)
                                         *aarongoldsmithlaw@gmail.com*

TO:

    CLERK OF THE COURT
    225 Cadman Plaza West
    Brooklyn, NY 11021

KOHN, SWIFT & GRAF, PC
Attorneys for Plaintiffs
1600 Market St., Suite 2500
Philadelphia, PA 19103
(215) 238-1700

ZUCKERMAN SPAEDER, LLP
Attorneys for Plaintiffs
1800 M Street NW, Suite 1000
Washington, DC 20036
(202) 778-1996

AIDALA, BERTUNA & KAMINS, PC
Attorneys for Defendant Clare Bronfman
546 Fifth Avenue
New York, NY 10035
(212) 488-0011

FRIED, FRANK, HARRIS, SHRIVER & JACOBSEN, LLP
Attorneys for Defendant Sara Bronfman
801 17th Street NW
Washington, DC 20006
(202) 634-7040

All counsel/parties via ECF only

# CERTIFICATION OF MAILING

This is to certify that a copy of the foregoing was delivered via electronic means, this 9th day of November, 2024, in compliance with the local rules of practice and procedure, to the person(s) and/or entities as listed below.

KOHN, SWIFT & GRAF, PC
Attorneys for Plaintiffs
1600 Market St., Suite 2500
Philadelphia, PA 19103
(215) 238-1700

ZUCKERMAN SPAEDER, LLP
Attorneys for Plaintiffs
1800 M Street NW, Suite 1000
Washington, DC 20036
(202) 778-1996

AIDALA, BERTUNA & KAMINS, PC
Attorneys for Defendant Clare Bronfman
546 Fifth Avenue
New York, NY 10035
(212) 488-0011

FRIED, FRANK, HARRIS, SHRIVER & JACOBSEN, LLP
Attorneys for Defendant Sara Bronfman
801 17th Street NW
Washington, DC 20006
(202) 634-7040

_____
AARON M. GOLDSMITH (AG4773)