# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

---------------------------------------------------X

EDMONSON, *et al*,             Docket No.: **20 CV 485 (EK)(CLP)**

    Plaintiff,

                                           **NOTICE OF MOTION**

-against-

KEITH RANIERE, *et al*

    Defendants.

---------------------------------------------------X

To the Clerk of this Court and all parties of record:

PLEASE TAKE NOTICE, Defendant KEITH RANIERE, by and through his Counsel hereby moves for an Order, pursuant to Rules 6(b)(1)(B) and 7.1 of the FRCP, for an extension of time to December 6, 2024, for Defendant RANIERE to file an Answer to the Third-Amended Complaint herein; and for such other and further relief as this Court deems just and proper.

No prior request for this relief has been filed.

Dated: New York, NY
November 9, 2024

_____
AARON M. GOLDSMITH, ESQ. (AG4773)
225 Broadway, Suite 715
New York, NY 10007
(914) 588-2679
(914) 462-3912 (fax)
*aarongoldsmithlaw@gmail.com*

TO:
    CLERK OF THE COURT
    225 Cadman Plaza West
    Brooklyn, NY 11021

KOHN, SWIFT & GRAF, PC
Attorneys for Plaintiffs
1600 Market St., Suite 2500
Philadelphia, PA 19103
(215) 238-1700

ZUCKERMAN SPAEDER, LLP
Attorneys for Plaintiffs
1800 M Street NW, Suite 1000
Washington, DC 20036
(202) 778-1996

AIDALA, BERTUNA & KAMINS, PC
Attorneys for Defendant Clare Bronfman
546 Fifth Avenue
New York, NY 10035
(212) 488-0011

FRIED, FRANK, HARRIS, SHRIVER & JACOBSEN, LLP
Attorneys for Defendant Sara Bronfman
801 17th Street NW
Washington, DC 20006
(202) 634-7040

All counsel/parties via ECF only

# CERTIFICATION OF MAILING

This is to certify that a copy of the foregoing was delivered via electronic means, this 9th day of November, 2024, in compliance with the local rules of practice and procedure, to the person(s) and/or entities as listed below.

KOHN, SWIFT & GRAF, PC
Attorneys for Plaintiffs
1600 Market St., Suite 2500
Philadelphia, PA 19103
(215) 238-1700

ZUCKERMAN SPAEDER, LLP
Attorneys for Plaintiffs
1800 M Street NW, Suite 1000
Washington, DC 20036
(202) 778-1996

AIDALA, BERTUNA & KAMINS, PC
Attorneys for Defendant Clare Bronfman
546 Fifth Avenue
New York, NY 10035
(212) 488-0011

FRIED, FRANK, HARRIS, SHRIVER & JACOBSEN, LLP
Attorneys for Defendant Sara Bronfman
801 17th Street NW
Washington, DC 20006
(202) 634-7040

_____
AARON M. GOLDSMITH (AG4773)