FILED
Dec 8, 2024, 6:02 PM
in the Clerk's Office
U.S. District Court,
EDNY, Brooklyn
Pro Se Office via
Box.com

December 8, 2024

Danielle Roberts 575 Easton Ave, Apt 18S, Somerset, NJ 08873

Honorable Eric R. Komitee United States District Judge Eastern District of New York 225 Cadman Plaza East Brooklyn, New York 11201 Courtroom: 6G North

Re: Sarah Edmondson, *et al.v.* Keith Raniere, *et al.,* 1:20-CV-00485-EK-CLP Honorable Eric R. Komitee:

Pursuant to Fed.R.Civ.P.12(a), FRCP 12(b)(4)(5)(6) and this Court's Individual Practices and Rules Section 3.3. Defendant, Danielle Roberts, submits this letter motion seeking clarification for deadline to submit her responsive pleading to the Plaintiffs opposition to Defendants motion to dismiss. Would Jan 10th, the same deadline as Defendant's response to the Plaintiff's Motion to dismiss counterclaims, please The Court?

Respectfully,
/s/ Danielle Roberts

Danielle Roberts, DO, MS Defendant, Pro Se
Cc: All Counsel by ECF