UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SARAH EDMONDSON, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>KEITH RANIERE, et al.<br><br>    Defendants. | NO. 20-CV-485<br><br>**NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, the undersigned will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of Kohn, Swift & Graf, P.C. and a member in good standing of the Bar of the Commonwealth of Pennsylvania, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for all Plaintiffs.  There are no pending disciplinary proceedings against me in any state or federal court.

Dated: January 21, 2025

                       Robert A. Swift
                       KOHN, SWIFT & GRAF, P.C.
                       1600 Market Street, Suite 2500
                       Philadelphia, PA  19103
                       (215) 238-1700
                       rswift@kohnswift.com

                       Counsel for Plaintiffs