UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SARAH EDMONDSON, et al.

    Plaintiffs,

v.

KEITH RANIERE, et al.

    Defendants.

CIVIL ACTION

NO. 20-CV-485

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

Robert A. Swift, being duly sworn according to law, deposes and says as follows:

1. I am a senior member of the law firm Kohn, Swift & Graf, P.C.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the Commonwealth of Pennsylvania.

4. I am a member of several U.S. District Courts, and nine U.S. Courts of Appeal including the Second Circuit Court of Appeal. I am a member of the U.S. Supreme Court where I have argued two cases.

5. I have been admitted to practice *pro hac vice* in this District Court in several cases, most notably as co-lead counsel in *In re Holocaust Victim Assets Litigation*, No. 96-4849.

6. There are no pending disciplinary proceedings against me in any state or federal court.

7. I have not been convicted of a felony.

8. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

9. My Pennsylvania Attorney Registration Number is: 17766

10. Wherefore, your affiant respectfully requests that he be permitted to appear as counsel and advocate *pro hac vice* in case 1:20-cv-00485 for All Plaintiffs.

Date: January 21, 2025

*Robert A. Swift*
Robert A. Swift
KOHN, SWIFT & GRAF, P.C.
1600 Market Street, Suite 2500
Philadelphia, PA 19103
(215) 238-1700
rswift@kohnswift.com

Sworn to and subscribed before me
this 21st day of January 2025.

*Theresa A. Buehner*
NOTARY

Commonwealth of Pennsylvania - Notary Seal
THERESA A. BUEHNER, Notary Public
Philadelphia County
My Commission Expires June 27, 2026
Commission Number 1225116



## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

**Robert Alan Swift, Esq.**

DATE OF ADMISSION

**October 9, 1973**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: January 14, 2025

*Darian Holland*
Darian Holland
Chief Clerk