# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| Edmondson et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-00485-EK-CLP |
| Raniere, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs.

Date: 01/21/2025

/s/ Emma Bruder
*Attorney's signature*

Emma Bruder | Bar No.: 6100937
*Printed name and bar number*

DiCello Levitt LLP
485 Lexington Avenue, 10th Floor
New York, NY 10017
*Address*

eburder@dicellolevitt.com
*E-mail address*

(646) 933-1000
*Telephone number*

*FAX number*