# UNITED STATES DISTRICT COURT
### for the
### Eastern District of New York

| | | |
|---|---|---|
| Edmondson et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:20-cv-00485-EK-CLP |
| Raniere, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs                                                                                                                .

Date:      01/23/2025

/s/ Greg G. Gutzler
*Attorney's signature*

Greg G. Gutzler | Bar No.: 5375993
*Printed name and bar number*

DiCello Levitt LLP
485 Lexington Avenue, 10th Floor
New York, NY 10017

*Address*

ggutzler@dicellolevitt.com
*E-mail address*

(646) 933-1000
*Telephone number*

*FAX number*