UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

SARAH EDMONDSON, et al., :
:
               Plaintiffs, :    CIVIL ACTION: NO. 20-CV-485
:
v. :
:
KEITH RANIERE, et al., :
:
               Defendants. :
:

---

## NOTICE OF MOTION FOR LEAVE FOR ZUCKERMAN SPAEDER LLP, AITAN D. GOELMAN, AND BRYAN M. REINES TO WITHDRAW AS PLAINTIFFS' COUNSEL

Pursuant to Local Civil Rule 1.4, Zuckerman Spaeder LLP and its attorneys who have appeared in this action, Aitan D. Goelman and Bryan M. Reines, move for leave to withdraw as counsel for all Plaintiffs. Zuckerman Spaeder and its attorneys are not asserting a retaining or charging lien.

All Plaintiffs will continue to be represented by the following attorneys who have appeared on their behalf since the inception of this litigation: William E. Hoese, Zahra R. Dean, and Elias Kohn of Kohn, Swift & Graf, P.C. Plaintiffs will also be represented by new counsel who have entered appearances in this case and will replace Zuckerman Spaeder: Greg G. Gutzler and Emma Bruder of DiCello Levitt LLP.

Dated: January 28, 2025

                                                  /s/
                                           Aitan D. Goelman
                                           Bryan M. Reines
                                           **ZUCKERMAN SPAEDER LLP**
                                           1800 M Street NW, Suite 1000
                                           Washington, DC 20036
                                           (202) 778-1800

                                           William E. Hoese
                                           Zahra R. Dean

Elias Kohn
**KOHN, SWIFT & GRAF, P.C.**
1600 Market Street, Suite 2500
Philadelphia, PA 19103
(215) 238-1700

Greg G. Gutzler
Emma Bruder
**DICELLO LEVITT LLP**
485 Lexington Avenue, 10th Floor
New York, NY 10017
(646) 933-1000

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

Pursuant to Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Rules of the Eastern District of New York, the undersigned, an attorney of record in this case, hereby certifies that on January 28, 2025, a true and correct copy of the foregoing and of the accompanying legal memorandum and affidavit of Aitan D. Goelman were filed electronically by CM/ECF, which caused notice to be sent to all counsel of record and *pro se* defendants. The undersigned further certifies that the previously-referenced motion, memorandum, and affidavit have been served on all Plaintiffs in accordance with Local Civil Rule 1.4(b) and Federal Rule of Civil Procedure 5(c) by depositing them in the United States mails, first class postage prepaid, in envelopes addressed to the last known address of each Plaintiff.

Dated: January 28, 2025

/s/ Aitan D. Goelman
Aitan D. Goelman
**ZUCKERMAN SPAEDER LLP**
1800 M Street NW, Suite 1000
Washington, DC 20036
(202) 778-1800

*Attorney for Plaintiffs*