UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

Sarah Edmonson, et al.
                      Plaintiffs,
           v.
Keith Raniere, et al.
                      Defendants.
----------------------------------------------------------X

20-cv-00485

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

TO:    Opposing Counsel
_____

_____

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, I __Adam Prom__ will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of __DiCello Levitt LLP__ and a member in good standing of the bar(s) of the State(s) of __Illinois__, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for __Plaintffs__. There are no pending disciplinary proceedings against me in any state or federal court. (If there are any disciplinary proceedings, describe them.)

Respectfully submitted,

Dated: 02/07/2025

_____
Signature of Movant
Firm Name___DiCello Levitt LLP___
Address___Ten North Dearborn Street, Sixth Floor
   Chicago, IL 0602___
Email_____aporom@dicellolevitt.com___
Phone____(312) 214-7900_____