# RONALD SULLIVAN LAW, PLLC

Ronald S. Sullivan Jr.

February 23, 2025.

**VIA ECF**

The Honorable Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Edmonson, *et al.* v. Raniere, *et al.*
1:20-cv-00485-EK-CLP

Dear Judge Pollak,

    This firm represents Ms. Clare Bronfman in the above-captioned matter. I write to respectfully request that the Court grant an adjournment of the status conference set for 3/5/2025 at 11:15 AM until after April 1, 2025, as I am currently on trial before Hon. Alvin K. Hellerstein in the Southern District of New York. The court has indicated that the trial should end by April 1, 2025. I can be available virtually anytime thereafter.

    I appreciate the Court's time and consideration of this request.

Respectfully submitted,

*/s/*

Ronald Sullivan Law PLLC
1300 I Street NW
Suite 400E
Washington, DC 20005
rsullivan@ronaldsullivanlaw.com
(202) 313-8313