## KOHN, SWIFT & GRAF, P.C.

### 1600 MARKET STREET, SUITE 2500

### PHILADELPHIA, PENNSYLVANIA 19103-7225

JOSEPH C. KOHN
ROBERT A. SWIFT
ROBERT J. LAROCCA †
DOUGLAS A. ABRAHAMS
WILLIAM E. HOESE
ZAHRA R. DEAN ✧
ELIAS A. KOHN

† ALSO ADMITTED IN NEW YORK
✧ ONLY ADMITTED IN NEW YORK

(215) 238-1700
TELECOPIER (215) 238-1968
FIRM E-MAIL: info@kohnswift.com
WEB SITE: www.kohnswift.com

HAROLD E. KOHN
1914-1999
BAYARD M. GRAF
1926-2015

OF COUNSEL
GEORGE W. CRONER
CARY FLEISHER
LISA PALFY KOHN

Sender's E-mail: whoese@kohnswift.com

February 24, 2025

<u>Via Electronic Filing</u>
The Honorable Eric R. Komitee
United States District Court
  Eastern District of New York
225 Cadman Plaza East
Courtroom: 6G North
Brooklyn, New York 11201

      Re:     Edmondson, et al. v. Raniere, et al.,
               <u>1:20-cv-00485-EK-CLP</u>

Dear Judge Komitee,

      We write in response to Mr. Sullivan's letter asking the Court to postpone the scheduled March 10, 2025 conference for nearly a month because he may be on trial. Ordinarily we would agree to accommodate opposing counsel, but under the circumstances Plaintiffs believe that the scheduled conference should not be delayed. As the Court indicated at the last conference, it is important to continue the movement of the case forward, and Ms. Bronfman is not only represented by Mr. Sullivan but also by Aidala, Bertuna & Kamins, P.C.

      With respect to discovery, the parties intend to meet this week to negotiate a discovery plan, which would then have been discussed with Magistrate Judge Pollack at the scheduled March 5 discovery conference and possibly with Your Honor on March 10. However, at Mr. Sullivan's request made last night, Judge Pollack postponed the discovery conference until April 3. Plaintiffs intend to ask Judge Pollack to reconsider and reinstate the March 5 conference date for the reasons set forth above. If that is not possible, we ask this Court to authorize the parties to serve written discovery requests without a discovery plan in place.

   Plaintiffs therefore respectfully request that the Court deny Mr. Sullivan's motion to postpone the scheduled March 10 conference until after April 1 and, if the discovery conference is delayed until April 3, to authorize the parties to serve written discovery requests before the entry of a discovery plan.

         Respectfully yours,

         William E. Hoese

WEH:jmk