UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
SARAH EDMONSON, et al.

      Plaintiffs,

  -against-

KEITH RANIERE, et al.,

      Defendants.

--------------------------------------------------------------- X

No.: 1:20-cv-00485-ERK-SMG

## WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Imran H. Ansari, Esq., of the law firm Aidala, Bertuna & Kamins, P.C., as counsel in the above matter.

DATED:   New York, New York
              February 26, 2025

Respectfully submitted,

**AIDALA, BERTUNA & KAMINS, P.C.**

By:   /s/ Imran H. Ansari
      **IMRAN H. ANSARI, ESQ.**
      546 Fifth Avenue, 6th Floor
      New York, New York 10036
      iansari@aidalalaw.com
      Tel.: (212) 486-0011

## **CERTIFICATE OF SERVICE**

      I, Imran H. Ansari, hereby certify that on February 26, 2025, the foregoing Withdrawal of Appearance was filed electronically with the Court's ECF system, which sends electronic notice to counsel of record for all parties.

      /s/ Imran H. Ansari
      Imran Ansari