UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
SARAH EDMONSON, et al.

        Plaintiffs,

  -against-

KEITH RANIERE, et al.,

        Defendants.

------------------------------------------------------------- X

No.: 1:20-cv-00485-ERK-SMG

## **WITHDRAWAL OF APPEARANCE**

Please withdraw the appearance of Diana Fabi Samson, Esq., of the law firm Aidala, Bertuna & Kamins, P.C., as counsel in the above matter.

DATED:   New York, New York
              February 26, 2025

Respectfully submitted,

**AIDALA, BERTUNA & KAMINS, P.C.**

By:   /s/ Diana Fabi Samson
       **DIANA FABI SAMSON, ESQ.**
       546 Fifth Avenue, 6th Floor
       New York, New York 10036
       diana@aidalalaw.com
       Tel.: (212) 486-0011

# **CERTIFICATE OF SERVICE**

      I, Diana Fabi Samson, hereby certify that on February 26, 2025, the foregoing Withdrawal of Appearance was filed electronically with the Court's ECF system, which sends electronic notice to counsel of record for all parties.


                                                /s/ Imran H. Ansari
                                                Imran Ansari