UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
SARAH EDMONSON, et al.

    Plaintiffs,

  -against-

KEITH RANIERE, et al.,

    Defendants.

---------------------------------------------------------------- X

No.: 1:20-cv-00485-ERK-SMG

## WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Rosario Bona, Esq., of the law firm Aidala, Bertuna & Kamins, P.C., as counsel in the above matter.

DATED:    New York, New York
                February 26, 2025

                                            Respectfully submitted,

                                            **AIDALA, BERTUNA & KAMINS, P.C.**

               By:    /s/ Rosario Bona
                       **ROSARIO BONA, ESQ.**
                       546 Fifth Avenue, 6th Floor
                       New York, New York 10036
                       rbona@aidalalaw.com
                       Tel.: (212) 486-0011

**CERTIFICATE OF SERVICE**

      I, Rosario Bona, hereby certify that on February 26, 2025, the foregoing Withdrawal of Appearance was filed electronically with the Court's ECF system, which sends electronic notice to counsel of record for all parties.

/s/ Imran H. Ansari
Imran Ansari