# RONALD SULLIVAN LAW, PLLC

Ronald S. Sullivan Jr.

March 9, 2025.

**VIA ECF**

The Honorable Eric R. Komitee
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Edmonson, *et al.* v. Raniere, *et al.*
1:20-cv-00485-EK-CLP

Dear Judge Komitee,

This firm represents Clare Bronfman. We write to seek clarification on the Court's March 7, 2025, Order that reads, in pertinent part, "The status conference scheduled for March 10 is adjourned, notwithstanding the failure of Clare Bronfman's counsel to comply with the Courts order of February 28". The Order also directs undersigned counsel to "set up a conference call between themselves at 9 a.m. on March 10, solely for the purpose of determining a new date for the status conference."

Undersigned counsel already did what the court appears to be ordering me to do. Counsel has conferred, agreed on a date, and forward the agreed upon date to the Court's deputy on March 6, 2025, the day prior to the Court issuing the Order that is subject of this letter. See Exhibit A. We are waiting to learn whether the Court is available on that date. Accordingly, counsel for Ms. Bronfman complied with the Court's February 28, 2025, Order prior to the Court issuing the March 7, 2025, Order, which claimed the opposite.

In all events, undersigned counsel represents that he has complied with all orders issued by the Court. Undersigned counsel further represents that he is not available for a conference call at 9am on March 10, 2025.

We await further instruction, if any, from the Court.

Respectfully submitted,

*/s/ Ronald Sullivan*
Ronald Sullivan
Ronald Sullivan Law PLLC
1300 I Street NW
Suite 400E
Washington, DC 20005
rsullivan@ronaldsullivanlaw.com
(202) 313-8313