**Outlook**

## Edmonson, et al. v. Raniere, et al. // 1:20-cv-00485-EK-CLP

**From** Victoria Torres <vtorres@ronaldsullivanlaw.com>
**Date** Thu 3/6/2025 3:16 PM
**To** andrew_jackson@nyed.uscourts.gov <andrew_jackson@nyed.uscourts.gov>

Good afternoon Mr. Jackson,
As you are aware, Mr. Sullivan filed a request for adjournment due to our ongoing trial, which is scheduled to continue until April 1, 2025.
Judge Pollak has rescheduled the Discovery Conference for April 3, 2025, at 9:15 AM.
Judge Komitee has directed us to confer with all parties, as well as the court's deputy, to propose a date and time for the status conference.
We conferred with the parties and everyone is available on April 15, 2025, at 11 AM.
Mr. Goldsmith (Counsel for Keith Raniere) will be engaged in a trial until the previous week, but he informed that in case he is still engaged at the time he will file a letter consenting to co-counsel covering for him.
Would that work for the Court?
If it does not, could you propose a date on the following week so that we reach out to the parties to confirm they are available?
Thank you!
Victoria Torres
*Ronald Sullivan Law*