# LAW OFFICE OF
# AARON M. GOLDSMITH
A PROFESSIONAL CORPORATION
225 Broadway, Suite 715
New York, NY 10007
(Tel.) - (914) 588-2679
(Fax) - (914) 462-3912
aarongoldsmithlaw@gmail.com

★ Admitted in NY, CT and TN

April 2, 2025

*Via ECF*
US DISTRICT COURT, EDNY
Hon. Cheryl L. Pollak, USMJ
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Edmonson*, et al* v Raniere, *et al*
Docket No: 20 CV 485 (EK)(CLP)

Dear Honorable Madame:

    I represent Defendant KEITH RANIERE in the above-referenced matter. Please accept this correspondence as notice of my unavailability for tomorrow's phone-conference scheduled in the above-referenced matter

    I am engaged in the jury trial of **Orozco v Alfonso, 717397/2019** before Hon. Claudia Lanzetta, JSC in Supreme Court, Queens County. As a result I will not be able to attend the phone conference regarding discovery. However, as indicated in previous scheduling correspondence between the parties and the court, Mr. Raniere and I hereby consent to any of my co-defense counsel appearing in my stead for this phone conference only.

    I have been actively participating with all counsel in our discussions of drafting scheduling order, ESI agreement and general preparations for the discovery process herein. Accordingly, I have no concerns about any of my defense colleagues covering in my absence.

    Thank you for your time and consideration. Please feel free to contact the undersigned with any further questions, concerns or directives.

Respectfully submitted,

Aaron M. Goldsmith

TO:

KOHN, SWIFT & GRAF, PC
Attorneys for Plaintiffs
1600 Market St., Suite 2500
Philadelphia, PA 19103
(215) 238-1700

ZUCKERMAN SPAEDER, LLP
Attorneys for Plaintiffs
1800 M Street NW, Suite 1000
Washington, DC 20036
(202) 778-1996

AIDALA, BERTUNA & KAMINS, PC
Attorneys for Defendant Clare Bronfman
546 Fifth Avenue
New York, NY 10035
(212) 488-0011

FRIED, FRANK, HARRIS, SHRIVER & JACOBSEN, LLP
Attorneys for Defendant Sara Bronfman
801 17th Street NW
Washington, DC 20006
(202) 634-7040

All counsel/parties via ECF only