UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SARAH EDMONDSON, et al.,

                              Plaintiffs,

- against -

KEITH RANIERE, et al.,

                              Defendants.

1:20-cv-00485-ERK-CLP

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Danielle L. Leavy of the law firm Fried, Frank, Harris, Shriver & Jacobson LLP, a member of the bar of this Court, hereby enters her appearance in this action as counsel to defendant Sara Bronfman.

Dated: New York, New York
        April 15, 2025

FRIED, FRANK, HARRIS, SHRIVER
  & JACOBSON LLP

By:    */s/ Danielle L. Leavy*
        Danielle L. Leavy

One New York Plaza
New York, New York 10004-1980
(212) 859-8000
danielle.leavy@friedfrank.com

Attorneys for Defendant
  Sara Bronfman

67258683