# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------X

EDMONSON, et al,

        Plaintiff,

-against-

KEITH RANIERE,
CLARE BRONFMAN, *et al*

        Defendants.

-------------------------------------------------X

Docket No.: **20 CV 485 (EK)(CLP)**

<u>SUBSTITUTION OF COUNSEL</u>

To the Clerk of this Court and all parties of record:

PLEASE TAKE NOTICE that the undersigned, AARON M. GOLDSMITH, ESQ., hereby appears for and substitutes as counsel for Defendant CLARE BRONFMAN in the above-captioned matter, in the place and stead of RONALD SULLIVAN, ESQ., for all purposes.

I Certify that I am admitted to practice in this Court.

Dated: New York, NY
      April 17, 2025

_____
AARON M. GOLDSMITH, ESQ.
Incoming Attorney
225 Broadway, Suite 715
New York, NY 10007
(914) 588-2679
(914) 462-3912 (fax)
*aarongoldsmithlaw@gmail.com*

_____
RONALD SULLIVAN LAW, PLLC
Outgoing Attorney
By: Ronald S. Sullivan, Esq.
1300 I Street, NW, Suite 400E
Washington, DC 20005
(202) 313-8313
*rsullivan@ronaldsullivanlaw.com*

_____
CLARE BRONFMAN, Defendant
(Clare Bronfman, Apr 14, 2025 19:20 EDT)

TO:

CLERK OF THE COURT
225 Cadman Plaza West
Brooklyn, NY 11021

KOHN, SWIFT & GRAF, PC
Attorneys for Plaintiffs
1600 Market St., Suite 2500
Philadelphia, PA 19103
(215) 238-1700

ZUCKERMAN SPAEDER, LLP
Attorneys for Plaintiffs
1800 M Street NW, Suite 1000
Washington, DC 20036
(202) 778-1996

FRIED, FRANK, HARRIS, SHRIVER & JACOBSEN, LLP
Attorneys for Defendant Sara Bronfman
801 17th Street NW
Washington, DC 20006
(202) 634-7040

All counsel/parties via ECF only

## CERTIFICATION OF MAILING

This is to certify that a copy of the foregoing was delivered via electronic means, this 17th day of April, 2025, in compliance with the local rules of practice and procedure, to the person(s) and/or entities as listed below.

KOHN, SWIFT & GRAF, PC
Attorneys for Plaintiffs
1600 Market St., Suite 2500
Philadelphia, PA 19103
(215) 238-1700

ZUCKERMAN SPAEDER, LLP
Attorneys for Plaintiffs
1800 M Street NW, Suite 1000
Washington, DC 20036
(202) 778-1996

FRIED, FRANK, HARRIS, SHRIVER & JACOBSEN, LLP
Attorneys for Defendant Sara Bronfman
801 17th Street NW
Washington, DC 20006
(202) 634-7040

All other parties by ECF

AARON M. GOLDSMITH (AG4773)

# Substitution.Clare.PE

Final Audit Report 2025-04-14

| Created: | 2025-04-14 |
|---|---|
| By: | Aaron Goldsmith (aarongoldsmithlaw@gmail.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA4qg5VnZCuO1uT0d12O3HfdrtNAXbN12I |

## "Substitution.Clare.PE" History

- Document created by Aaron Goldsmith (aarongoldsmithlaw@gmail.com)
  2025-04-14 - 10:42:38 PM GMT- IP address: 68.237.70.226

- Document emailed to clarewb@protonmail.com for signature
  2025-04-14 - 10:42:43 PM GMT

- Email viewed by clarewb@protonmail.com
  2025-04-14 - 10:42:47 PM GMT- IP address: 185.159.157.24

- Signer clarewb@protonmail.com entered name at signing as Clare Bronfman
  2025-04-14 - 11:20:36 PM GMT- IP address: 104.28.55.252

- Document e-signed by Clare Bronfman (clarewb@protonmail.com)
  Signature Date: 2025-04-14 - 11:20:38 PM GMT - Time Source: server- IP address: 104.28.55.252

- Agreement completed.
  2025-04-14 - 11:20:38 PM GMT

Adobe Acrobat Sign