# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SARAH EDMONDSON, et al., | : |
| Plaintiffs, | : |
| v. | : CIVIL ACTION NO. 20-CV-485 |
| KEITH RANIERE, et al., | : |
| Defendants. | : |

**PLAINTIFF HANNAH VANDERHEYDEN'S NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANTS SARA BRONFMAN AND CLARE BRONFMAN**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Hannah Vanderheyden in the above-captioned case voluntarily dismisses her action against Defendants Sara Bronfman and Clare Bronfman without prejudice.

Dated: May 5, 2025

*/s/ Zahra R. Dean*
Robert A. Swift
William E. Hoese
Zahra R. Dean
Elias Kohn
KOHN, SWIFT & GRAF, P.C.
1600 Market Street, Suite 2500
Philadelphia, PA 19103
(215) 238-1700
rswift@kohnswift.com
whoese@kohnswift.com
zdean@kohnswift.com
ekohn@kohnswift.com

Adam M. Prom
DICELLO LEVITT LLP
10 North Dearborn Street, Sixth Floor
Chicago, IL 60602
(312) 214-7900
aprom@dicellolevitt.com

Greg G. Gutzler
Emma Bruder
DICELLO LEVITT LLP
485 Lexington Avenue, 10th Floor
New York, NY 10017
(646) 933-1000
ggutzler@dicellolevitt.com
ebruder@dicellolevitt.com

*Attorneys for Plaintiff Hannah Vanderheyden*