# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SARAH EDMONDSON, et al., | : |
| Plaintiffs, | : |
| v. | : CIVIL ACTION NO. 20-CV-485 |
| KEITH RANIERE, et al., | : |
| Defendants. | : |

## NOTICE OF VOLUNTARY DISMISSAL OF
## DANIELLE ROBERTS' COUNTERCLAIMS AGAINST HANNAH VANDERHEYDEN

Pursuant to Fed. R. Civ. P. 41(c), Danielle Roberts voluntarily dismisses her counterclaims against Hannah Vanderheyden in the above-captioned action without prejudice.

Dated: May 12, 2025

*/s/Danielle Roberts (with express permission)*
Danielle Roberts, pro se
575 Easton Ave
Apt. 18 S
Somerset, NJ 08873
516.480.1700