UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SARAH EDMONDSON, et al,

                Plaintiffs,

- against -

KEITH RANIERE, et al,

                Defendants.

1:20-cv-485-ERK-CLP

**NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL**

PLEASE TAKE NOTICE that pursuant to Local Civil Rule 1.4, Defendant Sara Bronfman, by and through her undersigned attorneys, hereby respectfully move this Court for an Order withdrawing the appearance of James D. Wareham, who was admitted pro hac vice in this action. Mr. Wareham, a member of Fried, Frank, Harris, Shriver & Jacobson LLP ("Fried Frank"), passed away on May 7, 2025.

I, and other attorneys at, Fried Frank will continue to represent Sara Bronfman.

Dated: New York, New York
         May 13, 2025

                                    FRIED, FRANK, HARRIS, SHRIVER
                                            & JACOBSON LLP

                                            By:     */s/ Robin Henry*
                                                    Robin Henry

One New York Plaza
New York, New York 10004-1980
(212) 859-8000
robin.henry@friedfrank.com

Attorneys for Defendant
  Sara Bronfman