LAW OFFICE OF

# AARON M. GOLDSMITH

A PROFESSIONAL CORPORATION
225 Broadway, Suite 715
New York, NY 10007
(Tel.) - (914) 588-2679
(Fax) - (914) 462-3912
*aarongoldsmithlaw@gmail.com*

★ Admitted in NY, CT and TN

May 19, 2025

*Via ECF*
US DISTRICT COURT, EDNY
Hon. Cheryl L. Pollak, USMJ
225 Cadman Plaza East
Brooklyn, NY 11201

        Re: <u>Edmonson*, et al* v Raniere*, et al*</u>
           Docket No: 20 CV 485 (EK)(CLP)

Dear Honorable Madame:

  I represent Defendants CLARE BRONFMAN and KEITH RANIERE in the above-referenced matter. Please accept this correspondence in response to Plaintiff Counsel's letter filed earlier today.

  I do not yet possess Ms. Bronfman's file from Mr. Sullivan, but learned this past weekend that he has been dealing with a family emergency recently. The letter request should be denied as moot, as I do have sufficient information and will be providing Initial Disclosures pursuant to Rule 26.1 to all Counsel on behalf of Ms. Bronfman later today.

  Thank you for your time and consideration. Please feel free to contact the undersigned with any further questions, concerns or directives.

            Respectfully submitted,

            Aaron M. Goldsmith

TO:

KOHN, SWIFT & GRAF, PC
Attorneys for Plaintiffs
1600 Market St., Suite 2500
Philadelphia, PA 19103
(215) 238-1700

ZUCKERMAN SPAEDER, LLP
Attorneys for Plaintiffs
1800 M Street NW, Suite 1000
Washington, DC 20036
(202) 778-1996

AIDALA, BERTUNA & KAMINS, PC
Attorneys for Defendant Clare Bronfman
546 Fifth Avenue
New York, NY 10035
(212) 488-0011

FRIED, FRANK, HARRIS, SHRIVER & JACOBSEN, LLP
Attorneys for Defendant Sara Bronfman
801 17th Street NW
Washington, DC 20006
(202) 634-7040

All counsel/parties via ECF only