UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SARAH EDMONDSON, et al., | : |
| Plaintiffs, | : |
| v. | : CIVIL ACTION NO. 20-CV-485 |
| KEITH RANIERE, et al., | : |
| Defendants. | : |

**STIPULATION OF VOLUNTARY DISMISSAL OF
PLAINTIFFS KAYLA GROSSE, TANYA HUBBARD AND WARNE LIVESY'S
ACTION AGAINST KEITH RANIERE, CLARE BRONFMAN, SARA BRONFMAN
AND DANIELLE ROBERTS AND ROBERTS' COUNERCLAIMS AGAINST
PLAINTIFFS**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and (ii), Plaintiffs Kayla Grosse, Tanya Hubbard and Warne Livesy and the parties set forth below stipulate to the voluntarily dismissal of their claims against Defendants Keith Raniere, Clare Bronfman, Sara Bronfman and Danielle Roberts in the above-captioned action with prejudice.

Pursuant to Fed. R. Civ. P. 41(c), Danielle Roberts voluntarily dismisses her counterclaims against Plaintiffs Kayla Grosse, Tanya Hubbard and Warne Livesy in the above-captioned action with prejudice.

Dated: May 21, 2025

/s/ Zahra R. Dean
Robert A. Swift
William E. Hoese
Zahra R. Dean
Elias A. Kohn
KOHN, SWIFT & GRAF, P.C.
1600 Market Street, Suite 2500
Philadelphia, PA 19103
(215) 238-1700
rswift@kohnswift.com
whoese@kohnswift.com
zdean@kohnswift.com
ekohn@kohnswift.com

Adam M. Prom
DICELLO LEVITT LLP
10 North Dearborn Street, Sixth Floor
Chicago, IL 60602
(312) 214-7900
aprom@dicellolevitt.com

Greg G. Gutzler
Emma Bruder
DICELLO LEVITT LLP
485 Lexington Avenue, 10th Floor
New York, NY 10017
(646) 933-1000
gutzler@dicellolevitt.com
ebruder@dicellolevitt.com

*Attorneys for Plaintiffs*


*/s/ Aaron M. Goldsmith*
Aaron M. Goldsmith
225 Broadway, Suite 715
New York, NY 10007
(914) 588-2679
aarongoldsmithlaw@gmail.com

*Attorney for Keith Raniere and Clare Bronfman*


*/s/ Robin A. Henry*
Robin A. Henry
Anne S. Aufhauser
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004-1980
(212) 859-8000
robin.henry@friedfrank.com
anne.aufhauser@friedfrank.com

*Attorneys for Sara Bronfman*

*/s/ Danielle Roberts*
Danielle Roberts, *pro se*
575 Easton Ave, Apt. 18 S
Somerset, NJ 08873
(516) 480-1700