UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
SARAH EDMONDSON, *et al.*,

                Plaintiffs,

     -against-

KEITH RANIERE, *et al.*,

                Defendants.
---------------------------------------------------------- X

**ORDER**
20 CV 485 (EK) (CLP)

**POLLAK**, United States Magistrate Judge:

      On April 17, 2025, counsel Aaron Goldsmith filed a Notice of Consent to Change Attorney in the above-captioned case. (ECF No. 288). The Notice indicates that Mr. Goldsmith shall be substituted as counsel for defendant Clare Bronfman in place of counsel Ronald Sullivan. (Id.)

      On May 19, 2025, counsel for plaintiffs filed a letter motion requesting that the Court enter an Order directing Mr. Sullivan to turn over his files to Mr. Goldsmith to allow Mr. Goldsmith to provide initial disclosures. (ECF No. 293). That same day, Mr. Goldsmith filed a response, indicating that while he does not yet possess Ms. Bronfman's file, he has sufficient information to provide initial disclosures. (ECF No. 294). Mr. Goldsmith therefore requests that the motion be denied as moot. (Id.)

      Given that the new attorney has asked to terminate the letter motion as moot, the Court grants such request, but orders the files to be provided by **May 30, 2025**, if not already provided.

      The Notice of Consent to Change Attorney is granted. (See attached Order).

      The Clerk of Court is respectfully directed to send copies of this Order to the parties either electronically through the Electronic Case Filing (ECF) system or by mail.

**SO ORDERED.**

Dated: May 21, 2025
       Brooklyn, New York

                              /s/ Cheryl L. Pollak
                              Cheryl L. Pollak
                              United States Magistrate Judge
                              Eastern District of New York

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

---------------------------------------------------X

EDMONSON, et al,

        Plaintiff,

  -against-

KEITH RANIERE,
CLARE BRONFMAN, *et al*

        Defendants.

---------------------------------------------------X

Docket No.: **20 CV 485 (EK)(CLP)**

**SUBSTITUTION OF COUNSEL**

**SO ORDERED.**
**/s/ Cheryl L. Pollak**
**Cheryl L. Pollak**
**U.S.M.J.**
**E.D.N.Y.**
**5/20/2025**

To the Clerk of this Court and all parties of record:

PLEASE TAKE NOTICE that the undersigned, AARON M. GOLDSMITH, ESQ., hereby appears for and substitutes as counsel for Defendant CLARE BRONFMAN in the above-captioned matter, in the place and stead of RONALD SULLIVAN, ESQ., for all purposes.

I Certify that I am admitted to practice in this Court.

Dated: New York, NY
      April 17, 2025

_____
AARON M. GOLDSMITH, ESQ.
Incoming Attorney
225 Broadway, Suite 715
New York, NY 10007
(914) 588-2679
(914) 462-3912 (fax)
*aarongoldsmithlaw@gmail.com*

_____
RONALD SULLIVAN LAW, PLLC
Outgoing Attorney
By: Ronald S. Sullivan, Esq.
1300 I Street, NW, Suite 400E
Washington, DC 20005
(202) 313-8313
*rsullivan@ronaldsullivanlaw.com*

_____
CLARE BRONFMAN, Defendant
(Clare Bronfman, Apr 14, 2025 19:20 EDT)

TO:
    CLERK OF THE COURT
    225 Cadman Plaza West
    Brooklyn, NY 11021

KOHN, SWIFT & GRAF, PC
Attorneys for Plaintiffs
1600 Market St., Suite 2500
Philadelphia, PA 19103
(215) 238-1700

ZUCKERMAN SPAEDER, LLP
Attorneys for Plaintiffs
1800 M Street NW, Suite 1000
Washington, DC 20036
(202) 778-1996

FRIED, FRANK, HARRIS, SHRIVER & JACOBSEN, LLP
Attorneys for Defendant Sara Bronfman
801 17th Street NW
Washington, DC 20006
(202) 634-7040

All counsel/parties via ECF only

# CERTIFICATION OF MAILING

This is to certify that a copy of the foregoing was delivered via electronic means, this 17th day of April, 2025, in compliance with the local rules of practice and procedure, to the person(s) and/or entities as listed below.

KOHN, SWIFT & GRAF, PC
Attorneys for Plaintiffs
1600 Market St., Suite 2500
Philadelphia, PA 19103
(215) 238-1700

ZUCKERMAN SPAEDER, LLP
Attorneys for Plaintiffs
1800 M Street NW, Suite 1000
Washington, DC 20036
(202) 778-1996

FRIED, FRANK, HARRIS, SHRIVER & JACOBSEN, LLP
Attorneys for Defendant Sara Bronfman
801 17th Street NW
Washington, DC 20006
(202) 634-7040

All other parties by ECF

AARON M. GOLDSMITH (AG4773)

# Substitution.Clare.PE

Final Audit Report 2025-04-14

| | |
|---|---|
| Created: | 2025-04-14 |
| By: | Aaron Goldsmith (aarongoldsmithlaw@gmail.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA4qg5VnZCuO1uT0d12O3HfdrtNAXbN12I |

## "Substitution.Clare.PE" History

- Document created by Aaron Goldsmith (aarongoldsmithlaw@gmail.com)
  2025-04-14 - 10:42:38 PM GMT- IP address: 68.237.70.226

- Document emailed to clarewb@protonmail.com for signature
  2025-04-14 - 10:42:43 PM GMT

- Email viewed by clarewb@protonmail.com
  2025-04-14 - 10:42:47 PM GMT- IP address: 185.159.157.24

- Signer clarewb@protonmail.com entered name at signing as Clare Bronfman
  2025-04-14 - 11:20:36 PM GMT- IP address: 104.28.55.252

- Document e-signed by Clare Bronfman (clarewb@protonmail.com)
  Signature Date: 2025-04-14 - 11:20:38 PM GMT - Time Source: server- IP address: 104.28.55.252

- Agreement completed.
  2025-04-14 - 11:20:38 PM GMT

Adobe Acrobat Sign