**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
SARAH EDMONDSON, et al., :
:
           Plaintiffs, :
:   No.: 1:20-cv-00485-(ERK)(SMG)
    v. :
:
KEITH RANIERE, et. al. :
:
           Defendants. :
---------------------------------------------------------------x

## WITHDRAWAL OF APPEARANCE

    Please withdraw the appearance of Elias A. Kohn, of the law firm of Kohn, Swift & Graf, P.C. as counsel for Plaintiffs in the above captioned matter.

    Plaintiffs will continue to be represented by William Hoese and Zahra Dean of Kohn, Swift & Graf P.C. and Emma Bruder and Adam M. Prom of DiCello Levitt LLP.

Dated: May 23, 2025                              Respectfully submitted,

                                                             /s/ *Elias A. Kohn*
                                                              Elias A. Kohn
                                                              Kohn, Swift & Graf, P.C.
                                                              1600 Market Street, Suite 2500
                                                              Philadelphia, PA  19103
                                                              Telephone: 215-238-1700
                                                              ekohn@kohnswift.com

                                                              *Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
SARAH EDMONDSON, et al., :
:
Plaintiffs, :
: No.: 1:20-cv-00485-(ERK)(SMG)
v. :
:
KEITH RANIERE, et. al. :
:
Defendants. :
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Elias A. Kohn hereby certify that on May 23, 2025, the foregoing Withdrawal of Appearance has been served to all Plaintiffs via email and counsel of record for all Defendants who have appeared via ECF.

Dated:  May 23, 2025          */s/ Elias A. Kohn*
                              Elias A. Kohn
                              KOHN, SWIFT & GRAF, P.C.
                              1600 Market Street, Suite 2500
                              Philadelphia, PA  19103
                              Telephone:  215-238-1700
                              ekohn@@kohnswift.com

                              *Attorney for Plaintiffs*