UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Sarah Edmondson, et al,

                Plaintiff(s),

v.

Keith Raniere, et al,

                Defendant(s).

1:20-cv-00485

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

I, Manuel J. Dominguez, being duly sworn, hereby depose and say as follows:

1. I am a(n) Partner with the law firm of Cohen Milstein Sellers & Toll PLLC.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate(s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of Florida.
4. There are no pending disciplinary proceedings against me in any state or federal court
5. I Have not been convicted of a felony. If you have, please describe facts and circumstances.
6. I Have not been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.
7. Attorney Registration Number(s) if applicable: 0054798
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case 20-cv-00485 for Plaintiffs Sarah Edmondson, et al.

Date 6/18/25
Palm Beach Gardens, FL

NOTARIZED [signature]
JESSE J. LEE
NOTARY PUBLIC-STATE OF NEW YORK
No. 01LE6167858
Qualified in New York County
My Commission Expires June 04, 2027
6/26/2025

Signature of Movant
Firm Name Cohen Milstein Sellers & Toll PLLC
Address 11780 U.S. Highway One
Suite N500
Palm Beach Gardens, FL 33408
Email jdominguez@cohenmilstein.com
Phone (561) 515-1400