UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------X

Sarah Edmondson, et al.

Plaintiffs,

v.

Keith Raniere, et al.

Defendants

----------------------------------------------------------X

20-cv-00485
_____

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

TO:     Opposing Counsel

_____

_____

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and

the Certificate(s) of Good Standing annexed thereto, I _Brendan R. Schneiderman_____ will move this

Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York for an order allowing the admission of movant, a

member of the firm of _Cohen Milstein Sellers & Toll PLLC_____ and a member in good standing of

the bar(s) of the State(s) of _Washington D.C._____, as attorney *pro hac*

*vice* to argue or try this case in whole or in part as counsel for

Plaintiffs
_____. There are no pending disciplinary

proceedings against me in any state or federal court. (If there are any disciplinary proceedings,

describe them.)

Dated: _6/18/2025_____

Respectfully submitted,

/s/ Brendan R. Schneiderman
_____
Signature of Movant
Firm Name Cohen Milstein Sellers & Toll PLLC
Address 1100 New York Ave., 8th Fl., NW
          Washington D.C. 20005
Email bschneiderman@cohenmilstein.com
Phone (202)408-4600