UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

    Edmondson et al

                       Plaintiff(s)

v.

    Raniere et al              Defendant(s)
-----------------------------------------------------------X

1:20-cv-00485

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

TO:    Opposing Counsel

_____

_____

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, I **Agnieszka M. Fryszman** will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of **Cohen Milstein Sellers & Toll PLLC** and a member in good standing of the bar(s) of the State(s) of **New Jersey and Washington DC**, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for **all Plaintiffs**. There are no pending disciplinary proceedings against me in any state or federal court. (If there are any disciplinary proceedings, describe them.)

Respectfully submitted,

Dated: _____

_____
Signature of Movant
Firm Name **Cohen Milstein Sellers & Toll PLLC**
Address **1100 New York Ave, Floor 8**
         **Washington, DC 20005**
Email **AFryszman@cohenmilstein.com**
Phone **202-408-4611**