# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Sarah Edmondson, et al.<br>*Plaintiff*<br>v.<br>Keith Raniere, et al.<br>*Defendant* | )<br>)<br>) Case No. 1:20-cv-00485 (EK)(CLP)<br>)<br>) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs.

Date: 06/27/2025

/s/ Agnieszka Fryszman
*Attorney's signature*

Agnieszka Fryszman (pro hac vice)
*Printed name and bar number*

Cohen Milstein Sellers & Toll PLLC
1100 New York Ave., Suite 800 NW
Washington DC, 20005
*Address*

AFryszman@cohenmilstein.com
*E-mail address*

(202) 408-4611
*Telephone number*

*FAX number*