UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SARAH EDMONDSON, et al., | : |
| Plaintiffs, | : |
| v. | : CIVIL ACTION NO. 20-CV-485-EK-CLP |
| KEITH RANIERE, et al. | : |
| Defendants. | : |

**JOINT MOTION FOR ENTRY OF STIPULATED
ESI PROTOCOL AND PROTECTIVE ORDER**

Plaintiffs, Sarah Edmondson et al. ("Plaintiffs"), and Defendants Keith Raniere, Clare Bronfman, and Sara Bronfman ("Defendants") (collectively, the "Parties"),[1] by their undersigned attorneys, respectfully request that this Court enter the Stipulated Protocol Concerning Discovery of Electronically Stored Information ("ESI Protocol"), attached hereto as Exhibit A, and the Stipulated Protective Order, pursuant to Federal Rule of Civil Procedure 26(c), attached hereto as Exhibit B. In support of their motion, the Parties state the following:

1. The Parties require the entry of the ESI Protocol to govern the format in which document productions are made and discovery-related issues are handled.

2. The Parties require the entry of the Protective Order to facilitate the exchange of confidential information between the Parties.

3. Until the ESI Protocol and Protective Order are in place, the Parties cannot begin producing documents.

---

[1] Pro se Defendant Danielle Roberts has declined to participate in the negotiations concerning the ESI Protocol and Protective Order. Plaintiffs provided Ms. Roberts with notice of this joint motion, but she has declined to state her position.

4. Counsel for the Parties have stipulated to the ESI Protocol and Agreed Confidentiality Order.

5. WHEREFORE, the Parties respectfully request that this Court enter the ESI Protocol and Agreed Confidentiality Order.

| | |
|---|---|
| Respectfully Submitted, | Dated: June 30, 2025 |

William E. Hoese
Robert A. Swift
Zahra R. Dean
KOHN, SWIFT & GRAF, P.C.
1600 Market Street, Suite 2500
Philadelphia, PA 19103
(215) 238-1700
whoese@kohnswift.com
rswift@kohnswift.com
zdean@kohnswift.com

*Attorneys for Plaintiffs*

Adam M. Prom
DICELLO LEVITT LLP
10 North Dearborn Street, Sixth Floor
Chicago, IL 60602
(312) 214-7900
aprom@dicellolevitt.com

Greg G. Gutzler
Emma Bruder
DICELLO LEVITT LLP
485 Lexington Avenue, 10th Floor
New York, NY 10017
(646) 933-1000
ggutzler@dicellolevitt.com
ebruder@dicellolevitt.com

*Attorneys for Plaintiffs*

Robin A. Henry
Anne S. Aufhauser
FRIED, FRANK, HARRIS, SHRIVER
  & JACOBSON LLP
One New York Plaza
New York, NY 10004
(212) 859-8000
robin.henry@friedfrank.com
anne.aufhauser@friedfrank.com

*Attorneys for Sara Bronfman*

Aaron M. Goldsmith
225 Broadway, Suite 715
New York, NY 10007
(914) 588-2679
aarongoldsmithlaw@gmail.com

*Attorney for Keith Raniere and Clare Bronfman*

Agnieszka M. Fryszman
Brendan R. Schneiderman
COHEN MILSTEIN SELLERS
   & TOLL PLLC
1100 New York Ave. NW, Suite 800
Washington, DC 20005
(202) 408-4600
afryszman@cohenmilstein.com
bschneiderman@cohenmilstein.com

Manuel John Dominguez
COHEN MILSTEIN SELLERS
   & TOLL PLLC
11780 U.S. Highway One, Suite N500
Palm Beach Gardens, FL 33408
(561) 515-1400
jdominguez@cohenmilstein.com

*Attorneys for Plaintiffs*