# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Sarah Edmondson, et al. | ) |
| | ) |
| Keith Raniere, et al. | ) Case No. 1:20-cv-00485 (EK)(CLP) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs .

Date: 07/14/2025

/s/ Mary Brown
*Attorney's signature*

Mary Brown (Bar No. 6202576)
*Printed name and bar number*

Cohen Milstein Sellers & Toll PLLC
88 Pine Street, 14th Floor
New York, NY 10005
*Address*

mabrown@cohenmilstein.com
*E-mail address*

(212) 220-2924
*Telephone number*

(212) 838-7745
*FAX number*