

Direct Line: +1.212.859.8816
Email: Robin.Henry@friedfrank.com
August 18, 2025

The Honorable Cheryl Pollak
United States District Court
 for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Edmondson et al v. Raniere et al*, 1:20-cv-00485-EK-CLP

Dear Magistrate Judge Pollak:

This is a joint submission in the above-referenced matter on behalf of Plaintiffs as well as defendants Sara Bronfman, Clare Bronfman and Keith Raniere. Further to your request that the parties bring to your attention any present discovery disputes by today, we write to inform Your Honor that we have been engaged in a series of constructive meet and confers since Your Honor directed that the parties move the discovery process forward, and there are no present discovery disputes requiring the Court's attention. Counsel are currently negotiating e-discovery search terms and parameters and do not presently expect that the Court will be required to intervene at this juncture. In the event discovery disputes arise moving forward, we will promptly engage Your Honor's assistance.

Respectfully,

*s/ Robin A. Henry*

Robin A. Henry

cc: All counsel via ECF