# KOHN, SWIFT & GRAF, P.C.

1600 MARKET STREET, SUITE 2500

PHILADELPHIA, PENNSYLVANIA 19103-7225

JOSEPH C. KOHN
ROBERT A. SWIFT
ROBERT J. LaROCCA †
DOUGLAS A. ABRAHAMS
WILLIAM E. HOESE
ZAHRA R. DEAN ✢
AARTHI MANOHAR

† ALSO ADMITTED IN NEW YORK
✢ ONLY ADMITTED IN NEW YORK

(215) 238-1700
TELECOPIER (215) 238-1968
FIRM E-MAIL: info@kohnswift.com
WEB SITE: www.kohnswift.com

HAROLD E. KOHN
1914-1999
BAYARD M. GRAF
1926-2015

OF COUNSEL
GEORGE W. CRONER
CARY FLEISHER
LISA PALFY KOHN

Sender's E-Mail: zdean@kohnswift.com

August 18, 2025

The Honorable Cheryl Pollak
United States District Court
  for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Edmondson et al. v. Raniere et al.*, C.A. No. 20-cv-00485

Dear Magistrate Judge Pollak:

The attorneys for Plaintiffs and defendants Sara Bronfman, Clare Bronfman, and Keith Raniere (collectively, the "Parties") have submitted a joint discovery letter to the Court. Further to your request that the Parties bring to your attention any present discovery disputes by today, Plaintiffs write separately to inform Your Honor about the status of discovery with respect to Ms. Roberts.

Plaintiffs have served document requests and interrogatories on Ms. Roberts, and Ms. Roberts has served document requests on Plaintiffs. On August 6, Plaintiffs and Ms. Roberts exchanged responses and objections, and on August 8, Plaintiffs responded and objected to another set of document requests served by Ms. Roberts. Plaintiffs are not yet required to respond to Ms. Roberts' counterclaim discovery.

On Monday, August 11, and Wednesday, August 13, Plaintiffs proposed dates and times for a live meet and confer with Ms. Roberts. Ms. Roberts informed Plaintiffs via letter on August 13 that she is not available to meet and confer due to her work schedule and that it could be done by letter. Plaintiffs sent Ms. Roberts a letter on August 15 containing their positions on discovery issues and offered to exchange proposed search terms, consistent with what the other parties are doing.

The Honorable Cheryl Pollak
August 18, 2025
Page 2

With respect to Ms. Roberts' and Plaintiffs' document requests, Plaintiffs have proposed drafting e-discovery search terms and parameters to use to search for responsive documents to Plaintiffs' document requests and Ms. Roberts' first and second set of document requests. Once Plaintiffs and Ms. Roberts agree to the search terms, Plaintiffs will run those search terms against the requests they have agreed to respond to.

Ms. Roberts has produced documents in response to some of Plaintiffs' requests. However, it is unclear to Plaintiffs to which requests the documents produced are responsive. Plaintiffs have requested that Ms. Roberts provide Plaintiffs with an index identifying each document and to which request the document is responsive.

With respect to the Plaintiffs' interrogatories, Ms. Roberts has responded to interrogatories 7, 9, 11, 12, 13, 20 and 21, but the verification was not signed. Ms. Roberts has not responded to interrogatories 1, 2, 3, 4, 5, 6, 8, 10, 14, 15, 16, 17, 18, 19. Plaintiffs have told Ms. Roberts that they expect narrative responses to these interrogatories and a signed verification but do not have her final position on responding to these interrogatories. The unanswered interrogatories are set forth on Schedule A attached to this letter.

Plaintiffs will continue their dialogue with Ms. Roberts regarding discovery.

Respectfully submitted,

*Zahra R. Dean*

Zahra R. Dean

ZRD/yr

cc:   All counsel via ECF