# SCHEDULE A

1. State (a) each "smartphone," cellular, and office telephone number used by You, and the carrier associated with each such number; (b) each company-assigned or private (personal, "home") email address used by You; and (c) each social media account (*e.g.*, LinkedIn, Facebook, Instagram, Twitter) used by You for a business purpose or to communicate with any Defendant.

2. Identify all phones and other electronic devices that You owned during the relevant time period, and state if they are still in Your possession. If they are not in Your possession, state where they are or what happened to them.

3. Provide a detailed description of how and by whom you were recruited to join DOS and what you were told you needed to do to obtain more information about DOS.

4. Did you provide any so-called collateral to any member of DOS or receive any? If so please state who told you to provide collateral or who you told to provide it, why you or the other person were to provide collateral, whether anyone else was required to provide collateral, and describe the collateral You provided or that was provided to you.

5. Identify every person to whom some or all of your collateral or another DOS member's collateral was provided.

6. Did you recruit anyone into DOS? If so please identify who and describe what you said to the person or person?

8. Provide a detailed description of any information you have about DOS slaves being told that they were going to get a small tattoo.

10. Describe your role(s) in DOS and provide a detailed description of how and from whom you learned what your role was, and state whether you were told that you had been selected to brand DOS slaves.

14. Was Keith Raniere's involvement in DOS not disclosed when DOS members were being recruited?

15. When and how did you learn that Raniere was involved in DOS?

16. When did you learn that the brand was Raniere's idea?

17. Did you learn that any DOS slaves were requesting their collateral be returned or destroyed, and who decided whether or not to return or destroy their collateral?

18. Did you provide a position statement about how DOS was a positive experience for you and at whose direction?

19. Were you involved in any efforts to discredit Sarah Edmondson's account of her branding? What was your role?