UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x
SARAH EDMONDSON, et al.,

        Plaintiffs,

   v.

KEITH RANIERE, et al.,

        Defendants.
------------------------------------------------------------x

No.: 1:20-cv-00485-(ERK)(CLP)

[PROPOSED] DISCOVERY PLAN

8/20/2025

The Honorable Cheryl Pollak
United States District Court
for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

## LETTER REGARDING ONGOING DISCOVERY

Dear Magistrate Judge Pollak,

    I hope you are doing well. This is a letter responding to the letter dated August 18, 2025. In regards to the "counterclaim" discovery, I have not made any break between discovery requests being counterclaim discovery or discovery related to the primary claim in this matter. It is my contention that Plaintiff's demarcation between the two types of discovery is simply an excuse to try and delay responding to specific discovery requests. Further, Plaintiffs' counsel's responses are also severely deficient, including those discovery responses they intended to answer as they admitted I told them on August 15, 2025. Nonetheless, I will continue to work in good faith with them to try and get as much good faith responses that I can, and submit my own good faith answers.

As for the e-discovery search terms, I will admit to not being as informed as Plaintiffs' counsel on that matter, and will largely defer to the "search terms and parameters" they come up with, only adding in any I think that are crucial that might have been missed.

As for the document responses, they were sent bates stamped for all 571 pages, but I understand that Plaintiffs' counsel are requesting that 1) an index be made of the admittedly substantial document responses and 2) stating in each response to their questions the documents they are responsive to. This will be completed and sent to them as updated responses to their discovery requests no later than Monday, August 25, 2025 along with the remaining outstanding discovery. I also ask that Plaintiffs' counsel do the same for their responses, specifically those I have pointed out as deficient and state a date for when they expect to complete that work but also those they have already completed that have the same deficiencies.

As for the verification, I will sign that and send it back to them by Monday, August 25, 2025 as well, as this was simply an oversight. As for interrogatories 1, 2, 3, 4, 5, 6, 8, 10, 14, 15, 16, 17, 18, and 19, many were responded to with objections, but stating that after our meet and confer, I will respond further, if necessary to each of those answers. To the extent that any further responses are needed, particularly in light of the documents that have been produced, I will submit those by Monday, August 25, 2025, but still reserve the right to either maintain said objections, or submit further responses at a later date, if more information becomes available, especially if/when Plaintiffs' attorneys respond meaningfully to my discovery requests.

Thank you,

\_\_\_/s/ Danielle Roberts_____
Danielle Roberts

CC: All other interested parties via e-filing