FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP



Direct Line: +1.212.859.8816
Email: Robin.Henry@friedfrank.com
September 9, 2025

The Honorable Cheryl Pollak
United States District Court
 for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

     Re:    *Edmondson et al v. Raniere et al*, 1:20-cv-00485-EK-CLP

Dear Magistrate Judge Pollak:

     I write to inform the Court of a personal commitment that conflicts with the scheduled October 1, 2025 status conference, and to respectfully request adjournment to a different date. All parties consent to this request, and are available on Thursday, October 2 or Friday, October 3 if convenient for the Court.

     Respectfully,

     *s/ Robin A. Henry*

     Robin A. Henry

cc:     All counsel via ECF

One New York Plaza, New York, New York 10004—1903
T: +1.212.859.8000 *friedfrank.com*