# LAW OFFICE OF
# AARON M. GOLDSMITH
A PROFESSIONAL CORPORATION
225 Broadway, Suite 715
New York, NY 10007
(Tel.) - (914) 588-2679
(Fax) - (914) 462-3912
*aarongoldsmithlaw@gmail.com*

★ Admitted in NY, CT and TN

September 17, 2025

*Via ECF*
US DISTRICT COURT, EDNY
Hon. Cheryl L. Pollak, USMJ
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:    Edmonson*, et al* v Raniere*, et al*
              Docket No: 20 CV 485 (EK)(CLP)

Dear Honorable Madame:

      I represent Defendants KEITH RANIERE and CLARE BRONFMAN in the above-referenced matter. Please accept this correspondence as a request to reschedule the phone status conference slated for October 2, 2025 at 9:15am to a day and time convenient to the Court on October 7 or 8, 2025.

      I recently realized that October 2, 2025 is Yom Kippur, the holiest day on the Hebrew Calendar. I will be celebrating with my family and in accordance with Jewish tradition I cannot work nor engage the use of technology on that date.

      I have conferred with all other Counsel on this application and all Counsel are available on October 7 or October 8.

      Accordingly, it is respectfully requested that Your Honor reschedule the phone status conference from October 2, 2025 to a time convenient to the Court on either October 7 or 8, 2025. Thank you for your time and consideration. Please feel free to contact the undersigned with any further questions, concerns or directives.

                                          Respectfully submitted,

                                          Aaron M. Goldsmith

TO:

KOHN, SWIFT & GRAF, PC
Attorneys for Plaintiffs
1600 Market St., Suite 2500
Philadelphia, PA 19103
(215) 238-1700

ZUCKERMAN SPAEDER, LLP
Attorneys for Plaintiffs
1800 M Street NW, Suite 1000
Washington, DC 20036
(202) 778-1996

AIDALA, BERTUNA & KAMINS, PC
Attorneys for Defendant Clare Bronfman
546 Fifth Avenue
New York, NY 10035
(212) 488-0011

FRIED, FRANK, HARRIS, SHRIVER & JACOBSEN, LLP
Attorneys for Defendant Sara Bronfman
801 17th Street NW
Washington, DC 20006
(202) 634-7040

All counsel/parties via ECF only