FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP



Direct Line: +1.212.859.8816
Email: Robin.Henry@friedfrank.com
September 18, 2025

<u>Via ECF</u>

Honorable Eric R. Komitee
United States District Court
  for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   <u>Edmonson v. Raniere</u>
      <u>20-CV-485 (EK) (CLP)</u>

Dear Judge Komitee:

We represent Sara Bronfman, a defendant in the above-referenced litigation, and write on behalf of all parties with reference to Your Honor's Minute Entry following proceedings held on April 21, 2025.

Your Honor directed that within two weeks of the issuance of the Court's decision on the RICO standing issue, the parties should come to agreement on a blackline of the Third Amended Complaint. Your Honor directed that any residual disagreements should be submitted for decision in a joint letter not to exceed four pages. Your Honor ruled on the RICO standing issue in an opinion filed on September 8, 2025 and the parties write in order to seek an adjournment of the two-week schedule in the hope that we can come to full or at least substantial agreement on a revised complaint. Discovery in the case is ongoing and the parties have to this point been working collaboratively on both document and interrogatory discovery. No delay of discovery would be occasioned by the requested extension.

The schedule is complicated somewhat by the upcoming Jewish holiday and the parties thus respectfully request an adjournment to October 17, 2025 by which time we will submit either an agreed blackline or a joint letter explaining any residual areas of disagreement

Respectfully submitted,

Robin A. Henry
Partner

One New York Plaza, New York, New York 10004—1903
T: +1.212.859.8000  *friedfrank.com*