# KOHN, SWIFT & GRAF, P.C.

1600 MARKET STREET, SUITE 2500

PHILADELPHIA, PENNSYLVANIA 19103-7225

JOSEPH C. KOHN
ROBERT A. SWIFT
ROBERT J. LaROCCA †
DOUGLAS A. ABRAHAMS
WILLIAM E. HOESE
ZAHRA R. DEAN ✢
AARTHI MANOHAR

† ALSO ADMITTED IN NEW YORK
✢ ONLY ADMITTED IN NEW YORK

(215) 238-1700
TELECOPIER (215) 238-1968
FIRM E-MAIL: info@kohnswift.com
WEB SITE: www.kohnswift.com

HAROLD E. KOHN
1914-1999
BAYARD M. GRAF
1926-2015

OF COUNSEL
GEORGE W. CRONER
CARY FLEISHER
LISA PALFY KOHN

September 18, 2025

The Honorable Magistrate Judge Cheryl Pollak
United States District Court
 for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Edmondson et al. v. Raniere et al.*, C.A. No. 20-cv-00485; Joint Discovery Status Report

Dear Magistrate Judge Pollak:

The Parties respectfully provide the Court with a report regarding the status of discovery in this matter.

Initial disclosures have been exchanged, and document requests have been served and responded and objected to by the Parties.

Plaintiffs and Defendants Clare Bronfman, Sara Bronfman, and Keith Raniere met and conferred regarding responses and objections to document requests. Plaintiffs and Defendant Danielle Roberts have been corresponding with respect to document requests, search terms, and production of documents. Plaintiffs and Defendants have exchanged search term proposals and are discussing those proposals.

Plaintiffs had begun collecting the computers and phones from the sixteen Plaintiffs with trafficking claims. Once Plaintiffs and Defendants agree to search terms, Plaintiffs will review these Plaintiffs' computers, phones, email, social media, and cloud accounts if applicable and produce responsive documents on a rolling basis. Plaintiffs have also begun the process of collecting the computers and phones from the RICO-only Plaintiffs. As with the Plaintiffs with trafficking claims, once Plaintiffs and Defendants agree to search terms, Plaintiffs will review the RICO Plaintiffs' computers, phones, email, social media, and cloud accounts if applicable and produce responsive documents on a rolling basis.

{00261518 }

The Honorable Cheryl Pollak
September 18, 2025
Page 2

      Plaintiffs with trafficking claims have submitted letters and HIPAA forms where required to their medical providers. On receipt and redaction of private personal information, the records will be produced.

      Plaintiffs have requested Keith Raniere and Clare Bronfman to provide their consent to disclosure of electronic communications and records pursuant to 18 U.S.C. §2702(b)(3) by phone and internet service providers. These Defendants have agreed to provide their consent.

      The Parties have also served interrogatories. Plaintiffs and Defendants are in the process of responding and objecting to the interrogatories.

      Respectfully submitted,
      /s/William E. Hoese

WEH/me
cc:    All counsel and unrepresented party via ECF

{00261518 }