# KOHN, SWIFT & GRAF, P.C.

1600 MARKET STREET, SUITE 2500

PHILADELPHIA, PENNSYLVANIA 19103-7225

JOSEPH C. KOHN
ROBERT A. SWIFT
ROBERT J. LAROCCA †
DOUGLAS A. ABRAHAMS
WILLIAM E. HOESE
ZAHRA R. DEAN ✢
AARTHI MANOHAR

† ALSO ADMITTED IN NEW YORK
✢ ONLY ADMITTED IN NEW YORK

(215) 238-1700
TELECOPIER (215) 238-1968
FIRM E-MAIL: info@kohnswift.com
WEB SITE: www.kohnswift.com

HAROLD E. KOHN
1914-1999
BAYARD M. GRAF
1926-2015

OF COUNSEL
GEORGE W. CRONER
CARY FLEISHER
LISA PALFY KOHN

Sender's E-Mail: zdean@kohnswift.com

October 20, 2025

**Via ECF**

The Honorable Magistrate Judge Cheryl Pollak
United States District Court
for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *Edmondson, et al. v. Raniere, et al.*, C.A. No. 20-cv-00485
               **Joint Discovery Status Report**

Dear Magistrate Judge Pollak:

    The Parties respectfully provide the Court with a report regarding the status of discovery in this matter since the last report was submitted to Your Honor on August 18. The Court held a telephonic discovery conference on October 14 attended by all Parties during which the current status of discovery was discussed and the Court addressed specific issues raised by Defendants. The Court issued a minute entry the next day with respect to Court's decisions and instructions set forth during the October 14 conference.

    As instructed by the Court, Plaintiffs sent a letter to the attorney for Defendant Clare Bronfman regarding the boxes of documents on October 15. Counsel for Clare Bronfman has requested a follow-up letter. Plaintiffs also sent a letter to all Defendants identifying the 10 RICO-only Plaintiffs discussed in the conference whose electronic devices Plaintiffs do not intend to image (as opposed to conduct what was described during the conference as "cloud-based" searches) and why on October 17. Counsel for Sara Bronfman intends to request additional information regarding the 10 plaintiffs.

In response to document requests, Plaintiffs and Defendants have exchanged search term proposals and are discussing those proposals. Once Plaintiffs and Defendants agree to search terms, Plaintiffs will begin to produce responsive documents on a rolling basis.

Plaintiffs are in the process of collecting information to respond to interrogatories from Defendants about phone numbers, e-mail addresses and the like and titles within NXIVM and will be responding on a rolling basis.

With respect to hard copy documents, Plaintiffs have collected documents with information about payments for NXIVM courses and will be producing them soon.

Plaintiffs with trafficking claims have submitted letters and HIPAA forms where required to their medical providers. On receipt and redaction of private personal information, these records will be produced

Respectfully submitted,

*Zahra R. Dean*

Zahra R. Dean

ZRD/yr

cc: All counsel and unrepresented party via ECF