

Direct Line: +1.212.859.8816
Email: Robin.Henry@friedfrank.com
October 30, 2025

The Honorable Cheryl Pollak
United States District Court
  for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:    *Edmondson et al. v. Raniere et al.,* C.A. No. 20-cv-00485

Dear Magistrate Judge Pollak:

On behalf of Defendant Sara Bronfman in the above-referenced matter, I write to follow-up to the conference held before Your Honor on October 14, 2025.

During the October 14, 2025 conference, the parties discussed with the Court representations Plaintiffs' counsel has made about device collection for certain RICO Plaintiffs. Your Honor subsequently ordered Plaintiffs to write a letter "explaining what plaintiffs' attorneys are not producing for the 10 RICO plaintiffs discussed in the conference, and why." Minute Entry, *Edmondson et al. v. Raniere et al.,* C.A. No. 20-cv-00485 (Oct. 15, 2025). Plaintiffs have failed to comply with this order.

On October 17, 2025, Plaintiffs' counsel sent a one-paragraph letter repeating the same assertions provided prior to and during the October 14, 2025 conference. *See* Ex. A. Plaintiffs' counsel stated that imaging 10 RICO plaintiffs' devices "is unlikely to result in the discovery of relevant documents *for the reasons explained before* [,]" and claimed such collection was "unduly burdensome and disproportionate." *Id.* (emphasis added). The letter neither explained what devices would not be produced nor provided reasons for the non-production, beyond the reason previously given: the relevant plaintiffs had represented to their counsel that their devices lacked responsive materials. *Id.*

I followed up with Plaintiffs' counsel three times, asking them to provide additional and necessary information, including: (i) the identity of a plaintiff named in their letter, who is not a named plaintiff in the action; (ii) whether the list provided was exhaustive and whether Plaintiffs intended to image all electronic devices for plaintiffs not listed; (iii) whether Plaintiffs' position is limited to computers, or applies to other electronic devices; and (iv) further information about the relevant plaintiffs' representation to their counsel that the devices lacked responsive material. *See* Ex. B (October 22, 2025 letter); Ex. C (October 27, 2025 email); Ex. D (October 28, 2025). Plaintiffs' counsel has not responded to any of these communications.

As Your Honor mentioned during the October 14, 2025 conference, Defendants are entitled to understand the reasoning behind Plaintiffs' position.  In light of Plaintiffs' lack of response, and in the hopes of avoiding motion practice on these issues, Sara Bronfman respectfully requests the Court to direct Plaintiffs to answer the questions posed in our October 22, 2025 letter (Ex. A).

Very truly yours,


_s/ Robin. A. Henry_

Robin A. Henry

cc:      All counsel and Danielle Roberts

# EXHIBIT A

KOHN, SWIFT & GRAF, P.C.

1600 MARKET STREET, SUITE 2500

PHILADELPHIA, PENNSYLVANIA 19103-7225

JOSEPH C. KOHN
ROBERT A. SWIFT
ROBERT J. LAROCCA †
DOUGLAS A. ABRAHAMS
WILLIAM E. HOESE
ZAHRA R. DEAN ✣
AARTHI MANOHAR

† ALSO ADMITTED IN NEW YORK
✣ ONLY ADMITTED IN NEW YORK

(215) 238-1700
TELECOPIER (215) 238-1968
FIRM E-MAIL: info@kohnswift.com
WEB SITE: www.kohnswift.com

HAROLD E. KOHN
1914-1999
BAYARD M. GRAF
1926-2015

OF COUNSEL
GEORGE W. CRONER
CARY FLEISHER
LISA PALFY KOHN

Sender's E-Mail: zdean@kohnswift.com

October 17, 2025

**Via E-mail to:**

Robin A. Henry
FRIED, FRANK, HARRIS, SHRIVER
  & JACOBSON LLP
801 17th Street, NW
Washington, DC 20006

       **Re:**   *Edmonson, et al. v. Keith Raniere, et al.,* **Case 1:20-cv- 00458 (E.D.N.Y.)**

Dear Ms. Henry:

      Plaintiffs will not be imaging the computers of Plaintiffs Ariella Cepelinski, Christopher Black, Deanne Brunelle, Karla Diaz Cano, Kathrine Shaw, Madeline Carrier, Owen Giroux, Polly Green, Shayna Holmes, and Lindsay MacInnis. For these Plaintiffs, imaging their devices is unlikely to result in the discovery of relevant documents for the reasons explained before and is unduly burdensome and disproportionate. As explained in our meet and confer on September 25, 2025, these Plaintiffs have represented to Counsel, as indicated by their initial disclosures, that they do not possess any responsive materials on their devices, which is consistent with their more limited claims and participation in the events at issue.

