*** Filed *** 12:39 PM, 10 Nov, 2025 U.S.D.C., Eastern District of New York

Danielle Roberts
244 York St. Apt 2
Jersey City, NJ 07302
(516)480-1700
Danielle@drdanielleroberts.com

11.10.25

Pro Se Office
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      RE: Address Change
      Edmondson, et al. v. Raniere, et al., 1:20-cv-00485-EK-CLP

Dear Pro Se Office:

I am a pro se litigant and a named party in the above-referenced civil action pending before this Court. I respectfully request The Court's assistance in updating my address for future mailings:

Danielle Roberts
244 York St. Apt 2
Jersey City, NJ 07302

Thank you for your consideration of this request. Please let me know if additional information or documentation is required.

      Respectfully submitted,

      /s/ Danielle Roberts, DO, MS
      Danielle Roberts