Danielle Roberts
244 York St.
Jersey City, NJ 07302
Direct Line: +1.916.480.1700
Email: Danielle@drdanielleroberts.com

November 4th, 2025

The Honorable Cheryl Pollak
United States District Court
for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   Edmondson et al. v. Raniere et al., C.A. No. 20-cv-00485 Dear Magistrate Judge Pollak:

Dear Magistrate Judge Pollak:

I am a pro se litigant in the above-referenced matter. On November 14, 2025, I filed a "Letter to Magistrate for ESI Protective Order" and on October 14, 2025 I filed a separate motion to compel through the Pro Se Portal. I am concerned that my letter and accompanying exhibits contain confidential information and discovery materials intended to be private and not accessible to the public.

As a self-represented party and first-time litigant, it is my understanding that discovery documents and letters regarding discovery should remain confidential and not be posted on the public docket unless directed by the Court. I noticed that my motion to compel has been publicly docketed and respectfully request clarification and/or corrective action to ensure that any documents containing confidential or sensitive information—particularly the aforementioned letter and related filings—are kept private in accordance with the Court's rules governing confidential discovery and the interests of privacy for all parties.

Accordingly, I respectfully request that the Court:
- Seal or restrict public access to my "Letter to Magistrate for ESI Protective Order" and any related confidential discovery materials submitted on or about November 14, 2025;
- Confirm whether additional steps are needed to keep such discovery documents private;
- Provide guidance on how I may properly submit confidential materials in the future to avoid inadvertent public disclosure.

Thank you for your understanding and guidance.

Respectfully,

/s/ Danielle Roberts, DO, MS, Pro Se
Danielle Roberts