# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

SARAH EDMONDSON, et al.,

    Plaintiffs,

v.

KEITH RANIERE, et al.,

    Defendants.

CIVIL ACTION NO. 20-CV-485

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL
## AS TO DEFENDANT ALLISON MACK MEEINK

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs in the above-captioned case voluntarily dismiss their action against Defendant Allison Mack Meeink without prejudice.

Dated: November 20, 2025

Respectfully Submitted,

/s/ *Zahra R. Dean*
Robert A. Swift
William E. Hoese
Zahra R. Dean
KOHN, SWIFT & GRAF, P.C.
1600 Market Street, Suite 2500
Philadelphia, PA 19103
(215) 238-1700
rswift@kohnswift.com
whoese@kohnswift.com
zdean@kohnswift.com

Adam M. Prom
DICELLO LEVITT LLP
10 North Dearborn Street, Sixth Floor
Chicago, IL 60602
(312) 214-7900
aprom@dicellolevitt.com

Greg G. Gutzler
Emma Bruder
DICELLO LEVITT LLP
485 Lexington Avenue, 10th Floor
New York, NY 10017
(646) 933-1000
ggutzler@dicellolevitt.com
ebruder@dicellolevitt.com

Agnieszka M. Fryszman
Brendan R. Schneiderman
COHEN MILSTEIN SELLERS
 & TOLL PLLC
1100 New York Ave. NW, Suite 800
Washington, DC 20005
(202) 408-4600
afryszman@cohenmilstein.com
bschneiderman@cohenmilstein.com

Manuel John Dominguez
COHEN MILSTEIN SELLERS
 & TOLL PLLC
11780 U.S. Highway One, Suite N500
Palm Beach Gardens, FL 33408
(561) 515-1400
jdominguez@cohenmilstein.com

Mary Brown
COHEN MILSTEIN SELLERS
 & TOLL PLLC
88 Pine Street, 14th Floor
New York, NY 10005
(212) 220-2924
mabrown@cohenmilstein.com

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

    I, Zahra R. Dean, hereby certify that I have caused a copy of the Notice of Voluntary Dismissal as to Defendant Allison Mack to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered parties.

Dated:  November 20, 2025

*/s/ Zahra R. Dean*
Zahra R. Dean
KOHN, SWIFT & GRAF, P.C.
1600 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone:  215-238-1700
zdean@kohnswift.com

*Attorney for Plaintiffs*