UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SARAH EDMONDSON, et al., : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | CIVIL ACTION NO. 20-CV-485 |
| : | |
| KEITH RANIERE, et al., : | |
| : | |
| Defendants. : | |

### PLAINTIFFS' MOTION FOR RECONSIDERATION OF ORDER REGARDING VOLUNTARY DISMISSAL OF PLAINTIFFS' ACTION AGAINST ALLISON MACK MEEINK

Plaintiffs respectfully submit their motion for reconsideration of the Court's November 25, 2025 Order instructing Plaintiffs to refile their Notice of Voluntary Dismissal of Allison Mack Meeink (née Allison Mack) as a joint stipulation under Fed. R. Civ. P. 41(a)(1)(A).

On November 20, 2025, Plaintiffs filed a Notice of Voluntary Dismissal of their action against Allison Mack Meeink pursuant to Rule(a)(1)(A)(i). Dkt. No. 331. Rule 41(a)(1)(A) provides as follows:

> **(a) Voluntary Dismissal.**
> **(1)** *By the Plaintiff.*
> **(A)** Without a Court Order. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:
> **(i)** a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or
> **(ii)** a stipulation of dismissal signed by all parties who have appeared.[1]

Here, Plaintiffs are only dismissing their action against opposing party Allison Mack Meeink. The Court may not have been aware, but Ms. Meeink has not served an answer or a

---

[1] Rule 41(a)(1)(A)(ii) merely provides an alternative to Rule 41(a)(1)(A)(i): "or (ii) a stipulation of dismissal signed by all parties who have appeared."

motion for summary judgment. Because neither has been served, under Rule 41(a)(1)(A)(i), Plaintiffs' notice of voluntary dismissal of their action against Ms. Meeink was proper, and no consent of any Defendant was or is necessary. *Thorp v. Scarne*, 599 F.2d 1169, 1175 (2d Cir. 1979) (subject to federal rules not applicable here, before an opposing party serves an answer or motion for summary judgment a plaintiff has an "unfettered right voluntarily and unilaterally to dismiss an action" under Rule 41(a)(1)(i)).

Therefore, Plaintiffs respectfully ask the Court to reconsider and rescind its order requiring Plaintiffs to file a joint stipulated notice of voluntary dismissal against Defendant Allison Mack Meeink.[2]

Dated: December 5, 2025

/s/ *Zahra R. Dean*
Robert A. Swift
William E. Hoese
Zahra R. Dean
KOHN, SWIFT & GRAF, P.C.
1600 Market Street, Suite 2500
Philadelphia, PA 19103
(215) 238-1700
rswift@kohnswift.com
whoese@kohnswift.com
zdean@kohnswift.com
*Attorneys for Plaintiff*

---

[2] As to Ms. Meeink herself, she did consent to the filing of the Notice of Voluntary Dismissal by Plaintiffs.

Adam M. Prom
DICELLO LEVITT LLP
10 North Dearborn Street, Sixth Floor
Chicago, IL 60602
(312) 214-7900
aprom@dicellolevitt.com

Greg G. Gutzler
Emma Bruder
DICELLO LEVITT LLP
485 Lexington Avenue, 10th Floor
New York, NY 10017
(646) 933-1000
ggutzler@dicellolevitt.com
ebruder@dicellolevitt.com

Agnieszka M. Fryszman
Brendan R. Schneiderman
COHEN MILSTEIN SELLERS
 & TOLL PLLC
1100 New York Ave. NW, Suite 800
Washington, DC 20005
(202) 408-4600
afryszman@cohenmilstein.com
bschneiderman@cohenmilstein.com

Manuel John Dominguez
COHEN MILSTEIN SELLERS
 & TOLL PLLC
11780 U.S. Highway One, Suite N500
Palm Beach Gardens, FL 33408
(561) 515-1400
jdominguez@cohenmilstein.com

Mary Brown
COHEN MILSTEIN SELLERS
 & TOLL PLLC
88 Pine Street, 14th Floor
New York, NY 10005
(212) 220-2924
mabrown@cohenmilstein.com

*Attorneys for Plaintiffs*