**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SARAH EDMONDSON, et al., | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | :     CIVIL ACTION NO. 20-CV-485 |
| | : |
| KEITH RANIERE, et al., | : |
| | : |
| Defendants. | : |

### STIPULATION OF VOLUNTARY DISMISSAL OF
### PLAINTIFF HANNAH VANDERHEYDEN'S ACTION AGAINST KEITH RANIERE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Hannah Vanderheyden and

Defendants Keith Raniere, Clare Bronfman, Sara Bronfman, and Danielle Roberts stipulate to

the voluntarily dismissal of Plaintiff's action against Defendant Keith Raniere in the above-

captioned action.

Dated: December 16, 2025

*/s/ Zahra R. Dean*
Robert A. Swift
William E. Hoese
Zahra R. Dean
KOHN, SWIFT & GRAF, P.C.
1600 Market Street, Suite 2500
Philadelphia, PA 19103
(215) 238-1700
rswift@kohnswift.com
whoese@kohnswift.com
zdean@kohnswift.com

*Attorneys for Plaintiff*


*/s/ Aaron M. Goldsmith*
Aaron M. Goldsmith
225 Broadway, Suite 715
New York, NY 10007
(914) 588-2679
aarongoldsmithlaw@gmail.com

*Attorney for Keith Raniere and Clare Bronfman*

*/s/ Robin A. Henry*
Robin A. Henry
Anne S. Aufhauser
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004-1980
(212) 859-8000
robin.henry@friedfrank.com
anne.aufhauser@friedfrank.com

*Attorneys for Sara Bronfman*

*/s/ Danielle Roberts*
Danielle Roberts, pro se
244 York Street
Apartment 2
Jersey City, NJ 07302
(516) 480-1700