**KOHN, SWIFT & GRAF**

JOSEPH C. KOHN
ROBERT A. SWIFT
ROBERT J. LAROCCA †
DOUGLAS A. ABRAHAMS
WILLIAM E. HOESE
ZAHRA R. DEAN ✣
AARTHI MANOHAR

† ALSO ADMITTED IN NEW YORK
✣ ONLY ADMITTED IN NEW YORK

1600 MARKET STREET, SUITE 2500
PHILADELPHIA, PENNSYLVANIA 19103-7225

(215) 238-1700
TELECOPIER (215) 238-1968
FIRM E-MAIL: info@kohnswift.com
WEB SITE: www.kohnswift.com

HAROLD E. KOHN
1914-1999
BAYARD M. GRAF
1926-2015

OF COUNSEL
GEORGE W. CRONER
CARY FLEISHER
LISA PALFY KOHN

Sender's E-mail: rswift@kohnswift.com

December 23, 2025

The Honorable Cheryl Pollak
United States District Court
  for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *Edmondson et al. v. Raniere et al.*, C.A. No. 20-cv-00485

Dear Magistrate Judge Pollak:

This letter seeks relief as to a pending discovery dispute which was discussed with your Honor during a status conference on October 14, 2025. The background is that my firm has been storing 73 boxes of documents that had previously been located in a storage unit at the instruction of Clare Bronfman, a defendant in this case. In 2015, Clare Bronfman hired Ms. Stiles, and instructed her to move the documents from her residence to a storage locker. Ms. Stiles rented the storage unit in her name. When rental for the storage locker ceased in 2018, Ms. Stiles (now a plaintiff represented by my firm) asked us to store the documents, which we did. The Department of Justice ("DOJ") subpoenaed the documents in 2018 in the criminal case. Clare Bronfman's attorneys objected to the subpoena, but their objection was denied. The DOJ reviewed the documents and returned them to our office. Neither my office nor our co-counsel have substantively reviewed the documents. This summer, my office requested Aaron Goldsmith, Clare Bronfman's legal counsel in this case, to pick up the documents. Despite the October 15 conference with your Honor and several subsequent requests to Mr. Goldsmith, he has still not done so.

It is our contention that the documents should be regarded as abandoned by Clare Bronfman, and all counsel should have an opportunity to review them. Counsel are in the midst of discovery, and it is likely that some of the documents are relevant to issues in this civil racketeering case. While the documents remain unreviewed, counsel for Ms. Bronfman is unable to satisfy his discovery obligations. The only solution to this stalemate is to permit all counsel to review the documents.

{00264341 }

The Honorable Cheryl Pollak
December 23, 2025
Page 2

                                                Respectfully yours,

                                                Robert A. Swift

RAS:yr
Cc: All Counsel and Ms. Roberts

{00264341 }