LAW OFFICE OF

# AARON M. GOLDSMITH

A PROFESSIONAL CORPORATION

225 Broadway, Suite 715

New York, NY 10007

(Tel.) - (914) 588-2679

(Fax) - (914) 462-3912

*aarongoldsmithlaw@gmail.com*

★ Admitted in NY, CT and TN

December 23, 2025

*Via ECF*

US DISTRICT COURT, EDNY

Hon. Cheryl L. Pollak, USMJ

225 Cadman Plaza East

Brooklyn, NY 11201

Re:    Edmonson*, et al* v Raniere*, et al* __

Docket No: 20 CV 485 (EK)(CLP)

Dear Honorable Madame:

I represent Defendants CLARE BRONFMAN and KEITH RANIERE in the above-referenced matter. Please accept this correspondence as a follow-up to the conference held by the parties on October 14, 2025, a follow-up to my letter to the Court requesting further conference and directive dated October 24, 2025, and in response to Plaintiff Counsel's letter filed earlier this afternoon, requesting that the boxes belonging to CLARE BRONFMAN being held in their possession be deemed abandoned.

As the Court is aware, Counsel for Plaintiffs alerted Defense Counsel that a number of years ago, the DOJ subpoenaed the contents of a storage facility owned/leased in Plaintiff Adrian Stiles' name, and holding contents suspected to be owned by Defendant CLARE BRONFMAN. More recently, seventy three (73) of those boxes were returned to KOHN, SWIFT & GRAF's Philadelphia office. In response to Defendants' Interrogatories surrounding those boxes, Plaintiff's counsel's objected to all questions on behalf of Plaintiff STILES and refused to provide responses as to how the items were kept and who had access.

As a result of the Court's directive from the October 14, 2025 conference, Plaintiff Counsel Robert Swift submitted a letter simply affirming that no attorneys from his office have reviewed the contents of the materials since their return. By my letter to the Court, dated October 24, 2025, I informed Your Honor that I had requested Mr. Swift and Plaintiffs' Counsel to further affirm as to who had access from any other or previous attorneys representing Plaintiffs, given the multiple firms over the pendency of litigation. No response was provided.

I represented prior to the October 14 conference and as part of my October 24 letter to this court – and have continuously since – that I would take possession of the boxes, upon further clarification from Plaintiffs' Counsel.

Most recently, in an effort to further discovery and in the absence of any responsiveness from Mr. Swift, I asked Plaintiffs' Counsel if they would simply stipulate that they will not raise any arguments of spoliation. Please see the emails attached hereto and made a part hereof.

Not surprisingly, Mr. Swift has failed to respond to my amended and rather straight-forward request. He has continued to behave obstinately, without good faith. Yet he files a letter with the Court only after begrudgingly providing minimal information in response to Your Honor's prior Order and refusing to otherwise provide further information or clarification despite my very simple requests.

In the face of Mr. Swift's refusal to further engage in productive compromise, I remind the Court that I have and continue to be committed to taking possession of the subject boxes. I have further compromised my position by asking Mr. Swift to only assure Defense Counsel that their office will not claim of spoliation or tampering, given his office possession hereto.

Prior to filing a motion to compel on this issue, I respectfully request an additional conference. I also inform the Court that I will be out-of-country until January 8, 2026.

Thank you for your time and consideration. Please feel free to contact the undersigned with any further questions, concerns or directives.

Respectfully submitted,

Aaron M. Goldsmith

TO:

KOHN, SWIFT & GRAF, PC
Attorneys for Plaintiffs
1600 Market St., Suite 2500
Philadelphia, PA 19103
(215) 238-1700

FRIED, FRANK, HARRIS, SHRIVER & JACOBSEN, LLP
Attorneys for Defendant Sara Bronfman
One New York Plaza  1FDR Drive
New York, NY 10004
(212) 859-8000

All counsel/parties via ECF only

 Gmail

Aaron Goldsmith <aarongoldsmithlaw@gmail.com>

## Boxes at Philly office
5 messages

---

**Aaron Goldsmith** <aarongoldsmithlaw@gmail.com>                    Fri, Dec 12, 2025 at 10:55 AM
To: "William E. Hoese" <whoese@kohnswift.com>, "Zahra R. Dean" <zdean@kohnswift.com>, Emma Bruder <ebruder@dicellolevitt.com>

William:

Hoping to hear back from you about my proposal that I would arrange for the boxes to be picked up so that my client and I can review them, and upload responsive materials...on the condition that I get a written assertion from Plaintiff's Counsel that no allegations/motions will be made against my clients for tampering/spoliation in light of your office's possession for the past years.

--
s/Aaron M. Goldsmith, Esq.
(914) 588-2679
-----------------------------------------------------------
THIS IS A CONFIDENTIAL COMMUNICATION FROM A LAW FIRM AND IS PROTECTED BY LAW UNDER ATTORNEY-CLIENT PRIVILEGE.  IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE NOTIFY THE SENDER AND DELETE THIS EMAIL IMMEDIATELY.

---

**William E. Hoese** <whoese@kohnswift.com>                    Fri, Dec 12, 2025 at 11:25 AM
To: Aaron Goldsmith <aarongoldsmithlaw@gmail.com>, "Zahra R. Dean" <zdean@kohnswift.com>, Emma Bruder <ebruder@dicellolevitt.com>
Cc: "Robert A. Swift" <rswift@kohnswift.com>

Hi Aaron. I'm forwarding your e-mail to Bob Swift who is on this e-mail. Many thanks.

**From:** Aaron Goldsmith <aarongoldsmithlaw@gmail.com>
**Sent:** Friday, December 12, 2025 10:55 AM
**To:** William E. Hoese <whoese@kohnswift.com>; Zahra R. Dean <zdean@kohnswift.com>; Emma Bruder <ebruder@dicellolevitt.com>
**Subject:** Boxes at Philly office

This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

[Quoted text hidden]

**\*\*\*Privilege and Confidentiality Notice\*\*\***

**The information contained in this e-mail message is attorney-client privileged and/or confidential information intended for the use of the named recipient only. You are hereby notified that any dissemination, distribution, or copying of this communication is prohibited. If you have received this communication in error, please immediately notify the sender by replying to this electronic e-mail or call us at 215-238-1700. Thank you.**

---

**Aaron Goldsmith** <aarongoldsmithlaw@gmail.com>                    Fri, Dec 12, 2025 at 11:26 AM

To: "William E. Hoese" <whoese@kohnswift.com>
Cc: "Zahra R. Dean" <zdean@kohnswift.com>, Emma Bruder <ebruder@dicellolevitt.com>, "Robert A. Swift" <rswift@kohnswift.com>

my apologies, I thought I had included Bob on the email

[Quoted text hidden]

---

**William E. Hoese** <whoese@kohnswift.com>                     Fri, Dec 12, 2025 at 11:30 AM
To: Aaron Goldsmith <aarongoldsmithlaw@gmail.com>
Cc: "Zahra R. Dean" <zdean@kohnswift.com>, Emma Bruder <ebruder@dicellolevitt.com>, "Robert A. Swift" <rswift@kohnswift.com>

No worries.

[Quoted text hidden]
[Quoted text hidden]

---

**Aaron Goldsmith** <aarongoldsmithlaw@gmail.com>                Fri, Dec 19, 2025 at 11:02 AM
To: "William E. Hoese" <whoese@kohnswift.com>
Cc: "Zahra R. Dean" <zdean@kohnswift.com>, Emma Bruder <ebruder@dicellolevitt.com>, "Robert A. Swift" <rswift@kohnswift.com>

circling back on this....

[Quoted text hidden]