*** Filed ***
09:32 PM, 29 Jan, 2026
U.S.D.C., Eastern District of New York

January 29, 2026

**Via ECF**

The Honorable Magistrate Peggy Cross-Goldenberg
United States District Court
for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: *Edmondson, et al. v. Raniere, et al.*, C.A. No. 20-cv-00485**
**Joint Discovery Status Report**

Your Honor Magistrate Peggy Cross-Goldenberg,

On November seventh, two thousand twenty-five, I submitted a subpoena request to the clerk's office in full compliance with procedure as directed by the clerk. I reminded the Court of this outstanding matter in my letter dated November fourteenth. On December fifteenth, I resubmitted the request and again referenced it in my status update to Judge Pollack on that day. For weeks, I have contacted the clerk's office repeatedly—no response, no action.

Today, January twenty-ninth, marks nearly three months of delay. This subpoena is essential to my summary judgment motion. Without it, critical defenses stall, and unfounded claims linger against me longer than they should (it's been six years).

I realize you are new to the case and I'm not sure what's entailed in getting acquainted. In light of the gross delay, I respectfully request immediate issuance—or, if deficient, clear guidance on correction—this week.

Respectfully,

Danielle Roberts Pro Se Defendant