```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------x

 SARAH EDMONDSON, et al.,

                Plaintiffs,            **MEMORANDUM & ORDER**
                                       20-CV-485 (EK)(PCG)
           -against-

 KEITH RANIERE, et al.,

                Defendants.

-----------------------------------x
```
ERIC KOMITEE, United States District Judge:

        This is a long-running civil action, in which plaintiffs seek civil damages for injuries caused by members of NXIVM, an Albany-based organization that held itself out as an educational enterprise with a unique approach to personal growth.  The Court issued two previous orders dismissing certain claims and plaintiffs.  *See* ECF Nos. 240, 313.  We now resolve several disputes among the parties, *see* ECF No. 321, regarding what material should be deleted from the forthcoming Fourth Amended Complaint in light of the Court's motion-to-dismiss decisions:

- References to plaintiffs Salazar, Valerie, and Jane Doe 8 should remain.

- References to plaintiffs Natalie, Cua, Pratt, Vicente, Wysocki, Haynes, MacQuarrie, Leviton, Constantino, Cottrell, Gendron should be deleted.

- Allegations that defendant Roberts branded the DOS Plaintiffs should remain; however, language regarding Roberts's knowledge of a broader conspiracy should be stricken. *See, e.g.*, Proposed FAC ¶ 289, ECF No. 321-1.

- Immigration-fraud allegations should be deleted as to Daniela and Camila but retained as to Adrian. *See id.* ¶ 232.

- Daniela's forced labor and human trafficking claim (*id.* ¶ 268) should remain.

- Allegations regarding the "patent-pending" statements (*e.g., id.* ¶ 52) should be deleted.

- Daniela and Camila's names should be stricken from ¶ 54 of the Proposed Fourth Amended Complaint.

- Labor-trafficking allegations against defendant Clare Bronfman (*e.g., id.* ¶¶ 281, 284) should remain.

- Allegations regarding defendant Clare Bronfman's alleged witness tampering (*e.g., id.* ¶¶ 178-79) should be deleted.

- Other disputed paragraphs — namely those containing allegations that plaintiffs claim are relevant to the TVPRA beneficiary claims, other claims against

defendant Raniere, and the overall enterprise —
should be retained for the time being.  As with all
such rulings, however, the Court may revisit this
ruling as appropriate before the case is tried
before a jury.

The plaintiffs are directed to file a new amended complaint in compliance with the foregoing by February 17.

SO ORDERED.


                                       /s/ Eric Komitee
                                    ERIC KOMITEE
                                    United States District Judge

Dated:    February 2, 2026
            Brooklyn, New York