# KOHN, SWIFT & GRAF, P.C.

1600 MARKET STREET, SUITE 2500

PHILADELPHIA, PENNSYLVANIA 19103-7225

JOSEPH C. KOHN
ROBERT A. SWIFT
ROBERT J. LaROCCA †
DOUGLAS A. ABRAHAMS
WILLIAM E. HOESE
ZAHRA R. DEAN ✢
AARTHI MANOHAR

(215) 238-1700
TELECOPIER (215) 238-1968
FIRM E-MAIL: info@kohnswift.com
WEB SITE: www.kohnswift.com

HAROLD E. KOHN
1914-1999
BAYARD M. GRAF
1926-2015

OF COUNSEL
GEORGE W. CRONER
CARY FLEISHER
LISA PALFY KOHN

† ALSO ADMITTED IN NEW YORK
✢ ONLY ADMITTED IN NEW YORK

Sender's e-mail: rswift@kohnswift.com

March 2, 2026

Honorable Peggy Cross-Goldenberg
Chief Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Edmondson, et al. v Raniere, et al.,* Case No.: 1:20-cv-00485-EK-PCG

Dear Chief Judge Cross-Goldenberg:

    On behalf of plaintiffs in the above case, counsel request that your Honor schedule a status conference either in-person at the Courthouse or online. Since this case was recently transferred to your Honor following the retirement of Magistrate Judge Pollak, a conference would be an opportunity for your Honor to speak directly to all counsel.

    One pending item which requires resolution is plaintiffs' letter motion requesting that 73 boxes of documents of defendant Clare Bronfman, in the custody of plaintiffs' counsel, be deemed abandoned and available to all counsel for review. I attach hereto the letter motion, defense counsel's response and a proposed form of Order.

                                          Respectfully submitted,

                                          */s/ Robert A. Swift*
                                          Robert A. Swift
                                          William E. Hoese
                                          Zahra R. Dean
                                          KOHN, SWIFT & GRAF, P.C.
                                          1600 Market Street, Suite 2500
                                          Philadelphia, PA 19103
                                          (215) 238-1700
                                          rswift@kohnswift.com
                                          whoese@kohnswift.com
                                          zdean@kohnswift.com

RAS:yr
Encs.
cc w/encs.: All Counsel via ECF

JOSEPH C. KOHN
ROBERT A. SWIFT
ROBERT J. LAROCCA †
DOUGLAS A. ABRAHAMS
WILLIAM E. HOESE
ZAHRA R. DEAN ✢
AARTHI MANOHAR

† ALSO ADMITTED IN NEW YORK
✢ ONLY ADMITTED IN NEW YORK

KOHN, SWIFT & GRAF

1600 MARKET STREET, SUITE 2500
PHILADELPHIA, PENNSYLVANIA 19103-7225

(215) 238-1700
TELECOPIER (215) 238-1968
FIRM E-MAIL: info@kohnswift.com
WEB SITE: www.kohnswift.com

HAROLD E. KOHN
1914-1999
BAYARD M. GRAF
1926-2015

OF COUNSEL
GEORGE W. CRONER
CARY FLEISHER
LISA PALFY KOHN

Sender's E-mail: rswift@kohnswift.com

December 23, 2025

The Honorable Cheryl Pollak
United States District Court
  for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *Edmondson et al. v. Raniere et al.*, C.A. No. 20-cv-00485

Dear Magistrate Judge Pollak:

This letter seeks relief as to a pending discovery dispute which was discussed with your Honor during a status conference on October 14, 2025. The background is that my firm has been storing 73 boxes of documents that had previously been located in a storage unit at the instruction of Clare Bronfman, a defendant in this case. In 2015, Clare Bronfman hired Ms. Stiles, and instructed her to move the documents from her residence to a storage locker. Ms. Stiles rented the storage unit in her name. When rental for the storage locker ceased in 2018, Ms. Stiles (now a plaintiff represented by my firm) asked us to store the documents, which we did. The Department of Justice ("DOJ") subpoenaed the documents in 2018 in the criminal case. Clare Bronfman's attorneys objected to the subpoena, but their objection was denied. The DOJ reviewed the documents and returned them to our office. Neither my office nor our co-counsel have substantively reviewed the documents. This summer, my office requested Aaron Goldsmith, Clare Bronfman's legal counsel in this case, to pick up the documents. Despite the October 15 conference with your Honor and several subsequent requests to Mr. Goldsmith, he has still not done so.

