FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP



Direct Line: +1.212.859.8064
Email: Anne.Aufhauser@friedfrank.com
March 3, 2026

The Honorable Eric R. Komitee
United States District Court
 for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

  Re: *Edmondson et al. v. Raniere et al.,* C.A. No. 20-cv-00485

Dear Judge Komitee:

  Counsel for Defendants Keith Raniere, Clare Bronfman, and Sara Bronfman write to respectfully inform the Court of their agreement with Plaintiffs to extend their time to answer the Fourth Amended Complaint from March 3, 2026 to March 17, 2026.

         Very truly yours,

         *s/ Anne S. Aufhauser*_____

         Fried Frank Harris, Shriver
         & Jacobson LLP
         One New York Plaza
         New York, NY 1004
         (212) 859-8064
         Anne.Aufhauser@friedfrank.com

         *Attorneys for Sara Bronfman*

         *s/ Aaron M. Goldsmith*_____

         225 Broadway, Suite 715
         New York, NY 10007
         (914) 588-2679
         aarongoldsmithlaw@gmail.com

cc: All counsel and Danielle Roberts via ECF

         *Attorney for Keith Raniere and Clare Bronfman*