*** Filed *** 04:33 PM, 05 Mar, 2026 U.S.D.C., Eastern District of New York

Danielle Roberts, DO, MS
Email: Danielle@drdanielleroberts.com
Direct Line: 516.480.1700
March 5, 2026

The Honorable Eric R. Komitee
United States District Court
for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Edmondson et al. v. Raniere et al., C.A. No. 20-cv-00485

Dear Judge Komitee:

Defendant, Danielle Roberts, writes to respectfully inform the Court of their agreement with Plaintiffs to extend their time to answer the Fourth Amended Complaint from March 3, 2026 to March 17, 2026.

Respectfully,

*/s/ Danielle Roberts*

Danielle Roberts
235 Pavonia Ave, Apt 769
Jersey City, NJ 07302
516.480.1700
Danielle@drdanielleroberts.com

cc: All counsel via ECF