FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP



Direct Line: +1.212.859.8816
Email: Robin.Henry@friedfrank.com
March 13, 2026

The Honorable Peggy Cross-Goldenberg
United States District Court
 for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Edmondson et al. v. Raniere et al.,* C.A. No. 20-cv-00485

Dear Magistrate Judge Cross-Goldenberg:

I represent Defendant Sara Bronfman in the above-referenced action. Your Honor scheduled a Status Conference on April 23, 2026 at 11:30 A.M., but I will be traveling that day and am thus unable to attend. I therefore write to request that the Conference be rescheduled. There have been no prior requests for an adjournment.

I have conferred with all Counsel and we can be available on any of the following days:

- April 22
- April 28
- April 30

Thank you for your consideration of this request.

Respectfully submitted,

Robin A. Henry

cc: All counsel and Danielle Roberts

One New York Plaza, New York, New York 10004—1903
T: +1.212.859.8000  *friedfrank.com*