Danielle Roberts, DO, MS
Email: Danielle@drdanielleroberts.com
Direct Line: 516.480.1700
March 12, 2026

The Honorable Eric R. Komitee
United States District Court
for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: Edmondson et al. v. Raniere et al., C.A. No. 20-cv-00485

Dear Judge Komitee:

Defendant, Danielle Roberts, writes to respectfully inform the Court of pending decisions and requests guidance regarding:

1. My subpoena request: I have submitted this request and all documents requested by the clerks several times since November, and sent several reminder letters to the Court. As a Pro Se litigant, I do not have the power to issue the subpoena on my own and seek the Courts help with this and guidance if I am mistaken. Thank you.

2. My request to record meet and confers between myself and the Plaintiffs: Please see *DOC 329 - Letter to The Magistrate 11.18.26* for the original request and *File Status Report Doc 334 Filed 12/15/25 copy.pdf* for a follow up letter to request guidance on the initial request.

3. My confidentiality request: I sent a letter to the court (Doc 339) requesting that Doc 320 - *My Motion to Strike or Compel* and Doc 329 - *My Letter to the Magistrate* be sealed as they are highly confidential. Judge Komitee approved the request on Dec. 15th 2025. Thank you. However, this approval was misconstrued by the clerks and they sealed the letter for request (Doc 339 – which is not confidential) instead of the two confidential documents that need sealing. Motion to strike (doc 320) is still viewable and not sealed. My Letter to the Magistrate (doc 329) is still viewable and not sealed. The clerks request a specific order from the Court outlining the specific documents to be sealed. Your Honor, can you please send an order to seal Documents 320 and 329 and unseal document 339. Thank you.

    Respectfully,

    */s/ Danielle Roberts*

    Danielle Roberts
    235 Pavonia Ave, Apt 769
    Jersey City, NJ 07302
    516.480.1700
    Danielle@drdanielleroberts.com

cc: All counsel via ECF