Danielle Roberts, DO, MS
Email: Danielle@drdanielleroberts.com
Direct Line: 516.480.1700

March 15, 2026

The Honorable Peggy Cross-Goldenberg
United States District Court
for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Edmondson et al. v. Raniere et al., C.A. No. 20-cv-00485

Dear Judge Cross-Goldenberg:

Defendant, Danielle Roberts, writes to respectfully inform the Court of pending decisions and requests guidance regarding:

1. My subpoena request: I have submitted this request and all documents requested by the clerks several times since November, and sent several reminder letters to the Court. As a Pro Se litigant, I do not have the power to issue the subpoena on my own and seek the Courts help with this and guidance if I am mistaken. Thank you.

2. My request to record meet and confers between myself and the Plaintiffs: Please see *DOC 329 - Letter to The Magistrate 11.18.26* for the original request and *File Status Report Doc 334 Filed 12/15/25 copy.pdf* for a follow up letter to request guidance on the initial request.

Respectfully,

*/s/ Danielle Roberts*

Danielle Roberts
235 Pavonia Ave, Apt 769
Jersey City, NJ 07302
516.480.1700
Danielle@drdanielleroberts.com

cc: All counsel via ECF