**DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

_____

|  |  |
|---|---|
| SARAH EDMONDSON, *et al.* | * |
| | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| KEITH RANIERE, *et al.* | * |
| | * |
| Defendants. | * |
| | * |

1:20 - cv - 00485-EK-CLP

**ANSWER TO FAC**

_____

**ANSWER TO THE SUMMARY OF ACTION**

Defendant, Danielle Roberts, *Pro Se*, by answer to the Fourth Amended Complaint states and says:

In answer to paragraphs 1 through 332 Defendant points out that Count I RICO, Count II RICO Conspiracy, Counts III A - Sex trafficking and attempted sex trafficking, B – Conspiracy to sex trafficking, C – Human trafficking and forced labor or attempted human trafficking and forced labor, D – Conspiracy to human trafficking and forced labor have already been dismissed in relationship to her. The last remaining count (Count IV: Battery) is the only remaining allegation. For all allegations related to the dismissed counts in Doc. 341 Memorandum and Order, Judge Komitee Orders "Allegations that defendant Roberts branded the DOS Plaintiffs should remain; however, language regarding Roberts's knowledge of a broader conspiracy should be stricken. *See, e.g.*, Proposed FAC ¶ 289, ECF No. 321-1." Here the Judge references Proposed FAC ¶ 289 as an example, but orders ALL language regarding Roberts's knowledge of

1

a broader conspiracy be stricken. You will find below in the new FAC many places this language was not removed. I have placed these references in bold for the Court's convenience to have stricken. To the extent that they are not stricken, and they may be directed to me or the last remining allegation of Battery, I deny them. The only remaining references relevant to the single Battery allegation remaining are in paragraphs: 118-125, 239, 181-184. Defendant draws The Courts attention to these answers, and requests the extraneous allegations and language be stricken.

Similarly, in answer to paragraphs 1 through 309 Defendant states allegations made from the conclusions of the criminal case, U.S. vs. Raniere, et al. do not apply to the Defendant. She was not a party in the criminal complaint upon which most of the allegations in this civil complaint rests and Defendant is entitled to due process. More relevantly, all of the counts originally alleged against the Defendant related to the criminal case (Count I RICO, Count II RICO Conspiracy, Counts III A - Sex trafficking and attempted sex trafficking, B – Conspiracy to sex trafficking, C – Human trafficking and forced labor or attempted human trafficking and forced labor, D – Conspiracy to human trafficking and forced labor) were already dismissed as the Plaintiffs were unable to produce any specific facts relating Defendant to their claims, nor facts showing the Defendant was in a position to hold any nidus of knowledge of a criminal conspiracy. Therefore, any allegations related to force, coercion, deception, or blackmail by means of any Defendants in so called "enterprise" are irrelevant and mute in relation to the one last remaining allegation of Battery. Defendant denies any and all allegations tied to the criminal trial, U.S. v. Raniere, et. al and the previously dismissed counts, to the extent that they are raised for the purpose of proving Battery as applicable to Defendant.

Separately and additionally, convictions for criminal conspiracy in U. S. v Raniere, et al. were compromised by the manipulation and planting of digital images to make it appear that Raniere created and possessed child pornography. Seven (7) digital forensic experts (four (4) of them, former FBI Specialists) agree that the dates of digital images were manipulated and photographic files were planted to make it appear that Raniere created and possessed "child" pornography. This corruption of the criminal proceedings is being adjudicated in the U. S. Court of Appeals for the Second Circuit. U.S. v. Raniere, et. al 24-778, Dct. 48.1. The criminal defendants who plead guilty to criminal allegations made these pleadings under the duress of being co-defendants in a criminal trial where their co-defendant was supersedingly charged with child pornography and child exploitation (creating child pornography), nine months after Raniere's original indictment, after at least two motions to delay trial by the prosecution. Dct. 176, pg 3-5; Dct. 176 Exhibit B, pg 1-2. This corruption is still being adjudicated. A petition for writ of certiorari was filed with the Supreme Court on Monday March 16, 2026. Again, Defendant denies any and all allegations tied to the criminal trial, U.S. v. Raniere, et. al and the previously dismissed counts, to the extent that they are raised for the purpose of proving Battery as applicable to Defendant.

1. Defendant neither admits nor denies the allegations in paragraph 1 of the complaint and leaves the plaintiffs to their proof regarding the same. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal and order to strike already entered by the court they are hereby denied.

2. The Defendant neither denies nor admits the allegations in paragraph 2 of the complaint because Defendant has not sufficient information as to the truth or not of the said allegation and leave the plaintiffs to their proof regarding the same. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal and order to strike already entered by the court they are hereby denied.

3. The Defendant neither denies nor admits the allegations in paragraph 3 of the complaint and leave the plaintiffs to their proof regarding the same. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal and order to strike already entered by the court they are hereby denied.

4. Defendant neither denies nor admits that NXIVM operated as a multilevel marketing scheme and would need to see how this business structure is defined by Plaintiffs and leaves them to their proofs of this. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal and order to strike already entered by the court they are hereby denied.

5. The Defendant neither denies nor admits the allegations in paragraph 5 of the complaint because Defendant has not sufficient information as to the truth or not of the said allegations and leave the plaintiffs to their proof regarding the same. The information and direct experience of the Defendant are counter to these statements. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal and order to strike already entered by the court they are hereby denied. Conclusions from the criminal case do not apply to the Defendant's case.

6. The Defendant neither denies nor admits the allegations in paragraph 6 of the complaint and leave the plaintiffs to their proof regarding the same. Defendant denies any experience of fraud, extortion, or sexual abuse. **The Court has Ordered "language regarding Roberts's knowledge of a broader conspiracy should be stricken (Doc 341 Memorandum and Order)." The Plaintiffs have missed removing this portion or disregarded the order, and the Defendant therefore requests the Court strike this portion.** To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal and order to strike already entered by the court they are hereby denied.

