# KOHN, SWIFT & GRAF, P.C.

### 1600 MARKET STREET, SUITE 2500

### PHILADELPHIA, PENNSYLVANIA 19103-7225

JOSEPH C. KOHN
ROBERT A. SWIFT
ROBERT J. LaROCCA †
DOUGLAS A. ABRAHAMS
WILLIAM E. HOESE
ZAHRA R. DEAN ‡
AARTHI MANOHAR

† ALSO ADMITTED IN NEW YORK
‡ ONLY ADMITTED IN NEW YORK

(215) 238-1700
TELECOPIER (215) 238-1968
FIRM E-MAIL: info@kohnswift.com
WEB SITE: www.kohnswift.com

HAROLD E. KOHN
1914-1999
BAYARD M. GRAF
1926-2015

OF COUNSEL
GEORGE W. CRONER
CARY FLEISHER
LISA PALFY KOHN

Sender's e-mail: rswift@kohnswift.com

March 25, 2026

Honorable Peggy Cross-Goldenberg
Chief Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: *Edmondson, et al. v Raniere, et al.,* Case No.: 1:20-cv-00485-EK-PCG

Dear Chief Judge Cross-Goldenberg:

  Pursuant to the Docket Text of the Court's March 19, 2026 Order, Plaintiffs confirm that they will forego an argument against Defendants Clare Bronfman and Keith Raniere for tampering or spoliation of the boxes of documents that have been in the possession of Plaintiffs' Counsel and the United States government.

  Now that Plaintiffs have complied with the Court's Order, they respectfully request that the Court order that the attorney for Clare Bronfman and Keith Raniere remove the boxes from the Kohn, Swift & Graf, P.C. offices within 30 days of the date of this letter.

        Respectfully yours,

        */s/ Robert A. Swift*
        Robert A. Swift
        William E. Hoese
        Zahra R. Dean
        KOHN, SWIFT & GRAF, P.C.
        1600 Market Street, Suite 2500
        Philadelphia, PA 19103
        (215) 238-1700
        rswift@kohnswift.com
        whoese@kohnswift.com
        zdean@kohnswift.com

RAS:yr
Encs.
cc w/encs.: All Counsel via ECF

{00266503 }