# KOHN, SWIFT & GRAF, P.C.

## 1600 MARKET STREET, SUITE 2500

### PHILADELPHIA, PENNSYLVANIA 19103-7225

JOSEPH C. KOHN
ROBERT A. SWIFT
ROBERT J. LaROCCA †
DOUGLAS A. ABRAHAMS
WILLIAM E. HOESE
ZAHRA R. DEAN ✢
AARTHI MANOHAR

† ALSO ADMITTED IN NEW YORK
✢ ONLY ADMITTED IN NEW YORK

(215) 238-1700
TELECOPIER (215) 238-1968
FIRM E-MAIL: info@kohnswift.com
WEB SITE: www.kohnswift.com
Sender's E-Mail: zdean@kohnswift.com

HAROLD E. KOHN
1914-1999
BAYARD M. GRAF
1926-2015

OF COUNSEL
GEORGE W. CRONER
CARY FLEISHER
LISA PALFY KOHN

Honorable Eric R. Komitee
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Courtroom: 6G North
Brooklyn, New York 11201

> RE:     *Edmondson, et al. v Raniere, et al.,* Case No.: 1:20-cv-00485-EK-PCG
> Pre-motion conference letter regarding Plaintiffs' motion to dismiss Defendant
> Danielle Roberts' counterclaims

Dear Judge Komitee:

Plaintiffs respectfully submit this pre-motion conference letter regarding the identical counterclaims pled by Defendant Danielle Roberts in her Answer to the Third Amended Complaint (the "TAC") (Dkt. No. 244) and her Answer to the Fourth Amended Complaint (the "FAC") (Dkt. No. 349). Because the counterclaims in the FAC are identical to those previously asserted, Plaintiffs request that the Court treat Plaintiffs' prior motion to dismiss as directed to the FAC counterclaims, deem the motion uncontested, and dismiss Roberts' counterclaims.

By way of background, on November 1, 2024, Roberts filed her Answer to the TAC and pled the following counterclaims—defamation, intentional infliction of emotional distress, and malicious prosecution—against all Plaintiffs. Dkt. No. 244. Plaintiffs responded by filing a pre-motion conference letter setting forth the reasons each counterclaim should be dismissed. Dkt. No. 252. On December 6, 2025, the Court accepted the pre-motion conference letter as a motion to dismiss and ordered Roberts to respond by January 10, 2025.

Rather than file an opposition, on January 10, 2025, Roberts asked the Court for a 21-day extension to oppose the motion to dismiss and to submit a counter-motion to amend her counterclaims based on a Newsweek article. Dkt. No. 260. On January 18, 2025, the Court denied both requests, directed Roberts to file her opposition forthwith, and instructed that leave under Fed. R. Civ. P. 15(a)(2) would be required before she could amend her counterclaim complaint. Since the date of the Court's January 18, 2025 Order, Roberts has filed numerous documents with the Court, but she never filed an opposition to the motion to dismiss or a motion

{00266819 }

to amend her counterclaims. Instead, Roberts has now reasserted counterclaims that are identical to those she filed with her Answer to the TAC.

Therefore, Plaintiffs respectfully request that the Court treat Plaintiffs' prior motion to dismiss Roberts' counterclaims (Dkt. No. 252) as a motion to dismiss the same counterclaims in Dkt. No. 349, deem the motion to dismiss the counterclaims uncontested, and dismiss Roberts' counterclaims asserted in response to the FAC.

Dated: April 1, 2026

Respectfully submitted,

/s/ Zahra R. Dean
Robert A. Swift
William E. Hoese
Zahra R. Dean
KOHN, SWIFT & GRAF, P.C.
1600 Market Street, Suite 2500
Philadelphia, PA 19103
(215) 238-1700
rswift@kohnswift.com
whoese@kohnswift.com
zdean@kohnswift.com

Adam M. Prom
DICELLO LEVITT LLP
10 North Dearborn Street, Sixth Floor
Chicago, IL 60602
(312) 214-7900
aprom@dicellolevitt.com

Greg G. Gutzler
Emma Bruder
DICELLO LEVITT LLP
485 Lexington Avenue, 10th Floor
New York, NY 10017
(646) 933-1000
ggutzler@dicellolevitt.com
ebruder@dicellolevitt.com

{00266819 }

Agnieszka M. Fryszman
Brendan R. Schneiderman
COHEN MILSTEIN SELLERS
  & TOLL PLLC
1100 New York Ave. NW, Suite 800
Washington, DC 20005
(202) 408-4600
afryszman@cohenmilstein.com
bschneiderman@cohenmilstein.com

Manuel John Dominguez
COHEN MILSTEIN SELLERS
  & TOLL PLLC
11780 U.S. Highway One, Suite N500
Palm Beach Gardens, FL 33408
(561) 515-1400
jdominguez@cohenmilstein.com

*Attorneys for Plaintiffs*

cc: All counsel of record via ECF

{00266819 }