**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

SARAH EDMONDSON, et al.,                                  :
                                                      :
        Plaintiffs,              :
                                                      :
                                                      :
vs.                                                       :   No. 1:20-cv-00485 (EK) (PCG)
                                                      :
KEITH RANIERE, et al.,                                    :
                                                      :
        Defendants.              :
                                                      :

-------------------------------------------------------------------x

## WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Mary Brown, of the law firm Cohen Milstein Sellers & Toll PLLC, as counsel in the above matter.

Plaintiffs will continue to be represented by Robert Swift, William Hoese, and Zahra Dean of Kohn, Swift & Graf, P.C.; Adam Prom, Greg Gutzler, and Emma Bruder of DiCello Levitt LLP; and Agnieszka Fryszman, Manuel John Dominguez, and Brendan Schneiderman, of Cohen Milstein Sellers & Toll PLLC.

April 3, 2026

Respectfully submitted,

*/s/ Mary Brown*
Mary Brown
Cohen Milstein Sellers & Toll PLLC
88 Pine Street, 14th Floor
mabrown@cohenmilstein.com
New York, NY 10005
(212) 838-7797
(212) 838-7745

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2026, I electronically filed the *Withdrawal of Appearance* with the Clerk of the Court using the ECF, who in turn sent notice to all Plaintiffs via email and counsel of record for all Defendants who have appeared via ECF.

Dated: April 3, 2026

/s/ *Mary Brown*
Mary Brown
Cohen Milstein Sellers & Toll PLLC
88 Pine Street, 14th Floor
mabrown@cohenmilstein.com
New York, NY 10005
(212) 838-7797
(212) 838-7745

Attorney for Plaintiffs