| | |
|---|---|
| SARAH EDMONDSON, et al., | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : CIVIL ACTION NO. 20-CV-485 |
| | : |
| KEITH RANIERE, et al. | : |
| | : |
| Defendants. | : |

## PLAINTIFFS' ANSWER TO KEITH RANIERE'S FIRST COUNTERCLAIM

Plaintiffs herby answer Defendant Keith Raniere's First Counterclaim.

## AS AND FOR A FIRST COUNTERCLAIM

47. Answering Defendant KEITH RANIERE repeats, reiterates and realleges each and every answer and affirmative defense set forth above, as if more fully and completely restated herein.

    Response to Paragraph 47: Denied to the extent that Plaintiffs are required to respond to this paragraph.

48. Plaintiffs have brought a baseless and meritless action against the Answering Defendant in an effort to harass and annoy the Answering Defendant.

    Response to Paragraph 48: Denied.

49. Plaintiffs have brought a baseless and meritless action against the Answering Defendant in an effort to gain financially without cause.

    Response to Paragraph 49: Denied.

50. Plaintiffs have brought a baseless and meritless action against the Answering Defendant in an effort to further malign the Answering Defendant in the public forum of court.

    Response to Paragraph 50: Denied.

51. Plaintiffs have brought a baseless and meritless action against the Answering Defendant forcing her *[sic]* to incur substantial legal fees and costs associated with defending herself *[sic]*.

    Response to Paragraph 51: Denied.

52. As a result of the Plaintiffs' baseless and meritless actions, the Answering Defendant must be issued an Order whereby Plaintiffs are required to reimburse the Answering Defendant for all legal fees and costs incurred by her in the defense of this matter, to be established at an Inquest held before this Court.

Response to Paragraph 52: Denied.

## FIRST AFFIRMATIVE DEFENSE

The Counterclaim fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

The Counterclaim is barred, in whole or in part, by the statute of limitations.

Dated:  April 20, 2026

*/s/ Zahra R. Dean*
Robert A. Swift
William E. Hoese
Zahra R. Dean
KOHN, SWIFT & GRAF, P.C.
1600 Market Street, Suite 2500
Philadelphia, PA 19103
(215) 238-1700
rswift@kohnswift.com
whoese@kohnswift.com
zdean@kohnswift.com

Adam M. Prom
DICELLO LEVITT LLP
10 North Dearborn Street, Sixth Floor
Chicago, IL 60602
(312) 214-7900
aprom@dicellolevitt.com

Greg G. Gutzler
Emma Bruder
DICELLO LEVITT LLP
485 Lexington Avenue, 10th Floor
New York, NY 10017
(646) 933-1000
ggutzler@dicellolevitt.com
ebruder@dicellolevitt.com

Agnieszka M. Fryszman
Brendan R. Schneiderman
COHEN MILSTEIN SELLERS
  & TOLL PLLC
1100 New York Ave. NW, Suite 800
Washington, DC 20005
(202) 408-4600
afryszman@cohenmilstein.com
bschneiderman@cohenmilstein.com

Manuel John Dominguez
COHEN MILSTEIN SELLERS
  & TOLL PLLC
11780 U.S. Highway One, Suite N500
Palm Beach Gardens, FL 33408
(561) 515-1400
jdominguez@cohenmilstein.com

*Attorneys for Plaintiffs*