UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

**Plaintiff / Petitioner:**

Sarah Edmondson, et. al

**Defendant / Respondent:**

Danielle Roberts

*** Filed ***
02:55 PM, 27 May, 2026
U.S.D.C. Eastern District of New York

AFFIRMATION OF SERVICE

Index No:

**Date Filed:**

I, Linsky Lundy affirm and say that I'm not a party herein, I'm over 18 years of age and reside in New York State. That on Tue, May 26 2026 AT 01:50 PM AT 1220 Washington Avenue Building 22, Albany, NY 12226 affirmant served the within Subpoena To Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action - SO-ORDERED DR. Roberts Subp PCG.pdf on Superintendent of State Police

☐ **Individual:** by delivering a true copy of each to said defendant, personally; affirmant knew the person so served to be the person described as said defendant therein.

☒ **Corporation/Agency:** a defendant, therein named, by delivering a true copy of each to Superintendent of State Police Representative personally, affirmant knew said corporation/agency so served to be the corporation/agency described, and knew said individual to be Representative thereof.

☐ **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion. That person was also asked by affirmant whether said premises was the defendant's residence/place of business and the reply was affirmative.

☐ **Affixing to Door:** by affixing a true copy of each to the door thereof, affirmant was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

_____

☐ **Mailing:** Affirmant also enclosed a copy of same, in a postpaid sealed wrapper marked personal and confidential that did not indicate on it that the communication was from an attorney or concerns an action against the person to be served at aforementioned address to be mailed by first class mail and depositing said wrapper in a post office, official depository, under the exclusive care and custody of the United States Post Office department. Mailed on _____.

☐ **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and the ground of my belief are the conversations and observations narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**

Age: 35   Skin Color: Caucasian   Gender: Male   Weight: 180
Height: 6'0"   Hair: Brown   Eyes: Brown   Relationship:
Other   Trooper at front desk who accepted papers 30 Dollar Check included

_Linsky Lundy_

Linsky Lundy

Individual

Pursuant to NY CPLR § 2106. I affirm this 27 day of MAY, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, except as to matters alleged on information and belief and as to those matters I believe it to be true, and I understand that this document may be filed in an action or proceeding in a court of law.