**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| SARAH EDMONDSON, et al., | : | REQUEST FOR ORAL ARGUMENT |
|  | : |  |
| Plaintiffs, | : |  |
|  | : |  |
| v. | : | CIVIL ACTION NO. 20-CV-485 |
|  | : |  |
| KEITH RANIERE, et al., | : |  |
|  | : |  |
| Defendants. | : |  |
|  | : |  |

**MOTION TO CONDUCT A BELLWETHER TRIAL**

PLEASE TAKE NOTICE that Plaintiffs in the above captioned matter move this Court to conduct a bellwether trial.  Plaintiffs rely upon their attached Memorandum of Law in Support of this Motion.  Plaintiffs request that the Court hold a hearing on this Motion.

The undersigned certifies that he presented Plaintiffs' proposal for a bellwether trial and expedited discovery as to the bellwether plaintiffs both in a Status Report to the Court and at a pretrial conference before the Magistrate Judge on April 28, 2026.  Defendants and Dr. Roberts rejected the proposal.

Dated:  May 29, 2026

Respectfully submitted,

/s/Robert A. Swift
Robert A. Swift
William E. Hoese
Zahra R. Dean
KOHN, SWIFT & GRAF, P.C.
1600 Market Street, Suite 2500
Philadelphia, PA 19103
(215) 238-1700
rswift@kohnswift.com
whoese@kohnswift.com
zdean@kohnswift.com

{00268094 }

Adam M. Prom
DICELLO LEVITT LLP
10 North Dearborn Street, Sixth Floor
Chicago, IL 60602
(312) 214-7900
aprom@dicellolevitt.com

Greg G. Gutzler
Emma Bruder
DICELLO LEVITT LLP
485 Lexington Avenue, 10th Floor
New York, NY 10017
(646) 933-1000
ggutzler@dicellolevitt.com
ebruder@dicellolevitt.com

Agnieszka M. Fryszman
Brendan R. Schneiderman
COHEN MILSTEIN SELLERS
  & TOLL PLLC
1100 New York Ave. NW, Suite 800
Washington, DC 20005
(202) 408-4600
afryszman@cohenmilstein.com
bschneiderman@cohenmilstein.com

Manuel John Dominguez
COHEN MILSTEIN SELLERS
  & TOLL PLLC
11780 U.S. Highway One, Suite N500
Palm Beach Gardens, FL 33408
(561) 515-1400
jdominguez@cohenmilstein.com

*Attorneys for Plaintiffs*

{00268094 }