# EXHIBIT 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - X

UNITED STATES OF AMERICA,     :     18-CR-204(NGG)

          Plaintiff ,         :
                                    United States Courthouse
     -against-                :     Brooklyn, New York

KEITH RANIERE, et al.,        :
                                    June 11, 2019, Tuesday
          Defendant.          :     9:15 a.m.

- - - - - - - - - - - - - X

TRANSCRIPT OF TRIAL
BEFORE THE HONORABLE NICHOLAS G. GARAUFIS
UNITED STATES DISTRICT JUDGE, and a jury.

APPEARANCES:

For the Government:          RICHARD P. DONOGHUE
                             United States Attorney
                             BY: MOIRA K. PENZA, ESQ.
                                 TANYA HAJJAR, ESQ.
                                 MARK LESKO, ESQ.
                             Assistant United States Attorneys
                             271 Cadman Plaza East
                             Brooklyn, New York 11201

For the Defendant:           BRAFMAN & ASSOCIATES, P.C.
                             767 Third Avenue
                             New York, New York 10017
                             BY: MARC A. AGNIFILO, ESQ.
                                 TENY ROSE GERAGOS, ESQ.

                             DEROHANNESIAN & DEROHANNESIAN
                             677 Broadway
                             Albany, New York 12207
                             BY:  PAUL DerOHANNESIAN, II, ESQ.
                                  DANIELLE R. SMITH, ESQ.

Court Reporter:  Stacy A. Mace, RMR, CRR, RPR, CCR
                 Official Court Reporter
                 E-mail: SMaceRPR@gmail.com

Proceedings recorded by computerized stenography. Transcript
produced by Computer-aided Transcription.

SAM     OCR     RMR     CRR     RPR

(Continuing.)

THE COURT:  All right.  704 and 705.

MR. LESKO:  We're just going to offer 704 at this point, Your Honor.

THE COURT:  Okay.  Any objection to 704?

MR. AGNIFILO:  Not to 704.

THE COURT:  704 is admitted into evidence.

(Government Exhibit 704 received in evidence.)

THE COURT:  705?

MR. LESKO:  705 we may need to refresh Investigator Guerci's recollection, but we're not seeking to admit it.

THE COURT:  That is fine.

MR. LESKO:  With your permission, Your Honor, we're just going to discuss 704.  We're not going to publish it because it needs redactions.

THE COURT:  Okay.

MR. LESKO:  Thank you.

THE COURT:  Proceed.

BY MR. LESKO:

Q    Investigator Guerci is the CDF Trust a trust created by Clare Bronfman?

A    Yes, it is.

Q    And is it a trust where the proceeds are used or have been used to fund counsel for defendants in this case?

A    Yes.  Based on my analysis of the account, that's

accurate.

Q    And have the proceeds of the trust been used to fund consultants for the defense in this case?

A    Yes, as well.

Q    And have you reviewed the trust bank records?

A    Yes, I have.

Q    And without getting into who was specifically paid and what they were specifically paid, did you sort of calculate the total amount of disbursements -- I'm sorry, of deposits into this trust?

A    I did, yes.

Q    And do you recall, and I can refresh your memory if you need to look at Government's 705, but do you recall the amount, the total amount of deposits, into the trust?

A    It was approximately $14 million.

Q    Okay.  Was it $14,035,556?

A    That sounds correct.  If that's what's reflected on the statement, yes, or on the schedule.

Q    And do you recall whether or not most of those funds were deposited by Clare Bronfman?

A    Yes, most of them were.

Q    Do you recall whether someone named Jack Levy deposited any amounts into the trust?

A    Yes.  There was also a small deposit from an individual identified as Jack Levy.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - X

UNITED STATES OF AMERICA,    :    18-CR-00204(NGG)

        Plaintiff ,    :

      -against-    :    United States Courthouse
                     Brooklyn, New York

KEITH RANIERE, et al.,    :

        Defendant.    :    June 12, 2019, Wednesday
                     9:30 a.m.

- - - - - - - - - - - - X

TRANSCRIPT OF TRIAL
BEFORE THE HONORABLE NICHOLAS G. GARAUFIS
UNITED STATES DISTRICT JUDGE, and a jury

APPEARANCES:

For the Government:    RICHARD P. DONOGHUE
                   United States Attorney
                   BY: MOIRA K. PENZA, ESQ.
                       TANYA HAJJAR, ESQ.
                       MARK LESKO, ESQ.
                   Assistant United States Attorneys
                   271 Cadman Plaza East
                   Brooklyn, New York 11201

For the Defendant:    BRAFMAN & ASSOCIATES, P.C.
                   767 Third Avenue
                   New York, New York 10017
                   BY: MARC A. AGNIFILO, ESQ.
                       TENY ROSE GERAGOS, ESQ.

                   DEROHANNESIAN & DEROHANNESIAN
                   677 Broadway
                   Albany, New York 12207
                   BY: PAUL DerOHANNESIAN, II, ESQ.
                       DANIELLE R. SMITH, ESQ.

Court Reporter:  Stacy A. Mace, RMR, CRR, RPR, CCR
                 Official Court Reporter
                 E-mail: SMaceRPR@gmail.com

Proceedings recorded by computerized stenography. Transcript produced by Computer-aided Transcription.

THE CLERK:  Please raise your right hand.

(The witness is duly sworn/affirmed by clerk.)

THE CLERK:  Please have a seat.

Please state and spell your full name for the record.

THE WITNESS:  Rick Alan Ross, R-I-C-K, A-L-A-N, R-O-S-S.

