# KOHN, SWIFT & GRAF, P.C.

## 1600 MARKET STREET, SUITE 2500

### PHILADELPHIA, PENNSYLVANIA 19103-7225

JOSEPH C. KOHN
ROBERT A. SWIFT
ROBERT J. LaROCCA †
DOUGLAS A. ABRAHAMS
WILLIAM E. HOESE
ZAHRA R. DEAN �charge
AARTHI MANOHAR

† ALSO ADMITTED IN NEW YORK
✝ ONLY ADMITTED IN NEW YORK

(215) 238-1700
TELECOPIER (215) 238-1968
FIRM E-MAIL: info@kohnswift.com
WEB SITE: www.kohnswift.com

HAROLD E. KOHN
1914-1999
BAYARD M. GRAF
1926-2015

OF COUNSEL
GEORGE W. CRONER
CARY FLEISHER
LISA PALFY KOHN

Senders E-mail: rswift@kohnswift.com

June 4, 2025

Honorable Eric R. Komitee
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Courtroom: 6G North
Brooklyn, New York 11201

RE: *Edmondson, et al. v Raniere, et al.* Case No.: 1:20-cv-00485-EK-CLP

Dear Judge Komitee:

I am counsel for the Plaintiffs in this action. I submit this letter in response to Sara Bronfman's June 3 letter (ECF # 376) asking your Honor to disregard Plaintiffs' Motion to Conduct a Bellwether Trial (ECF # 370).

The conduct and configuration of a jury trial before the Court is inherently an issue for the presiding Judge, not the Magistrate Judge charged with supervising discovery. At the Status Conference with Magistrate Judge Cross-Goldenberg, Plaintiffs' counsel requested her to expedite discovery as to five (5) trafficking Plaintiffs (but not delay discovery as to other Plaintiffs) since Plaintiffs intended to ask the Court to conduct a bellwether trial as to the five. (Tr. 6-7) Plaintiffs made no motion for a bellwether trial before her, and she made no ruling on a bellwether trial. Judge Cross-Goldenberg's ruling was consistent with the request for expedited discovery before her: "I don't see a reason to bifurcate discovery in this bellwether sort of way." (Tr. 45) She further added: "Judge Komitee may very well decide that he only wants to try 5 or 10 cases at a time." (Tr. 46)

Accordingly, Plaintiffs Motion to Conduct a Bellwether Trial is properly before your Honor.

Respectfully submitted,

/s/Robert A. Swift

cc: All Counsel and Danielle Roberts

{00268559 }