UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Sarah Edmondson, et al.

                    Plaintiffs,

          v.

Keith Raniere, et al.

                    Defendants.   ·

------------------------------------------------------------X

20-cv-00485

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

TO:    Opposing Counsel

_____

_____

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and

the Certificate(s) of Good Standing annexed thereto, I  J. Gordon Bergstresser  will move this

Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York for an order allowing the admission of movant, a

member of the firm of ____ DiCello Levitt LLP _____ and a member in good standing of

the bar(s) of the State(s) of ___ New Jersey, Pennsylvania, and DC _____ , as attorney *pro hac*

*vice* to argue or try this case in whole or in part as counsel for

____ Plaintiffs _____ . There are no pending disciplinary

proceedings against me in any state or federal court. (If there are any disciplinary proceedings,

describe them.)

Respectfully submitted,

Dated: _6/13/26_

_____
Signature of Movant
Firm Name___ DiCello Levitt LLP _____
Address___ 801 17th St. NW, Suite 430 _____
__ Washington, DC 20006 _____
Email___ gbergstresser@dicellolevitt.com _____
Phone____ (202) 975-2288 _____