Danielle Roberts DO, MS
Email: Danielle@ddanielleroberts.com
July 3, 2026

**VIA ECF**

The Honorable Eric R. Komitee
United States District Judge Eastern District of New York
225 Cadman Plaza East Brooklyn, New York 11201

### Re: Edmondson et al. v. Raniere et al. Case No. 1:20-cv-00485-EK-CLP

Dear Judge Komitee:

I respectfully write to request leave to file a brief sur-reply (no more than 3–4 pages) to Plaintiffs' response to the Court's Order to Show Cause (ECF No. 381).

Plaintiffs' response raises new arguments and mischaracterizes both my position and the scope of the Court's prior Order (ECF No. 341 at 98), which directed that "language regarding Roberts's knowledge of a broader conspiracy should be stricken." Specifically, Plaintiffs continue to rely heavily on Fed. R. Civ. P. 12(f) standards, whereas my request is for enforcement of the Court's unambiguous directive. Plaintiffs also misstate my good-faith clarification regarding allegations of force or coercion, and my other requests for remedy. For example, Plaintiffs state that I requested language "(apparently to be drafted by Roberts)" (ECF No. 381 at 1). This is inaccurate. I merely requested that the Court enforce its Order by striking the offending material or directing Plaintiffs to redline the FAC accordingly.

In addition, Plaintiffs' response appears to seek to reintroduce broader dismissed claims (RICO, trafficking, and conspiracy) into the litigation by arguing that general DOS-related allegations remain material to the battery claim. This is inconsistent with the Court's dismissal of those claims against me (ECF No. 240) and risks roping me back into issues the Court has already resolved. Plaintiffs' reference to potentially reviving claims on appeal further illustrates this intent.

A short sur-reply would assist the Court by clarifying these points and ensuring the record accurately reflects the limited scope of the remaining battery claim — which turns on contemporaneous consent to the physical act of branding — rather than the conspiracy-related use of collateral as force or coercion alleged in the broader, previously dismissed claims, and preventing inadvertent reintroduction. I anticipate the sur-reply would be no more than 3–4 pages.

Thank you for your consideration of this request.

Respectfully submitted,

/ s / Danielle Roberts
Danielle Roberts, DO, MS

cc: All counsel via ECF