**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
SARAH EDMONDSON, et al.,                    :
                                            :
                    Plaintiffs,             :
                                            :
vs.                                         :    No. 1:20-cv-00485 (EK) (PCG)
                                            :
KEITH RANIERE, et al.,                      :
                                            :
                    Defendants.             :
------------------------------------------------------------x
```

## **WITHDRAWAL OF APPEARANCE**

Please withdraw the appearance of Brendan R. Schneiderman, of the law firm Cohen Milstein Sellers & Toll LLP, as counsel in the above matter.

Plaintiffs will continue to be represented by Robert Swift, William Hoese, and Zahra Dean of Kohn, Swift & Graf, P.C.; Adam Prom, Greg Gutzler, John Gordon Bergstresser, and Emma Bruder of DiCello Levitt LLP; and Agnieszka Fryszman and Manuel John Dominguez of Cohen Milstein Sellers & Toll LLP.

July 10, 2026                                    Respectfully submitted,

                                                 */s/ Brendan R. Schneiderman*
                                                 Brendan R. Schneiderman
                                                 Cohen Milstein Sellers & Toll LLP
                                                 88 Pine Street, 14th Floor
                                                 bschneiderman@cohenmilstein.com
                                                 New York, NY 10005
                                                 (212) 838-7797
                                                 (212) 838-7745


                                                 *Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2026, I electronically filed the *Withdrawal of Appearance*

with the Clerk of the Court using the ECF, thereby sending notice to all counsel of record via ECF.

Dated: July 10, 2026

*/s/ Brendan R. Schneiderman*
Brendan R. Schneiderman
Cohen Milstein Sellers & Toll PLLC
88 Pine Street, 14th Floor
bschneiderman@cohenmilstein.com
New York, NY 10005
(212) 838-7797
(212) 838-7745

Attorney for Plaintiffs