**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                                                             :
SARAH EDMONDSON, et al.,                                     :
                                                             :
                        Plaintiffs,                          :
                                                             :   No.: 1:20-cv-485
            v.                                               :
                                                             :
                                                             :
KEITH RANIERE, et al.,                                       :
                                                             :
                        Defendants.                          :
-------------------------------------------------------------x

## WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of William E. Hoese of the law firm of Kohn, Swift &

Graf, P.C., as an attorney for Plaintiffs in the above captioned matter.

Plaintiffs will continue to be represented by Kohn, Swift & Graf, P.C., DiCello Levitt

LLP, and Cohen, Milstein, Sellers & Toll PLLC.


Dated:  July 30, 2026                          Respectfully submitted,


                                               /s/ *William E. Hoese*
                                               William E. Hoese
                                               Kohn, Swift & Graf, P.C.
                                               1600 Market Street, Suite 2500
                                               Philadelphia, PA  19103
                                               Telephone:  215-238-1700
                                               whoese@kohnswift.com
                                               *One of the attorneys for Plaintiffs*