`

DICELLO LEVITT

485 LEXINGTON AVENUE SUITE 1001 NEW YORK, NEW YORK 10017

EMMA BRUDER
EBRUDER@DICELLOLEVITT.COM
646.933.1000

September 1, 2026

**VIA ECF**

The Honorable Peggy Cross-Goldenberg
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: *Edmondson v. Raniere*, 1:20-cv-00485 (E.D.N.Y.)**
**Letter Request to Reschedule Status Conference**

Dear Magistrate Judge Cross-Goldenberg:

I, along with my co-counsel, represent Plaintiffs in the above-referenced matter. I respectfully submit this correspondence to request that the status conference currently scheduled for September 30, 2026 be adjourned to a date and time convenient for the Court on or after October 21, 2026. This is Plaintiffs' first request to adjourn the September 30 conference.

I am presently scheduled to be engaged full-time in a jury trial on behalf of the State of New Mexico in *State of New Mexico v. Meta Platforms, Inc.*, which is scheduled to run from September 8 through October 2, 2026. I am expected to participate in that trial full-time through September 28, before departing on the morning of September 29 for my long-scheduled honeymoon. I will be unavailable through October 19.

I have served as the primary attorney handling Plaintiffs' discovery work and negotiations in this matter, including the disputes expected to be addressed at the upcoming conference. Given my familiarity with the history and detail of those negotiations, Plaintiffs respectfully submit that having another member of our team appear at the conference in my place would not be an efficient use of either the parties' or the Court's time.

Plaintiffs conferred with Defendants regarding this request. Defendants take no position on the requested adjournment. All parties are available on the morning of October 20, 2026, and, if convenient for the Court, respectfully request a 9:00 a.m. ET conference to accommodate Dr. Roberts' work schedule.

Accordingly, Plaintiffs respectfully request that the September 30, 2026 status conference be rescheduled for the morning of October 20, 2026, if convenient for the Court, or another date on or after October 20, 2026.

Sincerely,

Emma Bruder

Emma Bruder

cc: All counsel and unrepresented party via ECF