UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------x

SARAH EDMONDSON, et al.,

Plaintiffs,

-against-

KEITH RANIERE, et al.,

Defendants.

------------------------------------x

**MEMORANDUM & ORDER**
20-CV-485 (EK)(PCG)

ERIC KOMITEE, United States District Judge:

On May 5, the Court ordered plaintiffs to show cause why defendant Danielle Roberts' motion to strike certain statements in the FAC in accordance with the Court's February 2 order should not be granted. *See* ECF No. 364, at 7-8. Having received responses from both plaintiffs and Roberts, we grant Roberts' motion in part:

- "Defendant Roberts" should be stricken from Paragraph 106, which suggests she "provided Raniere with sexual prey and 'slaves.'" That allegation relates to claims that have been dismissed against Roberts

- "Roberts" should be stricken from footnote 82, as agreed by all parties. Paragraph 242 need not be edited otherwise.

- Paragraphs 6 and 258, which refer principally to Roberts' role in branding victims of the alleged conspiracy, need not be altered.

The plaintiffs are directed to file a new amended complaint in compliance with the foregoing by October 7.

SO ORDERED.

/s/ Eric Komitee
ERIC KOMITEE
United States District Judge

Dated: September 30, 2026
Brooklyn, New York