DICELLO LEVITT

485 LEXINGTON AVENUE SUITE 1001 NEW YORK, NEW YORK 10017

EMMA BRUDER
EBRUDER@DICELLOLEVITT.COM
646.933.1000

November 3, 2026

**VIA ECF**

The Honorable Peggy Cross-Goldenberg
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: *Edmondson v. Raniere*, 1:20-cv-00485 (E.D.N.Y.)**
**Letter Request to Extend November 6, 2026 Deadline**

Dear Magistrate Judge Cross-Goldenberg:

Plaintiffs respectfully request an extension, from November 6 to December 1, 2026, of the deadline established at the October 20, 2026 status conference for the parties to submit a joint letter advising the Court whether they have resolved their outstanding discovery disputes or, if not, proposing a schedule for motions to compel.

Good cause exists because, consistent with the Court's guidance, the parties are continuing to meet and confer regarding several outstanding issues, including (1) search terms for Plaintiffs' productions; (2) electronic device preservation disclosures and the copying and inspection of video materials and laptops; and (3) the implementation of a professional ESI search of Defendant Danielle Roberts' devices and accounts. Plaintiffs believe that further negotiations should meaningfully narrow, if not resolve, the remaining disputes without the need for motion practice.

The Court also directed Dr. Roberts to serve supplemental interrogatory responses by November 10, 2026, after the current reporting deadline. The requested extension would

allow the parties to assess those responses before identifying any remaining disputes requiring Court intervention and proposing an appropriate briefing schedule.

The parties have conferred regarding this request, and Defendants Sara Bronfman, Clare Bronfman, Keith Raniere, and Danielle Bronfman consent to this extension. This is Plaintiffs' first request to extend the November 6 deadline.

Accordingly, Plaintiffs respectfully request that the Court extend the November 6, 2026 deadline to December 1, 2026.

Sincerely,

Emma Bruder

Emma Bruder

cc: All counsel and unrepresented party via ECF