                                   */s/ Zahra R. Dean*
                                   Zahra R. Dean

CC: All counsel and Ms. Roberts

# EXHIBIT B



Direct Line: +1.212.859.8816
Email: Robin.Henry@friedfrank.com
October 22, 2025

Zahra Dean
Kohn, Swift & Graf, P.C.
1600 Market Street, Suite 2500
Philadelphia, PA 19103-7225

Re:     Edmondson, et al. v. Keith Raniere, et al.
        Case No. 20-cv-00485 (E.D.N.Y.)

Dear Zahra:

We write to follow up on your letter to me dated October 17, 2025 stating that "Plaintiffs will not be imaging the computers of Plaintiffs Ariella Cepelinski, Christopher Black, Deanne Brunelle, Karla Diaz Cano, Kathrine Shaw, Madeline Carrier, Owen Giroux, Polly Green, Shayna Holmes, and Lindsay MacInnis" (the "10 Plaintiffs").  Please provide the below information no later than Friday of this week so that we can determine whether the parties have a dispute.

1.  Ariella Cepelinski, one of the 10 Plaintiffs, is <u>not</u> a named plaintiff in the action.  As I told you in my email dated October 15, she is not named in any of the caption, the body of the complaint or the Plaintiffs' Revised Cumulative Schedule A.  Is this a mistaken reference to Ariella Menahsy, who is a named plaintiff?  Does this plaintiff go by two different names?  We obviously need to understand the situation, including to make sure that you are using appropriate search terms.

2.  In footnote 1 of your October 9, 2025 letter on this same topic you wrote that the list of plaintiffs from whom you would not be imaging "electronic devices," "includes" the 10 Plaintiffs.  I asked multiple times that you clarify whether the list of 10 Plaintiffs was exhaustive, but received no written response.  Are the 10 Plaintiffs the only plaintiffs with respect to whom you are refusing to image electronic devices?  Stated differently, are you imaging all electronic devices for every other plaintiff?

3.  My next question involves what devices you are and are not collecting and imaging.  In our prior conversations you stated that you were neither collecting nor imaging <u>any</u> electronic devices for the "RICO-only" plaintiffs.  Your October 9 letter again references "electronic devices" and is not limited to computers.  But your October 17, 2025 letter refers solely to computers.  Are you collecting and imaging all other electronic devices for the 10 Plaintiffs (e.g., cell phones, tablets and any other electronic devices owned by the 10 Plaintiffs during the relevant time period)?

4. Last, I want to understand the purported basis for the restriction on collection and imaging that you unilaterally seek to impose on the discovery process. Your October 17 letter reiterates the statement that the 10 Plaintiffs have told you that they "do not possess any responsive materials on their devices,"[1] which is evidently in your view consistent with "their more limited claims and participation in the events at issue." This explanation is not satisfactory. For purposes of my follow up questions I assume that our apparent disagreement relates solely to computers, but if you are refusing to collect and image other devices for these or any other plaintiffs then my follow up is not limited to computers.

a. Were the statements of the 10 Plaintiffs made to you before or after you received Defendants' document requests and proposed search terms?

b. Have you – or any member of the plaintiff legal team – searched the computers at issue?

c. Do you represent that the computers have been preserved in the form in which they existed during the events at issue and that no material has been deleted or altered?

d. Although you state that the 10 Plaintiffs' purported lack of responsive documents on their computers is "consistent with their more limited claims and participation in the events at issue," others of the plaintiffs have identically limited claims. By way of example, the damages you outline for Pamela Cooley and Brieanna Fiander are identical to those of the 10 Plaintiffs. It is thus not clear what about the claims themselves drives the discovery limitations you seek to impose. Have you done anything other than accept your clients' representations that they have no responsive materials on their computers?

Very truly yours,

Robin A. Henry

cc:     All Counsel and Danielle Roberts

---

[1] In this regard, even your October 17 letter references plural "devices" and not solely computers.

# EXHIBIT C

| From: | Henry, Robin |
|---|---|
| Sent: | Monday, October 27, 2025 11:56 AM |
| To: | Zahra R. Dean; Aufhauser, Anne; Emma Bruder; Aaron Goldsmith; Henry, Robin |
| Cc: | Leavy, Danielle; Dr. Danielle Roberts; William E. Hoese; Robert A. Swift; Greg Gutzler; Adam Prom; Leavy, Danielle |
| Subject: | RE: Edmondson v. Raniere:  Device Collection |
| Attachments: | Ltr. to Zahra Dean re Device Collection.pdf |

All,

I am writing to follow up on my correspondence of last Wednesday.  As I did not hear from you on Friday, please let me know when you intend to respond.