It is our contention that the documents should be regarded as abandoned by Clare Bronfman, and all counsel should have an opportunity to review them. Counsel are in the midst of discovery, and it is likely that some of the documents are relevant to issues in this civil racketeering case. While the documents remain unreviewed, counsel for Ms. Bronfman is unable to satisfy his discovery obligations. The only solution to this stalemate is to permit all counsel to review the documents.

{00264341 }

The Honorable Cheryl Pollak
December 23, 2025
Page 2

Respectfully yours,

Robert A. Swift

RAS:yr
Cc: All Counsel and Ms. Roberts

{00264341 }

LAW OFFICE OF
# AARON M. GOLDSMITH
A PROFESSIONAL CORPORATION
225 Broadway, Suite 715
New York, NY 10007
(Tel.) - (914) 588-2679
(Fax) - (914) 462-3912
aarongoldsmithlaw@gmail.com

★ Admitted in NY, CT and TN

December 23, 2025

***Via ECF***
US DISTRICT COURT, EDNY
Hon. Cheryl L. Pollak, USMJ
225 Cadman Plaza East
Brooklyn, NY 11201

        Re: Edmonson*, et al* v Raniere*, et al*
           Docket No: 20 CV 485 (EK)(CLP)

Dear Honorable Madame:

  I represent Defendants CLARE BRONFMAN and KEITH RANIERE in the above-referenced matter. Please accept this correspondence as a follow-up to the conference held by the parties on October 14, 2025, a follow-up to my letter to the Court requesting further conference and directive dated October 24, 2025, and in response to Plaintiff Counsel's letter filed earlier this afternoon, requesting that the boxes belonging to CLARE BRONFMAN being held in their possession be deemed abandoned.

  As the Court is aware, Counsel for Plaintiffs alerted Defense Counsel that a number of years ago, the DOJ subpoenaed the contents of a storage facility owned/leased in Plaintiff Adrian Stiles' name, and holding contents suspected to be owned by Defendant CLARE BRONFMAN. More recently, seventy three (73) of those boxes were returned to KOHN, SWIFT & GRAF's Philadelphia office. In response to Defendants' Interrogatories surrounding those boxes, Plaintiff's counsel's objected to all questions on behalf of Plaintiff STILES and refused to provide responses as to how the items were kept and who had access.

  As a result of the Court's directive from the October 14, 2025 conference, Plaintiff Counsel Robert Swift submitted a letter simply affirming that no attorneys from his office have reviewed the contents of the materials since their return. By my letter to the Court, dated October 24, 2025, I informed Your Honor that I had requested Mr. Swift and Plaintiffs' Counsel to further affirm as to who had access from any other or previous attorneys representing Plaintiffs, given the multiple firms over the pendency of litigation. No response was provided.

I represented prior to the October 14 conference and as part of my October 24 letter to this court – and have continuously since – that I would take possession of the boxes, upon further clarification from Plaintiffs' Counsel.

Most recently, in an effort to further discovery and in the absence of any responsiveness from Mr. Swift, I asked Plaintiffs' Counsel if they would simply stipulate that they will not raise any arguments of spoliation. Please see the emails attached hereto and made a part hereof.

Not surprisingly, Mr. Swift has failed to respond to my amended and rather straight-forward request. He has continued to behave obstinately, without good faith. Yet he files a letter with the Court only after begrudgingly providing minimal information in response to Your Honor's prior Order and refusing to otherwise provide further information or clarification despite my very simple requests.

In the face of Mr. Swift's refusal to further engage in productive compromise, I remind the Court that I have and continue to be committed to taking possession of the subject boxes. I have further compromised my position by asking Mr. Swift to only assure Defense Counsel that their office will not claim of spoliation or tampering, given his office possession hereto.

Prior to filing a motion to compel on this issue, I respectfully request an additional conference. I also inform the Court that I will be out-of-country until January 8, 2026.

Thank you for your time and consideration. Please feel free to contact the undersigned with any further questions, concerns or directives.

Respectfully submitted,

Aaron M. Goldsmith

TO:

KOHN, SWIFT & GRAF, PC
Attorneys for Plaintiffs
1600 Market St., Suite 2500
Philadelphia, PA 19103
(215) 238-1700

FRIED, FRANK, HARRIS, SHRIVER & JACOBSEN, LLP
Attorneys for Defendant Sara Bronfman
One New York Plaza  1FDR Drive
New York, NY 10004
(212) 859-8000

All counsel/parties via ECF only



Aaron Goldsmith <aarongoldsmithlaw@gmail.com>

## Boxes at Philly office
5 messages

**Aaron Goldsmith** <aarongoldsmithlaw@gmail.com>  Fri, Dec 12, 2025 at 10:55 AM
To: "William E. Hoese" <whoese@kohnswift.com>, "Zahra R. Dean" <zdean@kohnswift.com>, Emma Bruder <ebruder@dicellolevitt.com>

William:

Hoping to hear back from you about my proposal that I would arrange for the boxes to be picked up so that my client and I can review them, and upload responsive materials...on the condition that I get a written assertion from Plaintiff's Counsel that no allegations/motions will be made against my clients for tampering/spoliation in light of your office's possession for the past years.