7. The Defendant neither denies nor admits the allegations in paragraph 7 of the complaint because Defendant has not sufficient information as to the truth or not of the said allegation and

leave the plaintiffs to their proof regarding the same. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied. Conclusions from the criminal case do not apply to the Defendant's case.

8. The Defendant neither denies nor admits the allegations in paragraph 8 of the complaint because Defendant has not sufficient information as to the truth or not of the said allegation and leave the plaintiffs to their proof regarding the same. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied. Conclusions from the criminal case do not apply to the Defendant's case.

9. Defendant neither admits nor denies to the extent of her knowledge the allegations in paragraph 9 of the complaint, and leave the Plaintiffs to their proof regarding the same. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied.

10. The Defendant neither denies nor admits the allegations in paragraph 10 of the complaint because Defendant has not sufficient information as to the truth or not of the said allegation and

leave the plaintiffs to their proof regarding the same. However, to the extent of her knowledge Defendant denies the existence of a criminal enterprise. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied.

11. The Defendant neither denies nor admits the allegations in paragraph 11 of the complaint because Defendant has not sufficient information as to the truth or not of the said allegation and leave the Plaintiffs to their proof regarding the same. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied.

12. The Defendant neither denies nor admits the allegations in paragraph 12 of the complaint because Defendant has not sufficient information as to the truth or not of the said allegation and leave the plaintiffs to their proof regarding the same. However, Defendant neither experienced nor witnessed Mack extorting people. Defendant did not experience an abuse of power when she was invited by Mack to participate in DOS. Conclusions from the criminal case, i.e. Mack's alleged extorsion of others, do not apply to Defendant since Defendant was not a part of that trial and any allegations related to it have been dismissed against the Defendant. To the extent that

any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery.

13. The Defendant neither denies nor admits the allegations in paragraph 13 of the complaint because Defendant has not sufficient information as to the truth or not of the said allegation and leave the plaintiffs to their proof regarding the same. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied.

14. The Defendant neither denies nor admits the allegations in paragraph 14 of the complaint because defendant has not sufficient information as to the truth or not of the said allegation and leave the plaintiffs to their proof regarding the same. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied.

15. The Defendant neither denies nor admits the allegations in paragraph 15 of the complaint because defendant has not sufficient information as to the truth or not of the said allegation and leave the plaintiffs to their proof regarding the same. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the

Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied.

16. Defendant acknowledges being engaged in medicine during these periods, however rarely in NY except for a few private patients. She was mostly engaged as a business owner in NY. She denies a professional address in Plainview and is no longer residing in NY, and has updated her address with The Court. Defendant denies being commissioned by Raniere to administer any brands without consent or supporting any criminal or offensive behavior. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied.

17. The Defendant neither denies nor admits the allegations in paragraph 17 of the complaint because Defendant has not sufficient information as to the truth or not of the said allegation and leave the Plaintiffs to their proof regarding the same. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied. Conclusions from the criminal case do not apply to the Defendant's case.

18-22. I am not contesting the venue of The Court. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them.

23. The Defendant neither denies nor admits the allegations in paragraph 23 of the complaint because Defendant has not sufficient information as to the truth or not of the said allegation and leave the Plaintiffs to their proof regarding the same. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied.

24. The Defendant neither denies nor admits the allegations in paragraph 24 of the complaint because Defendant has not sufficient information as to the truth or not of the said allegation and leave the Plaintiffs to their proof regarding the same. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied.

25. The Defendant neither denies nor admits the allegations in paragraph 25 of the complaint because Defendant has not sufficient information as to the truth or not of the said allegation and leave the Plaintiffs to their proof regarding the same. She cannot state to why Rational Inquiry

was created. However, she did not observe it to be fraudulent. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied.

26. The Defendant neither denies nor admits the allegations in paragraph 26 of the complaint because defendant has not sufficient information as to the truth or not of the said allegation and leave the plaintiffs to their proof regarding the same. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied.

27. The Defendant neither denies nor admits the allegations in paragraph 27 of the complaint and leave the plaintiffs to their proof regarding the same. However, she denies to the extent of her knowledge that the NXIVM curricula taught that recruits needed to completely immerse themselves in the NXIVM system and move to Albany. She denies that there was a hidden, insular community where members had little contact with the outside world. Defendant has insufficient knowledge of Raniere's motivations. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the

extent that these allegations have been part of the dismissal already entered by the court they are hereby denied.

28 - 36. The Defendant neither denies nor admits the allegations in paragraph 28-36 of the complaint because defendant has not sufficient information as to the truth or not of the said allegation and leave the plaintiffs to their proof regarding the same. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied.

37. The Defendant neither denies nor admits the allegations in paragraph 37 of the complaint because defendant has not sufficient information as to the truth or not of the intensions of the design of NXIVM and leave the Plaintiffs to their proofs regarding the same. However, she did not experience physical, psychological, or sexual abuse. Defendant does not understand what is meant by "unlock ever-increasing "goal levels" within NXIVM" and cannot comment upon this. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied.

38. The Defendant neither denies nor admits the allegations in paragraph 38 of the complaint because Defendant has not sufficient information as to the truth or not of the said allegation and

leave the Plaintiffs to their proof regarding the same. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied.

39. The Defendant neither denies nor admits the allegations in paragraph 39 of the complaint because Defendant has not sufficient information as to the truth or not of the said allegation and leave the Plaintiffs to their proof regarding the same. To the extent of her knowledge, Defendant denies a set doctrine or script. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied.