THE COURT:  You may inquire.

MS. HAJJAR:  Thank you.

DIRECT EXAMINATION

BY MS. HAJJAR:

Q    Good morning, Mr. Ross.

A    Good morning.

Q    How old are you?

A    Sixty-six.

Q    And where were you born?

A    Cleveland, Ohio.

Q    Where did you live growing up?

A    Phoenix, Arizona.

Q    What do you do for a living?

A    I'm the founder and executive director of the Cult Education Institute.  I do intervention work to help families get their loved ones out of groups called cults and I'm the author of the book, "Cults Inside Out:  How people get in and can get out."

Q     How did you initially get involved in the subject of cults or other groups?

A     A nursing home where my grandmother lived when she was in her 80s was infiltrated by a controversial group.  They sought jobs on the paid professional staff.  They targeted the elderly.  My grandmother was confronted.  I found out about it and it drew me in to become an anti-activist and a community organizer in Phoenix.

Q     Did you create a website which is now called The Cult Education Institute?

A     Yes.  I originally launched a website as an archive of information about destructive authoritarian groups, controversial groups, many called cults, in 1996, and it became a very large database.

Q     In 1996, what was that database called?

A     The domain name entry point was RickRoss.com.

Q     At some point did you sell that domain name?

A     Yes.  When the rapper Rick Ross became so famous, about 50 percent of my traffic and bandwidth was being consumed by people that wanted to hear Rick Ross rap.  So I sold the domain name and the portal became CultEducation.com, and I changed the name from the Rick Ross Institute to the Cult Education Institute.

Q     Can you explain to the members of the jury what kind of materials you publish on your website in the database you're

describing?

A    It would include articles about various groups and leaders and subjects.  It would include court documents, research papers, just an array of research material that's available to the public.  Anyone can use the site.  And there's also a large message board, public, where people can post their comments if, if they are former members of a group, affected families.  There are approximately 150,000 entries that have accumulated on that message board.

Q    And in terms of the content of the materials in the database, even though the name has changed over time, has the general contents that you publish remained the same?

A    No.  The contents have remained the same and I would think that pretty much all of the articles and material that was originally posted and archived in 1996 is still there.  It just simply grows and it's under constant construction.

Q    Can you name some of the individuals and groups that you've written about on your website?

A    Charles Manson, Moses David Berg, the leader of Children of God, L. Ron Hubbard, the founder of the Church of Scientology, and then there's a huge section on clergy abuse.  Any clergy person that I have, I've accumulated a very large database on that has been sued, that has been arrested for sexual abuse.  There's a huge subsection on polygamist groups that have gotten in trouble with the law, particularly

regarding child abuse and labor violations.

And there are many groups that are not necessarily criminal or negative, but that because there are myths about them and misinformation, the Institute has articles that kind of bring clarity to that. For example, witches and Wicca or Satanism or the Free Masons, which there are been many conspiracy theories about which have turned out to be bogus. The Institute has a lot of material to disabuse people that might believe conspiracy theories about these groups.

Q     Are there common characteristics of the groups or individuals that you choose to publish about?

A     Yes. Typically, the groups have authoritarian leaders that have absolute control over their followers with little, if any, meaningful accountability and, second, that they have been accused of exercising undue influence over their followers and, finally, that to some degree, they have been accused and there have been allegations or criminal procedures against them for exploiting and doing harm to their followers in some way, shape or form.

Q     Have you been sued by individuals or organizations about which you posted materials or articles?

A     Yes. I've been sued five times by different organizations that sought to have all the information at the database removed that was there about them.

Q     Are you familiar with an organization called NXIVM or

Executive Success Programs?

A    Yes.

Q    Were you sued by NXIVM?

A    Yes.

Q    When?

A    I believe in 2002.

Q    What were you sued for?

A    I was sued over the articles of two doctors, a forensic psychiatrist and a clinical psychologist who wrote reports about what was then called Executive Success Program based on the notes of their course curriculum, their incentives, and these reports were critical of Executive Success Programs and, subsequently, I was sued in an effort to remove those reports from the database.

Q    And do you recall what the lawsuit was alleging, what was the basis for the lawsuit?

A    Defamation was one claim, I believe, and then also copyright infringement, trade secret violation.  There were a number of claims made.  I think there was a claim made that somehow I was in competition with Executive Success Programs and that that was a claim.

Q    Was that lawsuit resolved against you?

A    Yes, it was.  It ended with the lawsuit being dismissed on a motion for summary judgment and it never went to trial.

Q    When was it dismissed?

CMH        OCR        RMR        CRR        FCRR

A    In two thousand -- I believe in December, I'm thinking, 2017.

Q    And so the lawsuit was pending from when it was initiated in 2002 or thereabouts until 2017?

A    The lawsuit went on for 14 years. It began in New York. It was originally filed in the Albany area and then at the time, I lived in New Jersey as did some of my co-defendants and so the lawsuit was then re-filed in New Jersey and continued for 14 years.

Q    During the course of the lawsuit, did you, did there come a time where you met Keith Raniere?

A    Yes.

Q    Do you see him in the courtroom today?

A    Yes.

Q    Can you identify him by where he's sitting or an article of clothing?

A    He is the man with the maroon sweater.

THE COURT:  All right. Let the record indicate that the witness has identified the defendant.

MS. HAJJAR:  Thank you.

Q    Mr. Ross, just backing up a bit, how did you first learn about NXIVM?

A    A family approached me concerned about loved ones that were involved in the Executive Success Programs.

Q    And who approached you?