Robin

---

**Robin A. Henry**
**Partner**
Robin.Henry@friedfrank.com |  Tel:  +1 212 859 8816

**Fried, Frank, Harris, Shriver & Jacobson LLP**
One New York Plaza, New York, NY 10004
friedfrank.com

---

**From:** Henry, Robin <Robin.Henry@friedfrank.com>
**Sent:** Wednesday, October 22, 2025 10:53 AM
**To:** Zahra R. Dean <zdean@kohnswift.com>; Aufhauser, Anne <Anne.Aufhauser@friedfrank.com>; Emma Bruder <ebruder@dicellolevitt.com>; Aaron Goldsmith <aarongoldsmithlaw@gmail.com>; Henry, Robin <Robin.Henry@friedfrank.com>
**Cc:** Leavy, Danielle <Danielle.Leavy@friedfrank.com>; Dr. Danielle Roberts <danielle@drdanielleroberts.com>; William E. Hoese <whoese@kohnswift.com>; Robert A. Swift <rswift@kohnswift.com>; Greg Gutzler <ggutzler@dicellolevitt.com>; Adam Prom <aprom@dicellolevitt.com>; Leavy, Danielle <Danielle.Leavy@friedfrank.com>
**Subject:** Edmondson v. Raniere: Device Collection

Zahra,

Please see the attached letter.

Robin

---

**Robin A. Henry**
**Partner**
Robin.Henry@friedfrank.com |  Tel:  +1 212 859 8816

**Fried, Frank, Harris, Shriver & Jacobson LLP**
One New York Plaza, New York, NY 10004
[friedfrank.com](friedfrank.com)

---

**From:** Zahra R. Dean <[zdean@kohnswift.com](zdean@kohnswift.com)>
**Sent:** Friday, October 17, 2025 8:04 PM
**To:** Henry, Robin <[Robin.Henry@friedfrank.com](Robin.Henry@friedfrank.com)>; Aufhauser, Anne <[Anne.Aufhauser@friedfrank.com](Anne.Aufhauser@friedfrank.com)>; Emma Bruder <[ebruder@dicellolevitt.com](ebruder@dicellolevitt.com)>; Aaron Goldsmith <[aarongoldsmithlaw@gmail.com](aarongoldsmithlaw@gmail.com)>
**Cc:** Leavy, Danielle <[Danielle.Leavy@friedfrank.com](Danielle.Leavy@friedfrank.com)>; Dr. Danielle Roberts <[danielle@drdanielleroberts.com](danielle@drdanielleroberts.com)>; William E. Hoese <[whoese@kohnswift.com](whoese@kohnswift.com)>; Robert A. Swift <[rswift@kohnswift.com](rswift@kohnswift.com)>; Greg Gutzler <[ggutzler@dicellolevitt.com](ggutzler@dicellolevitt.com)>; Adam Prom <[aprom@dicellolevitt.com](aprom@dicellolevitt.com)>; Leavy, Danielle <[Danielle.Leavy@friedfrank.com](Danielle.Leavy@friedfrank.com)>
**Subject:** RE: Edmondson v. Raniere - Search Terms

[EXTERNAL]
Robin,
Please see our letter attached.

Best,
Zahra

---

**From:** Zahra R. Dean
**Sent:** Thursday, October 9, 2025 5:44 PM
**To:** 'Henry, Robin' <[Robin.Henry@friedfrank.com](Robin.Henry@friedfrank.com)>; Aufhauser, Anne <[Anne.Aufhauser@friedfrank.com](Anne.Aufhauser@friedfrank.com)>; Emma Bruder <[ebruder@dicellolevitt.com](ebruder@dicellolevitt.com)>; Aaron Goldsmith <[aarongoldsmithlaw@gmail.com](aarongoldsmithlaw@gmail.com)>
**Cc:** Leavy, Danielle <[Danielle.Leavy@friedfrank.com](Danielle.Leavy@friedfrank.com)>; Dr. Danielle Roberts <[danielle@drdanielleroberts.com](danielle@drdanielleroberts.com)>; William E. Hoese <[whoese@kohnswift.com](whoese@kohnswift.com)>; Robert A. Swift <[rswift@kohnswift.com](rswift@kohnswift.com)>; Greg Gutzler <[ggutzler@dicellolevitt.com](ggutzler@dicellolevitt.com)>; Adam Prom <[aprom@dicellolevitt.com](aprom@dicellolevitt.com)>; Leavy, Danielle <[Danielle.Leavy@friedfrank.com](Danielle.Leavy@friedfrank.com)>
**Subject:** RE: Edmondson v. Raniere - Search Terms

Robin,
Please see our letter attached.