--
s/Aaron M. Goldsmith, Esq.
(914) 588-2679
---------------------------------------------------------
THIS IS A CONFIDENTIAL COMMUNICATION FROM A LAW FIRM AND IS PROTECTED BY LAW UNDER ATTORNEY-CLIENT PRIVILEGE.  IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE NOTIFY THE SENDER AND DELETE THIS EMAIL IMMEDIATELY.

**William E. Hoese** <whoese@kohnswift.com>  Fri, Dec 12, 2025 at 11:25 AM
To: Aaron Goldsmith <aarongoldsmithlaw@gmail.com>, "Zahra R. Dean" <zdean@kohnswift.com>, Emma Bruder <ebruder@dicellolevitt.com>
Cc: "Robert A. Swift" <rswift@kohnswift.com>

Hi Aaron. I'm forwarding your e-mail to Bob Swift who is on this e-mail. Many thanks.

**From:** Aaron Goldsmith <aarongoldsmithlaw@gmail.com>
**Sent:** Friday, December 12, 2025 10:55 AM
**To:** William E. Hoese <whoese@kohnswift.com>; Zahra R. Dean <zdean@kohnswift.com>; Emma Bruder <ebruder@dicellolevitt.com>
**Subject:** Boxes at Philly office

This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

[Quoted text hidden]

**\*\*\*Privilege and Confidentiality Notice\*\*\***

**The information contained in this e-mail message is attorney-client privileged and/or confidential information intended for the use of the named recipient only. You are hereby notified that any dissemination, distribution, or copying of this communication is prohibited. If you have received this communication in error, please immediately notify the sender by replying to this electronic e-mail or call us at 215-238-1700.
Thank you.**

**Aaron Goldsmith** <aarongoldsmithlaw@gmail.com>  Fri, Dec 12, 2025 at 11:26 AM

To: "William E. Hoese" <whoese@kohnswift.com>
Cc: "Zahra R. Dean" <zdean@kohnswift.com>, Emma Bruder <ebruder@dicellolevitt.com>, "Robert A. Swift" <rswift@kohnswift.com>

my apologies, I thought I had included Bob on the email

[Quoted text hidden]

---

**William E. Hoese** <whoese@kohnswift.com>  Fri, Dec 12, 2025 at 11:30 AM
To: Aaron Goldsmith <aarongoldsmithlaw@gmail.com>
Cc: "Zahra R. Dean" <zdean@kohnswift.com>, Emma Bruder <ebruder@dicellolevitt.com>, "Robert A. Swift" <rswift@kohnswift.com>

No worries.

[Quoted text hidden]
[Quoted text hidden]

---

**Aaron Goldsmith** <aarongoldsmithlaw@gmail.com>  Fri, Dec 19, 2025 at 11:02 AM
To: "William E. Hoese" <whoese@kohnswift.com>
Cc: "Zahra R. Dean" <zdean@kohnswift.com>, Emma Bruder <ebruder@dicellolevitt.com>, "Robert A. Swift" <rswift@kohnswift.com>

circling back on this....

[Quoted text hidden]

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

SARAH EDMONDSON, et al.,

    Plaintiffs,

v.

KEITH RANIERE, et. al.

    Defendants.

---

No.: 1:20-cv-00485-(ERK)(SMG)

## ORDER

**UPON CONSIDERATION** of the letter motion of plaintiffs dated December 23, 2025 (ECF # 337) and the opposition thereto (ECF # 338), and it appearing that plaintiffs' counsel is in possession of 73 boxes of documents abandoned by defendant Clare Bronfman at her former residence in New York which may be relevant to issues in this case; and plaintiffs' counsel has requested defense counsel to take the boxes; and defense counsel has failed to do so;

**IT IS HEREBY ORDERED** that counsel for defendant Clare Bronfman has 30 days from the date hereof to pick up the boxes. Should defense counsel fail to do so, the documents shall be available for all parties to examine and copy.

Dated: _____, 2026
New York, New York

                                          _____
                                          Peggy Cross-Goldenberg
                                          Chief Magistrate Judge