40. The Defendant neither denies nor admits the allegations in paragraph 40 of the complaint because Defendant has not sufficient information as to the truth or not of the said allegation and leave the Plaintiffs to their proof regarding the same. She denies a requirement to complete all of the curricula or that new recruits were "captured." Defendant denies that the chances of making money were slim. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied.

41. The Defendant neither denies nor admits the allegations in paragraph 41 of the complaint because Defendant has not sufficient information as to the truth or not of the said allegation and leave the Plaintiffs to their proof regarding the same. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied.

42. The Defendant neither denies nor admits the allegations in paragraph 42 of the complaint because Defendant has not sufficient information as to the truth or not of the said allegation and leave the Plaintiffs to their proof regarding the same. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied.

43. The Defendant neither denies nor admits the allegations in paragraph 43 of the complaint because Defendant has not sufficient information as to the intent behind the produced training program. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied.

44 – 53. The Defendant neither denies nor admits the allegations in paragraph 44 - 54 of the complaint because Defendant has not sufficient information as to the truth or not of the said allegation and leave the Plaintiffs to their proof regarding the same. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied.

54. The Defendant neither denies nor admits the allegations in paragraph 55 of the complaint because Defendant has not sufficient information as to the truth or not of the intention of the structure or curriculum of NXVIM, but she experienced herself and those around her to have dramatic improvements in health, relationships, wealth and the like. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied.

55-56. The Defendant neither denies nor admits the allegations in paragraph 44 - 54 of the complaint because Defendant has not sufficient information as to the truth or not of the said allegation and leave the Plaintiffs to their proof regarding the same. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant

states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied.

57 – 85. The Defendant neither denies nor admits the allegations in paragraph 57-85 of the complaint because Defendant has not sufficient information as to the truth or not of the said allegation and leave the Plaintiffs to their proof regarding the same. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied.

86. The Defendant neither denies nor admits the allegations in paragraph 86 of the complaint because Defendant has not sufficient information as to the truth or not of the said allegation and leave the Plaintiffs to their proof regarding the same. However, the Defendant denies witnessing or any knowledge of forced labor or sex trafficking. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied.

87. The Defendant neither denies nor admits the allegations in paragraph 87 of the complaint because Defendant has not sufficient information as to the truth or not of the said allegation and leave the Plaintiffs to their proof regarding the same. To the extent that any of these allegations

in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied.

88. The Defendant neither denies nor admits the allegations in paragraph 88 of the complaint because Defendant has not sufficient information as to the truth or not of the said allegation and leave the Plaintiffs to their proof regarding the same. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied.

89 - 90. The Defendant neither denies nor admits the allegations in paragraph 89-90 of the complaint because defendant has not sufficient information as to the truth or not of the said allegation and leave the plaintiffs to their proof regarding the same. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied.

91. The Defendant neither denies nor admits the allegations in paragraph 91 of the complaint because Defendant has not sufficient information as to the truth or not of the design of the

Ultima companies for grooming or sexual partnership. She did not experience either and leave the Plaintiffs to their proof of the same. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied.

92. Correction: The company's name is exo|eso, not exo/eso. The Defendant neither denies nor admits the allegations in paragraph 92 of the complaint because Defendant has not sufficient information as to the truth or not of the said allegation and leave the Plaintiffs to their proof regarding the same. Defendant denies any experience or knowledge that exo|eso was a sex trafficking operation and never utilized it for such purposes and asks the Court to strike this portion. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied.

93. The Defendant neither denies nor admits the allegations in paragraph 93 of the complaint because Defendant has not sufficient information as to the intentions or not of Raniere's co-creating exo|eso. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them and asks The Court to strike this portion. Defendant denies that there was any Battery. Defendant states that to

the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied.

94. The Defendant neither denies nor admits the allegations in paragraph 94 of the complaint because Defendant has not sufficient information as to the truth or not of who selected the six women (including herself) and leaves the Plaintiffs to their proofs. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied.

95. The Defendant neither denies nor admits the allegations in paragraph 95 of the complaint because defendant has not sufficient information as to the truth or not of the said allegation and leave the plaintiffs to their proof regarding the same. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied.

96. The Defendant neither denies nor admits the allegations in paragraph 96 of the complaint because defendant has not sufficient information as to the truth or not of the said allegation and leave the plaintiffs to their proof regarding the same. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the

Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied.

97. The Defendant neither denies nor admits the allegations in paragraph 97 of the complaint because defendant has not sufficient information as to the truth or not of the said allegation and leave the plaintiffs to their proof regarding the same. Defendant denies any force to participate in this voluntary opportunity as an entrepreneur and business owner. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied.

98. The Defendant neither denies nor admits the allegations in paragraph 98 of the complaint because defendant has not sufficient information as to the truth or not of Clare or Raniere's intent of nonviability. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied.

99 – 105. The Defendant neither denies nor admits the allegations in paragraph 100-105 of the complaint because Defendant has not sufficient information as to the truth or not of the said allegation and leave the Plaintiffs to their proof regarding the same. To the extent that any of

these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied.

106. The Defendant neither denies nor admits the allegations in paragraph 106 of the complaint because Defendant has not sufficient information as to the truth or not of the said allegation and leaves the Plaintiffs to their proof regarding the same. Defendant denies to the extent of her knowledge any grooming taking place in exo|eso. **Defendant denies knowledge of any sex trafficking ring or providing Raniere with any sexual prey or slaves or uncompensated labor. The Court has Ordered "language regarding Roberts's knowledge of a broader conspiracy should be stricken (Doc 341 Memorandum and Order)." The Plaintiffs have missed removing this portion or disregarded the order, and the Defendant therefore requests the Court strike this portion.** To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied. Conclusions from the criminal case do not apply to the Defendant's case.