Best,
Zahra

---

**From:** Henry, Robin <[Robin.Henry@friedfrank.com](Robin.Henry@friedfrank.com)>
**Sent:** Monday, October 6, 2025 2:58 PM
**To:** Aufhauser, Anne <[Anne.Aufhauser@friedfrank.com](Anne.Aufhauser@friedfrank.com)>; Emma Bruder <[ebruder@dicellolevitt.com](ebruder@dicellolevitt.com)>; Aaron Goldsmith <[aarongoldsmithlaw@gmail.com](aarongoldsmithlaw@gmail.com)>
**Cc:** Leavy, Danielle <[Danielle.Leavy@friedfrank.com](Danielle.Leavy@friedfrank.com)>; Dr. Danielle Roberts <[danielle@drdanielleroberts.com](danielle@drdanielleroberts.com)>; Zahra R. Dean <[zdean@kohnswift.com](zdean@kohnswift.com)>; William E. Hoese <[whoese@kohnswift.com](whoese@kohnswift.com)>; Robert A. Swift <[rswift@kohnswift.com](rswift@kohnswift.com)>; Greg Gutzler <[ggutzler@dicellolevitt.com](ggutzler@dicellolevitt.com)>; Adam Prom <[aprom@dicellolevitt.com](aprom@dicellolevitt.com)>; Leavy, Danielle <[Danielle.Leavy@friedfrank.com](Danielle.Leavy@friedfrank.com)>; Henry, Robin <[Robin.Henry@friedfrank.com](Robin.Henry@friedfrank.com)>
**Subject:** RE: Edmondson v. Raniere - Search Terms

This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Zahra,

I called just now to follow up on my letter of last Monday, but hear that you are not yet back from lunch.

Please get back to me today on the attached.  As you know, we do not find your responses (as we understand them) to be satisfactory.  I thus need to understand whether there is a disconnect or whether this is an issue requiring the involvement of the court.

Robin

---

**Robin A. Henry**
**Partner**
Robin.Henry@friedfrank.com |  Tel:  +1 212 859 8816

**Fried, Frank, Harris, Shriver & Jacobson LLP**
One New York Plaza, New York, NY 10004
friedfrank.com

---

**From:** Henry, Robin <Robin.Henry@friedfrank.com>
**Sent:** Sunday, October 5, 2025 6:05 PM
**To:** Aufhauser, Anne <Anne.Aufhauser@friedfrank.com>; Emma Bruder <ebruder@dicellolevitt.com>; Aaron Goldsmith <aarongoldsmithlaw@gmail.com>
**Cc:** Leavy, Danielle <Danielle.Leavy@friedfrank.com>; Dr. Danielle Roberts <danielle@drdanielleroberts.com>; Zahra R. Dean <zdean@kohnswift.com>; William E. Hoese <whoese@kohnswift.com>; Robert A. Swift <rswift@kohnswift.com>; Greg Gutzler <ggutzler@dicellolevitt.com>; Adam Prom <aprom@dicellolevitt.com>; Leavy, Danielle <Danielle.Leavy@friedfrank.com>
**Subject:** RE: Edmondson v. Raniere - Search Terms

Zahra,

I write to follow up on our correspondence of last Monday.  Please get back to us in the morning.

Robin

---

**Robin A. Henry**
**Partner**
Robin.Henry@friedfrank.com |  Tel:  +1 212 859 8816

**Fried, Frank, Harris, Shriver & Jacobson LLP**
One New York Plaza, New York, NY 10004
friedfrank.com

---

**From:** Aufhauser, Anne <Anne.Aufhauser@friedfrank.com>
**Sent:** Monday, September 29, 2025 5:28 PM

**To:** Emma Bruder <ebruder@dicellolevitt.com>; Aaron Goldsmith <aarongoldsmithlaw@gmail.com>
**Cc:** Leavy, Danielle <Danielle.Leavy@friedfrank.com>; Dr. Danielle Roberts <danielle@drdanielleroberts.com>; Zahra R. Dean <zdean@kohnswift.com>; William E. Hoese <whoese@kohnswift.com>; Henry, Robin <Robin.Henry@friedfrank.com>; Robert A. Swift <rswift@kohnswift.com>; Greg Gutzler <ggutzler@dicellolevitt.com>; Adam Prom <aprom@dicellolevitt.com>; Leavy, Danielle <Danielle.Leavy@friedfrank.com>
**Subject:** RE: Edmondson v. Raniere - Search Terms

Zahra and team,

Please see the attached correspondence on behalf of Sara Bronfman.