107. The Defendant neither denies nor admits the allegations in paragraph 107 of the complaint because Defendant has not sufficient information as to the truth or not of the said allegation and leaves the Plaintiffs to their proof regarding the same. To the extent of her knowledge, Defendant denies collateral was to maintain power over slaves for direct actions. Defendant has insufficient

information of individual collateral item contents, as such leaves Plaintiffs to their proof of this, however Defendant denies blackmail. She never experienced said threats or was told about alleged threats by any other women during or after the resolution of DOS. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied.

108. The Defendant neither denies nor admits the allegations in paragraph 108 of the complaint because Defendant has not sufficient information as to the truth or not of any intention of control, or subjugation for sexual gratification and leaves the Plaintiffs to their proofs of this allegation. Insufficient knowledge of any scheme to create slave labor, pool of sexual partners or personal benefits and leave Plaintiffs to their proofs of these allegations. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied.

109. The Defendant neither denies nor admits the allegations in paragraph 109 of the complaint because Defendant has not sufficient information as to the truth or not of the said allegation and leaves the Plaintiffs to their proof regarding the same. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the

extent that these allegations have been part of the dismissal already entered by the court they are hereby denied.

110. Defendant denies that slaves did not willingly and knowingly join the organization DOS turned out to be to the full extent of her knowledge and experience. Defendant did not experience misrepresentation or obscurement. Defendant has insufficient information about what Raniere instructed and leave Plaintiffs to prove these allegations. Defendant denies to the full extent of her knowledge the "demanding" of collateral, and its stated purpose to trap or ensnare. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied. Conclusions from the criminal case do not apply to the Defendant's case.

111. The Defendant neither denies nor admits the allegations in paragraph 111 of the complaint because Defendant has not sufficient information as to the truth or not of the said allegation and leaves the Plaintiffs to their proof regarding the same. Defendant has insufficient knowledge of individual Masters' actions, slaves' requests or involvement of Ms. Bronfman and leaves the Plaintiffs to their proof of said allegation. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied.

112-113. The Defendant neither denies nor admits the allegations in paragraph 112-113 of the complaint because Defendant has not sufficient information as to the truth or not of the said allegation and leaves the Plaintiffs to their proof regarding the same. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied. Conclusions from the criminal case do not apply to the Defendant's case.

114. The Defendant neither denies nor admits the allegations in paragraph 114 of the complaint because Defendant has not sufficient information as to the truth or not of all Masters' practices. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied.

115. The Defendant neither denies nor admits the allegations in paragraph 115 of the complaint because Defendant has not sufficient information as to the truth or not of the said allegation and leaves the Plaintiffs to their proof regarding the same. Defendant did not witness, nor have reason to suspect extorsion, forced labor, nor sex trafficking related to DOS or NXIVM. The women of DOS that Defendant witnessed did as they pleased and participated with the organization as they felt fit. I witnessed no behaviors to suggest that the women were concerned

that their collateral was going to be released if they were "disobedient" to their "master." To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied. Conclusions from the criminal case do not apply to the Defendant's case.

116. The Defendant neither denies nor admits the allegations in paragraph 116 of the complaint because Defendant has not sufficient information as to the truth or not of each individual's experience. Defendant denies that she was threatened with the release of her collateral for not following instructions. She was not forced to be sleep deprived, was not forced to perform tasks of physical endurance, nor routinely humiliated under the threat of the release of her collateral. She also was never told by India or Nicole, or any other women, that they were forced in these ways or threatened with the release of their collateral. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied.

117. The Defendant neither denies nor admits the allegations in paragraph 117 of the complaint because Defendant has not sufficient information as to the truth or not of the said allegation and leaves the Plaintiffs to their proof regarding the same. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the

Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied. Conclusions from the criminal case do not apply to the Defendant's case.

118. Defendant denies allegation in paragraph 118. These allegations are directed to others. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied. Conclusions from the criminal case do not apply to the Defendant's case.

119-121. Defendant denies allegations in paragraph 119-121. Defendant leaves the Plaintiffs to their proofs of said allegations. Defendant acknowledges that the OPMC revoked her license in 2021. However, Defendant points out this decision was from an administrative hearing and is not binding in this court, and Defendant reserves all rights to challenge any notions from this preceding. Defendant denies that branding is the practice of medicine. Defendant was not acting as a physician. These allegations are directed to others. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied. Conclusions from the criminal case do not apply to the Defendant's case.

122. Defendant denies allegations in paragraph 122. Defendant leaves the Plaintiffs to their proofs of said allegation. These allegations are directed to others. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied.

123. Defendant denies allegations in paragraph 123. Defendant leaves the Plaintiffs to their proofs of said allegation. To the Defendant knowledge and experience all persons who received brands gave voluntary, informed consent to receiving a brand. These allegations are directed to others. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied.

124. The Defendant neither denies nor admits the allegations in paragraph 124 of the complaint because defendant has not sufficient information as to the truth of each woman's individual experience, and leaves the plaintiffs to their proof regarding the same. These allegations are directed to others. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied.

125. Defendant denies allegations in paragraph 125 and leaves the Plaintiffs to their proofs of said allegation. Branding with a cautery pen is not a medical procedure, medical informed consent is not required. To the Defendants fullest knowledge and experience, voluntary, informed consent was obtained. Defendant denies any knowledge that said consent did not exist. These allegations are directed to others. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied.

126. The Defendant neither denies nor admits the allegations in paragraph 126 of the complaint because defendant has not sufficient information as to the truth or not of the said allegation and leaves the plaintiffs to their proof regarding the same. These allegations are directed to others. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied.