Anne

---

**Anne Aufhauser**
**Special Counsel**
Anne.Aufhauser@friedfrank.com | Tel:  +1 212 859 8064

**Fried, Frank, Harris, Shriver & Jacobson LLP**
One New York Plaza, New York, NY 10004
friedfrank.com


Pronouns: she/her/hers

---

**From:** Emma Bruder <ebruder@dicellolevitt.com>
**Sent:** Thursday, September 11, 2025 12:39 PM
**To:** Aaron Goldsmith <aarongoldsmithlaw@gmail.com>; Aufhauser, Anne <Anne.Aufhauser@friedfrank.com>
**Cc:** Leavy, Danielle <Danielle.Leavy@friedfrank.com>; Dr. Danielle Roberts <danielle@drdanielleroberts.com>; Zahra R. Dean <zdean@kohnswift.com>; William E. Hoese <whoese@kohnswift.com>; Henry, Robin <Robin.Henry@friedfrank.com>; Robert A. Swift <rswift@kohnswift.com>; Greg Gutzler <ggutzler@dicellolevitt.com>; Adam Prom <aprom@dicellolevitt.com>
**Subject:** RE: Edmondson v. Raniere - Search Terms

[EXTERNAL]
Yes, that's correct—that said, I believe the conversation will just be about the proposed search terms for Sara Bronfman's RFPs to Plaintiffs, so I'm not sure that everyone needs to attend. Apologies for any confusion caused by responding to the full chain.

Thanks,
Emma



Emma Bruder

**DICELLO LEVITT**

646.933.1000

This transmission may contain privileged and confidential information meant for the intended recipient only. If you have received this email in error, please notify the sender and permanently delete this email and any attachments.

**From:** Aaron Goldsmith <aarongoldsmithlaw@gmail.com>
**Sent:** Thursday, September 11, 2025 12:34 PM
**To:** Aufhauser, Anne <Anne.Aufhauser@friedfrank.com>
**Cc:** Emma Bruder <ebruder@dicellolevitt.com>; Leavy, Danielle <Danielle.Leavy@friedfrank.com>; Dr. Danielle Roberts <danielle@drdanielleroberts.com>; Zahra R. Dean <zdean@kohnswift.com>; William E. Hoese <whoese@kohnswift.com>; Henry, Robin <Robin.Henry@friedfrank.com>; Robert A. Swift <rswift@kohnswift.com>; Greg Gutzler <ggutzler@dicellolevitt.com>; Adam Prom <aprom@dicellolevitt.com>
**Subject:** Re: Edmondson v. Raniere - Search Terms

This event populated for Wednesday the 17th at 2pm. Is that correct? Just confirming

- AARON M. GOLDSMITH, ESQ.
  (914) 588-2679

On Thu, Sep 11, 2025, 12:12 PM Aufhauser, Anne <Anne.Aufhauser@friedfrank.com> wrote:

 Anne Aufhauser is inviting you to a scheduled Zoom meeting.
Join Zoom Meeting
https://friedfrank.zoom.us/j/81137751509?from=addon

Meeting ID: 811 3775 1509

---

One tap mobile
+19292056099,,81137751509# US (New York)
+16469313860,,81137751509# US

---

Join by SIP
• 81137751509@zoomcrc.com

Join instructions
https://friedfrank.zoom.us/meetings/81137751509/invitations?signature=-pU2tL95J9XYkbZKht_rzmzWxKE1QbemnV4alw2IvzE

Confidentiality Notice: The information contained in this e-mail and any attachments may be legally privileged and confidential. If you are not an intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify the sender and permanently delete the e-mail and any attachments immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Thank you.

***Privilege and Confidentiality Notice***

The information contained in this e-mail message is attorney-client privileged and/or confidential information intended for the use of the named recipient only. You are hereby notified that any dissemination, distribution, or copying of this communication is prohibited. If you have received this communication in error, please immediately

**notify the sender by replying to this electronic e-mail or call us at 215-238-1700. Thank you.**

# EXHIBIT D

| **From:** | Henry, Robin |
|---|---|
| **Sent:** | Tuesday, October 28, 2025 3:46 PM |
| **To:** | Zahra R. Dean; Aufhauser, Anne; Emma Bruder; Aaron Goldsmith |
| **Cc:** | Leavy, Danielle; Dr. Danielle Roberts; William E. Hoese; Robert A. Swift; Greg Gutzler; Adam Prom; Leavy, Danielle; Henry, Robin |
| **Subject:** | RE: Edmondson v. Raniere:  Device Collection |

All,

As you know, Magistrate Judge Pollak wants the parties to determine whether there is a dispute requiring the court's attention.  I am unable to make that assessment without your response to my letter, but - if you do not intend to respond - will obviously need to present these issues to the court.  Please let me know by morning whether I should expect a response to my letter and, if so, when it will be forthcoming.