127. The Defendant neither denies nor admits the allegations in paragraph 127 of the complaint because defendant has not sufficient information as to the truth or not of the said allegation and leaves the plaintiffs to their proof regarding the same. These allegations are directed to others. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was

any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied.

128. The Defendant neither denies nor admits the allegations in paragraph 128 of the complaint because Defendant has not sufficient information as to the truth or not of the said allegation and leaves the Plaintiffs to their proof regarding the same. However, Nicole was told about the brand before joining. She admitted this upon cross-examination at Raniere's criminal trial.[1] These allegations are directed to others. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied.

129. The Defendant neither denies nor admits the allegations in paragraph 129 of the complaint because defendant has not sufficient information as to the truth or not of the said allegation and leaves the plaintiffs to their proof regarding the same. Defendant denies any experience or knowledge of force as previously adjudicated. These allegations are directed to others. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied.

---

[1] US v. Raniere. Transcript of Trial page 3856. Line 9-25

130.  The Defendant neither denies nor admits the allegations in paragraph 130 of the complaint because Defendant has not sufficient information as to the truth or not of the said allegation and leaves the Plaintiffs to their proof regarding the same. These allegations are directed to others. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied.

131. The Defendant neither denies nor admits the allegations in paragraph 131 of the complaint because Defendant has not sufficient information as to the truth or not of the said allegation and leaves the Plaintiffs to their proof regarding the same. Defendant denies any knowledge or experience that there was coercion. Conclusions from the criminal case do not apply to the Defendant's case. These allegations are directed to others. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied.

132. The Defendant neither denies nor admits the allegations in paragraph 132 of the complaint because Defendant has not sufficient information as to the truth or not of the said allegation and leaves the Plaintiffs to their proof regarding the same. These allegations are directed to others. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there

was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied.

133. The Defendant neither denies nor admits the allegations in paragraph 133 of the complaint because Defendant has not sufficient information as to the truth or not of the said allegation and leaves the Plaintiffs to their proof regarding the same. These allegations are directed to others. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied.

134. The Defendant neither denies nor admits the allegations in paragraph 134 of the complaint because Defendant has not sufficient information as to the truth or not of the said allegation and leaves the Plaintiffs to their proof regarding the same. These allegations are directed to others. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied.

135. The Defendant neither denies or admits the allegations in paragraph 135 of the complaint because Defendant has not sufficient information as to the truth or not of the said allegation and leaves the Plaintiffs to their proof regarding the same. These allegations are directed to others. To the extent that any of these allegations in any way relate or are directed to the remaining

Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied. Conclusions from the criminal trial do not apply to Defendant.

136. The Defendant neither denies or admits the allegations in paragraph 136 of the complaint because Defendant has not sufficient information as to the truth or not of the said allegation and leaves the Plaintiffs to their proof regarding the same. These allegations are directed to others. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied.

137. The Defendant neither denies or admits the allegations in paragraph 137 of the complaint because Defendant has not sufficient information as to the truth or not of the said allegation and leaves the Plaintiffs to their proof regarding the same. These allegations are directed to others. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied.

138 - 140. Defendant denies allegations in paragraphs 138-140 of extortion, control, demands, and force of any kind to the full extent of her experience and knowledge and leaves the Plaintiffs

to prove this. Conclusions from the criminal trial do not apply to Defendant. Defendant denies that there was coercion as previously adjudicated. These allegations are directed to others. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied.

141. The Defendant neither denies nor admits the allegations in paragraph 141 of the complaint because defendant has not sufficient information as to the truth or not of the said allegation and leaves the plaintiffs to their proof regarding the same. These allegations are directed to others. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied.

142. The Defendant neither denies nor admits the allegations in paragraph 142 of the complaint because defendant has not sufficient information as to the truth or not of the said allegation and leaves the plaintiffs to their proof regarding the same. These allegations are directed to others. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied. Conclusions from the criminal case do not apply to the Defendant's case.

143. The Defendant neither denies nor admits the allegations in paragraph 143 of the complaint because Defendant has not sufficient information as to the truth or not of the said allegation and leaves the Plaintiffs to their proof regarding the same. These allegations are directed to others. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied.

144. The Defendant neither denies or admits the allegations in paragraph 144 of the complaint because Defendant has not sufficient information as to the truth or not of the said allegation and leaves the Plaintiffs to their proof regarding the same. These allegations are directed to others. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied.

145. The Defendant neither denies nor admits the allegations in paragraph 145 of the complaint because Defendant has not sufficient information as to the truth or not of the said allegation and leaves the Plaintiffs to their proof regarding the same. These allegations are directed to others. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the

dismissal already entered by the court they are hereby denied. Conclusions from the criminal case do not apply to the Defendant's case.

146. The Defendant neither denies nor admits the allegations in paragraph 146 of the complaint because Defendant has not sufficient information as to the truth or not of the said allegation and leaves the Plaintiffs to their proof regarding the same. These allegations are directed to others. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied.

147: Defendant denies the allegation of extortion in paragraph 147 to the full extent of her knowledge and leaves the Plaintiffs to their proofs of the same. In addition, Plaintiff India Oxenberg was Plaintiff Valerie's "Master," no? These allegations are directed to others. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied.

148. The Defendant neither denies nor admits the allegations in paragraph 148 of the complaint because Defendant has not sufficient information as to the truth or not of the said allegation and leaves the Plaintiffs to their proof regarding the same. To the full extent of the Defendants experience and knowledge there was no force, no threats and no abuse. These allegations are

directed to others. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied. Conclusions from the criminal case do not apply to the Defendant's case.

149. The Defendant neither denies nor admits the allegations in paragraph 149 of the complaint because Defendant has not sufficient information as to the truth or not of the said allegation and leaves the Plaintiffs to their proof regarding the same, however any labor done would be for India, at least in part. These allegations are directed to others. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied.