Robin

---

**Robin A. Henry**
**Partner**
Robin.Henry@friedfrank.com |  Tel:  +1 212 859 8816

**Fried, Frank, Harris, Shriver & Jacobson LLP**
One New York Plaza, New York, NY 10004
friedfrank.com

---

**From:** Henry, Robin <Robin.Henry@friedfrank.com>
**Sent:** Monday, October 27, 2025 11:56 AM
**To:** Zahra R. Dean <zdean@kohnswift.com>; Aufhauser, Anne <Anne.Aufhauser@friedfrank.com>; Emma Bruder <ebruder@dicellolevitt.com>; Aaron Goldsmith <aarongoldsmithlaw@gmail.com>; Henry, Robin <Robin.Henry@friedfrank.com>
**Cc:** Leavy, Danielle <Danielle.Leavy@friedfrank.com>; Dr. Danielle Roberts <danielle@drdanielleroberts.com>; William E. Hoese <whoese@kohnswift.com>; Robert A. Swift <rswift@kohnswift.com>; Greg Gutzler <ggutzler@dicellolevitt.com>; Adam Prom <aprom@dicellolevitt.com>; Leavy, Danielle <Danielle.Leavy@friedfrank.com>
**Subject:** RE: Edmondson v. Raniere: Device Collection

All,

I am writing to follow up on my correspondence of last Wednesday.  As I did not hear from you on Friday, please let me know when you intend to respond.

Robin

---

**Robin A. Henry**
**Partner**
Robin.Henry@friedfrank.com | Tel: +1 212 859 8816

**Fried, Frank, Harris, Shriver & Jacobson LLP**
One New York Plaza, New York, NY 10004
friedfrank.com

---

**From:** Henry, Robin <Robin.Henry@friedfrank.com>
**Sent:** Wednesday, October 22, 2025 10:53 AM
**To:** Zahra R. Dean <zdean@kohnswift.com>; Aufhauser, Anne <Anne.Aufhauser@friedfrank.com>; Emma Bruder <ebruder@dicellolevitt.com>; Aaron Goldsmith <aarongoldsmithlaw@gmail.com>; Henry, Robin <Robin.Henry@friedfrank.com>
**Cc:** Leavy, Danielle <Danielle.Leavy@friedfrank.com>; Dr. Danielle Roberts <danielle@drdanielleroberts.com>; William E. Hoese <whoese@kohnswift.com>; Robert A. Swift <rswift@kohnswift.com>; Greg Gutzler <ggutzler@dicellolevitt.com>; Adam Prom <aprom@dicellolevitt.com>; Leavy, Danielle <Danielle.Leavy@friedfrank.com>
**Subject:** Edmondson v. Raniere: Device Collection

Zahra,

Please see the attached letter.

Robin

---

**Robin A. Henry**
**Partner**
Robin.Henry@friedfrank.com | Tel: +1 212 859 8816

**Fried, Frank, Harris, Shriver & Jacobson LLP**
One New York Plaza, New York, NY 10004
friedfrank.com

---

**From:** Zahra R. Dean <zdean@kohnswift.com>
**Sent:** Friday, October 17, 2025 8:04 PM
**To:** Henry, Robin <Robin.Henry@friedfrank.com>; Aufhauser, Anne <Anne.Aufhauser@friedfrank.com>; Emma Bruder <ebruder@dicellolevitt.com>; Aaron Goldsmith <aarongoldsmithlaw@gmail.com>
**Cc:** Leavy, Danielle <Danielle.Leavy@friedfrank.com>; Dr. Danielle Roberts <danielle@drdanielleroberts.com>; William E. Hoese <whoese@kohnswift.com>; Robert A. Swift <rswift@kohnswift.com>; Greg Gutzler <ggutzler@dicellolevitt.com>; Adam Prom <aprom@dicellolevitt.com>; Leavy, Danielle <Danielle.Leavy@friedfrank.com>
**Subject:** RE: Edmondson v. Raniere - Search Terms

[EXTERNAL]
Robin,
Please see our letter attached.

Best,
Zahra

**From:** Zahra R. Dean
**Sent:** Thursday, October 9, 2025 5:44 PM
**To:** 'Henry, Robin' <Robin.Henry@friedfrank.com>; Aufhauser, Anne <Anne.Aufhauser@friedfrank.com>; Emma Bruder <ebruder@dicellolevitt.com>; Aaron Goldsmith <aarongoldsmithlaw@gmail.com>
**Cc:** Leavy, Danielle <Danielle.Leavy@friedfrank.com>; Dr. Danielle Roberts <danielle@drdanielleroberts.com>; William E. Hoese <whoese@kohnswift.com>; Robert A. Swift <rswift@kohnswift.com>; Greg Gutzler <ggutzler@dicellolevitt.com>; Adam Prom <aprom@dicellolevitt.com>; Leavy, Danielle <Danielle.Leavy@friedfrank.com>
**Subject:** RE: Edmondson v. Raniere - Search Terms

Robin,
Please see our letter attached.