150. The Defendant neither denies nor admits the allegations in paragraph 150 of the complaint because Defendant has not sufficient information as to the truth or not of the said allegation and leaves the Plaintiffs to their proof regarding the same. These allegations are directed to others. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied.

151. The Defendant neither denies or admits the allegations in paragraph 151 of the complaint because Defendant has not sufficient information as to the truth or not of the said allegation and leaves the Plaintiffs to their proof regarding the same. These allegations are directed to others. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied.

152. The Defendant neither admits or denies the allegations in paragraph 152 of the complaint because Defendant does not have sufficient information as to the truth or not of said allegation and leave the Plaintiffs to their proof regarding the same. These allegations are directed to others. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied. Conclusions from the criminal case do not apply to the Defendant's case.

153. The Defendant neither denies or admits the allegations in paragraph 153 of the complaint because Defendant has not sufficient information as to the truth or not of the said allegation and leaves the Plaintiffs to their proof regarding the same. These allegations are directed to others. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there

was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied.

154. The Defendant neither admits, nor denies the allegations in paragraph 154 of the complaint because Defendant does not have sufficient information as to the truth, or not, of said allegation and leave the Plaintiffs to their proof regarding the same. Again, Defendant denies knowledge of forced labor conspiracy as previously adjudicated. These allegations are directed to others. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied.

155 - 158. The Defendant neither admits, nor denies the allegations in paragraphs 155-158 of the complaint because Defendant does not have sufficient information as to the truth, or not, of said allegation and leave the Plaintiffs to their proof regarding the same. However, Defendant states that to the extent of her knowledge no deceptive, extortive, forceful or coercive means were used as previously adjudicated and decided. These allegations are directed to others. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that this allegation has been part of the dismissal already entered by the court they are hereby denied.

159. The Defendant neither denies nor admits the allegations in paragraph 159 of the complaint because Defendant has not sufficient information as to the truth or not of each woman's individual experience, and leaves the plaintiffs to their proof regarding the same. These allegations are directed to others. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied.

160. The Defendant neither admits, nor denies the allegations in paragraphs 160 of the complaint because Defendant does not have sufficient information as to the truth, or not, of said allegation and leave the Plaintiffs to their proof regarding the same. These allegations are directed to others. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied.

161. The Defendant neither admits, nor denies the allegations in paragraphs 161 of the complaint because Defendant does not have sufficient information as to the truth, or not, of said allegation and leave the Plaintiffs to their proof regarding the same. These allegations are directed to others. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the

dismissal already entered by the court they are hereby denied. Conclusions from the criminal case do not apply to the Defendant's case.

162 - 163. The Defendant neither admits, nor denies the allegations in paragraphs 162-163 of the complaint because Defendant does not have sufficient information as to the truth, or not, of said allegation and leave the Plaintiffs to their proof regarding the same. However, Defendant states that to the extent of her knowledge no deceptive, extortive, forceful or coercive means were used as previously adjudicated and decided. These allegations are directed to others. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that this allegation has been part of the dismissal already entered by the court they are hereby denied.

164. The Defendant neither admits, nor denies the allegations in paragraphs 164 of the complaint because Defendant does not have sufficient information as to the truth, or not, of said allegation and leave the Plaintiffs to their proof regarding forced labor conspiracy. As described above, conclusions from the criminal trial do not apply to Defendant because she was not a participant in the criminal trial, is entitled to due process, and she reserves her right to challenge these conclusions. These allegations are directed to others. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied.

165-166. The Defendant neither admits, nor denies the allegations in paragraphs 165-166 of the complaint because Defendant does not have sufficient information as to the truth, or not, of said allegation and leave the Plaintiffs to their proof regarding the same. These allegations are directed to others. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied.

167. The Defendant neither admits, nor denies the allegations in paragraphs 167 of the complaint because Defendant does not have sufficient information as to the truth, or not, of said allegation and leave the Plaintiffs to their proof regarding the same. These allegations are directed to others. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied.

168-179. The Defendant neither admits, nor denies the allegations in paragraphs 168-179 of the complaint because Defendant does not have sufficient information as to the truth, or not, of said allegation and leave the Plaintiffs to their proof regarding the same. These allegations are directed to others. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have

been part of the dismissal already entered by the court they are hereby denied. Conclusions from the criminal case do not apply to the Defendant's case.

180 - 187. The Defendant neither admits, nor denies the allegations in paragraphs 180-187 of the complaint because Defendant does not have sufficient information as to the truth, or not, of said allegation and leaves the Plaintiffs to their proof regarding the same. These allegations are directed to others. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied.

188. The Defendant neither admits, nor denies the allegations in paragraphs 188 of the complaint and leaves the Plaintiffs to their proof regarding the same. These allegations are directed to others. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery.

189 - 192. The Defendant neither admits, nor denies the allegations in paragraphs 189-192 of the complaint because Defendant does not have sufficient information as to the truth, or not, of said allegation and leaves the Plaintiffs to their proof regarding the same. However, it is not the Defendant's impression or experience that DOS was extorting people, was a forced labor organization, or a RICO enterprise as previously adjudicated and decided. These allegations are directed to others. To the extent that any of these allegations in any way relate or are directed to

the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied. Conclusions from the criminal case do not apply to the Defendant's case.

193 – 238. The Defendant neither admits, nor denies the allegations in paragraphs 193-238 of the complaint because Defendant does not have sufficient information as to the truth, or not, of said allegation and leaves the Plaintiffs to their proof regarding the same. Conclusions from the criminal case do not apply to Defendants case. All allegations requiring Defendant's knowledge of force or coercion were dismissed from this complaint and cannot be used to validate Battery. These allegations are directed to others. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied.