Best,
Zahra

---

**From:** Henry, Robin <Robin.Henry@friedfrank.com>
**Sent:** Monday, October 6, 2025 2:58 PM
**To:** Aufhauser, Anne <Anne.Aufhauser@friedfrank.com>; Emma Bruder <ebruder@dicellolevitt.com>; Aaron Goldsmith <aarongoldsmithlaw@gmail.com>
**Cc:** Leavy, Danielle <Danielle.Leavy@friedfrank.com>; Dr. Danielle Roberts <danielle@drdanielleroberts.com>; Zahra R. Dean <zdean@kohnswift.com>; William E. Hoese <whoese@kohnswift.com>; Robert A. Swift <rswift@kohnswift.com>; Greg Gutzler <ggutzler@dicellolevitt.com>; Adam Prom <aprom@dicellolevitt.com>; Leavy, Danielle <Danielle.Leavy@friedfrank.com>; Henry, Robin <Robin.Henry@friedfrank.com>
**Subject:** RE: Edmondson v. Raniere - Search Terms

This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Zahra,

I called just now to follow up on my letter of last Monday, but hear that you are not yet back from lunch.

Please get back to me today on the attached.  As you know, we do not find your responses (as we understand them) to be satisfactory.  I thus need to understand whether there is a disconnect or whether this is an issue requiring the involvement of the court.

Robin

---

**Robin A. Henry**
**Partner**
Robin.Henry@friedfrank.com | Tel:  +1 212 859 8816

**Fried, Frank, Harris, Shriver & Jacobson LLP**

One New York Plaza, New York, NY 10004
[friedfrank.com](friedfrank.com)

---

**From:** Henry, Robin <[Robin.Henry@friedfrank.com](mailto:Robin.Henry@friedfrank.com)>
**Sent:** Sunday, October 5, 2025 6:05 PM
**To:** Aufhauser, Anne <[Anne.Aufhauser@friedfrank.com](mailto:Anne.Aufhauser@friedfrank.com)>; Emma Bruder <[ebruder@dicellolevitt.com](mailto:ebruder@dicellolevitt.com)>; Aaron Goldsmith <[aarongoldsmithlaw@gmail.com](mailto:aarongoldsmithlaw@gmail.com)>
**Cc:** Leavy, Danielle <[Danielle.Leavy@friedfrank.com](mailto:Danielle.Leavy@friedfrank.com)>; Dr. Danielle Roberts <[danielle@drdanielleroberts.com](mailto:danielle@drdanielleroberts.com)>; Zahra R. Dean <[zdean@kohnswift.com](mailto:zdean@kohnswift.com)>; William E. Hoese <[whoese@kohnswift.com](mailto:whoese@kohnswift.com)>; Robert A. Swift <[rswift@kohnswift.com](mailto:rswift@kohnswift.com)>; Greg Gutzler <[ggutzler@dicellolevitt.com](mailto:ggutzler@dicellolevitt.com)>; Adam Prom <[aprom@dicellolevitt.com](mailto:aprom@dicellolevitt.com)>; Leavy, Danielle <[Danielle.Leavy@friedfrank.com](mailto:Danielle.Leavy@friedfrank.com)>
**Subject:** RE: Edmondson v. Raniere - Search Terms

Zahra,

I write to follow up on our correspondence of last Monday.  Please get back to us in the morning.

Robin

---

**Robin A. Henry**
**Partner**
[Robin.Henry@friedfrank.com](mailto:Robin.Henry@friedfrank.com) |  Tel:  +1 212 859 8816

**Fried, Frank, Harris, Shriver & Jacobson LLP**
One New York Plaza, New York, NY 10004
[friedfrank.com](friedfrank.com)

---

**From:** Aufhauser, Anne <[Anne.Aufhauser@friedfrank.com](mailto:Anne.Aufhauser@friedfrank.com)>
**Sent:** Monday, September 29, 2025 5:28 PM
**To:** Emma Bruder <[ebruder@dicellolevitt.com](mailto:ebruder@dicellolevitt.com)>; Aaron Goldsmith <[aarongoldsmithlaw@gmail.com](mailto:aarongoldsmithlaw@gmail.com)>
**Cc:** Leavy, Danielle <[Danielle.Leavy@friedfrank.com](mailto:Danielle.Leavy@friedfrank.com)>; Dr. Danielle Roberts <[danielle@drdanielleroberts.com](mailto:danielle@drdanielleroberts.com)>; Zahra R. Dean <[zdean@kohnswift.com](mailto:zdean@kohnswift.com)>; William E. Hoese <[whoese@kohnswift.com](mailto:whoese@kohnswift.com)>; Henry, Robin <[Robin.Henry@friedfrank.com](mailto:Robin.Henry@friedfrank.com)>; Robert A. Swift <[rswift@kohnswift.com](mailto:rswift@kohnswift.com)>; Greg Gutzler <[ggutzler@dicellolevitt.com](mailto:ggutzler@dicellolevitt.com)>; Adam Prom <[aprom@dicellolevitt.com](mailto:aprom@dicellolevitt.com)>; Leavy, Danielle <[Danielle.Leavy@friedfrank.com](mailto:Danielle.Leavy@friedfrank.com)>
**Subject:** RE: Edmondson v. Raniere - Search Terms

Zahra and team,

Please see the attached correspondence on behalf of Sara Bronfman.