**239:** The Defendant neither admits, nor denies the allegations in paragraphs 239 in regards to helping the members with their brands, but to the extent that any of these allegations in any way relate to the elements of the single remaining allegation of Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied.

240-241. The Defendant neither admits, nor denies the allegations in paragraphs 240-241 of the complaint because Defendant does not have sufficient information as to the truth, or not, of said allegation and leaves the Plaintiffs to their proof regarding the same. Conclusions from the criminal case do not apply to Defendants case. All allegations requiring Defendant's knowledge of force or coercion were dismissed from this complaint and cannot be used to validate Battery. These allegations are directed to others. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied.

**242: This paragraph and footnote 82 attempts to allege matters that were ordered to be removed from this FAC.** The Defendant neither admits, nor denies the allegations in paragraphs 242 of the complaint because Defendant does not have sufficient information as to the truth, or not, of said allegation and leaves the Plaintiffs to their proof regarding the same. Conclusions from the criminal case do not apply to Defendants case. **All allegations requiring Defendant's knowledge of force or coercion were dismissed from this complaint, and ordered to be removed from this FAC (Doc 341 Memorandum and Order)**. **These allegations no longer pertain to me. Defendant requests the Court strike this from the complaint.** These allegations are directed to others. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied.

**243 – 257:** The Defendant neither admits, nor denies the allegations in paragraphs 240-241 of the complaint because Defendant does not have sufficient information as to the truth, or not, of said allegation and leaves the Plaintiffs to their proof regarding the same. Conclusions from the criminal case do not apply to Defendants case. All allegations requiring Defendant's knowledge of force or coercion were dismissed from this complaint and cannot be used to validate Battery. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied.

**258:** The Defendant neither admits, nor denies the allegations in paragraphs 258 of the complaint because Defendant does not have sufficient information as to the truth, or not, of said allegation and leaves the Plaintiffs to their proof regarding the same. Conclusions from the criminal case do not apply to Defendants case. **All allegations requiring Defendant's knowledge of force or coercion were dismissed from this complaint, and ordered to be removed from this FAC**. **(Doc 341 Memorandum and Order)**. **These allegations no longer pertain to me. Defendant requests the Court strike this from the complaint.** To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied.

259 – 280: The Defendant neither admits, nor denies the allegations in paragraphs 259-280 of the complaint because Defendant does not have sufficient information as to the truth, or not, of said allegation and leaves the Plaintiffs to their proof regarding the same. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied.

281 – Defendant repeats answer to 1-192 above.

282. The Defendant neither admits nor denies to helping Sarah Edmondson, Nicole, Paloma Pena and India Oxenberg with their brands of a symbol chosen by the 1st circle and leaves the Plaintiffs to their proofs of the same. Defendant denies accurate or complete knowledge of the meaning(s) of the symbol at the time of branding, nor does the meaning she knows match the Plaintiff's allegation. Defendant denies that the contact was harmful, offensive or wrongful; under all of the circumstances. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery.

283. The Defendant denies lack of consent. All interactions were consensual at the time of the branding process. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery

284. The Defendant denies any physical or emotional injuries as a result of the branding process. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery.

285-309. The Defendant neither admits, nor denies the allegations in paragraphs 285-309 of the complaint because Defendant does not have sufficient information as to the truth, or not, of said allegation and leaves the Plaintiffs to their proof regarding the same. These allegations are directed at others. To the extent that any of these allegations in any way relate or are directed to the remaining Battery allegation against the Defendant, the Defendant denies them. Defendant denies that there was any Battery. Defendant states that to the extent that these allegations have been part of the dismissal already entered by the court they are hereby denied. Conclusions from the criminal case do not apply to the Defendant's case.

## Schedule A:

1-25: In answer to this schedule A paragraphs 1-25 are allegations not directed to this Defendant and to the extent that they are directed to me regarding the only allegation left against me, Battery, they are denied.

Client No. 1-57 (except Client No.'s 1, 4, 7, and 14): In answer to this schedule A client No. 1-57 (barring Client No.'s 1, 4, 7, and 14): none of the damages are directed to this Defendant.

Defendant denies that any damages the Plaintiffs allege they have suffered were caused by any conduct of the present defendant. There was no Battery.

Client No. 1 Sarah Edmondson: "physical injuries of being branded" – Defendant denies physical or emotional injuries. There are no damages caused by any conduct of the Defendant because there was no Battery.

Client No. 4 Nicole: "physical injuries of being branded" – Defendant denies physical or emotional injuries. There are no damages caused by any conduct of the Defendant because there was no Battery.

Client No. 7. Oxenberg, India: "physical injuries of being branded" – Defendant denies physical or emotional injuries. There are no damages caused by any conduct of the Defendant because there was no Battery.

Client No. 14. Pena, Paloma: "physical injuries of being branded" – Defendant denies physical or emotional injuries. There are no damages caused by any conduct of the Defendant because there was no Battery.

**WHEREFORE,** this Answering Defendant prays that this Honorable Court will:

1. Dismiss the Battery Complaint (Count IV) with prejudice, and/or strike the language regarding Roberts's knowledge of a broader conspiracy as the Judge has previously ordered.

2. Grant the Defendant the reasonable equivalent of attorney's fees for the time of the defense, the cost of litigation, expenses; and

3. Award Defendant any such other and further remedy as the Court deems just and equitable.

## AFFIRMATIVE DEFENSES AGAINST REMAINING BATTERY ALLEGATION:

### FIRST DEFENSE:

The complaint should be dismissed because the court doesn't have subject matter jurisdiction over this matter.

### SECOND DEFENSE:

The complaint should be dismissed because the court doesn't have personal jurisdiction over this matter because the court never attainted personal jurisdiction due to nonservice of summon and complaint or defective service.