Anne

---

**Anne Aufhauser**
**Special Counsel**
[Anne.Aufhauser@friedfrank.com](mailto:Anne.Aufhauser@friedfrank.com) |  Tel:  +1 212 859 8064

**Fried, Frank, Harris, Shriver & Jacobson LLP**
One New York Plaza, New York, NY 10004
friedfrank.com

Pronouns: she/her/hers

---

**From:** Emma Bruder <ebruder@dicellolevitt.com>
**Sent:** Thursday, September 11, 2025 12:39 PM
**To:** Aaron Goldsmith <aarongoldsmithlaw@gmail.com>; Aufhauser, Anne <Anne.Aufhauser@friedfrank.com>
**Cc:** Leavy, Danielle <Danielle.Leavy@friedfrank.com>; Dr. Danielle Roberts <danielle@drdanielleroberts.com>; Zahra R. Dean <zdean@kohnswift.com>; William E. Hoese <whoese@kohnswift.com>; Henry, Robin <Robin.Henry@friedfrank.com>; Robert A. Swift <rswift@kohnswift.com>; Greg Gutzler <ggutzler@dicellolevitt.com>; Adam Prom <aprom@dicellolevitt.com>
**Subject:** RE: Edmondson v. Raniere - Search Terms

[EXTERNAL]
Yes, that's correct—that said, I believe the conversation will just be about the proposed search terms for Sara Bronfman's RFPs to Plaintiffs, so I'm not sure that everyone needs to attend. Apologies for any confusion caused by responding to the full chain.

Thanks,
Emma



Emma Bruder
**DICELLO LEVITT**
646.933.1000

This transmission may contain privileged and confidential information meant for the intended recipient only. If you have received this email in error, please notify the sender and permanently delete this email and any attachments.

---

**From:** Aaron Goldsmith <aarongoldsmithlaw@gmail.com>
**Sent:** Thursday, September 11, 2025 12:34 PM
**To:** Aufhauser, Anne <Anne.Aufhauser@friedfrank.com>
**Cc:** Emma Bruder <ebruder@dicellolevitt.com>; Leavy, Danielle <Danielle.Leavy@friedfrank.com>; Dr. Danielle Roberts <danielle@drdanielleroberts.com>; Zahra R. Dean <zdean@kohnswift.com>; William E. Hoese <whoese@kohnswift.com>; Henry, Robin <Robin.Henry@friedfrank.com>; Robert A. Swift <rswift@kohnswift.com>; Greg Gutzler <ggutzler@dicellolevitt.com>; Adam Prom <aprom@dicellolevitt.com>
**Subject:** Re: Edmondson v. Raniere - Search Terms

This event populated for Wednesday the 17th at 2pm. Is that correct? Just confirming

- AARON M. GOLDSMITH, ESQ.
 (914) 588-2679

On Thu, Sep 11, 2025, 12:12 PM Aufhauser, Anne <Anne.Aufhauser@friedfrank.com> wrote:

Anne Aufhauser is inviting you to a scheduled Zoom meeting.
Join Zoom Meeting
https://friedfrank.zoom.us/j/81137751509?from=addon

Meeting ID: 811 3775 1509

---

One tap mobile
+19292056099,,81137751509# US (New York)
+16469313860,,81137751509# US

---

Join by SIP
• 81137751509@zoomcrc.com

Join instructions
https://friedfrank.zoom.us/meetings/81137751509/invitations?signature=-
pU2tL95J9XYkbZKht_rzmzWxKE1QbemnV4alw2IvzE

Confidentiality Notice: The information contained in this e-mail and any attachments may be legally privileged and confidential. If you are not an intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify the sender and permanently delete the e-mail and any attachments immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Thank you.

***Privilege and Confidentiality Notice***

The information contained in this e-mail message is attorney-client privileged and/or confidential information intended for the use of the named recipient only. You are hereby notified that any dissemination, distribution, or copying of this communication is prohibited. If you have received this communication in error, please immediately notify the sender by replying to this electronic e-mail or call us at 215-238-1700.
Thank you.