### THIRD DEFENSE:

The complaint should be dismissed because of expiration of the statute of limitations. The statute of limitations for Battery in NYS is 1 year from the date of the incident. The last brand was given in March of 2017 and the first complaint was filed January, 28th of 2020.

### FOURTH DEFENSE:

The complaint should be dismissed because the touching or invasion of the body of the Plaintiffs was done with their consent.

### FIFTH DEFENSE:

The complaint should be dismissed because there was no invasion of the body or property because all was consensual. Defendant was not acting on a professional basis as a physician

thereby medical informed consent does not apply. If informed consent was needed, they were informed because they knew the consequences and risks of the branding and they consented.

## SIXTH DEFENSE:

Assumption of Risk: The complaint should be dismissed because the Plaintiffs knew of a dangerous condition and voluntarily exposed themselves to it, assuming the risk.

## EIGHTH DEFENSE:

Fraud: Plaintiffs made fraudulent consensual claims, or fraudulent dissenting claims. Defendants' actions were the consequence of the Plaintiffs fraud and Defendant relied on Edmondson's, Oxenberg's, Nicole's and Paloma's false representations to move forward in her actions which they now contest.

## NINTH DEFENSE:

The complaint should be dismissed because there was no false representation to the Plaintiff about the effect of the branding and/or about the method of the branding. The branding happened with informed consent.

## TENTH DEFENSE:

The complaint should be dismissed because the Plaintiffs were not coerced into receiving a brand.

## ELEVENTH DEFENSE

Judicial Estoppel: The complaint should be dismissed because of judicial estoppel.

TWELTH DEFENSE

The complaint failed to join essential parties.

THIRTEENTH DEFENSE

The complaint has failed to state a cause of action upon which relief can be granted.

FOURTEENTH DEFENSE

Ratification: The complaint should be dismissed because the Plaintiff gave consent and sanctioned many previous acts such that the Plaintiffs can't complain about the branding later as there was NEVER a protest by them.

All possible affirmative defenses may not have been alleged herein insofar as sufficient facts were not available after reasonable inquiry upon filing of this Answer. Therefore Defendant(s) reserve(s) the right to amend this Answer to allege additional affirmative defenses and claims, counter-claims, cross-claims or third-party claims, as applicable, upon further investigation and discovery.

**WHEREFORE,** this Answering Defendant prays that this Honorable Court will:

1. Dismiss the Battery Complaint (Count IV) with prejudice

2. Grant the Defendant the reasonable equivalent of attorney's fees for the time of the defense, the cost of litigation, expenses; and

3. Award Defendant any such other and further remedy as the Court deems just and equitable.

## COUNTERCLAIMS:

### Count 1: Defamation

1. The Defendant incorporates and repeats the statements in the answer above including the affirmative defenses as if stated hearing at length.

2. The Plaintiffs made false representation about the conduct of the Defendant, including false representation about criminal conduct and professional conduct and false representation in general.

3. The representations were made knowingly and intentionally and the Plaintiff knew or should have known they were false.

4. The false representations were broadcasted to third parties other than the Defendant. As a consequence of this conduct the Defendant has suffered and will continue suffering damages directly and proximately caused by the broadcast of these false statements.

Wherefore Defendant demands judgement against plaintiff for compensatory damages, consequential damages, punitive damages, cost of litigation, and expenses, and such other remedy as the court finds just and equitable.

### Count 2: Intentional infliction of emotional distress:

1. The Defendant incorporates and repeats the statements in the answer above including the affirmative defenses as if stated hearing at length.

2. The Plaintiffs broadcasted to third parties and the Defendant knowingly and with intention of inflicting emotional distress and psychological damages to the Defendant, and in fact did cause directly and proximately extreme emotional distress, psychological injuries, proximately caused by the wrongful action of the plaintiffs that required, is requiring, and will require professional attention and treatment.

Wherefore Defendant demands judgement against plaintiff for compensatory, damages consequential damages, punitive damages, cost of litigation, and expenses, and such other remedy as the court may deem just and equitable.

## Count 3: Malicious Prosecution:

1. The Defendant incorporates and repeats the statements in the answer above including the affirmative defenses as if stated hearing at length.

2. There was a suit against me which alleged elements for: Count I RICO, Count II RICO Conspiracy, Counts III A - Sex trafficking and attempted sex trafficking, B – Conspiracy to sex trafficking, C – Human trafficking and forced labor or attempted human trafficking and forced labor, D – Conspiracy to human trafficking and forced labor. I prevailed in each count as evidenced by their dismissal. This litigation was dismissed because there was no basis to establish two predicate acts, or any knowledge at all, that the Defendant had of any RICO conspiracy, human trafficking, forced labor, sex trafficking, conspiracy, or the like.

The counts were brought maliciously and without any foundation of fact against the Defendant. The Defendant was damaged and injured by the malicious wrongful actions of the Plaintiffs and Attorneys in filing these counts that were found not to have grounds upon which relief could be granted. The injury and damages of the Defendant were caused proximately and directly by the wrongful conduct of the Plaintiffs and Attorneys in bringing the dismissed counts.

**WHEREFORE**, this Answering Defendant:

1. Demands judgement against the Plaintiffs in every Count and against Attorneys for censure by the Court;

2. Grant the Defendant remedy including fines, compensatory, consequential and punitive damages, cost of litigation, expenses, and the reasonable equivalent to attorney's fees, and

3. Award Defendant any such other remedy as the court may deem just and equitable.

DATED this 17th day of March, 2025

Defendant *Pro Se*

Respectfully submitted, /s/ Danielle Roberts

Danielle Roberts
235 Pavonia Ave, Apt 769
Jersey City, NJ 07302
516.480.1700